---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CIVIL MINUTES**

---

**Case No.:** CV 01-640-RE                                    **Date of Proceeding:** March 4, 2003

**Case Title:** National Wildlife Federation v. National Marine Fisheries Service

**Reporter:**      None

**Presiding Judge: James A. Redden**                          **Courtroom Deputy: Linda M. Greyerbiehl**

---

**DOCKET ENTRY:**

Record of Order;

This case has been reassigned to Judge James Redden.  The oral argument previously set before Judge Garr King on April 21, 2003, at 2:00 p.m. is now set before Judge Redden in Courtroom 15B.  The motions to be considered at the April 21st argument are: plaintiffs' motion (doc 281) for summary judgment; defendant National Marine Fisheries Service's motion (doc. 349) for summary judgment; defendant-intervenor State of Idaho's motion (doc. 356) for summary judgment, and intervenor-defendant Inland Ports and Navigation Group's motion (doc. 361) for summary judgment.

**PLAINTIFF'S COUNSEL**                                       **DEFENDANT'S COUNSEL**

---

**DOCUMENT NO:** _____

cc:    {  }  All counsel                                      **CIVIL MINUTES**

**Civil Minutes**                                             **Honorable James A. Redden**
**Revised 4/23/91**