# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** CV 01-640-RE

**Date of Proceeding:** April 7, 2003

**Case Title:** National Wildlife Federation v. National Marine Fisheries Service

**Reporter:** None

**Presiding Judge:** James A. Redden

**Courtroom Deputy:** Linda M. Greyerbiehl

**DOCKET ENTRY:**

Record of Order;
The time for the oral argument on April 21, 2003, on the pending motions for summary judgment (docs 281, 349, 356, 361) is changed from 2:00 p.m. to 10:30 a.m.
A further order will be forthcoming later this week addressing time limits for the parties' oral argument as well as the court's suggestions as to issues to focus on during oral argument.

**PLAINTIFF'S COUNSEL**

**DEFENDANT'S COUNSEL**

**DOCUMENT NO:** _____

cc:   { } All counsel

CIVIL MINUTES

Civil Minutes
Revised 4/23/91

Honorable James A. Redden