# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** CV 01-640-RE

**Date of Proceeding:** April 21, 2003

**Case Title:** National Wildlife Federation v. National Marine Fisheries Service

**Reporter:** Dennis Grube

**Presiding Judge:** James A. Redden

**Courtroom Deputy:** Linda M. Greyerbiehl

**DOCKET ENTRY:**

Record of Oral Argument:
Order - taking under advisement the pending motions for summary judgment (docs. 281, 349, 356, 361).

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| Todd True* | Samuel Rauch, III |
| Amicus: David Cummings, David | Intervenor: Jay Waldron |
| Leith, Matthew Love, Robert Lane | |
| Clay Smith | |

\* Counsel who presented argument are listed
cc:   { }   All counsel

**DOCUMENT NO:** _____
**CIVIL MINUTES**

Civil Minutes
Revised 4/23/91

Honorable James A. Redden