

**United States District Court**
DISTRICT OF OREGON
1527 United States Courthouse
1000 S.W. Third Avenue
Portland, Oregon 97204-2902

Chambers of
**JAMES A. REDDEN**
United States District Judge

Phone: 503-326-8370
Fax: 503-326-8379

July 21, 2008

To:   Counsel of Record in Nat'l Wildlife Fed'n v. Nat'l Marine Fisheries Serv., CV 01-640 RE, and American Rivers v. NOAA Fisheries, CV 04-00061 RE
From: Hon. James A. Redden
Re:   Biological Opinions

Dear Counsel,

The court requests that counsel confer and, if possible, propose a schedule for any challenges to federal defendants' Federal Columbia River Power System and/or Upper Snake River Biological Opinions. See e.g., Joint Stipulation of Plaintiffs and Federal Defendants Regarding a Schedule for Review of Revised FCRPS Biological Opinion, Nat'l Wildlife Fed'n v. Nat'l Marine Fisheries Serv., No. CV 01-640-RE (Dec. 2, 2004) (Doc. 650). The proposal should include a schedule for filing any amended complaint (if necessary), as well as a schedule for briefing and hearing any challenges to the respective biological opinions. If the parties are unable to agree to a schedule, please advise the court promptly.

Very truly yours,

James A. Redden
United States District Judge