

**United States District Court**
District of Oregon
1527 United States Courthouse
1000 S.W. Third Avenue
Portland, Oregon 97204-2902

Chambers of
JAMES A. REDDEN
United States District Judge

Phone: 503-326-8370
Fax: 503-326-8379

FILED '09 SEP 23 15:46 USDC-ORP

September 23, 2009

To:   Counsel of Record, National Wildlife Federation v. NMFS, CV 01-640 RE

Dear Counsel,

    I have reviewed the materials submitted by Federal Defendants on September 15, 2009 (doc. 1712). No later than Friday, October 2, 2009, the State of Oregon, the Nez Perce Tribe, and the National Wildlife Federation plaintiffs may each file a response to that submission. By October 16, 2009, Federal Defendants may file a reply to plaintiffs' response. The parties should focus their comments on Federal Defendants' September 15, 2009 submission.

Very Truly Yours,

James A. Redden
United States District Judge