FILED'10 JUN 08 14:25USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

NATIONAL WILDLIFE FEDERATION, et al.,                               CV 01-640-RE

        Plaintiffs,

                                                        ORDER

    v.

NATIONAL MARINE FISHERIES SERVICE, et
al.

        Defendants.

---

REDDEN, Judge:

    Having reviewed the parties' pleadings, the court ORDERS as follows:

    (1) Plaintiffs shall file motions for leave to file supplemental complaints along with

proposed supplemental complaints no later than August 20, 2010.

    (2) Federal Defendants shall file the administrative records with the court no later than

PAGE 1 - ORDER

August 27, 2010.

(3) The parties shall not re-litigate issues raised in the summary judgment motions currently pending before the court unless the 2010 Supplemental Biological Opinion, its Administrative Record, and/or the Amended Records of Decision directly affect those previous arguments. The parties should limit their briefing to the issues raised by the 2010 Supplemental Biological Opinion, and whether it affects the validity of Federal Defendants' 2008 Biological Opinion.

(4) Plaintiffs and allied parties shall file their supplemental summary judgment motions and memoranda forty-five (45) days after Federal Defendants file their administrative records.

(5) Federal Defendants and allied parties shall file their cross-motions for summary judgment and opposition memoranda forty-five (45) days after Plaintiffs file their supplemental motions for summary judgment.

(6) No further briefing will be allowed without permission of the court, and the court will set a hearing date for oral argument at its convenience.

(7) All briefing shall be conducted in accordance with the page limits of Local Rule 7.

IT IS SO ORDERED.

DATED this _8_ day of June, 2010.

James A. Redden
United States District Judge

PAGE 2 - ORDER