DWIGHT C. HOLTON
Acting United States Attorney
STEPHEN J. ODELL, OSB #90353
Assistant United States Attorney
District of Oregon
600 United States Courthouse
1000 S.W. Third Avenue
Portland, OR 97204-2902
(503) 727-1000

IGNACIA S. MORENO
Assistant Attorney General
SETH M. BARSKY, Acting Section Chief
COBY HOWELL, Trial Attorney
BRIDGET KENNEDY McNEIL, Trial Attorney
MICHAEL R. EITEL, Trial Attorney
Wildlife & Marine Resources Section
U.S. Department of Justice
Environment & Natural Resources Division
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, OR 97204-2902
(503) 727-1000
(503) 727-1117 (fx)

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, *et al.* | Civil No. 01-640-RE |
| Plaintiffs, | |
| v. | **FEDERAL DEFENDANTS' NOTICE OF FILING 2010 ADMINISTRATIVE RECORD**S |
| NATIONAL MARINE FISHERIES SERVICE, *et al.* | |
| Defendants. | |

Federal Defendants hereby provide notice that the National Marine Fisheries Service of the National Oceanic and Atmospheric Administration, ("NOAA Fisheries"), U.S. Army Corps of Engineers ("Corps"), and Bureau of Reclamation ("Reclamation") are filing their respective Administrative Records in the above-captioned case in accordance with Court's June 8, 2010 scheduling order.  Docket No. 1766.  These Administrative Records contain the attached certifications of Bruce K. Suzumoto and William W. Stelle, Jr. for NOAA Fisheries (Exhibit A); David J. Ponganis for the Corps (Exhibit B); and Kathryn J. Puckett for Reclamation (Exhibit C) and are being filed with the Clerk of Court.  In addition to the ECF pleading and certifications, hardcopies of this pleading, certifications, and electronic DVDs of the Administrative Records will be hand delivered to the Clerk of Court.  Copies of the Administrative Records were overnight mailed to the parties and *amici* on August 27, 2010.

Respectfully submitted, August 27, 2010.

        IGNACIA S. MORENO
        Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division

        SETH M. BARSKY
        Acting Section Chief

        */s/ Coby Howell*
        COBY HOWELL
        Trial Attorney
        BRIDGET KENNEDY McNEIL
        Trial Attorney
        MICHAEL R. EITEL
        Trial Attorney
        Wildlife & Marine Resources Section
        c/o U.S. Attorney's Office
        1000 SW Third Avenue

Portland, OR 97204-2902
(503) 727-1000
(503) 727-1117 (fx)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      Pursuant to Local Rule Civil 100.13(c), and F.R. Civ. P. 5(d), I certify that on August 2010, the foregoing will be electronically filed with the Court's electronic court filing system, which will generate automatic service upon on all Parties enrolled to receive such notice. The following will be manually served by overnight mail:

Clarkston Golf & Country Club
Hoffman, Hart & Wagner
1000 SW Broadway
20th Floor
Portland, OR 97205

Confederated Tribes of the Colville Reservation
Office of the Reservation Attorney
P.O. Box 150
Nespelem, WA 99155

Walter H. Evans , III
Schwabe Williamson & Wyatt, PC
1600-1900 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204

James W. Givens
1026 F Street
P.O. Box 875
Lewiston, ID 83051

                                                         */s/ Coby Howell*