U.S. DEPARTMENT OF COMMERCE

Form CD-64
Prescribed by
DAO 201.17
NAO 201-17

Portland, Oregon
August 26, 2010

I HEREBY CERTIFY that the annexed collection of documents provided with this certification, and filed as NOAA's administrative record in <u>NWF v. NMFS</u>, Civ. No. CV 01-640-RE (D. Oregon), is comprised of true copies of official records relating to the May 20, 2010, supplemental biological opinion entitled <u>Supplemental Consultation on Remand for Operation of the Federal Columbia River Power System (FCRPS), 11 Bureau of Reclamation Projects in the Columbia Basin and ESA Section 10(a)(1)(A) Permit for Juvenile Fish Transportation Program</u>, on file in the offices of the National Marine Fisheries Service, Northwest Region, 1201 NE Lloyd Boulevard, Suite 1100, Portland, Oregon.

Bruce K. Suzumoto
Assistant Regional Administrator
Hydropower Division
National Marine Fisheries Service,
Northwest Region

I HEREBY CERTIFY that Bruce K. Suzumoto, who signed the foregoing certificate, is now and was at the time of signing, a custodian of records, National Marine Fisheries Service, Northwest Region, and that full faith and credit should be given to his certificate as such.

IN WITNESS WHEREOF, I have hereunto subscribed my name, and caused the seal of the Department of Commerce to be affixed this 26th day of August, two thousand and ten.

For the SECRETARY OF COMMERCE:

SEAL

William W. Stelle, Jr., Certifying Officer
Regional Administrator
National Marine Fisheries Service
Seattle, Washington