

**DEPARTMENT OF THE ARMY**
CORPS OF ENGINEERS, NORTHWESTERN DIVISION
PO BOX 2870
PORTLAND OR 97208-2870

REPLY TO
ATTENTION OF

August 26, 2010

U.S. ARMY CORPS OF ENGINEERS ADMINISTRATIVE RECORD FOR THE
2010 SUPPLEMENTAL CONSULTATION AND BIOLOGICAL OPTION CONCERNING
THE OPERATION AND MAINTENANCE OF THE FEDERAL COLUMBIA
RIVER POWER SYSTEM, 11 BUREAU OF RECLAMATION PROJECTS IN THE
COLUMBIA BASIN AND ESA SECTION 10(a)(1)(A) PERMIT FOR JUVENILE FISH
TRANSPORTATION PROGRAM
*NWF, et al., v. NMFS, U.S. ARMY CORPS OF ENGINEERS, AND U.S. BUREAU
OF RECLAMATION* Civ. No. 01-0640-RE

SUBJECT: Certification of the 2010 Administrative Record

1. I certify, to the best of my knowledge, the collection of documents filed is a true and correct copy of the original documents comprising the U.S. Army Corps of Engineers (Corps) Administrative Record for the Record of Consultation and Statement of Decision, signed on June 11, 2010.[1] These documents were compiled under the direction of senior management of the Corps' Northwestern Division and the Portland, Seattle, and Walla Walla Districts.

2. The June 11, 2010 Decision Document addresses the operation and maintenance of the Corps' congressionally authorized Federal Columbia River Power System Projects and compliance with all applicable laws, including the Endangered Species Act as considered in the NOAA 2010 Supplemental Biological Opinion 2010: *Supplemental Consultation on Remand for Operation of the Federal Columbia River Power System, 11 Bureau of Reclamation Projects in the Columbia Basin and ESA Section 10(a)(1)(A) Permit for Juvenile Fish Transportation Program (Revised and reissued pursuant to court order, NWF v. NMFS, Civil No.: 01-cv-00640-RE).*

3. In addition to the documents contained in this Administrative Record, additional documents considered directly or indirectly by the Corps in the June 11, 2010 Decision Document, are also contained within Administrative Records previously filed by the Corps in related litigation in the U.S. District Court for the District of Oregon. These Administrative Records, which are listed below, are available by contacting the undersigned at the Corps' office located in Portland, Oregon at the following address: 1125 NW Couch Ave., Suite 500.

- Administrative Record for the U.S. Army Corps of Engineers
  National Wildlife Federation, et al., v. National Marine Fisheries Service and United States Army Corps of Engineers, and U.S. Bureau of Reclamation
  September 23, 2008

---

[1] Please note that some documents withheld as privileged in the Corps' 2010 Administrative Record were previously released in redacted form pursuant to Freedom of Information Act requests received by the Corps in 2009. For the Corps' 2010 Administrative Record, the Corps has withheld the entirety of all previously redacted documents for administrative purposes and the redacted documents are available upon request.

- Administrative Record of the U.S. Army Corps of Engineers
  National Wildlife Federation, et al., v. National Marine Fisheries Service and United States Army Corps of Engineers
  April 22, 2005

- Administrative Record of the U.S. Army Corps of Engineers
  National Wildlife Federation, et al., v. National Marine Fisheries Service and United States Army Corps of Engineers
  July 12, 2004

- 2000 Administrative Record
  Federal Columbia River Power System
  U.S. Army Corps of Engineers
  National Marine Fisheries Service
  Bureau of Reclamation
  U.S. Fish and Wildlife Service
  Bonneville Power Administration

4. The Corps also relied on documents that are included in the administrative records filed in this matter by NOAA and the U.S. Bureau of Reclamation, and hereby incorporates by reference the administrative records filed by those agencies.

5. This Administrative Record also includes documents such as the monthly reports to the court filed subsequent to the June 11, 2010 decision and the eulachon and green sturgeon consultation documents.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26 day of August 2010 at Portland, Oregon.

_____
DAVID J. PONGANIS
Chief, Planning, Environmental Resources,
  Fish Policy and Support Division
U.S. Army Corps of Engineers
Northwestern Division