DWIGHT C. HOLTON
Acting United States Attorney
STEPHEN J. ODELL, OSB #90353
Assistant United States Attorney
District of Oregon
600 United States Courthouse
1000 S.W. Third Avenue
Portland, OR 97204-2902
(503) 727-1000

IGNACIA S. MORENO
Assistant Attorney General
SETH M. BARSKY, Assistant Section Chief
COBY HOWELL, Trial Attorney
BRIDGET KENNEDY McNEIL, Trial Attorney
Wildlife & Marine Resources Section
U.S. Department of Justice
Environment & Natural Resources Division
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, OR 97204-2902
(503) 727-1000
(503) 727-1117 (fx)

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, *et al.* | Civil No. 01-640-RE |
| Plaintiffs, | CERTIFICATION OF THE ADMINISTRATIVE RECORD |
| NATIONAL MARINE FISHERIES SERVICE, *et al.* | |
| Defendants. | |

I declare under the penalty of perjury under the laws of the United States of America that to the best of my knowledge the collection of documents filed today is a true and correct copy of the official records of the Bureau of Reclamation relating to Reclamation's *2010 Decision Document Following the May 2010 NOAA Fisheries Supplemental Consultation*

CERTIFICATION OF THE ADMINISTRATIVE RECORD
Page 1 of 2

on Operation of The Federal Columbia River Power System, 11 Bureau of Reclamation Projects in the Columbia Basin, and ESA Section 10(a)(1)(A) Permit for Juvenile Fish Transportation Program dated June 11, 2010. (Reclamation 2010 Administrative Record)

This Administrative Record incorporates in whole Reclamation's 2008 "Administrative Record for the Bureau of Reclamation's Decision Document Concerning the Consultation on Remand for Operation of the Columbia River Power system, 11 Bureau of Reclamation Projects in the Columbia Basin, and ESA Section 10(a)(1)(A) Permit for Juvenile Fish Transportation Program (Revised and re-issued pursuant to court order, NWF v NMFS, Civil No 01-CV-00640-RE)." In addition, because there is also information upon which Reclamation relied that is included in the administrative records filed in this matter by NOAA Fisheries, U.S. Army Corps of Engineers, and Bonneville Power Administration, Reclamation incorporates by reference the administrative records filed by those agencies.

Executed this 26th day of August 2010 at Boise, Idaho.

*[signature]*

Kathryn J. Puckett
Program Manager
Columbia Snake Salmon Recovery Office
PN Regional Office
Bureau of Reclamation
(208) 378-5089