**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 20 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION; et al., | Nos.  17-35462<br>        18-35111 |
| Plaintiffs-Appellees, | D.C. No. 3:01-cv-00640-SI<br>District of Oregon,<br>Portland |
| STATE OF OREGON, | |
| Intervenor-Plaintiff-Appellee, | ORDER |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE; et al., | |
| Defendants-Appellants, | |
| and | |
| STATE OF WASHINGTON; et al., | |
| Intervenor-Defendants. | |

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION; et al., | Nos.  17-35463<br>        18-35152 |
| Plaintiffs-Appellees, | D.C. No. 3:01-cv-00640-SI<br>District of Oregon,<br>Portland |
| STATE OF OREGON, | |
| Intervenor-Plaintiff-Appellee, | |

v.

NATIONAL MARINE FISHERIES SERVICE; et al.,

        Defendants,

STATE OF WASHINGTON; et al.,

        Intervenor-Defendants,

and

NORTHWEST RIVER PARTNERS,

        Intervenor-Defendant-Appellant.

NATIONAL WILDLIFE FEDERATION; et al.,

        Plaintiffs-Appellees,

STATE OF OREGON,

        Intervenor-Plaintiff-Appellee,

v.

NATIONAL MARINE FISHERIES SERVICE; et al.,

        Defendants,

No. 17-35465

D.C. No. 3:01-cv-00640-SI
District of Oregon,
Portland

| | |
|---|---|
| STATE OF WASHINGTON; et al., <br><br>   Intervenor-Defendants, <br><br> and <br><br> STATE OF IDAHO, <br><br>   Intervenor-Defendant-<br>   Appellant. | |
| NATIONAL WILDLIFE FEDERATION; et al., <br><br>   Plaintiffs-Appellees, <br><br> STATE OF OREGON, <br><br>   Intervenor-Plaintiff-<br>   Appellee, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE; et al., <br><br>   Defendants, <br><br> STATE OF WASHINGTON; et al., <br><br>   Intervenor-Defendants, <br><br> and <br><br> INLAND PORTS AND NAVIGATION | No. 17-35466 <br><br> D.C. No. 3:01-cv-00640-SI <br> District of Oregon, <br> Portland |

GROUP,

        Intervenor-Defendant-Appellant.

---

NATIONAL WILDLIFE FEDERATION; et al.,

        Plaintiffs-Appellees,

STATE OF OREGON,

        Intervenor-Plaintiff-Appellee,

 v.

NATIONAL MARINE FISHERIES SERVICE; et al.,

        Defendants,

STATE OF WASHINGTON; et al.,

        Intervenor-Defendants,

 and

STATE OF MONTANA,

        Intervenor-Defendant-Appellant.

No.  17-35467

D.C. No. 3:01-cv-00640-SI
District of Oregon,
Portland

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION; et al., | No.   17-35502 |
| Plaintiffs-Appellees, | D.C. No. 3:01-cv-00640-SI District of Oregon, Portland |
| STATE OF OREGON, | |
| Intervenor-Plaintiff-Appellee, | |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE; et al., | |
| Defendants, | |
| STATE OF WASHINGTON; et al., | |
| Intervenor-Defendants, | |
| and | |
| KOOTENAI TRIBE OF IDAHO and CONFEDERATED SALISH AND KOOTENAI TRIBES, | |
| Intervenor-Defendants-Appellants. | |

Before: THOMAS, Chief Judge, and TASHIMA and PAEZ, Circuit Judges.

Appellees' unopposed motion for an extension of time to file an application for attorneys' fees and expenses is GRANTED. The application is now due October 30, 2018.