BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
COBY HOWELL
Senior Trial Attorney
U.S. Department of Justice
c/o U.S. Attorney's Office
1000 SW Third Avenue
Portland, Oregon 97204-2902
Tel: (503) 727-1023 | Fax: (503) 727-1117
Email: Coby.Howell@usdoj.gov

JEAN E. WILLIAMS, Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief
MICHAEL R. EITEL, Senior Trial Attorney
ROMNEY PHILPOTT, Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1479 | Fax: (303) 844-1350
Email: Michael.Eitel@usdoj.gov
Email: Romney.Philpott@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **NATIONAL WILDLIFE FEDERATION,** et al., | Case No.: 3:01-CV-00640-SI |
| Plaintiffs, | |
| v. | **STATUS REPORT RE: 2019-2021 SPILL OPERATIONS AGREEMENT DURING THE NEPA REMAND PERIOD** |
| **NATIONAL MARINE FISHERIES SERVICE,** et al., | |
| Defendants. | |

Federal Defendants, Oregon, Washington, and the Nez Perce Tribe submit this status report to notify the Court that the U.S. Army Corps of Engineers, the Bonneville Power Administration, the U.S. Bureau of Reclamation, Oregon, Washington, and the Nez Perce Tribe ("signatory parties") have reached an agreement on fish passage spill operations and related matters during the remainder of the National Environmental Policy Act (NEPA) remand period. For context and informational purposes only,[1] the agreement is attached as Exhibit 1 ("Agreement"). The Agreement reflects the intent of the signatory parties to set aside differing positions and work collaboratively on fish passage spill operations during the NEPA remand period. *See generally* Exhibit 1. The Agreement has two other effects that relate to this litigation:

1.      The U.S. Army Corps of Engineers, Bonneville Power Administration, and the U.S. Bureau of Reclamation (Action Agencies) will modify their proposed action that is the subject of an ongoing Section 7(a)(2) Endangered Species Act (ESA) consultation with the National Marine Fisheries Service (NMFS). The modified proposed action will identify the fish passage spill operations documented in the Agreement, and NMFS intends to complete an ESA consultation before spring fish passage spill operations begin in April 2019.[2] In the interim, the Action Agencies and NMFS will take any necessary administrative steps to address incidental take occurring between the expiration of the 2008/2014 biological opinion and NMFS's completion of consultation in April

---

[1] As the signatory parties provided in the Agreement, the Agreement is not intended to constitute a consent decree, be entered as a Court order, or be enforceable in this action. Exhibit 1 at IX.C.2, X.C. If the Court enters any of the provisions of the Agreement as a Court order, the Agreement automatically terminates. *Id.* Federal Defendants, moreover, object to the entry of an order adopting or modifying any of the provisions of the Agreement, and Federal Defendants request an opportunity to be heard if the Court considers entering an order adopting or modifying any of the terms of the Agreement.

[2] The agencies previously anticipated completing the ESA consultation process by the end of December 2018. *See* ECF 2271 (discussing the ongoing ESA consultation and Federal Defendants' intent to complete that consultation on or before December 31, 2018).

2

2019. The signatory parties believe these procedural adjustments are compatible with the Court's

April 17, 2018, Order that removed the December 31, 2018, consultation deadline. *See* ECF 2288.

2.    While this Agreement is in effect, the signatory parties agree not to engage in any

litigation—including filing supplemental complaints or seeking declaratory or injunctive relief—

during the NEPA remand period as described in Exhibit 1 at X.A. The undersigned parties

conferred with the other parties consistent with LR 7-1(a). The National Wildlife Federation, *et al.*,

Plaintiffs represented that they also do not intend to engage in any litigation in the above-captioned

case during the NEPA remand period—including filing supplemental complaints or seeking

declaratory or injunctive relief—while this Agreement is in effect.[3]

In sum, the Agreement reflects that the signatory parties are working collaboratively on fish

passage spill operations and related matters during the NEPA remand period. While this Agreement

is in effect, the signatory parties and the National Wildlife Federation, *et al.*, Plaintiffs do not intend

to engage in any litigation. If these circumstances change (*e.g.*, the Agreement terminates), the

signatory parties will notify the Court.

Dated: December 18, 2018                    BILLY J. WILLIAMS, OSB #901366
                                            United States Attorney
                                            COBY HOWELL, Senior Trial Attorney
                                            U.S. Department of Justice
                                            c/o U.S. Attorney's Office
                                            1000 SW Third Avenue
                                            Portland, Oregon 97204-2902
                                            Tel: (503) 727-1023 | Fax: (503) 727-1117
                                            Email: Coby.Howell@usdoj.gov

---

[3] The Confederated Tribes of the Umatilla Reservation, the Confederated Tribes of the Warm
Springs, and the State of Idaho indicated that they support the Agreement. The Confederated Salish
and Kootenai Tribes, the Kootenai Tribe of Idaho, and the State of Montana collectively do not
oppose the Agreement so long as its implementation does not adversely affect or preclude the
improvement of the Montana Operations. The remaining defendant-intervenors or amici indicated
that they do not oppose/take no position (Confederated Tribes and Bands of the Yakama Nation,
Confederated Tribes of the Colville Reservation, Northwest RiverPartners, Inland Ports and
Navigation Group) or did not respond.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
SETH M. BARSKY, Section Chief

/s/ Michael R. Eitel
MICHAEL R. EITEL, Senior Trial Attorney
ROMNEY S. PHILPOTT, Senior Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1479 | Fax: (303) 844-1350
Email: Michael.Eitel@usdoj.gov;
Romney.Philpott@usdoj.gov
Attorneys for Federal Defendants

/s/ Nina R. Englander
NINA R. ENGLANDER #106119
SARAH WESTON #085083
CARLA A. SCOTT #054725
Assistant Attorneys General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
nina.englander@doj.state.or.us
sarah.weston@doj.state.or.us
Carla.A.Scott@doj.state.or.us
Of Attorneys for State of Oregon

s/        David J. Cummings
David J. Cummings, OSB #922695
Geoffrey M. Whiting, OSB #954547
NEZ PERCE TRIBE
OFFICE OF LEGAL COUNSEL
P.O. Box 305
Lapwai, ID 83540
Phone: (208) 843-7355 | Fax (208) 843-7377
djc@nezperce.org
gwhiting@gmwnezperce.com
Attorneys for the Nez Perce Tribe

ROBERT W. FERGUSON
Attorney General

s/ Michael S. Grossmann
MICHAEL S. GROSSMANN, WSBA No. 15293

Senior Counsel
Attorneys for Intervenor-Defendant State of
Washington

## CERTIFICATE OF SERVICE

I certify that on December 18, 2018, the foregoing was electronically filed through the Court's electronic filing system, which will generate automatic service on all Parties enrolled to receive such notice. I also certify that the following will be manually served via overnight mail:

Dr. Howard F. Horton, Ph.D.
Professor Emeritus of Fisheries
Department of Fisheries and Wildlife
104 Nash Hall
Corvallis, Oregon, 97331-3803
Tel: (541) 737-1974

*/s/ Michael R. Eitel*
Michael R. Eitel
Trial Attorney, U.S. Department of Justice