TODD D. TRUE (WSB #12864)
ttrue@earthjustice.org
AMANDA W. GOODIN (WSB #41312)
agoodin@earthjustice.org
Earthjustice
810 Third Ave., Suite 610
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax

DANIEL J. ROHLF (OSB #99006)
rohlf@lclark.edu
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard, MSC 51
Portland, OR  97219
(503) 768-6707 | Phone
(503) 768-6642 | Fax

*Attorneys for Plaintiffs*

THE HONORABLE MICHAEL H. SIMON

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, et al., <br><br>    Plaintiffs, <br><br>  and <br><br> STATE OF OREGON, <br><br>    Intervenor-Plaintiff, <br><br>  v. <br><br> NATIONAL MARINE FISHERIES SERVICE, U.S. ARMY CORPS OF ENGINEERS, and U.S. BUREAU OF RECLAMATION, <br><br>    Defendants, <br><br>  and | No. 3:01-cv-00640-SI <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE EIGHTH SUPPLEMENTAL COMPLAINT |

ORDER GRANTING PLAINTIFFS' MOTION FOR
LEAVE TO FILE EIGHTH SUPPLEMENTAL
COMPLAINT - 1 -

NORTHWEST IRRIGATION UTILITIES, PUBLIC POWER COUNCIL, COLUMBIA-SNAKE RIVER IRRIGATORS ASSOCIATION, WASHINGTON FARM BUREAU FEDERATION, FRANKLIN COUNTY FARM BUREAU FEDERATION, GRANT COUNTY FARM BUREAU FEDERATION, NORTHWEST RIVER PARTNERS, CLARKSTON GOLF & COUNTRY CLUB, CONFEDERATED SALISH AND KOOTENAI TRIBES, STATE OF MONTANA, INLAND PORTS AND NAVIGATION GROUP, KOOTENAI TRIBE OF IDAHO, and STATE OF WASHINGTON,

        Intervenor-Defendants.

The motion by plaintiffs, National Wildlife Federation, *et al*. ("NWF"), pursuant to Fed. R. Civ. 15(d) and LR 15-1(b) and (c), for Leave to File an Eighth Supplemental Complaint for Declaratory and Injunctive Relief is GRANTED.

IT IS ORDERED that, once filed, NWF's Eighth Supplemental Complaint supersedes the Seventh Supplemental Complaint and all prior complaints filed in this action.

IT IS ORDERED that no answers to NWF's Eighth Supplemental Complaint are required.

IT IS ORDERED that NWF and Federal Defendants shall confer and work with the other parties to prepare and submit to the Court within 60 days of this Order a joint status report presenting a proposed schedule for the case, including a briefing schedule for any anticipated motions. If the parties are unable to agree on a schedule, they shall set forth in the status report their competing positions on how to proceed.

IT IS ORDERED that Federal Defendants are no longer under a continuing obligation to provide NWF notice of expenditures at the four lower Snake River dams pursuant to the Courts Orders regarding such notification, ECF 2194 (Apr. 3, 2017) and ECF 2205 (May 25, 2017).

DATED this ___ day of _____, 2021.

_____
THE HONORABLE MICHAEL H. SIMON
United States District Court Judge

ORDER GRANTING PLAINTIFFS' MOTION FOR
LEAVE TO FILE EIGHTH SUPPLEMENTAL
COMPLAINT - 3 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*