Ted C. Knight, WSBA 39683
Special Legal Counsel
Spokane Tribe of Indians
PO Box 100, Wellpinit, WA 99040
509-953-1908
tedk@spokanetribe.com

*Attorney for the Spokane Tribe of Indians*

THE HONORABLE MICHAEL H. SIMON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| AMERICAN RIVERS, PACIFIC COAST FEDERATION OF FISHERMENS's ASSOCIATIONS, INSTITUTE FOR FISHERIES RESOURCES, SIERRA CLUB IDAHO RIVERS UNITED, NORHTWEST SPORTFISHING INDUSTRY ASSOCIATION, NW ENERGY COALITION, NATIONAL WILDLIFE FEDERATION, COLUMBIA RIVERKEEPER, and IDAHO CONSERVATION LEAGUE<br><br>Plaintiffs,<br>and<br><br>STATE OF OREGON,<br><br>Intervenor-Plaintiff<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, U.S. ARMY CORPS OF ENGINEERS, and U.S. BUREAU OF RECLAMATION, | Case No. 3:01-cv-00640-SI<br><br>[PROPOSED] ORDER GRANTING SPOKANE TRIBE OF INDIANS' MOTION FOR LEAVE TO INTERVENE AS PLAINTIFF |

PROPOSED ORDER GRANTING
Spokane Tribe of Indians'
Motion for Leave to Intervene as Plaintiff
Case No. 01-cv-00640-SI                    1

Ted C. Knight, Special Legal Counsel
Spokane Tribe of Indians
PO Box 100, Wellpinit, WA 99040
(509) 953-1908

Defendants,

and

NORTHWEST IRRIGATION UTILITIES, PUBLIC POWER COUNCIL, COLUMBIA-SNAKE RIVER IRRIGATORS ASSOCIATION, WASHINGTON STATE FARM BUREAU FEDERATION, FRANKLIN COUNTY FARM BUREAU FEDERATION, GRANT COUNTY FARM BUREAU FEDERATION, NORTHWEST RIVER PARTNERS, CLARKSTON GOLF & COUNTRY CLUB, CONFEDERATED SALISH AND KOOTENAI TRIBES, STATE OF MONTANA, INLAND PORTS AND NAVIGATION GROUP, KOOTENAI TRIBE OF IDAHO, and STATE OF WASHINGTON,

Intervenor-Defendants.

---

THIS MATTER came before the Court on the Spokane Tribe of Indians ("Tribe") Motion for Leave to Intervene as a Plaintiff pursuant to Fed. R. Civ. 24(a)(2) or in the alternative Fed. R. Civ. 24(b) in the above-captioned case. The Court having reviewed the files and records, herein, hereby:

GRANTS the Tribe's Motion for Leave to Intervene as Plaintiff.

ORDERS that the Tribe file its Complaint-in-Intervention with the Court within seven days of this Order.

ORDERS that no answers to the Tribe's Complaint-in-Intervention are required.

[PROPOSED] ORDER GRANTING
SPOKANE TRIBE'S MOTION FOR LEAVE TO
INTERVENE AS PLAINTIFF
Case No. 01-cv-00640-SI

2

Ted C. Knight, Special Legal Counsel
Spokane Tribe of Indians
PO Box 100, Wellpinit, WA 99040
(509) 953-1908

DATED the 24th day of February, 2021.

_____
THE HONORABLE MICHAEL H. SIMON
United States District Court Judge

[PROPOSED] ORDER GRANTING
SPOKANE TRIBE'S MOTION FOR LEAVE TO
INTERVENE AS PLAINTIFF
Case No. 01-cv-00640-SI                    3

Ted C. Knight, Special Legal Counsel
Spokane Tribe of Indians
PO Box 100, Wellpinit, WA 99040
(509) 953-1908