The Honorable Michael H. Simon

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| AMERICAN RIVERS, et al.,<br><br>        Plaintiffs,<br>and<br><br>STATE OF OREGON, et al.,<br><br>        Intervenor-Plaintiffs<br><br>    v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>        Defendants,<br>and<br><br>NORTHWEST IRRIGATION UTILITIES, et al.,<br><br>        Intervenor-Defendants. | NO. 3:01-CV-640-SI<br><br>STATE OF WASHINGTON'S MOTION TO WITHDRAW AS DEFENDANT-INTERVENOR AND FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE* |

### I. RELIEF SOUGHT

This Court's April 2, 2021, case schedule order provides that, by: "April 19, 2021: any existing Intervenor or amicus curiae proposing a change of status that requires the Court's

STATE OF WASHINGTON'S MOTION TO WITHDRAW AS DEFENDANT-INTERVENOR AND FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*
No. 3:01-cv-640-SI

1

ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

permission, and any new party that seeks to intervene in this case, shall file an appropriate motion …"

Through this motion, Washington provides notice that it does not intend to participate as an intervening defendant with respect to the amended complaints filed herein. If an order dismissing the State as a formal party to this litigation is needed, that action is requested.

At the same time, Washington seeks leave of this court to continue participating is this matter as *amicus curiae*.[1]

## II.   BASIS FOR REQUESTED RELIEF

This case has been the vehicle for plaintiffs to serially challenge operation of the Federal Columbia River Power System (FCRPS) within the context of records of decision by federal action-agencies, corresponding Endangered Species Act biological opinions, and associated National Environmental Protection Act assessments. This case has been maintained through numerous remands, each displacing prior actions and decisions, followed by amended petitions/complaints. The effect of that procedure has been that intervenors and/or amici have been carried forward from one case to another absent some affirmative action re-aligning their status or participation.

This motion clarifies Washington's desired participation in this case now that renewed judicial review will be undertaken for new decisions by federal action-agencies, along with new ESA and NEPA determinations under review.

Washington does not intend to participate as a defendant-intervenor with regard to any of the amended complaints that have been filed. Because Washington remains listed as a defendant-intervenor, but is not a necessary defendant party, simply dropping Washington

---

[1] In accordance with LCR 7, Washington provided all parties and *amici* with advance notice of its intended motion and requested that any opposition or concerns over the requested relief be shared with Washington to see if any pre-motion coordination was needed. Plaintiffs National Wildlife Federation, and the State of Oregon, responded that they do not oppose the motion. Federal Defendants have similarly indicated they do not oppose the motion, as have various other defendant-intervenors and amici. While not every party and/or *amicus* has responded, no entity has expressed concern or objection.

STATE OF WASHINGTON'S MOTION
TO WITHDRAW AS DEFENDANT-
INTERVENOR AND FOR LEAVE TO
PARTICIPATE AS *AMICUS CURIAE*
No. 3:01-cv-640-SI

2

ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

from the full caption may be sufficient. To the extent an order formally dismissing Washington State as a defendant-intervenor is needed, or desired, Washington requests that such an order be issued.

While Washington does not desire to participate as a party, the State continues to have a significant interest in the subject matter of this litigation. Accordingly, the State would like to participate as *amicus curiae*.

Washington's ongoing interest in this matter is reflected in prior filings wherein the State was granted leave to intervene (*See e.g.* Dkt. 1514 – State of Washington's Memorandum in Support of Unopposed Motion for Leave to Intervene as Defendant, at 1-4). Prior to that, Washington had been granted leave to participate as amicus based upon its substantial interest in the natural resources affected by operation of the FCRPS. *See* Dkt. 178.

Throughout this case, Washington has participated in the regional collaboration of sovereigns that possess management expertise and responsibility for the natural resources affected by the FCRPS – a collaboration that was crystalized and given added gravitas by this Court's prior remand orders.

In connection with the latest remand, the federal action-agencies formally designated Washington State as a "cooperating agency" for purposes of conducting NEPA on the FCRPS operations. Washington also played an active and significant role in negotiations over FCRPS spill operations during the remand period.

Going forward, Washington will continue participating in regional collaboration and discussions geared to address further refinement of FCRPS operations. While the State recognizes the substantial work undertaken, and the progress that has been made to evolve FCRPS operations, and the associated environmental review, the State looks forward to continued collaboration to further improve operations as part of a comprehensive plan addressing the needs of listed salmon and Southern Resident Killer Whales. Washington anticipates the need for greater refinement of medium to long-term operations that improve

STATE OF WASHINGTON'S MOTION TO WITHDRAW AS DEFENDANT-INTERVENOR AND FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*
No. 3:01-cv-640-SI

3

ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

productivity of Columbia Basin salmonids, along with measures that provide additional focus on the upper Columbia River portion of the FCRPS action area. These perspectives are reflected, in part, within Washington comments on the Columbia River System Operations Draft Environmental Impact Statement.

Given this outlook, Washington feels it can best contribute to the current litigation as *amicus curiae*. In particular, Washington intends to participate as unaligned *amicus*. Accordingly, if allowed to participate, Washington will only file briefs where it has a perspective it believes may add to, and assist this Court in resolving issues as they arise, informed by Washington's continuing work within the regional collaboration.

This Court's scheduling order specifically contemplates a role for unaligned *amicus* and makes room for such briefing. Because the scheduling order already anticipates such participation, granting Washington's request for leave to participate on that basis will not prejudice any party, delay matters, or unreasonably add complexity to this case.

### III.  CONCLUSION

Based upon the foregoing, Washington respectfully requests an order removing the State as defendant-intervenor, and granting the State's request for leave to participate as an unaligned *amicus curiae* on the terms set forth in this Court's scheduling order.

DATED this 19th day of April, 2021.

ROBERT W. FERGUSON
Attorney General

*s/ Michael S. Grossmann*
MICHAEL S. GROSSMANN, WSBA No. 15293
Senior Counsel
1125 Washington Street SE
Post Office Box 40100
Olympia, Washington 98504-0100
(360) 586-4034
OID No. 91033
*Attorneys for the State of Washington*

STATE OF WASHINGTON'S MOTION TO WITHDRAW AS DEFENDANT-INTERVENOR AND FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*
No. 3:01-cv-640-SI

4

ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all parties registered in the CM/ECF system for this matter.

I certify under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

Dated this 19th day of April 2021, at Lacey, Washington.

*s/Diane Newman*
DIANE NEWMAN
Legal Assistant

STATE OF WASHINGTON'S MOTION TO WITHDRAW AS DEFENDANT-INTERVENOR AND FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*
No. 3:01-cv-640-SI

5

ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200