David J. Cummings, OSB #922695
djc@nezperce.org
Geoffrey M. Whiting, OSB #954547
gwhiting@gmwnezperce.com
NEZ PERCE TRIBE
OFFICE OF LEGAL COUNSEL
P.O. Box 305
Lapwai, ID 83540
(208) 843-7355 | Phone
(208) 843-7377 | Fax

*Attorneys for the Nez Perce Tribe*

THE HONORABLE MICHAEL H. SIMON

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, et al., | Case No.: 3:01-cv-00640-SI |
| Plaintiffs, | |
| and | **CORRECTED** DECLARATION OF DAVID B. JOHNSON IN SUPPORT OF STATE OF OREGON'S AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY INJUNCTION |
| STATE OF OREGON, | |
| Intervenor-Plaintiff, | |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE, et al., | |
| Defendants. | |

I, David B. Johnson, declare:

## INTRODUCTION AND QUALIFICATIONS

1.      I have previously submitted declarations in this proceeding: Declaration of David B. Johnson, filed July 26, 2004 (ECF No. 591) (in support of motion to enjoin the curtailment of summer spill); Declaration of David B. Johnson, filed January 9, 2017 (ECF No. 2117-1) (in

support of motion for additional spill and early operation of the juvenile fish bypass at the lower

Snake River dams); Reply Declaration of David B. Johnson, filed February 28, 2017 (ECF No.

2167).  My professional experience, education, and qualifications are set forth in those filings

and are updated here.

2.      I am the Manager of the Nez Perce Tribe's (Tribe) Department of Fisheries

Resources Management (DFRM) and have served the Tribe in that capacity for 20 years.  I

obtained a Bachelor of Science in Biology and a Master of Science in Biology from Northern

Arizona University in 1979 and 1982, respectively.  I have been employed by the Tribe's DFRM

for 33 years, including several positions prior to becoming Manager: Deputy Program Manager,

Production Coordinator, Monitoring and Evaluation Biologist, and Fisheries Biologist.  I have

also been employed as a Fisheries Biologist with the Bureau of Indian Affairs in the

Albuquerque Area Office and with the U.S. Forest Service in the Northern Region Regional

Office and on the Clearwater National Forest.

3.      As Manager of the Tribe's DFRM, I oversee one of the largest and most

successful tribal fisheries programs in the United States.[1]  The DFRM has 190 employees, 150

full-time, an annual operating budget of over $20 million, and eight offices throughout the Nez

Perce Tribe's Treaty territory in Oregon and Idaho.  The DFRM works in close partnership with

the federal and state agencies and tribes on many fronts, including: managing a federal fish

hatchery, co-managing another, operating its own hatchery and eight acclimation sites, and

partnering with state and federal agencies in Oregon, Washington, and Idaho to produce fish to

---

[1] The Nez Perce Tribe's DFRM received the 2015 Honoring Nations award with High
Honors from The Harvard Project on American Indian Economic Development.

supplement naturally spawning runs of spring/summer and fall Chinook listed under the Endangered Species Act (ESA); partnering with the U.S. Forest Service to implement an award-winning effort to restore watersheds throughout the Tribe's Treaty territory;[2] co-managing harvest and enforcement efforts with our state and tribal counterparts in U.S. v. Oregon and other forums; collaborating on the current Lewiston Orchards Water Exchange Project, a regional stakeholder outgrowth of previous Nez Perce Tribe v. NOAA Fisheries and Bureau of Reclamation litigation; and participating in the forums providing technical oversight and policy advice to the Federal Columbia River Power System (FCRPS) operators.

4.      As DFRM Manager, I have acquired substantial familiarity with the FCRPS, its recurring ESA issues, as well as related federal treaty and federal fiduciary issues and obligations.  I have served as the Tribe's technical representative for the remands of each of the prior FCRPS Biological Opinions (BiOps).  I participated in the negotiation of the interim flex spill agreement pending the completion of the CRSO EIS, the EIS process, and consultations with the Action Agencies and NOAA Fisheries on the CRSO EIS, BiOp, and ROD.  Even in instances where the Nez Perce Tribe and federal or state agencies are not in agreement, the Tribe has always been willing to work with these entities to carry out actions that will benefit fish.  I believe it is essential to develop and maintain strong, respectful working relationships with my tribal and federal and state agency counterparts and I strive to put that belief into practice.

## BACKGROUND

5.      The Nez Perce Tribe has actively and consistently participated in the FCRPS litigation because it is deeply committed to rebuilding Columbia and Snake river salmon runs to

---

[2] The DFRM is a two-time recipient of the Forest Service's Rise to the Future award.

CORRECTED DECLARATION OF DAVID B. JOHNSON IN SUPPORT OF STATE OF OREGON'S AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY INJUNCTION                                                                                          3

healthy, harvestable levels and fairly sharing the conservation burden.  Of the Snake River runs, sockeye are listed as endangered under the ESA, and spring/summer Chinook, fall Chinook, and steelhead are all listed as threatened under the ESA. Pacific lamprey are considered species of concern by the U.S. Fish and Wildlife Service (USFWS) and coho were extirpated (but have been reintroduced by the Tribe).  The dams on the lower Snake River and the mainstem Columbia have had – and continue to have – an enormous devastating impact on salmon and steelhead, and, in turn, on the Nez Perce Tribe and its people.  The Nez Perce Tribe, in its 1855 Treaty with the United States, reserved the right to take fish at all its usual and accustomed places; in addition to those on the mainstem Columbia, many of these usual and accustomed fishing places and the Tribe's Reservation lie above all eight of the dams on the lower Snake and Columbia rivers.  Another FCRPS dam, Dworshak Dam, is located on the Nez Perce Reservation itself, on Nez Perce trust land, and blocks all fish passage on the North Fork Clearwater River.

