TODD D. TRUE (WSB #12864)  
ttrue@earthjustice.org  
AMANDA W. GOODIN (WSB #41312)  
agoodin@earthjustice.org  
Earthjustice  
810 Third Ave., Suite 610  
Seattle, WA 98104  
(206) 343-7340 | Phone  
(206) 343-1526 | Fax  

DANIEL J. ROHLF (OSB #99006)  
rohlf@lclark.edu  
Earthrise Law Center  
Lewis & Clark Law School  
10015 S.W. Terwilliger Blvd., MSC 51  
Portland, OR 97219  
(503) 768-6707 | Phone  
(503) 768-6642 | Fax  

*Attorneys for Plaintiffs*

THE HONORABLE MICHAEL H. SIMON

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, AMERICAN RIVERS, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INSTITUTE FOR FISHERIES RESOURCES, SIERRA CLUB, IDAHO RIVERS UNITED, NORTHWEST SPORTFISHING INDUSTRY ASSOCIATION, NW ENERGY COALITION, COLUMBIA RIVERKEEPER, IDAHO CONSERVATION LEAGUE, and FLY FISHERS INTERNATIONAL, INC., <br><br>　　　　　　　　Plaintiffs, <br><br>　　and <br><br>STATE OF OREGON, SPOKANE TRIBE OF INDIANS, and COEUR D'ALENE TRIBE, <br><br>　　　　　　　　Intervenor-Plaintiffs, | Civ. No. 3:01-cv-00640-SI <br><br> SECOND JOINT MOTION TO ADJUST BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION MOTIONS |

Page 1 – SECOND JOINT MOTION TO ADJUST BRIEFING SCHEDULE FOR
　　　PRELIMINARY INJUNCTION MOTIONS

      v.

NATIONAL MARINE FISHERIES SERVICE, U.S. ARMY CORPS OF ENGINEERS, U.S. BUREAU OF RECLAMATION, and U.S. FISH AND WILDLIFE SERVICE,

                  Defendants,

and

PUBLIC POWER COUNCIL, COLUMBIA-SNAKE RIVER IRRIGATORS ASSOCIATION, NORTHWEST RIVER PARTNERS, CONFEDERATED SALISH AND KOOTENAI TRIBES, STATE OF MONTANA, INLAND PORTS AND NAVIGATION GROUP, STATE OF IDAHO, and KOOTENAI TRIBE OF IDAHO,

                  Intervenor-Defendants.

COME NOW the NWF plaintiffs, State of Oregon, and the Federal Defendants, with the support of the Nez Perce Tribe, and respectfully move the Court for a further short adjustment of two weeks to the briefing schedule for the plaintiffs' and intervenor-plaintiff's motions for a preliminary injunction as currently set forth in the Court's Scheduling Orders, ECF 2335 (Apr. 2, 2021) and ECF 2400 (Sept. 10, 2021), to allow additional time to conclude the discussions these parties have been pursuing. The proposed revised briefing schedule would be as follows:

    1.    Any unaligned *amicus curiae* briefs addressing the preliminary injunction motions that are currently due by October 15, 2021, shall be filed by **October 29, 2021**.

    2.    Any opposition to the motions for a preliminary injunction, and any supporting papers from any party or *amicus*, that are currently due by November 5, 2021, shall be filed by **November 19, 2021**.

    3.    Any reply in support of a motion for a preliminary injunction, and any supporting papers from any party or *amicus*, that are currently due on January 14, 2022, shall be filed by

Page 2 – SECOND JOINT MOTION TO ADJUST BRIEFING SCHEDULE FOR
           PRELIMINARY INJUNCTION MOTIONS

**January 28, 2022**.

4. By **February 4, 2022**, the parties will file a joint statement setting forth their views regarding whether there is a need for an evidentiary hearing. This joint statement is currently due on January 21, 2022. In that statement, any party may request an evidentiary hearing on the preliminary injunction motions and state their views as to why such a hearing is necessary or appropriate, and any other party may provide a separate statement responding to such a request. Thereafter, the Court will schedule such proceedings on the preliminary injunction motion as it determines are appropriate. The schedule anticipates the Court will allow oral argument or, if requested and granted by the Court, an evidentiary hearing in February of 2022 with a decision as soon thereafter as the Court's schedule permits.

Except as set forth above, the parties to this Second Joint Motion do not seek any further changes to the Court's Scheduling Orders and all other provisions of the Court's Scheduling Orders should remain in effect except as requested above.

Pursuant to Local Rules, the parties to this Second Joint Motion have informed the other parties and *amici* in this case of the Motion and none have objected.

Counsel for the Federal Defendants, State of Oregon, and Nez Perce Tribe have authorized counsel for the NWF plaintiffs to submit this Second Joint Motion on their behalf.

Dated this 8th day of October, 2021.

*/s/ Todd D. True*
TODD D. TRUE (WSB #12864)
AMANDA W. GOODIN (WSB #41312)
Earthjustice
810 Third Ave., Suite 610
Seattle, WA 98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
ttrue@earthjustice.org
agoodin@earthjustice.org

DANIEL J. ROHLF (OSB #99006)
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard, MSC 51
Portland, OR  97219
(503) 768-6707 | Phone
(503) 768-6642 | Fax
rohlf@lclark.edu

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Court's CM/ECF filing system, which will send notice of the filing upon all parties registered in the CM/ECF system for this matter.

DATED: October 8, 2021.

>  /s/ Todd D. True
> TODD D. TRUE