ELLEN F. ROSENBLUM #753239
Attorney General
NINA R. ENGLANDER  #106119
Assistant Attorney General
DEANNA J. CHANG #192202
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Nina.Englander@doj.state.or.us
        Deanna.J.Chang@doj.state.or.us

THE HONORABLE MICHAEL H. SIMON

Attorneys for Intervenor-Plaintiff State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, AMERICAN RIVERS, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INSTITUTE FOR FISHERIES RESOURCES, SIERRA CLUB, IDAHO RIVERS UNITED, NORTHWEST SPORTFISHING INDUSTRY ASSOCIATION, NW ENERGY COALITION, COLUMBIA RIVERKEEPER, IDAHO CONSERVATION LEAGUE, and FLY FISHERS INTERNATIONAL, INC., | Case No.  3:01-cv-00640-SI<br><br>UNOPPOSED JOINT MOTION TO STAY LITIGATION |
| Plaintiffs, | |
| and | |
| STATE OF OREGON, SPOKANE TRIBE OF INDIANS, and COEUR D'ALENE TRIBE, | |
| Intervenor-Plaintiffs, | |
| v. | |
| NATIONAL MARINE FISHERIES | |

Page 1 -    UNOPPOSED JOINT MOTION TO STAY LITIGATION
NE/bs4/

SERVICE, U.S. ARMY CORPS OF
ENGINEERS, U.S. BUREAU OF
RECLAMATION and U.S. FISH AND
WILDLIFE SERVICE,

            Defendants,

  and

PUBLIC POWER COUNCIL, COLUMBIA-
SNAKE RIVER IRRIGATORS
ASSOCIATION, NORTHWEST RIVER
PARTNERS, CONFEDERATED SALISH
AND KOOTENAI TRIBES, STATE OF
MONTANA, INLAND PORTS AND
NAVIGATION GROUP, STATE OF IDAHO,
and KOOTENAI TRIBE OF IDAHO,

            Intervenor-Defendants.

## LR 7-1 Conferral Certification

Undersigned counsel certify that they made a good faith effort to confer with counsel

for all parties and *amici* on this motion.  Intervenor-Plaintiff Coeur d'Alene Tribe, and *amici*

Confederated Tribes of the Umatilla Indian Reservation, the Confederated Tribes of the Warm

Springs Reservation of Oregon and the Confederated Tribes and Bands of the Yakama Nation

support the motion.[1]  The following parties and *amici* have no objection to this motion:

Intervenor-Plaintiff Spokane Tribe of Indians; Intervenor-Defendants Public Power Council,

State of Montana, State of Idaho and Kootenai Tribe of Idaho; *amici* Confederated Tribes of the

---

[1] Confederated Tribes of the Umatilla Indian Reservation, the Confederated Tribes of the Warm
Springs Reservation of Oregon and the Confederated Tribes and Bands of the Yakama Nation
full conferral statement is: "The Confederated Tribes of the Umatilla Indian Reservation, the
Confederated Tribes of the Warm Springs Reservation of Oregon and the Confederated Tribes
and Bands of the Yakama Nation support the motion.  However, these three sovereigns with
reserved treaty rights in the Columbia River are concerned that there is, as of yet, no
commitment by the moving parties to include these sovereigns in ongoing or contemplated future
discussions or negotiations regarding 'a long-term comprehensive solution that, if successful,
may resolve this litigation.'"

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Colville Reservation, and Northwest Power and Conservation Council. The remaining parties and amici did not provide a response to the conferral email, sent Monday, October 18, 2021.

### Joint Motion to Stay the Litigation on All Claims

Plaintiff National Wildlife Federation et al., Plaintiff-Intervenor State of Oregon, and Federal Defendants, with the support of amicus Nez Perce Tribe (collectively, "the moving Parties"), file this joint motion to stay litigation on all claims in this matter, including but not limited to any preliminary injunction and/or summary judgment motions, until **July 31, 2022**.

"A district court has inherent power to control the disposition of the causes on its docket in a manner which will promote economy of time and effort for itself, for counsel, and for litigants." *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). The moving Parties believe a stay of the litigation is warranted to allow the parties to engage in discussions that have the potential to resolve all claims in this long-running litigation. Specifically, the moving Parties have reached an agreement for short-term operations of the Columbia River System. For context and informational purposes only,[2] the agreement is attached as **Exhibit 1** ("Agreement"). The Agreement provides an interim compromise while the Parties work together to develop and begin implementing a long-term comprehensive solution that, if successful, may resolve all claims in this litigation. The moving Parties agree that any long-term comprehensive solution that resolves this litigation will involve collaboration with the states, tribes, and stakeholders involved in the litigation. With this Agreement and the parties' commitment to long-term comprehensive solutions, the moving Parties believe that a short-term stay of the litigation is warranted. As such, the moving Parties respectfully ask the Court to stay the litigation through July 31, 2022, to facilitate these discussions.

---

[2] The Agreement is not intended to constitute a consent decree, be entered as a Court order, or be enforceable in this action. Federal Defendants object to the entry of an order adopting or modifying any of the provisions of the Agreement, and Federal Defendants request an opportunity to be heard if the Court considers entering an order adopting or modifying any of the terms of the Agreement.

Page 3 -    UNOPPOSED JOINT MOTION TO STAY LITIGATION
NE/bs4/

The moving Parties will file a status report with the Court by March 18, 2022, to provide an update on the status of progress on a long-term comprehensive solution.

DATED October  21 , 2021.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General


    s/ Nina R. Englander
NINA R. ENGLANDER #106119
Assistant Attorney General
DEANNA J. CHANG #192202
Senior Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Nina.Englander@doj.state.or.us
Deanna.J.Chang@doj.state.or.us
Of Attorneys for Intervenor Plaintiff State of
Oregon

    s/ Todd D. True
TODD D. TRUE (WSB #12864)
AMANDA W. GOODIN (WSB #41312)
Earthjustice
810 Third Ave., Suite 610
Seattle, WA 98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax
ttrue@earthjustice.org
agoodin@earthjustice.org

DANIEL J. ROHLF (OSB #99006)
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard, MSC 51
Portland, OR 97219
(503) 768-6707 | Phone
(503) 768-6642 | Fax
rohlf@lclark.edu

*Attorneys for Plaintiffs*

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

*s/ Michael R. Eitel*
TODD KIM, Assistant Attorney General
ROMNEY PHILPOTT, Senior Attorney
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1810 (Philpott)
Tel: (303) 844-1479 (Eitel)
Fax: (303) 844-1350
Email: Romney.Philpott@usdoj.gov;
Email: Michael.Eitel@usdoj.gov


*s/ David J. Cummings*
*s/ Geoffrey M. Whiting*
David J. Cummings (OSB #922695)
Geoffrey M. Whiting (OSB #954544)
NEZ PERCE TRIBE
OFFICE OF LEGAL COUNSEL
P.O. Box 305
Lapwai, ID 83540
(208) 843-7355 | Phone
(208) 843-7377 | Fax
djc@nezperce.org
gwhiting@gmwnezperce.com

*Attorneys for the Nez Perce Tribe*

Page 5 -    UNOPPOSED JOINT MOTION TO STAY LITIGATION
NE/bs4/

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000