**Jay T. Waldron, OSB # 743314**
Email: jwaldron@schwabe.com
**Carson D. Bowler, OSB #951830**
Email: cbowler@schwabe.com
**Lindsay Thane**, OSB #171474
Email: lthane@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Facsimile: 503-796-2900
*Attorneys for Inland Ports and Navigation Group*

Hon. Michael H. Simon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NATIONAL WILDLIFE FEDERATION,** et al.,<br><br>        Plaintiffs,<br><br>    and<br><br>**STATE OF OREGON,**<br><br>        Intervenor-Plaintiff,<br><br>    v.<br><br>**NATIONAL MARINE FISHERIES SERVICE, et al.,**<br><br>        Defendants,<br><br>    and<br><br>**PUBLIC POWER COUNCIL, et al.,**<br><br>        Intervenor-Defendants. | Case No. 3:01-cv-00640-SI<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR INLAND PORTS AND NAVIGATION GROUP |

Page 1 -   NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR INLAND PORTS AND NAVIGATION GROUP
PDX\37148142.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Please take notice that Lindsay Thane of Schwabe, Williamson & Wyatt, P.C. is hereby substituted as counsel of record for Inland Ports and Navigation Group in place of Jessica A. Schuh in the above-referenced action. Jessica Schuh should be withdrawn from the list of counsel for Inland Ports and Navigation Group. Jay T. Waldron and Carson D. Bowler continue to serve as counsel of record for Inland Ports and Navigation Group in this proceeding, with Mr. Waldron serving as lead counsel. All future correspondence, service of pleadings, and other documents submitted in this case should be directed to Mr. Waldron, Mr. Bowler, and Ms. Thane.

Ms. Schuh consents to this withdrawal. This Notice of Withdrawal and Substitution of Counsel is effective immediately.

Dated this 9th day of August, 2023.

SCHWABE, WILLIAMSON & WYATT, P.C.

By:  s/ Lindsay Thane
Lindsay Thane, OSB #171474
*Attorneys for Inland Ports and Navigation Group*

Page 2 -  NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR INLAND PORTS AND NAVIGATION GROUP

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

PDX\37148142.1