AMANDA W. GOODIN (WSB #41312)
agoodin@earthjustice.org
MICHAEL MAYER (WSB #32135)
mmayer@earthjustice.org
Earthjustice
810 Third Ave., Suite 610
Seattle, WA  98104
(206) 343-7340 | Phone
(206) 343-1526 | Fax

DANIEL J. ROHLF (OSB #99006)
rohlf@lclark.edu
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard, MSC 51
Portland, OR  97219
(503) 768-6707 | Phone
(503) 768-6642 | Fax

*Attorneys for Plaintiffs*

THE HONORABLE MICHAEL H. SIMON

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INSTITUTE FOR FISHERIES RESOURCES, SIERRA CLUB, IDAHO RIVERS UNITED, NORTHWEST SPORTFISHING INDUSTRY ASSOCIATION, NW ENERGY COALITION, COLUMBIA RIVERKEEPER, IDAHO CONSERVATION LEAGUE, and FLY FISHERS INTERNATIONAL, INC., <br><br>          Plaintiffs, <br><br>     and | Civ. No. 3:01-cv-00640-SI <br><br> EXHIBIT A TO NOTICE |

EXHIBIT A TO NOTICE - 1 –

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

STATE OF OREGON, SPOKANE TRIBE OF INDIANS, and COEUR D'ALENE TRIBE,

        Intervenor-Plaintiffs,

   v.

NATIONAL MARINE FISHERIES SERVICE, U.S. ARMY CORPS OF ENGINEERS, and U.S. BUREAU OF RECLAMATION,

        Defendants,

   and

PUBLIC POWER COUNCIL, COLUMBIA-SNAKE RIVER IRRIGATORS ASSOCIATION, NORTHWEST RIVER PARTNERS, CONFEDERATED SALISH AND KOOTENAI TRIBES, STATE OF MONTANA, INLAND PORTS AND NAVIGATION GROUP, STATE OF IDAHO and KOOTENAI TRIBE OF IDAHO,

        Intervenor-Defendants.

---

Plaintiffs filed their Notice on July 17, 2025, at Dkt. 2478. Attached is the agency letter dated June 24, 2025, Exhibit A to the Notice, which was inadvertently omitted.

DATED August 5, 2025        /s/ Amanda W. Goodin
        AMANDA W. GOODIN (WSB #41312)
        MICHAEL MAYER (WSB #32135)
        (*Pro Hac Vice Pending*)
        Earthjustice
        810 Third Ave., Suite 610
        Seattle, WA 98104
        (206) 343-7340 | Phone
        (206) 343-1526 | Fax
        mmayer@earthjustice.org
        agoodin@earthjustice.org

        DANIEL J. ROHLF (OSB #99006)
        Earthrise Law Center
        Lewis & Clark Law School
        10015 S.W. Terwilliger Boulevard, MSC 51
        Portland, OR 97219

EXHIBIT A TO NOTICE - 2 –

(503) 768-6707 | Phone
(503) 768-6642 | Fax
rohlf@lclark.edu

*Attorneys for Plaintiffs*

EXHIBIT A TO NOTICE - 3 –

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

    I certify that on August 5, 2025, I filed the foregoing through the Court's CM-ECF system, which will automatically notify counsel of record.

*/s/ Amanda W. Goodin*
AMANDA W. GOODIN (WSB #41312)

EXHIBIT A TO NOTICE - 4 –

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

# EXHIBIT A

    

June 24, 2025

State of Oregon  
900 Court Street, Suite 254  
Salem, OR 97301

State of Washington  
P.O. Box 40002  
Olympia, WA 98504

Confederated Tribes and Bands of the  
Yakama Nation  
P.O. Box 151  
Toppenish, WA 98948

Nez Perce Tribe  
P.O. Box 305  
Lapwai, ID 83540

Confederated Tribes of the Umatilla Indian  
Reservation  
46411 Timine Way  
Pendleton, OR 97801

Confederated Tribes of the Warm Springs  
Reservation of Oregon  
1233 Veterans Street  
P.O. Box C  
Warm Springs, OR 97761

National Wildlife Federation Plaintiffs  
810 Third Ave., Suite 610  
Seattle, WA 98104

RE:     Memorandum of Understanding filed December 14, 2023 relating to the Columbia River System.

Dear Recipients:

      In furtherance of the Presidential Memorandum that President Trump recently signed, *Stopping Radical Environmentalism to Generate Power for the Columbia River Basin*, June 12, 2025, revoking the prior Presidential Memorandum, *Restoring Healthy and Abundant Salmon, Steelhead, and Other Native Fish Populations in the Columbia River Basin*, signed, September 27, 2023, the below parties or agencies (parties) are providing official notice of the United States' withdrawal from the Memorandum of the Understanding (MOU) of December 14, 2023, effective immediately.

      The undersigned signatories to the MOU now withdraw the United States from the MOU. It should be noted, however, that none of the undersigned agencies are opposed to seeking a satisfactory solution to the pending litigations and concerns of the various stakeholders and are willing to engage in good faith in efforts to achieve such a result.

For the UNITED STATES DEPARTMENT OF COMMERCE

_____       25 JUNE 2025
Laura Grimm                                                     Date
Performing the Non-Exclusive Duties of
Under Secretary of Commerce for Oceans
and Atmosphere and NOAA Administrator
Department of Commerce

For the UNITED STATES DEPARTMENT OF THE INTERIOR

*[signature: Katharine MacGregor]*

_____  
Katharine MacGregor  
Deputy Secretary  
Department of the Interior

**JUNE 26 2025**  
_____  
Date

For the UNITED STATES DEPARTMENT OF THE ARMY

_____  
D. Lee Forsgren  
Acting Assistant Secretary of the Army  
for Civil Works  
Department of the Army

25 Jun 2025  
_____  
Date

For the UNITED STATES DEPARTMENT OF ENERGY

_____  
James P. Danly  
Deputy Secretary  
Department of Energy

6/26/25  
Date

For BONNEVILLE POWER ADMINISTRATION

_____      June 26, 2025
John L. Hairston                     _____
Administrator and Chief Executive Officer   Date
Bonneville Power Administration