THE HONORABLE MICHAEL H. SIMON

AMANDA W. GOODIN (WSB #41312)
agoodin@earthjustice.org
MICHAEL MAYER (WSB #32135)
mmayer@earthjustice.org
CHARISA GOWEN-TAKAHASHI (WSBA #63091)
cgowentakahashi@earthjustice.org
Earthjustice
810 Third Ave., Suite 610
Seattle, WA  98104
(206) 343-7340 | Phone

DANIEL J. ROHLF (OSB #99006)
rohlf@lclark.edu
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard, MSC 51
Portland, OR  97219
(503) 768-6707 | Phone
(503) 768-6642 | Fax

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, et al.<br><br>Plaintiffs,<br><br>and<br><br>STATE OF OREGON, et al.,<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>Defendants,<br><br>and<br><br>PUBLIC POWER COUNCIL, et al.,<br><br>Intervenor-Defendants. | Civ. No. 3:01-cv-00640-SI<br><br>JOINT MOTION TO LIFT STAY<br><br>EXPEDITED CONSIDERATION REQUESTED |

MOTION

The National Wildlife Federation (NWF) Plaintiffs,[1] the State of Oregon, the State of Washington, the Confederated Tribes and Bands of the Yakama Nation, the Nez Perce Tribe, the Confederated Tribes of the Warm Springs Reservation of Oregon, and the Confederated Tribes of the Umatilla Indian Reservation (collectively, "Moving Parties") respectfully request that the Court lift the stay of this litigation. The June 12, 2025, Presidential Memorandum and consequent withdrawal by the Federal Defendants from the December 2023 Memorandum of Understanding (MOU) and related documents represent a significant change in circumstances that warrant lifting the stay of litigation.[2] Counsel for NWF Plaintiffs certify that they contacted all counsel for the parties on the current service list prior to filing, providing a draft of this motion and an opportunity to review and submit comments, including as to the request to expedite. *See* LR 7-1.

Federal Defendants do not oppose this motion; however, Federal Defendants do not agree that expedited consideration of the motion to lift the stay is warranted. Given that the administrative records have been compiled, the Federal Defendants' position is that this case could proceed directly to summary judgment.

Intervenor-Defendant State of Idaho takes no position on this motion. Intervenor-Defendant Inland Ports and Navigation Group (IPNG) takes no position on the motion to lift the stay but opposes the request for expedited consideration of this motion.

---

[1] The NWF Plaintiffs are: Pacific Coast Federation of Fishermen's Associations, the Institute for Fisheries Resources, Sierra Club, Idaho Rivers United, Northwest Sport Fishing Industry Association, NW Energy Coalition, National Wildlife Federation, Columbia Riverkeeper, Idaho Conservation League, and Fly Fishers International, Inc.

[2] This motion is directed only to lifting the stay of the claims brought by the NWF Plaintiffs and Intervenor-Plaintiff State of Oregon.

JOINT MOTION TO LIFT STAY

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

Intervenor-Plaintiffs, the Spokane Tribe of Indians and the Coeur d'Alene Tribe take no position on this Motion at this time and are not seeking—and would oppose any efforts—to lift the stay entered on September 20, 2023, ECF 2443, by this Court on their two Plaintiff-Intervenor complaints, EFC 2320 and 2330.

*Amicus* the Northwest Power & Conservation Council takes no position on this motion. *Amicus* Confederated Tribes of the Colville Reservation does not oppose this motion and takes no position on the request for expedited consideration.

Counsel for the NWF Plaintiffs did not receive a response regarding this motion from the remaining parties.

## MEMORANDUM IN SUPPORT

## BACKGROUND[3]

Following earlier stays and extensive mediation, the NWF Plaintiffs, the State of Oregon, the State of Washington, the Confederated Tribes and Bands of the Yakama Nation, the Confederated Tribes of the Umatilla Indian Reservation, the Confederated Tribes of the Warm Springs Reservation of Oregon, the Nez Perce Tribe, and Federal Defendants (the "MOU Parties") signed a MOU in December 2023. ECF 2450, Exhibit A (ECF 2450-1). Based on the MOU and its attachments, including the United States Government Commitments in Support of the Columbia Basin Restoration Initiative ("USG Commitments"), as well as President Biden's September 27, 2023, Memorandum on "Restoring Healthy and Abundant Salmon, Steelhead, and Other Native Fish Populations in the Columbia River Basin,"[4] the MOU Parties jointly requested an initial five-year stay on

---

[3] For a more detailed discussion of the background on this issue, please refer to ECF 2450, Joint Motion to Stay Litigation Through 2028, and the notice recently filed with the Court at ECF 2478.

