ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
JOHN H. MARTIN, Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, Suite 600 North Terrace
Denver, Colorado 80202
Tel: (303) 319-5359; Fax: (303) 844-1350
Email:John.H.Martin@usdoj.gov

*Attorneys for Federal Defendants*
*Additional counsel listed on signature page*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **NATIONAL WILDLIFE FEDERATION**, et al., <br><br> Plaintiffs, <br><br> and <br><br> **STATE OF OREGON**, et al., <br><br> Intervenor-Plaintiffs, <br><br> v. <br><br> **NATIONAL MARINE FISHERIES SERVICE**, et al., <br><br> Defendants, <br><br> and <br><br> **PUBLIC POWER COUNCIL**, et al., <br><br> Intervenor-Defendants. | Case No. 3:01-cv-640-SI <br><br> **MOTION FOR A STAY OF DEADLINES FOR MOTIONS FOR PRELIMINARY INJUNCTION IN LIGHT OF LAPSE OF APPROPRIATIONS** |

Federal Defendants hereby move for a stay of the litigation schedule set by this Court in ECF No. 2502, filed September 19, 2025. That schedule set a deadline of October 8, 2025, for any party to file a motion for preliminary injunction as well as subsequent briefing deadlines.

1.     In compliance with Local Rule 7-1, the parties made a good faith effort to resolve the dispute and have been unable to do so. On October 3, 2025, undersigned counsel sent an email request to counsel of record notifying them of Federal Defendants' intention to file this motion and making himself available via telephone to speak with any counsel regarding this motion. Federal Defendants requested the positions of the other parties and intervenors on this motion and summarizes those responses below in Paragraph six.

2.     At the end of the day on September 30, 2025, the appropriations act that had been funding the U.S. Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies. The Department does not know when such funding will be restored by Congress.

3.     Absent an appropriation, U.S. Department of Justice attorneys and many employees of Federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

1

4. Federal Defendants therefore request a stay of the litigation schedule set by this Court in ECF No. 2502 until Congress has restored appropriations to the Department.

5. If this motion for a stay is granted, Federal Defendants will notify the Court as soon as Congress has appropriated funds for the Department. Federal Defendants request that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

6. Opposing counsel has authorized counsel for the Government to state their position as follows. The National Wildlife Federation Plaintiffs and Intervenor Plaintiff State of Oregon oppose this request and intend to file responses. The Confederated Salish and Kootenai Tribes, the Kootenai Tribe of Idaho, the State of Montana, the State of Idaho, the Inland Ports and Navigation Group, the Public Power Council, and Northwest River Partners do not oppose this motion. The other parties and amicus either took no position or did not respond to the conferral request.

Therefore, although Federal Defendants greatly regret any disruption caused to the Court and the other litigants, Federal Defendants hereby move for a stay of the litigation schedule set by this Court in ECF No. 2502 in this case until U.S. Department of Justice attorneys are permitted to resume their usual civil litigation functions.

DATED: October 6, 2025

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
MEREDITH L. FLAX
Deputy Section Chief
MICHAEL R. EITEL
Acting Assistant Section Chief

/s/ *John H. Martin*
JOHN H. MARTIN, Senior Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, North Terrace Suite 600
Denver, Colorado 80202
Tel: 303-319-5359; Fax: (303)-844-1350
Email: John.H.Martin@usdoj.gov

ROMNEY PHILPOTT, Senior Trial Attorney
Natural Resources Section
999 18th Street, North Terrace Suite 600
Denver, Colorado 80202
Tel: (303) 844-1810; Fax: (303) 844-1350
Email: romney.philpott@usdoj.gov

AMANDA K. RUDAT, Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 532-3201; Fax: (202) 305-0275
Email: amanda.rudat@usdoj.gov

*Attorneys for Federal Defendants*

3

## CERTIFICATE OF SERVICE

I certify that on October 6, 2025, I filed the foregoing through the Court's CM-ECF system, which will automatically notify counsel of record.

                                            */s/ John H. Martin*
                                            JOHN H. MARTIN
                                            U.S. Department of Justice

                                            *Attorney for Federal Defendants*