6.      The Tribe has also been actively involved in the litigation in this case resulting in Court-ordered spill and early operation of the juvenile fish bypass at the lower Snake River dams.

7.      It cannot be emphasized enough that the Snake River Basin and its stocks are critically important and that a substantial amount of salmon habitat in the entire Columbia River Basin is within the Snake River Basin.  The following map depicts the location of Snake River Basin (the division between the Snake Basin and the Upper Columbia Basin is formed by the confluence of the two rivers) relative to dams and the present-day reservations of the Columbia Basin tribes.

CORRECTED DECLARATION OF DAVID B. JOHNSON IN SUPPORT OF STATE OF OREGON'S AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY INJUNCTION                                                                                                         4



Spring/summer Chinook and steelhead habitat is in the mountains – on the eastern slope

of the Cascade Range in Washington and Oregon, as well as the Willamette Basin in Oregon; the

Blue Mountains in northeastern Oregon and southeastern Washington; and most of central

Idaho.[3]  In the Columbia Basin, the greatest amount of that habitat is in the mountains of

northeast Oregon and central Idaho.  Spring/summer Chinook need access from and to mountain

tributaries, and they need good, cold water habitat when in their natal streams.  Adults enter the

Columbia River in the spring, travel into the mountains and stay there until spawning – from

---

[3] In contrast, fall chinook spawn and rear in the mainstem of the larger rivers of the
Columbia Plateau – in the mainstem Columbia, Snake, Clearwater, and other large tributaries.

early-August through mid-September.  Because the adults are present through the heat of the

summer prior to spawning, they need to "hole up" in the cold mountain rivers and streams.  It is

their offspring, who reside in these streams for over a year, similarly require cold, clean water,

and, importantly, unimpeded access to the ocean to continue their life-cycle.

8.      The following map focuses in on the Snake River Basin relative to Nez Perce

country.  This map shows the lands determined by the Indian Claims Commission to be

exclusively used and occupied by the Nez Perce Tribe and the 1855 and 1863 Reservations.  Nez

Perce country overlaps much of the remaining salmon habitat in the Snake River Basin.



The Tribe's off-reservation fishing rights reserved in its 1855 Treaty are not limited to the lands it ceded to the United States or to its Reservations; these fishing rights encompass all the Tribe's usual and accustomed fishing places which, for example, include Willamette Falls, the mainstem Columbia, and places throughout the heart of salmon country in the Snake River Basin.  A majority of these lands in the heart of Nez Perce and salmon country are owned by the United States and managed by the U.S. Forest Service; the map depicts these in green, with the lighter green areas managed for multiple uses (e.g., timber production, grazing), and the darker green designated as Wilderness areas.  These lands contain an abundance of excellent habitat for spring/summer Chinook, and are, in fact, the best remaining habitat for spring/summer Chinook in the Columbia Basin.

## I.    THE DIRE STATUS OF SNAKE RIVER SALMON AND STEELHEAD POPULATIONS

9.    The Tribe views the status and biological needs of the fish as the starting point for any inquiry related to FCRPS actions and compliance with the law.

10.    While the region has embraced robust, thriving salmon and steelhead goals established by the Columbia Basin Partnership,[45] Snake River spring/summer Chinook remain imperiled and precarious nearly 30 years after their initial listings under the ESA, falling far short of delisting abundances and falling several orders of magnitude short of any notion of thriving populations.

---

[4] See NOAA, https://media.fisheries.noaa.gov/dam-migration/mafac_report_cbp_phase_1_recommendations_full_report.pdf.

[5] See Id., https://s3.amazonaws.com/media.fisheries.noaa.gov/2020-10/MAFAC_CRB_Phase2ReportFinal_508.pdf?null.

CORRECTED DECLARATION OF DAVID B. JOHNSON IN SUPPORT OF STATE OF OREGON'S AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY INJUNCTION                                                                    7

11.    The most recent 5-year status review of listed salmon and steelhead species by NMFS was published in 2016.  This status report, referenced in the 2020 BiOp, indicates that the overall viability ratings for the listed species has not improved since the 2011 status review referenced in the 2014 BiOp.  For Snake River spring/summer Chinook, all population groups are either at high risk of extinction or functionally extirpated, with the exception of the Chamberlain Creek population in the Middle Fork Salmon.  2020 BiOp at 104, Table 2.2-2 (NMFS00362285).  For Snake River sockeye, the listed Evolutionarily Significant Unit (ESU) remains at high risk of extinction. 2020 BiOp at 436 (NMFS00362617).  NMFS' 2016 status review also reports that population abundances of several listed ESUs have declined since the 2011 status review, and for those populations that have improved, those improvements have been minimal.  The 2021 status review has not been released, but we are not aware of any evidence that would suggest any significant improvement in the status of listed fish since the 2016 report.

12.    In conservation science, Quasi Extinction Thresholds (QETs) serve as criteria where avoidance of absolute extinction of populations can no longer be assumed or predicted. Quasi-extinction, in its simplest terms, means: the population is nearing absolute extinction; the risk of extinction cannot be modeled but is considered to be unacceptably high; the population is uncertain to persist; and, the probability of recovery is low without substantial intervention.

13.    For ESA-listed salmon and steelhead populations, NMFS has identified QET as 50 or fewer adult spawners on the spawning grounds per year for four consecutive years.

14.    The 2020 BiOp does not contain an assessment of the current status of listed salmon and steelhead populations relative to QET.  The 2020 BiOp offers an assessment of

reaching QET at some future time under the proposed action (BiOp at 223 (NMFS00362404)), yet it does not assess whether the listed fish are presently at or near QET.