[4] 88 Fed. Reg. 67617, 67617–18 (Sept. 27, 2023).

JOINT MOTION TO LIFT STAY

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

December 14, 2023. ECF 2450. This Court granted the motion on February 8, 2024, ECF

2465, and until January 2025, the parties to the MOU worked to implement the agreement.

On June 12, 2025, President Trump issued a Memorandum entitled "Stopping Radical

Environmentalism to Generate Power for the Columbia River Basin," which revoked the

Biden Presidential Memorandum, and directed the Secretary of Energy, the Secretary of the

Interior, the Secretary of Commerce, and the Assistant Secretary of the Army for Civil

Works to withdraw from the MOU.[5] The Memorandum also directed the heads of

departments to rescind a December 18, 2024, Notice of Intent to Prepare a Supplemental

Environmental Impact Statement (SEIS) on the Columbia River System Operations, 89 Fed.

Reg. 102869 (Dec. 18, 2024), issued pursuant to the USG Commitments. Finally, the

Memorandum instructed the relevant agencies to identify actions to recoup funds obligated to

implement the MOU.

In a letter dated June 24, 2025, the agencies identified in the Presidential Memorandum

provided "official notice of the United States' withdrawal from the Memorandum of the [sic]

Understanding (MOU) of December 14, 2023, effective immediately." ECF 2480 (Exhibit A

to ECF 2478). On July 7, 2025, the agencies published a withdrawal of the Notice of Intent to

Prepare a SEIS. 90 Fed. Reg. 29854 (July 7, 2025).

On July 17, 2025, the non-federal MOU Parties filed a Notice with the Court

explaining these developments and noting that the parties were conferring about next steps.

ECF 2478. The Moving Parties now request the Court to lift the stay.

---

[5] https://www.whitehouse.gov/presidential-actions/2025/06/stopping-radical-environmentalism-to-generate-power-for-the-columbia-river-basin/.

JOINT MOTION TO LIFT STAY

- 4 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

STANDARD OF REVIEW

A district court has "broad discretion" in deciding whether to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *see also Landis v. N. Am. Co.*, 299 U.S. 248, 254–55 (1936) (observing that the power to stay proceedings is "incidental to the power inherent in every court to control the disposition of the causes on its docket").[6] That same discretion extends to a decision to lift a stay. *Canady v. Erbe Elektromedizin GmbH*, 271 F. Supp. 2d 64, 74 (D.D.C. 2002) (finding that a "court that imposes a stay of litigation has the inherent power and discretion to lift the stay"). When "circumstances have changed such that the court's reasons for imposing the stay no longer exist or are inappropriate, the court may lift the stay." *Id.* at 74; *see also Johnson v. Inos*, 619 F. App'x 651 (9th Cir. 2015) (finding district court did not err by "requiring a showing of 'changed circumstances' as a prerequisite for lifting the stay" as part of its assessment).

ARGUMENT

In granting a stay, this Court concluded its determination to grant the stay with a finding that the

> orderly course of justice is best served by staying this litigation. The issues in this case are complex and have been litigated for decades. The Moving Parties have reached a consensus to attempt to resolve these issues, perhaps permanently, without the need for further litigation.

ECF 2465, Order at 4–5. The "orderly course of justice" is no longer served by continuing

---

[6] In considering a request for a stay, a court assesses: (1) "the possible damage which may result from the granting of a stay," (2) "the hardship or inequity which a party may suffer in being required to go forward," and (3) "the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962) (citing *Landis*, 299 U.S. at 254–55).

JOIN MOTION TO LIFT STAY

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

the stay given that the consensus to resolve this litigation, as embodied by the MOU, is no longer present. *Id*. at 5. The MOU Parties' organized efforts to pursue non-litigation remedies have come to an end, and in light of these significantly changed circumstances, the Court's "reasons for imposing the stay no longer exist." *Marsh v. Johnson*, 263 F. Supp. 2d 49, 52 (D.D.C. 2003) (citing cases); *see also CMAX*, 300 F.2d at 270 (recognizing the option for lifting a stay in the face of a "substantial change of circumstances").