15.     The Tribe conducted an assessment of the current status of each of the individual populations that make up the listed Snake River spring/summer Chinook ESU relative to QET and also assessed the near term status (2025) of these populations relative to 50 adult spawners on the spawning grounds.[6]  We believed that conducting such an analysis would provide insight into whether certain populations in the ESU were better or worse than others and help us determine what management actions could or should be taken.

16.     To conduct this assessment of current QET, we reviewed the data on abundance of natural origin spawners.  This information on abundance of natural origin spawners counted or estimated to be on the spawning grounds comes from data collected by the fish or land managers in the Snake River Basin including the Idaho Department of Fish and Game (IDFG), Washington

---

[6] Initially, we had been interested in the status of the Tucannon population of Snake River spring/summer Chinook relative to QET, where the returns have been consistently low.  The Tucannon is one of two populations of Snake River spring Chinook in the portion of Snake River within Washington's border; the other population, the Asotin Creek population, has been identified by NOAA as "functionally extirpated."  The Tucannon River empties into the reservoir behind Lower Monumental Dam.  Washington's "State of Salmon in Watersheds 2020" report describes the Tucannon population of Snake River spring/summer Chinook as being "in crisis," https://stateofsalmon.wa.gov/executive-summary/salmon-status/ (last visited July 16, 2021).  The returns to the Tucannon have been so low that the supplementation program co-managed by the Tribe and the state of Washington has not been able to make broodstock the last five years, and there has been essentially no harvest in the Tucannon for many years.  Ongoing and necessary habitat restoration is occurring in the Tucannon, with the involvement of Washington's Snake River Recovery Board, the Confederated Tribes of the Umatilla Indian Reservation, the Nez Perce Tribe, and others.  After assessing the QET for the Tucannon and finding that it was currently below QET (50 fish or fewer on the spawning grounds for 4 consecutive years), we then analyzed all extant Snake River spring-summer Chinook (and steelhead) relative to QET to assess whether the Tucannon was an anomaly.

Department of Fish and Wildlife (WDFW), Oregon Department of Fish and Wildlife (ODFW), the U.S. Forest Service, USFWS, the Shoshone-Bannock Tribes (SBT), Confederated Tribes of the Umatilla Indian Reservation, and the Nez Perce Tribe.  This is the same information NOAA uses in its Viability Assessments and Five-Year Status Reviews.

17.     We reviewed our analysis and findings with our co-managers (IDFG, WDFW, ODFW, SBT) as well as NOAA Fisheries (twice) and with staff from the Columbia River Inter-Tribal Fish Commission member Tribes.  We made a formal presentation of this QET assessment to the Northwest Power and Conservation Council on May 5, 2021 (a complete copy of our presentation slides is attached to this declaration as Exhibit A[7] and we explain these slides below).  We have also presented this information to the U.S. v Oregon parties; to leaders of the Columbia Basin Tribes convened in Mission, Oregon; to the Affiliated Tribes of Northwest Indians; and, most recently, at a Salmon-Orca Summit co-hosted by the Affiliated Tribes of Northwest Indians and the Nez Perce Tribe.

18.     Our analysis found that Snake River spring/summer Chinook populations tended to follow the same trends, that there was synchrony across the populations – i.e., that the peaks and valleys in abundance tended to happen to all populations.

---

[7] Also available at https://nwcouncil.app.box.com/s/6uxxczn1mmtx6tdu1fb86pilrku5asc8 (last visited July 16, 2021).

CORRECTED DECLARATION OF DAVID B. JOHNSON IN SUPPORT OF STATE OF OREGON'S AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY INJUNCTION                                                                          10





19.     After determining there was synchrony across Snake River spring/summer Chinook populations, our analysis focused on the last 10 years of data, from 2010 – 2020. A 10-year period is consistent with, and captures the abundance and productivity levels of, two complete lifecycles of these fish (looking at a shorter time frame would be more heavily influenced by annual environmental variations).  In addition, the last 10 years are a time period where some extreme temperature conditions in the ocean and inland have been experienced – such as in 2015 (and as it turns out, this year, 2021), and thus this time period captures current environmental conditions these fish face under a warming climate.

20.     We found that, alarmingly, a large number, 13 of the 31[8] (or 42%) of the extant Snake River Basin populations that make up the ESU listed under the ESA are *currently* at or

---

[8] The Panther Creek population was not included due to insufficient data.

below the QET – that is, returns of 50 or fewer natural origin spawners on the spawning grounds
for four consecutive years. These years and populations are shown in red on the slide below.





21.    We then modeled the change in abundance for the last 10 years across all the
populations and found that the population abundance was declining by approximately 19% each
year.  Applying this rate of decline through 2025 – we found that 24 of the 31 (or 77%) of the
extant Snake River Basin populations that make up the ESU would be at or below 50 natural
origin spawners by 2025 as depicted in the following slide.





## 24 (77%) Spring/Summer Chinook Populations Predicted to be at or Below 50 spawners by 2025

22.    In summary, this assessment found that 42% of the extant Snake River Basin spring/summer Chinook populations currently have natural origin spawner abundances at or below QET of 50 spawners or fewer on the spawning grounds for four consecutive years, and 77% of these populations would be at or below 50 natural origin spawners by 2025.

23.    This assessment of Snake River spring/summer Chinook relative to QET was shocking information.  The following map depicts the populations that are currently at or below the QET level in red, those that will be at or below 50 spawners on the spawning grounds by 2025 in yellow, and the other extant ESA listed populations are in green.  The geographic scope of this information is also shocking.



24.     We applied the same analysis to the Snake River steelhead Distinct Population

Segment (DPS) listed under the ESA and found similar patterns of decline and of reaching the

QET.  Although not as drastic as the Snake River spring/summer Chinook populations, three of

16 (19%) steelhead populations have had 50 or fewer fish on the spawning grounds for four

consecutive years, but they too have declined at a rate of 18% per year over the last 10 years and

seven of 16 (44%) of the populations are anticipated to be at 50 or fewer natural origin spawners by 2025.