## CONCLUSION

The reasoning underpinning the Court's decision to impose the stay has been nullified by recent events. The Court should lift the stay in this case and allow interested parties to proceed with the litigation.

Respectfully submitted this 11th day of September, 2025.

*/s/ Amanda W. Goodin*
AMANDA W. GOODIN (WSB #41312)
MICHAEL MAYER (WSB #32135)
CHARISA GOWEN-TAKAHASHI (WSBA #63091)
Earthjustice
810 Third Ave., Suite 610
Seattle, WA  98104
(206) 343-7340 | Phone
agoodin@earthjustice.org
mmayer@earthjustice.org
cgowentakahashi@earthjustice.org

DANIEL J. ROHLF (OSB #99006)
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard, MSC 51
Portland, OR  97219
(503) 768-6707 | Phone
(503) 768-6642 | Fax
rohlf@lclark.edu

*Attorneys for Plaintiffs*

DATED September 11, 2025          DAN RAYFIELD
                                  Attorney General

                                  */s/ Deanna J. Chang*
                                  DEANNA J. CHANG #192202
                                  CHRISTINA L. BEATTY-WALTERS #981634
                                  AUSTIN D. SAYLOR #085614
                                  Senior Assistant Attorneys General
                                  Tel (971) 673-1880
                                  Fax (971) 673-5000
                                  Deanna.J.Chang@doj.oregon.gov
                                  Tina.BeattyWalters@doj.oregon.gov
                                  Austin.Saylor@doj.oregon.gov

                                  *Of Attorneys for Intervenor Plaintiff State of Oregon*

DATED September 11, 2025          NICHOLAS W. BROWN
                                  Attorney General

                                  */s/John Heidinger*
                                  JOHN HEIDINGER, WSBA No. 50984
                                  Assistant Attorney General
                                  Public Lands and Conservation Division
                                  P.O. Box 40100
                                  Olympia WA, 98504-0100
                                  John.Heidinger@atg.wa.gov
                                  Tel (360)753-2496

                                  *Attorney for Amicus State of Washington*

DATED September 11, 2025          */s/ David J. Cummings*
                                  David J. Cummings (OSB #922695)
                                  Geoffrey M. Whiting (OSB #954544)
                                  NEZ PERCE TRIBE
                                  OFFICE OF LEGAL COUNSEL
                                  P.O. Box 305
                                  Lapwai, ID 83540
                                  (208) 843-7355 | Phone
                                  (208) 843-7377 | Fax
                                  djc@nezperce.org
                                  gwhiting@gmwnezperce.com

                                  *Attorneys for the Nez Perce Tribe*

JOINT MOTION TO LIFT STAY                    *Earthjustice*
                                             *810 Third Ave., Suite 610*
                                             *Seattle, WA 98104*
                                             *(206) 343-7340*

DATED September 11, 2025         /s/ Kathryn E. Markworth
                                        KATHRYN E. MARCKWORTH
                                        (WSB # 46964; OSB #246840)
                                        JOËLLE C. KLEIN (WSB # 62184)
                                        Yakama Nation Office of Legal Counsel
                                        P.O. Box 150 / 401 Fort Road
                                        Toppenish, WA 98948
                                        Tel: (509) 865-7268
                                        Email: kate@yakamanation-olc.org
                                                  joelle@yakamanation-olc.org

                                        *Attorneys for Confederated Tribes and Bands of the Yakama Nation*

DATED September 11, 2025         /s/ Joseph R. Pitt
                                        JOSEPH R. PITT (OSB No. 081134)
                                        Office of Legal Counsel
                                        Confederated Tribes of the Umatilla Indian Reservation
                                        46411 Timine Way
                                        Pendleton, OR 97801
                                        Tel: (541) 429-7400
                                        Fax: (541) 429-7400
                                        Email: Joepitt@ctuir.org

                                        BRENT H. HALL (OSB No. 992762)
                                        HALL LAW, PLLC
                                        P.O. Box 945
                                        Walla Walla, WA 99362
                                        Tel: (541) 215-0404
                                        Email: Brent@Bhhall.com

                                        *Of Attorneys for the Confederated Tribes of the Umatilla Indian Reservation*

JOINT MOTION TO LIFT STAY

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I certify that on September 11, 2025, I filed the foregoing through the Court's CM-ECF system, which will automatically notify counsel of record.

/s/ Amanda W. Goodin
AMANDA W. GOODIN (WSB #41312)

JOINT MOTION TO LIFT STAY

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*