25.    In addition to these concerns, we reviewed recent information provided by NOAA researchers regarding the status of spawners relative to the QET considering a changing climate. Crozier et al., Climate Change Threatens Chinook Salmon Throughout Their Life Cycle, Communications Biology (2021), https://www.nature.com/articles/s42003-021-01734-w.pdf. Although NOAA's researchers also predict spawning populations to drop below QET in the future under predicted climate conditions, they did not consider recent data in evaluating the starting point.  Our data shows that an alarming number of these populations are *already* below the QET.  The conditions of these returns in our changing climate is dire – right now.

26.    Our analysis has been widely reported by The Lewiston Tribune,[9] The Spokesman-Review,[10] and the Columbia Basin Bulletin.[11]  We believe alarm bells should be

---

[9] Eric Barker, Tribe's Fish Study is a Call to Alarm, The Lewiston Tribune (Apr. 30, 2021), https://lmtribune.com/river_of_change/tribe-s-fish-study-is-a-call-to-alarm/article_7a96ec10-3ff0-5850-bd82-2933780ebc7e.html.

[10] Eli Francovich and Orion Donovan-Smith, U.S. promised Nez Perce Fishing Rights, but What if Snake River Dams Kill Off Fish, The Spokesman-Review (May 10, 2021), https://www.spokesman.com/stories/2021/may/09/the-us-promised-the-nez-perce-fishing-rights-but-w/.

[11] Nez Perce Study Shows Snake River Basin Salmon/Steelhead At Risk Of Extinction; Tribe Says Emergency Actions Needed, The Columbia Basin Bulletin (May 7, 2021), https://www.cbbulletin.com/nez-perce-study-shows-snake-river-basin-salmon-steelhead-at-risk-of-extinction-tribe-says-emergency-actions-needed/.  (Columbia Basin Bulletin's website is inaccessible without a paid subscription.  For convenience, a complete copy of the article is attached to this declaration as Exhibit B.)

going off and that big changes, in addition to the efforts we are currently engaged in, must occur
to change the trajectory for these stocks.

27.    In addition to the terrible status and trajectory of the runs, this summer's heat
wave will further degrade conditions for those few fish in the wild.  There are predicted to be
approximately 6,250 spring/summer Chinook salmon in the Snake River Basin this year
(including returns to the Tucannon River).  That number is less than a third of the aggregate
minimum abundance number (22,250 fish) for Snake River spring/summer Chinook described in
my February 28, 2017 declaration (paragraph 2).  As of this writing, water temperatures are
extreme, and flows are very low.  The following graphic sets forth the July 13, 2021 water
temperatures for several Snake River spring/summer Chinook spawning areas and depicts lethal
temperatures in several locations,[12] and alarmingly, before the hot period of July – August.

---

[12] Daily minimum, average, and maximum water temperatures observed at in-stream PIT
tag arrays plotted over EPA constant temperature thresholds (high disease risk: yellow band,
migration blockage/delay: orange band, lethal: red band).  Graphic downloaded from Biomark
Biologic database (https://data.biomark.com/accounts/login/?next=/).

CORRECTED DECLARATION OF DAVID B. JOHNSON IN SUPPORT OF STATE OF OREGON'S
AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY
INJUNCTION                                                                                    16



28.     The following information shows the low flow conditions as measured on larger

streams and rivers in the Snake Basin.[13]  Currently, flows are about half of what they would

---

[13] Flow conditions (cfs) recorded at USGS, Idaho Power, and Oregon Water Resource Department flow gauges; the blue line shows the daily average for 2021 flows, while the dark band indicates the daily 25 and 75 percentiles (i.e., 50% of the water years recorded), and the light band shows the daily 0-25 and 75-100 percentiles (i.e., lowest 25% and highest 25% of the water years recorded).

In-stream PIT-arrays Temperature Data: https://data.biomark.com/accounts/login/?next=/ (last visited July 16, 2021).

USGS:

Idaho: USGS, https://waterdata.usgs.gov/id/nwis/current/?agency_cd=usgs&parameter_cd=staname,datetime,00065,00060,00010,median&group_key=basin_cd (last visited July 16, 2021).

Oregon: USGS, https://waterdata.usgs.gov/or/nwis/current/?type=flow (last visited July16, 2021).

CORRECTED DECLARATION OF DAVID B. JOHNSON IN SUPPORT OF STATE OF OREGON'S AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY INJUNCTION                                                                                        17

typically be for this time of the year.  Most of this year's spring/summer Chinook salmon are already in their natal Snake River Basin tributaries and, as described above, they typically spawn between early-August through mid-September.  As a result, they will likely be subject to extreme environmental conditions for the next month or two.  It is expected that a significant number of the 6,250 wild spring/summer Chinook salmon that returned to the Snake River Basin this year will succumb to these lethal conditions and die before spawning.

––––––––––––––––––––––

Other Flow Data:

Oregon Water Resources Department

Lostine River at Baker Rd, NR Lostine, OR.: State of Oregon, https://apps.wrd.state.or.us/apps/sw/hydro_near_real_time/ (last visited July 16, 2021).

Lostine River, NR Lostine, OR: State of Oregon, https://apps.wrd.state.or.us/apps/sw/hydro_near_real_time/ (last visited July 16, 2021).

Idaho Power

Imnaha River: Idaho Power, https://idastream.idahopower.com/Export/DataSet?DataSet=Flow.DayMean%4013292000&ExportFormat=csv&Compressed=false&RoundData=False&Unit=&Timezone=-7&_=1624334095277 (last visited July 16, 2021).

CORRECTED DECLARATION OF DAVID B. JOHNSON IN SUPPORT OF STATE OF OREGON'S AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY INJUNCTION                                                                          18



29.    These dire circumstances - the continued low, extinction level number of spawners and extreme environmental conditions - require *immediate action* to hold onto these populations.  As the Tribe discussed in 2017, making passage – downstream and up – as favorable for the progeny of these low spawn years as possible is absolutely essential for these populations.

## II. BREACHING THE FOUR LOWER SNAKE RIVER DAMS WOULD BENEFIT THE SURVIVAL AND RECOVERY OF SNAKE RIVER SALMON AND STEELHEAD MORE THAN ANY OTHER ACTION

30.    The Nez Perce Tribe adopted a resolution in 1999 calling for the breaching of the four Lower Snake River dams.  This resolution, and a description of the rationale supporting it, is set forth in the Tribe's DFRM Management Plan for 2013 – 2028 (https://nezperce.org/wp-

content/uploads/2020/09/DFRM-Management-Plan-2013-2028.pdf). The Tribe's position on this has not changed over the years. In fact, the information on status of the runs, as well as the literature cited in Ed Bowles' declaration provides ample evidence that the scientific community overwhelmingly finds that breaching the four lower Snake River dams would increase the survival of Snake River salmon and steelhead more than any other action and is urgently needed.

31.     The graphic below depicts the difference in smolt-to-adult return rates (SARs) associated with breaching the four Lower Snake River dams.[14] These four dams on the Lower Snake River make an extreme difference in return rates, and thus the ability for the populations to survive and recover. With breach, the survival of the Snake Basin populations would be expected to be similar to that for populations that only have three or four dams to contend with between the ocean and natal streams (see John Day and Yakima River returns). There are no other obstructions or habitat conditions that would prevent fish from freely passing from the headwaters of the Salmon or Clearwater down to McNary dam.

---

[14] U.S. Congressman Mike Simpson, The Columbia Basin Initiative, available at https://simpson.house.gov/salmon/ (last visited July 16, 2021.)

CORRECTED DECLARATION OF DAVID B. JOHNSON IN SUPPORT OF STATE OF OREGON'S AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY INJUNCTION                                                                                          20



**Wild Chinook Salmon Smolt-to-Adult Returns in the Columbia River Basin**



- Dams (with dam count between Pacific and Snake Basin)
~ Current salmon/steelhead distribution

32.     As such, it is important to consider that although spill can be increased to avoid powerhouse encounter rates and thereby reduce mortality, the reservoirs, and the unnatural environment they create for migratory species remain a dominating harm.  The reservoirs slow the river and migration rates and serve as heat traps, making warmer water temperatures – exacerbated by climate change – even warmer.  The reservoirs provide a greater amount of habitat for predators, especially for introduced, non-native species like smallmouth bass, and more recently, walleye.  In general, although dam passage can and should be improved, reservoirs will continue to be unnatural and harmful for migratory fish until they are removed.[15]

_____

[15] A higher percentage of Snake River Fall Chinook that emerge from redds constructed in the lower Clearwater River do use the reservoirs for extended periods of growth – often

CORRECTED DECLARATION OF DAVID B. JOHNSON IN SUPPORT OF STATE OF OREGON'S AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY INJUNCTION                                                                                    21

### III. THE NEZ PERCE TRIBE SUPPORTS OREGON AND NWF'S MOTIONS FOR INJUNCTIVE RELIEF TO INCREASE VOLUNTARY SPILL AND LOWER RESERVOIR WATER LEVELS TO INCREASE SALMON AND STEELHEAD SURVIVAL

33.     The Tribe is the most active of any single agency in restoring salmon and

steelhead within Nez Perce country – which overlays the core of salmon habitat in the Snake

Basin – and has been engaged in this effort for decades.  The Tribe's support for NWF's and

Oregon's (together "Plaintiffs") requests arises from its unique perspective and its history, as

well as its experience with operating hatcheries (including supplementation hatcheries in which

the intent is to increase the number of spawners in the wild), and implementing extensive habitat

restoration projects, and is also based on the following.

34.     Snake River spring/summer Chinook habitat encompasses about 14 million acres;

about half of this is in federal Wilderness Areas, National Recreation Areas, on Wild and Scenic

Rivers, and in undeveloped National Forest roadless areas.  There are only a few ways to

improve returns of fish spawning and rearing in the wilderness area rivers such as the Minam,

Wenaha, and Middle Fork Salmon.  Returns to these areas cannot be increased by supplementing

with hatchery fish and habitat cannot be improved by repairing man-caused degradation.  As a

consequence, actions that can be taken to improve returns are those that occur after the fish have

left their rivers and begun their migration.  These include improving downstream passage at the

dams; reducing predators (e.g., birds and other fish); reducing predation on returning adults (e.g.,

---

maturing to smolt as a yearling, rather than the subyearling lifestage typical for the species.  The changed migration timing is the result of releases from Dworshak Dam – which accelerate emergence timing (because they are warmer than ambient river conditions), and then retard normal growth and emigration timing (because they are then cooler than ambient river conditions) for the species.  In other words, the natural lifecycle of Snake River Fall Chinook has been altered by the operations of two different reservoirs.

CORRECTED DECLARATION OF DAVID B. JOHNSON IN SUPPORT OF STATE OF OREGON'S AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY INJUNCTION                                                                                          22

sea lions); reducing problems with upstream passage (managing flows over the dams so that the

adults can easily find the ladders); and managing harvest.[16]  Of all these sources of mortality, the

greatest is that associated with downstream passage at the dams[17] and the Tribe supports

Oregon's and NWF's requests for injunctive relief to address that.

**A.     The Increases in Voluntary Spill Oregon and NWF Seek Will Help Increase Adult Returns**

35.     The Nez Perce Tribe supports the spill operations requested in Oregon's and

NWF's motions for injunctive relief.  The spill requested is an action that can have a virtually

immediate effect on improving survival during the smolt-to-adult life stage.  Spill levels can be

implemented and adjusted on a short timeline and can yield immediate benefits.  As such, spill

can provide a survival cushion and reduce the harm to the listed species that would otherwise

occur.

36.     The foundation for the spill relief requested by Oregon and NWF, and for

the Tribe's support of that request, is based upon survival benefits resulting from a

reduction in powerhouse (turbine or bypass) encounter rates, with associated bypass effects

and latent mortality, for all of the dams the fish must pass.

37.     In-river and ocean survival, as they correspond to bypass effects and latent

mortality, have been empirically studied.  Comparative Survival Study (CSS) reports

---

[16] Fisheries, treaty and non-Indian, are managed on abundance-based sliding scales that are responsive to the annual returns.  This year, because of the low predicted returns, the Tribe closed harvest on all natural spawning areas with the exception of those where the runs are supplemented by hatcheries.

[17] See, e.g., 2008 NOAA AR B143 at 32 (Fig. 8A) (graph showing FCRPS responsible for 43-74% of human-caused mortality for overall Snake River spring/summer Chinook populations); id. (up to 87% for populations with low habitat improvement potential).

(Haeseker et al. 2012 (NMFS00300703), Tuomikoski et al. 2013,[18] McCann et al. 2015,[19] McCann et al. 2016,[20] McCann et al. 2017,[21] McCann et al., 2019,[22] McCann et al 2020[23]) have provided scientific justification that both in-river survival and ocean survival increase as the encounter rate of fish with powerhouses decrease.

38.    The Nez Perce Tribe developed a web-based application[24] based on CSS

---

[18] Tuomikoski et al., Comparative Survival Study of PIT-tagged Spring/Summer/Fall Chinook, Summer Steelhead, and Sockeye 2013 Annual Report, https://www.fpc.org/documents/CSS/2013-CSS-Report-Fix.pdf.  (Could not readily find 2013 CSS in NOAA Administrative Record.)

[19] McCann et al., Comparative Survival Study of PIT-tagged Spring/Summer/Fall Chinook, Summer Steelhead, and Sockeye 2015 Annual Report, https://www.fpc.org/documents/CSS/2015-CSS-Report-Fix.pdf.  (Could not readily find 2015 CSS in NOAA Administrative Record.)

[20] McCann et al., Comparative Survival Study of PIT-tagged Spring/Summer/Fall Chinook, Summer Steelhead, and Sockeye 2016 Annual Report, https://www.fpc.org/documents/CSS/2016-CSS-Report-Fix.pdf.  (Could not readily find 2016 CSS in NOAA Administrative Record.)

[21] McCann et al., Comparative Survival Study of PIT-tagged Spring/Summer/Fall Chinook, Summer Steelhead, and Sockeye 2017 Annual Report, https://www.fpc.org/documents/CSS/2017-CSS-Report-Fix.pdf.  (Could not readily find 2017 CSS in NOAA Administrative Record.)

[22] McCann et al., Comparative Survival Study of PIT-tagged Spring/Summer/Fall Chinook, Summer Steelhead, and Sockeye 2019 Annual Report, https://www.fpc.org/documents/CSS/2019CSSAnnualReport.pdf.  (Could not readily find 2019 CSS in NOAA Administrative Record.)

[23] McCann et al., Comparative Survival Study of PIT-tagged Spring/Summer/Fall Chinook, Summer Steelhead, and Sockeye 2020 Annual Report, https://www.fpc.org/documents/CSS/2020-CSS-Report.pdf.  (Could not readily find 2020 CSS in NOAA Administrative Record.)

[24] This application is available at: https://nptfisheries.shinyapps.io/pitph2/

Powerhouse Encounter Rate (PITPH) methods (McCann et al. 2015) that generates

estimates of PITPH for spill operations.[25]  This application is commonly used to make

relative comparisons of PITPH associated with spill operations; for example, it was

available to the parties as they developed the interim flex spill agreement.  This application

generates a PITPH of 1.4 for the 2021 PA and 0.8 for the Oregon and NWF Injunctive

Request (Table 1) associated with spring spill operations.

Table 1.  Modelled and observed estimates of Powerhouse Encounter Rate (PITPH) for recent and proposed hydrosystem operations. Observed PITPH is a function of actual water year conditions.

| Operation | NPT PITPH Shiny App[26] | Observed[27] |
|---|---|---|
| 2018 Injunctive Order | 1.8 | 2.0 |
| 2019 120% Flex Spill | 1.9 | 2.1 |
| 2020 125% Flex Spill | 1.4 | 1.06 |
| 2021 Proposed Action (PA) | 1.4 | |
| Oregon/NWF Injunctive Relief | 0.8 | |

39.    Providing surface passage throughout the year, as requested by Oregon and NWF,

is critically important because ESA-listed and other adult and juvenile fish are present in and

migrate through the lower Columbia and Snake River (reservoirs) year round.  The impacts of

---

[25] Applications of CSS and NPT estimators of PITPH were discussed at a special Technical Management Team (TMT) process meeting on July 1, 2020, and summarized in FPC memorandum 30-20 (https://www.fpc.org/documents/memos/30-20.pdf).

[26] Nez Perce Tribe DFRM, https://nptfisheries.shinyapps.io/pitph2/ (last visited July 16, 2021).

[27] Northwest Power and Conservation Council, The Columbia River System Flexible Spill and Power Agreement 2020 Update (Dec. 16, 2020), https://nwcouncil.app.box.com/s/nhx4ctgdyc1aarrqtq622bbl78k5tfwx (last visited July 16, 2021).

CORRECTED DECLARATION OF DAVID B. JOHNSON IN SUPPORT OF STATE OF OREGON'S AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY INJUNCTION                                                                                        25

powerhouse passage, and especially turbine passage, shown for spring and summer periods still apply during other months.  In contrast, the benefits of surface passage, via spill, has been shown to benefit in-river and ocean survival (as discussed earlier) and should be provided to all fish species and life histories.  These include fall and winter migration by juvenile fall Chinook; early spring migration by juvenile spring/summer Chinook, steelhead, and lamprey; and downstream passage of adult steelhead.

Providing surface passage spill during the fall and winter is especially critical in order eliminate the "zero flow" operations allowed to occur under the 2020 BiOp (starting as early as mid-October).  Under such conditions, a river is no longer a river.[28]

In addition, the merits of spill during the fall, winter, and spring for downstream passage of adult steelhead, that overshoot their natal streams, should be available continuously; not only for 12 hours per week during select months of the year, as required under the 2020 BiOp.

40.    Similar to my previous analysis of adult return benefits from increased spill in the declarations I submitted in 2017, this Injunctive Relief request is expected to bring back more adults.  What makes this request even more compelling is the current reality that when many populations of Snake River spring/summer Chinook have 50 or fewer spawners on the spawning grounds, each natural spawner counts towards improving that number.  All the "knobs" on hydro operations that can benefit fish must be turned now.

---

[28] Elimination of zero flow conditions were sought by fish managers (SOR 2020-6), but rejected by Action Agencies.

**B.      The Lowering of Reservoir Water Levels that Oregon and NWF Seek Will Help Increase Salmon and Steelhead Survival**

41.     The Tribe supports Oregon's and NWF's requests for operations at Minimum Operation Pool (MOP).  Operation of Lower Snake River projects at MOP elevations has been established as a fish protection measure that reduces water transit time and fish travel time. However, deviation from MOP elevations have been implemented by the Corps of Engineers as means to maintain sufficient depth in the navigation channel and ports.  Shoaling, caused by sediment build-up in the Lower Granite pool is now requiring the pool to be maintained three feet higher than MOP during low flow conditions.  Lower Granite reservoir serves as a sediment sink and dredging has been the primary tool (with its own set of impacts and costs) deployed by the Corps to maintain this channel for navigation.  Presently, the Corps has raised the elevation of MOP – to the benefit of navigation but to the detriment of the ESA-listed fish.  (This example is discussed below in ¶43).

42.     The impacts of the raised MOP conditions on fish travel time is described in the Fish Passage Center's memo 34-21.[29]  Synergy between low flows and raised MOP conditions exacerbates the impacts on fish travel time with three foot raised MOP conditions - slowing travel time through the Lower Granite Pool by up to 8 to 12 hours.

**IV.     The Tribe's Experience Gives it No Confidence the Action Agencies, Following the 2020 ROD, Will Voluntarily Act to Benefit the Imperiled Fish**

43.     Since the Action Agencies issuance of the 2020 ROD adopting the 2020 BiOp and 2020 EIS, the Tribe has had to make or support several Systems Operations Requests

---

[29] Available at https://www.fpc.org/documents/memos/34-21.pdf.

CORRECTED DECLARATION OF DAVID B. JOHNSON IN SUPPORT OF STATE OF OREGON'S AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY INJUNCTION                                                                                            27

(SORs) to the Action Agencies to revise their operations to give deference to the survival of the

fish. A description of the SORs, their disposition and the Tribe's role are shown in Table 2. The

Action Agencies' operations that forced the Tribe to make or support SORs included: cessation

of flow through the reservoirs for an extended period in the fall – leaving no flow for fish to

follow;[30] extreme daily fluctuations in releases from Dworshak Dam – disturbing juveniles

downstream of the dam;[31] and operating Lower Granite at an elevated pool level – slowing travel

time and decreasing efficiency of cool water releases from Dworshak Dam necessary to cool

Lower Snake reservoirs.[32] In cases where the SOR requests were rejected, the Action Agencies

decided to implement operations for the benefit of power production or navigation purposes of

the dam, not for the benefit of ESA-listed fish. We have no confidence, based on our experience

following the Action Agencies' issuance of their 2020 Record of Decision, that the Action

Agencies will take actions that are consistent with addressing the dire condition of Snake Basin

chinook, sockeye, and steelhead populations.

---

[30] Columbia Basin Bulletin, Hydro Managers Reject Salmon Managers Request to Push Back Start Date on Zero Nighttime Generation in Lower Snake; Decision Elevated to Oversight Group (Oct. 1 2020), https://www.cbbulletin.com/hydro-managers-reject-salmon-managers-request-to-push-back-start-date-on-zero-nighttime-generation-in-lower-snake-decision-elevated-to-oversight-group/ (last visited July 16, 2021).

[31] Pete Caster, Flow Swings Roil Anglers, The Lewiston Tribune (Feb. 5, 2021), https://lmtribune.com/outdoors/flow-swings-roil-anglers/image_d854773a-5f12-55c0-9219-cbabb13d469d.html.

[32] Eric Barker, More Steps Taken to Help Snake River Salmon, The Lewiston Tribune (July 15, 2021), https://lmtribune.com/northwest/more-steps-taken-to-help-snake-river-salmon/article_e6801785-f73c-5952-ab0f-8a7e6f9a2c86.html.

CORRECTED DECLARATION OF DAVID B. JOHNSON IN SUPPORT OF STATE OF OREGON'S AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY INJUNCTION                                                                28

Table 2. SORs associated with 2020 BiOp implementation.  Available at 2021 System Operational Requests / TMT (crohms.org) .

| SOR # | Purpose | Disposition | Nez Perce Role |
|---|---|---|---|
| 2020-6 | Recommend continued application of Zero Nighttime Flow limitations and criteria, implemented since 2005, at the Snake River projects. | Rejected at Technical Management Team (TMT) and the Regional Implementation Oversight Group (RIOG) | Primary Author |
| 2021 - 1 | Recommend cessation of within day load shaping operations at Dworshak Dam. | SOR revised | Primary Author |
| 2021 -1 (Updated) | | Load shaping suspended while path forward developed (still pending). | Primary Author |
| 2021 -3 | Requested operations to mitigate for and reduce high water temperatures in the lower Snake River reservoirs | Implemented | Signed on |
| 2021 -4 | Requested short-term operation modifications to address unseasonably high-water temperatures in the region during 2021 | Implemented in part; Action 1 (lowering of Snake reservoirs to minimum operating pool (MOP) elevations) rejected at TMT and elevated to RIOG by NPT (RIOG deliberation pending) | Signed on |
| 2021 -5 | We request that the following action be implemented to conserve water in Dworshak Reservoir in order to extend temperature mitigation later into August: 2 (1) increase water temperature criterion for the Lower Granite Tailrace from 68°F to 69.5°F beginning no earlier than July 23rd and no later than July 29th and ending on August 17th. As conditions warrant, FPAC will determine start and end dates and update TMT. | Implemented | Signed on |

V.    **The 2020 BiOp Fails to Reveal the Status of Fish and Wildlife Program Funding Relative to Tributary Habitat Restoration and Off-Site Mitigation that the BiOp Relies Upon**

44.    The 2020 BiOp observes that the Action Agencies have proposed tributary habitat restoration as part of the proposed action, and refers the reader to the Action Agencies' Biological Assessment where the Action Agencies state that, for the next 15 years – from 2021 through 2036 "[t]he effort will be at a similar level to that described in the 2018 proposed action…." BA at 2-97 (NMFS00246726). Elsewhere, the BiOp acquiesces to the BA's impression that the Action Agencies will be implementing a relatively similar level of effort when it comes to research, monitoring or hatchery actions. This Court, in NMFS V, ordered the Action Agencies to "continue to fund and implement the 2014 BiOp until the [then-contemplated] 2018 biological opinion is prepared and issued. NMFS V, at 949. Neither the BiOp nor the BA reveals that during 2018, BPA went through a highly publicized financial crisis, during which they chose to cut expenditures for the Fish and Wildlife Program (FWP)[33][34] The Tribe had its contracts funded by the Direct Funded expense program[35] reduced by

_____

[33] Rocky Barker, This Agency Spends the Most to Help Northwest Salmon But Cuts are Coming, Idaho Statesman, https://www.idahostatesman.com/news/local/news-columns-blogs/letters-from-the-west/article197393289.html.

[34] Ted Sickinger, Bonneville Power Outlines its Plan to Stay Competitive, The Oregonian/Oregon Live (Updated Jan. 30, 2019; Posted Jan. 31, 2018), https://www.oregonlive.com/business/2018/01/bonneville_power_outlines_its.html.

[35] The Direct-Funded program pays for projects such as habitat improvements, research, and some hatchery costs. These are different from other categories in the FWP such as Reimbursables, Fixed Costs, Forgone Revenue, and Power Purchases – See Northwest Power and Conservation 2020 Columbia River Basin Fish and Wildlife Program Costs Report, https://www.nwcouncil.org/sites/default/files/2021-2.pdf.

CORRECTED DECLARATION OF DAVID B. JOHNSON IN SUPPORT OF STATE OF OREGON'S AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY INJUNCTION                                                                                          30

$2,280,373 (from $18,016,732 to 15,736,359).[36]  During this time period BPA reduced its

overall FWP expenditures from about $259M to $238M, as shown in the graphic below (from

the Northwest Power and Conservation Council 2020 Columbia River Basin Fish and Wildlife

Program Costs Report).[37]



[36] $791,249, associated with the Fall Chinook Acclimation Program, was transferred from
the BPA Direct Funding program to the Lower Snake Compensation Program (LSRCP)– which
is BPA funded under its Reimbursable program.

[37] The Capital Costs largely represent costs to the Corps of Engineers for hydro related
expenditures, whereas the Expense costs fund projects implemented by the various States and
Tribes.

CORRECTED DECLARATION OF DAVID B. JOHNSON IN SUPPORT OF STATE OF OREGON'S
AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY
INJUNCTION                                                                                    31

What is significant about these cost cutting measures is that funding for Snake Basin ESA-listed fish[38] were reduced significantly – as shown in the graphic below.



Relative to BPA's ability to fund a similar level of habitat effort or its willingness to implement additional measures that can help these fish out of the dire condition they are in, it is important to recognize that BPA has indicated in its recent Rate Cases, Integrated Program Reviews, and its 2018 – 2028 Strategic Plan, that it plans to hold costs at or below the cost of inflation through 2028 when the new long-term contracts are in place – essentially a flat-lined budget, at this reduced level.  Further, BPA has described that "BPA intends to manage its fish and wildlife program costs (direct and capital costs) at or below the rate of inflation, *inclusive of any new obligations that may emerge from litigation or subsequent commitments in current or future biological opinions.*"[39]  *Yet again, BPA appears to be focused on what the establishment is capable of handling with minimal disruption.*

---

[38] This includes Direct-Funded, Capital costs and BPA costs associated with administering the contracts for Snake Basin Fall Chinook, Spring/summer Chinook, Sockeye and Steelhead.

[39] BPA, https://www.bpa.gov/StrategicPlan/StrategicPlan/2018-Strategic-Plan.pdf at 41.

CORRECTED DECLARATION OF DAVID B. JOHNSON IN SUPPORT OF STATE OF OREGON'S AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY INJUNCTION                                                                                                32

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed July 15, 2021

David B. Johnson