THE HONORABLE MICHAEL H. SIMON

JOHN HEIDINGER, WSBA #50984
*john.heidinger@atg.wa.gov*
KRISTEN K. MITCHELL, WSBA #31601
*kristen.mitchell@atg.wa.gov*
Office of the Attorney General
P.O. Box 40100
Olympia, WA 98504-0100
360-753-6200
*Attorneys for State of Washington*

**UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION**

NATIONAL WILDLIFE FEDERATION, et al.,

                         Plaintiffs,

        and

STATE OF OREGON, et al.,

                    Intervenor-Plaintiffs,

        v.

NATIONAL MARINE FISHERIES
SERVICE, et al.,

                         Defendants,

        and

PUBLIC POWER COUNCIL, et al.,

                    Intervenor-Defendants.

NO.  3:01-cv-00640-SI

DECLARATION OF
DR. CHARLENE HURST IN
SUPPORT OF STATE OF
WASHINGTON'S BRIEF IN
SUPPORT OF PLAINTIFF'S
MOTIONS FOR PRELIMINARY
INJUNCTION

        I, DR. CHARLENE HURST, declare under penalty of perjury under the laws of the State of Washington that the following is true and accurate to the best of my knowledge:

        1.    I am currently the Columbia River Division Manager for the Washington Department of Fish and Wildlife's Fish Program. I have served in this role for a little over five years. In this role, I oversee staff engaged in Columbia River fisheries management, fish population research and monitoring, and fish passage and survival through the Columbia River

ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Hydrosystem. I also serve as the State of Washington's representative on the Senior Hydro Technical Team, which is the group engaged in evaluating technical issues elevated from the Technical Management Team before those issues are discussed and actions are decided in the Regional Implementation and Oversight Group (RIOG). All three of these groups include members from the States, Tribes and multiple Federal Agencies engaged in Federal Hydrosystem operations that are included in the Columbia River System.

2.    Prior to my current position, I was a Fishery Biologist for NOAA's National Marine Fisheries Service for six years. I conducted Endangered Species Act Consultations and National Environmental Policy Act Assessments on State, Tribal, and Public Utility District Hatchery Genetic Management Plans for a variety of salmon and steelhead hatchery programs throughout the Columbia Basin and Puget Sound. I also consulted on several state and tribal Fishery Management and Evaluation Plans in the Snake River Basin. During my time with NOAA, I completed a nine-month detail with NOAA's Ocean Service to develop a Framework for the National Harmful Algal Bloom Observing Network.

3.    My educational background includes a Bachelor of Science in Marine Biology from California State University, Long Beach. After undergrad, I obtained Masters and Doctorate Degrees from Oregon State University, majoring in Microbiology with a Certificate in Fisheries Management.

4.    Washington supports Plaintiffs' Preliminary Injunctive relief requested in response to the declines in abundance and heightened extinction risk for several species of salmon and steelhead listed under the Endangered Species Act (ESA).

## I.    PLAINTIFF'S REQUESTED RELIEF PREVENTS IRREVERSIBLE HARM TO SALMON AND STEELHEAD

### A.    Status of Upper Columbia River Species

5.    The Plaintiffs' Briefs and Declarations, such as the Declaration of Ed Bowels (See ECF 2531), accurately highlight the extinction risk to ESA-listed species in the interior

ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Columbia and spotlight the dire status of Snake River Spring/Summer Chinook Salmon and Steelhead. Consistent with Plaintiffs' Briefs and Declarations, Washington offers the following information on Upper Columbia River Spring Chinook Salmon and Steelhead in terms of: (i) smolt-to-adult survival rates (SAR); (ii) Quasi-Extinction Threshold Analyses (QET); and (iii) how current abundance compares to Minimum Abundance Thresholds (MAT), which is one of the Viable Salmonid Population (VSP) Criteria. Another key facet of both species is that they are comprised of a single Major Population Group within the ESU/DPS. In addition, both contain less than a handful of extant populations; three for spring Chinook Salmon and four for Steelhead.

(i)    Smolt-to-adult survival rates (SAR) are a key metric to gauge the effects of hydrosystem operations and configurations, among other factors, on salmon and steelhead lifecycles. The Comparative Survival Studies (CSS) project has been measuring SARs for not only Snake River species, but also for Upper Columbia Spring Chinook Salmon and Steelhead. The following data is presented for the McNary Dam detection point. This data is representative of both juveniles and adults. McNary is the first federal project these fish encounter on their downstream migration as juveniles and the last they encounter as adults. The most recent CSS final report found that SAR for wild Upper Columbia River Spring Chinook Salmon, using the Wenatchee population as a representative for the ESU, is 1.12% measured from out-migrating juveniles and returning adults passing McNary Dam (Table B.99 in McCann et al. 2024). The Wild Upper Columbia Steelhead SAR was 1.84% on average from 2006-2021 (Table 119 in McCann et. al. 2024). These SARs are well below the minimum 2% SAR (and 4% average) needed to maintain population abundance.

(ii)    Quasi Extinction Threshold Analyses were performed for Upper Columbia Spring Chinook Salmon and Upper Columbia Steelhead using the full years of data available and a truncated data set for the last 10 years, comparable to Hesse and Kinzer 2025. Chasco (2025) found that for both Upper Columbia Spring Chinook Salmon and Upper Columbia

NWF et. al. vs. NMFS et. al.            3            ATTORNEY GENERAL OF WASHINGTON
No. 3:01-cv-640-SI                                          Public Lands and Conservation Division
                                                                      1125 Washington Street SE
                                                                      PO Box 40100
                                                                      Olympia, WA 98504-0100
                                                                      (360) 753-6200

Steelhead, extinction probability for all steelhead and Chinook populations is less than 3% within the next 5 years. However, many of these populations have greater rates of decline leading to higher probabilities of extinction within the next 50 years when performing the analysis with the most recent 10 years compared to the full time-series (e.g., 82% versus 57% risk of extinction for Entiat Spring Chinook; 43% versus 39% for Wenatchee Spring Chinook). Furthermore, the ICTRT (2007) has stated that ESUs/DPSs that contain a single MPG have an inherently greater risk of extinction due to more limited spatial structure and diversity.

(iii)     Viable Salmonid Population (VSP) Criteria include measures of abundance, productivity, spatial structure and diversity, and are used to assess extinction risk for ESA-listed species under NMFS's purview. Minimum Abundance Thresholds (MAT) consider the unique demographic and genetic rationale provided by McElhany et al. (2000), as well as estimates of the relative amount of historical spawning and rearing habitat associated with each population. NMFS's (2022) most recent review of Upper Columbia River listed species identified a downward trend in abundance over the last 5 years, with the recent 5-year abundance levels for all 7 populations declining by an average of 48%. Table 1 shows how current abundance compares to MATs, with all populations well or below MAT. This abundance decline, coupled with little improvement in spatial structure and diversity risk, puts all seven extant populations in the high risk of extinction category.

*Table 1. Minimum Abundance Threshold (MAT; ICTRT 2007), and most recent 12-year Geomean of natural spawner abundance[1] for the ESA-listed Upper Columbia River Spring Chinook salmon ESU and the Upper Columbia River Steelhead DPS.*

| ESU/DPS | Population | MAT | Natural Spawner Abundance |
|---|---|---|---|
| UCR Spring Chinook | Wenatchee | 2,000 | 511 |
| | Entiat | 500 | 129 |
| | Methow | 2,000 | 289 |
| UCR Steelhead | Wenatchee | 1,000 | 501 |
| | Entiat | 500 | 277 |
| | Methow | 1,000 | 536 |

[1] Data query from October 16, 2025 WDFW-Salmonid Population Indicators (SPI) Populations | Data.WA | State of Washington

NWF et. al. vs. NMFS et. al.          4
No. 3:01-cv-640-SI

ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

| | Okanogan | 1,000 | 205 |
|---|---|---|---|

**B.    Key Hydrosystem Metrics and How the Requested Relief Will Improve Survival of ESA-Listed Species**

6.      Water transit time (WTT), the number of powerhouses fish encounter during their migration (PITPH), water temperature, and timing of migration are important variables that influence fish travel time (FTT) and survival through the Columbia River System (CRS). The development of the CRS caused a decrease in water velocities. For example, WTT from Lower Granite to Bonneville is now approximately 10 times slower than it was prior to construction and operation of the CRS. Decl. of Ed Bowles in Supp. of Oregon's 2025 Mot. For Preliminary Injunction (Bowles Decl.), ECF 2531.

7.      The Comparative Survival Studies (CSS) have demonstrated that decreases in FTT and increases in SARs are expected with reductions in water transit times, as well as reductions in the number of powerhouses fish travel through (McCann et. al. 2024). The Plaintiffs' request to increase spill within the CRS is in alignment with analyses that have consistently demonstrated that increased spill decreases WTT and lowers PITPH (McCann et. al. 2024), and is associated with faster FTTs and higher SARs (McCan et. al. 2024; McCann et al. 2025). A second requested change by the Plaintiffs is to decrease reservoir elevations to their Minimum Operating Pool (MOP) elevations with limits on reservoir operating ranges. Doing so will reduce WTT by increasing water velocity and, along with the requested increases to spill, will result in faster FTTs and higher survival of migrating fish within the existing configuration of the CRS. Bowles Decl. at 37, ECF 2531.

8.      Water temperature at the time fish are migrating can also influence FTT and survival through the CRS. McCann et. al. (2024) found that fish survival decreases over the season and with rising water temperatures. The Declaration of Ed Bowles depicts a trend in observed river temperatures from 2015-2024 exceeding applicable water quality standards designed to protect salmonids in the summer (See Bowles Decl. at 41, ECF 2531, Table 2). The

NWF et. al. vs. NMFS et. al.                    5                    ATTORNEY GENERAL OF WASHINGTON
No. 3:01-cv-640-SI                                                    Public Lands and Conservation Division
                                                                     1125 Washington Street SE
                                                                     PO Box 40100
                                                                     Olympia, WA 98504-0100
                                                                     (360) 753-6200

1  Plaintiffs requested several actions to reduce water temperatures, including the increased spill
2  and decreased reservoir levels mentioned above as well as installing pumps in some fish ladders
3  of the lower Columbia River dams to move cooler water from the depths of the forebay to the
4  fish ladders. Bowles Decl. at 42, ECF 2531.

5      9.      The status of ESA-listed Interior Columbia Basin species necessitates immediate
6  actions to prevent further declines. The Relief requested by Plaintiffs would benefit all listed
7  species migrating through the CRS for any portion of their life cycle. Thus, Washington supports
8  all hydro operational change requests by the Plaintiffs described above, and also the request by
9  Plaintiffs for maintenance and infrastructure repairs needed to ensure that Plaintiffs' requested
10 hydro operational changes reduce irreparable harm to the species by further reducing
11 powerhouse encounters, travel time, and water temperature risks, all of which are associated with
12 improved SARs. Bowles Decl. at 36, ECF 2531.

13 **C.     Adult steelhead overshoot: Focus on the Tucannon River**

14     10.     The Plaintiffs' Declarations discussed the urgent need for increased spill in the
15 fall/winter for overshoot steelhead and subsequent fallback of those steelhead to their spawning
16 grounds. Table 5 in the Bowles Declaration expands on the 2020 Biological Opinion requirement
17 of the Action Agencies for steelhead overshoot and fallback by expanding this Term and
18 Condition from only applying to a subset of dams during a limited time of year for a small portion
19 of each day for 3 days a week to provide surface-oriented passage opportunities at all dams and
20 at all times except when precluded by freezing temperatures and icing of fishways. Bowles Decl.
21 at 49-50, ECF 2531.

22     11.     A proportion of adult summer steelhead from the Tucannon and most
23 mid-Columbia populations migrate upstream of their natal streams due to high river water
24 temperatures seeking cool water refuges until the fall and early spring when water temperatures
25 decline to suitable levels (Fuchs et. al. 2021). From 2011-2025, an average of approximately 57%
26 of wild Tucannon steelhead have been detected at upstream dams (McCann et. al. 2025). This

NWF et. al. vs. NMFS et. al.                    6                ATTORNEY GENERAL OF WASHINGTON
No. 3:01-cv-640-SI                                                Public Lands and Conservation Division
                                                                        1125 Washington Street SE
                                                                              PO Box 40100
                                                                        Olympia, WA 98504-0100
                                                                            (360) 753-6200

behavioral response to poor environmental conditions in the natal stream occurs in both hatchery and wild fish, although wild steelhead are used to monitor the proportion of fish that overshoot because hatchery fish may be harvested (Murdoch et al. 2022).

12.     Steelhead that overshoot their natal tributary may "fall back" to their natal tributary in time to spawn. Fall/winter surface spill in the hydrosystem is the preferred route for overshoot steelhead falling back to their natal stream because it is a safer passage route than passage through turbines (Khan et al. 2013). Because the Tucannon River enters the Snake River in the middle of the four lower Snake River dams, some overshoot steelhead are unable to fall back to the Tucannon River. Of the 57% of wild Tucannon Steelhead that overshot from 2011-2025, an average of 39% of those were subsequently observed in the Tucannon River (McCann et. al. 2025).

13.     In addition, mid-Columbia steelhead that are unable to fall back to their natal stream spawn in the Tucannon River. Due to this situation, the Tucannon River Steelhead population may lose steelhead upstream of Lower Granite Dam, but gain steelhead from downstream populations that are unable to fall back to their natal stream. Recent increases in fall/winter spill in 2024-2025 associated with the Resilient Columbia Basin Agreement (RCBA) resulted in higher mean fall back rates (56%) compared to 2011-2023 (36%). These higher fall back rates for all overshoot steelhead also affected the composition of wild steelhead in the Tucannon River, with approximately 29% of the wild steelhead from 2011-2023 being of Tucannon River origin, compared to 80% from 2024-2025 (Figure 5). Expanding the timeframe and geographic scope for fall/winter spill in the CRS per the Plaintiffs' Relief Request will improve fall back rates and help restore the genetic diversity of the Tucannon River steelhead population by ensuring a larger proportion of the spawning steelhead are of Tucannon River origin.

///

///

ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200



*Figure 1. Estimated wild steelhead spawner abundance in the Tucannon River, WA (WDFW, unpublished data).*

## II.     TUCANNON RIVER SPRING CHINOOK: ON THE BRINK OF EXTINCTION

### A.     Why Tucannon Chinook Are in an Extinction Vortex

14.     An example raised in the Plaintiffs' request is emergency actions necessary to stave off the extinction of the Tucannon River Spring Chinook population. There are only two populations of spring Chinook in Washington's portion of the Snake River, the Tucannon River and Asotin Creek.[2] Both populations comprise one of the five Major Population Groups (MPG) of the ESA-listed Snake River Spring/Summer Chinook ESU. However, NOAA has defined the Asotin Creek population as being "functionally extirpated". Thus, the persistence of the Lower Snake MPG is solely dependent on the viability of the Tucannon River population.

15.     NOAA's most recent five-year status review of the Snake River Spring/Summer Chinook ESU reconfirmed the ESU's threatened status. This is further supported by separate analyses of this ESU by the State of Washington in their State of the Salmon report[3], which has defined the status of the ESU as "in crisis". NOAA's population-level review placed the Tucannon population in the high risk of extinction category. Additional support comes by way of

---

[2] Snake River Spring Chinook also return to the portion of the Wenaha River in Washington, but enter Washington via the Grande Ronde River in Oregon.
[3] State of Salmon in Watersheds Executive Summary 2024

NWF et. al. vs. NMFS et. al.        8        ATTORNEY GENERAL OF WASHINGTON
No. 3:01-cv-640-SI        Public Lands and Conservation Division
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

a separate analysis by the Nez Perce Tribe showing that the Tucannon population has declined below NOAA's Quasi-Extinction Threshold (QET) by having fewer than 50 spawning adults for more than eight consecutive years (Figure 2).



*Figure 2. Estimated (circles) and predicted (triangles) population spawner abundance for natural-origin Tucannon River Chinook Salmon (Hesse and Kinzer 2025, Figure 3.3).*

16.     The confluence of the Tucannon River has changed dramatically over the years with the construction of Lower Monumental Dam creating a much larger area of Snake River/reservoir influence in the Tucannon River mouth (Figure 3). Although the Tucannon River mouth naturally had a delta pre-project, the size of the delta has expanded and filled in with sediment post-dam construction. This has resulted in water that moves much slower and is shallower than what would have existed pre-dam development.

///

///

///

///

NWF et. al. vs. NMFS et. al.                    9                    ATTORNEY GENERAL OF WASHINGTON
No. 3:01-cv-640-SI                                                    Public Lands and Conservation Division
                                                                     1125 Washington Street SE
                                                                     PO Box 40100
                                                                     Olympia, WA 98504-0100
                                                                     (360) 753-6200

1
2
3
4
5
6
7
8
9
10
11



*Figure 3. The mouth of the Tucannon River in 1958 on the left and in 2025 on the right. The red box in each picture denotes the extent of Snake River/Lower Monumental Dam reservoir influence.*

12      17.     The effects from this change in river morphology and function have had adverse

13  impacts on both adult and juvenile life stages of salmon and steelhead. While the Tucannon River

14  is relatively cold compared to the Snake River, the shallow depth of the confluence within the

15  reservoir-impacted delta dilutes the colder Tucannon water with impounded Snake River water,

16  thereby eliminating any thermal refuge for adult salmon and steelhead. Returning adult Tucannon

17  steelhead overshoot the mouth of the Tucannon at high rates for both hatchery releases and natural

18  emigrants. The rates for both groups range from ~50-100% annually (McCann et. al. 2025).

19  Historically, due to the lack of fall/winter spill in the lower Snake River the proportion of

20  overshoots that fall back to the Tucannon River to spawn averaged only 36%, with some steelhead

21  remaining upstream of Lower Granite Dam where they may stray into non-natal rivers and spawn,

22  posing a genetic risk to those upstream populations (McCann et. al. 2025).

23      18.     The shallower river depth and slower moving water flowing into a reservoir also

24  exposes juvenile salmon and steelhead to greater risk of predation from both colonial birds and

25  piscivorous fish, including non-native fish predators like smallmouth bass and walleye. Walleye

26  have been captured in the Tucannon River smolt trap during three separate recent trapping seasons

NWF et. al. vs. NMFS et. al.                          10                          ATTORNEY GENERAL OF WASHINGTON
No. 3:01-cv-640-SI                                                                     Public Lands and Conservation Division
                                                                                                          1125 Washington Street SE
                                                                                                                    PO Box 40100
                                                                                                          Olympia, WA 98504-0100
                                                                                                                    (360) 753-6200

(2021-2024; Appendix H in Gallinat and Kiefel 2025; Gallinat and Kiefel 2024; Gallinat and Kiefel 2023; Gallinat and Kiefel 2022). Smallmouth bass have been documented in the Tucannon smolt trap during every trapping season since 2013 (Appendix H in Gallinat and Kiefel, 2025; Gallinat and Kiefel 2024; Gallinat and Kiefel 2023; Gallinat and Kiefel 2022 Gallinat and Kiefel 2021; Gallinat and Kiefel 2019; Gallinat and Ross 2018; Gallinat and Ross 2017; Gallinat and Ross 2016; Gallinat and Ross 2015; Gallinat and Kiefel 2014). Furthermore, environmental DNA (eDNA) presence/absence sampling in the Tucannon River has verified that the distribution of smallmouth bass seasonally extends upstream at least 18 rkm (WDFW unpublished data).

19.    Once Tucannon smolts reach the reservoir, they continue to face an increasing abundance of non-native fish predators, which are thriving in the four lower Snake River reservoirs as mentioned in the State of Oregon's Declaration. Bowles Decl., ECF 2531. WDFW is conducting a study to estimate reach-specific life cycle survival of Tucannon River Spring Chinook smolts released from two sites in the Tucannon River, the river mouth (rkm 1) and the Tucannon Hatchery (rkm 58). The preliminary results on juvenile survival from fish released in 2022-2024, shows that survival to Ice Harbor Dam was lower (50.5%) for Tucannon River smolts released higher in the Tucannon River at Tucannon Hatchery versus at the river mouth (64.4%; Gallinat and Kiefel, 2023, 2024, 2025). These results suggest that a portion of the juveniles are lost during their downstream migration in the Tucannon River (~14%), but that a larger portion (~35%) are lost once they enter the reservoir and continue their migration downstream to Ice Harbor. This study provides evidence of high mortality of juveniles early in their downstream migration. Although we are unable to parse out which factors are directly responsible, it is likely that predation is contributing to mortality given the high degree of overlap of predators of salmon and steelhead within the Tucannon River and the mainstem Snake River/reservoirs.

20.    To help mitigate for the effects of the Federal hydrosystem, the Tucannon Spring Chinook hatchery program began rearing Spring Chinook Salmon in 1985, with funding from the Lower Snake River Compensation Plan Office (LSRCP) housed within the USFWS. The hatchery

ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

program, operated by WDFW, and co-managed by the Nez Perce Tribe and the Confederated Tribes of the Umatilla Indian Reservation, utilizes best management practices to minimize the effects of the hatchery rearing environment on Spring Chinook Salmon intended to spawn naturally, such as incorporating natural-origin broodstock into the fish spawned in the hatchery. Broodstock are collected at a weir high up in the Tucannon River near Tucannon Hatchery (rkm 59) and eggs/juveniles are sent to Lyons Ferry Hatchery just downstream on the mainstem Snake River to maximize juvenile survival during early rearing. In the fall, after early rearing at Lyons Ferry Fish Hatchery, juveniles are sent back upstream to Tucannon Hatchery for acclimation and release.

21.     Over the last several years a new challenge has emerged, the number of returning adults trapped at the weir has been lower than the number of broodstock required to produce the juveniles necessary to support the population (Gallinat et. al. 2025). As a result, tribal and state fish managers took a drastic step in 2024 in an attempt to increase adult abundance, and transport much of the Tucannon River spring Chinook production downstream of Bonneville Dam to Kalama Falls Hatchery for rearing and release. The concept behind this Safety Net Off-Site (SOS) Project was to bypass the current survival challenges Tucannon River smolts encounter during their downstream smolt migration in the hopes that smolt to adult survival is improved. Currently, this operation is funded using a combination of LSRCP and Mitchell Act dollars but does not have a long-term funding plan in place.

**B.     Emergency Actions Needed to Prevent Irreversible Harm**

22.     In addition to the Columbia River System operations, reservoir elevation, and hydrosystem infrastructure measures, all of which the State of Washington supports, the State of Oregon and the NWF Plaintiffs identified non-operational conservation emergency actions to reduce irreparable harm to ESA-listed salmon and steelhead. Washington supports all these non-operational conservation actions and provides additional context for the two actions specific to the Tucannon River spring Chinook salmon population below.

ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

23.    Sediment movement in a watershed naturally occurs through upriver erosion and is carried downstream and out to sea for systems, like the Columbia River, that are connected to the ocean. When this natural process is disrupted, human intervention may be needed to address the imbalance of sediment movement. Dredging is the practice of excavating deposited material from a location and placing it in another location using heavy equipment such as excavators and backhoes on land, or hydraulic suctioning in-water. For decades the Corps of Engineers has had to dredge portions of the Lower Snake River to ensure proper functioning of hydropower project infrastructure (e.g., intakes), and maintenance of the navigation channel (USACE 2022).

24.    Dredging has known adverse effects on aquatic life including increasing the turbidity of the water, which can bury or stress aquatic organisms, and releasing toxins harmful to aquatic life within disturbed sediment (Wenger et al. 2017). However, when carefully considered and executed, the use of dredging to remove/restructure sediment can also provide long-term benefits to aquatic life, by enhancing existing habitat for fish and wildlife (PSU 2016).

25.    In 2021, an updated plan provided an assessment of current geomorphic conditions and restoration opportunities in the basin as well as an analysis of implemented restoration projects (Anchor QEA 2021). However, the prioritization of any projects in the first ~2 river miles of the Tucannon River was not considered (Figure 11-2 in Anchor QEA 2021). Thus, Fish and Wildlife Managers recommend dredging to remove/restructure sediment within the delta to create a wider/deeper channel of water. This action will likely result in the following outcomes and thereby reduce irreparable harm to Tucannon spring Chinook and summer steelhead:

(i)    Allow the relatively cooler water from the Tucannon River[4] to function as a cool water refuge from the Snake River for adults benefiting all Snake River salmon and steelhead populations as they migrate upstream to spawn.

---

[4] For example, the difference in water temperatures in August and September 2023 between the Little Goose Dam Tailwater and the Cummings Creek Bridge in the Tucannon River was an average of 3.1 in August and 4.9 C in September (DART and Tucannonriver.org, accessed October 20, 2025).

NWF et. al. vs. NMFS et. al.                              13                    ATTORNEY GENERAL OF WASHINGTON
No. 3:01-cv-640-SI                                                              Public Lands and Conservation Division
                                                                               1125 Washington Street SE
                                                                               PO Box 40100
                                                                               Olympia, WA 98504-0100
                                                                               (360) 753-6200

(ii)    Reduce predation by non-native, piscivorous fishes (e.g., walleye and smallmouth bass) because cooler water results in less physiological demand for food (i.e., lower predation rates; Petersen and Kitchell 2001; McInturf et. al. 2022).

(iii)    In addition, smolts would be able to use deeper water habitats thereby reducing predation risk from both colonial birds (e.g., Caspian terns) and piscine predators.

26.    Dredging the Tucannon River mouth provides the most certainty of reducing predation and decreasing fish transit times for highly imperiled Tucannon River Spring Chinook of potential actions available for the Tucannon River basin. It is imperative that the USACE develop a plan and implement this action within the next in-water work window to reduce irreparable harm to listed salmon and steelhead.

27.    Currently, the Tucannon Hatchery intake and adult trap/ladder are co-located in one structure. The sheet pile dam was constructed in 1987 to back water up for the intake to provide water for Tucannon Hatchery. In 1997, a 'new' fish ladder/trap was added on the bank of this structure and is currently used for adult trapping/collection. However, this structure is very inefficient at trapping and collecting adults with only ~65% of the adult Spring Chinook that migrate into the Tucannon River trapped by this facility (Gallinat and Kiefel 2025).

28.    This inefficiency is due to the declining survival and abundance of Tucannon River adult Spring Chinook salmon and to the fact that more returning adults are spawning in the lower Tucannon River, downstream of the existing weir at rkm 59. Juveniles produced from redds downstream of the weir, imprint on their redd location as an initial step in a process known as sequential imprinting (Armstrong et. al. 2022), which is likely contributing to adults not migrating further upstream to spawn in the highest quality habitat available; 87% of the best spawning habitat is upstream of the existing weir. Since 2017, co-managers have agreed to remove all adults trapped at the weir for either broodstock or outplanting above the weir. Broodstock is the priority given the survival advantage of the hatchery program, which yields 1.6 recruits per spawner for hatchery reared fish versus 0.7 recruits per spawner for naturally

NWF et. al. vs. NMFS et. al.                    14                    ATTORNEY GENERAL OF WASHINGTON
No. 3:01-cv-640-SI                                              Public Lands and Conservation Division
                                                              1125 Washington Street SE
                                                              PO Box 40100
                                                              Olympia, WA 98504-0100
                                                              (360) 753-6200

reared fish (Gallinat and Kiefel 2025) The result of not having enough fish to meet broodstock need, let alone pass above the weir has resulted in h the proportion (5-year running mean) of spring Chinook salmon redds upstream of the weir decreasing from 0.72 in 1990 to 0.18 in 2024 (Figure 4).



*Figure 4. Recent trends in total redd abundance and percentage located downstream of the weir (Gallinat and Kiefel 2025). The dashed line indicates the trend towards more adults spawning downstream of the weir over time.*

29.     Consistent with the findings of McMillen (2017), the fish ladder/trap needs to be rebuilt to work effectively. Combining this need with a weir located downstream (see Figure 5) of the Tucannon Hatchery would provide multiple population-level benefits: (1) vastly improve broodstock collection efficiency and ensure broodstock are more representative of the entire Tucannon population; and (2) improve monitoring and evaluation, and allow for non-native species removal. Having a weir located further downstream, would also remove the need for weir panels to be placed on the sheet pile dam since it would no longer need to function as a broodstock collection site, and is passable to salmon and steelhead without the weir panels (see Figure 6). Keeping this dam panel-free would enable naturally spawning fish to access the highest quality habitats that exist above the sheet pile dam for spawning for the entire spawning period.

///

NWF et. al. vs. NMFS et. al.
No. 3:01-cv-640-SI

15

ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200



*Figure 5. The yellow marker identifies the current location of the Tucannon River barrier dam/trap next to the Tucannon River Hatchery. The blue marker identifies a potential location for the weir/trap when located further downstream.*



*Figure 6. The Sheet pile dam at rkm 59 in the Tucannon River with removable PVC sheets attached to an aluminum rail to prevent fish passage when acting as a weir to divert adults into the adult ladder/trap.*

DATED this 22nd day of October 2025, at Olympia, Washington.

*s/Dr. Charlene Hurst*
DR. CHARLENE HURST
Division Manager
Columbia River Division
Department of Fish and Wildlife

NWF et. al. vs. NMFS et. al.
No. 3:01-cv-640-SI

16

ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

Attachment A

## References

Anchor QEA, LLC. 2021. Habitat Restoration Prioritization and Conceptual Restoration Plans: Tucannon Basin. Prepared for Columbia Conservation District.

Armstrong, M.E., Minkoff, D., Dittman, A.H., May, D., Moody, E.K., Quinn, T.P., Atema, J. and Ardren, W.R., 2022. Evidence of an olfactory imprinting window in embryonic Atlantic salmon. Ecology of Freshwater Fish, 31(2), pp.270-279.

Chasco, B. 2025. Justification for a Quantitative Quasi-Extinction Risk Analysis of Upper Columbia River Spring Chinook Salmon and Summer Steelhead. Available at: Publications | Washington Department of Fish & Wildlife

Fuchs, N.T., Caudill, C.C., Murdoch, A.R. and Truscott, B.L., 2021. Overwintering distribution and post spawn survival of steelhead in the upper Columbia River Basin. *North American Journal of Fisheries Management*, *41*(3), pp.757-774.

Gallinat, M.P., and D.E. Kiefel. 2025-2022. Spring Chinook Salmon Hatchery Mitigation Evaluation for S.E. Washington: Annual Reports. Available at: Publications | Washington Department of Fish & Wildlife

Gallinat, M.P., and D.E. Kiefel. 2022, 2020. Tucannon River Spring Chinook Salmon Hatchery Evaluation Program Annual Reports. Available at: Publications | Washington Department of Fish & Wildlife

Gallinat, M.P., and L.A. Ross. 2018-2014. Tucannon River Spring Chinook Salmon Hatchery Evaluation Program Annual Reports. Available at: Publications | Washington Department of Fish & Wildlife

Hesse, J.A. and Kinzer, R.N., 2025. Snake River Anadromous Fish Status: Quasi-Extinction Threshold Analysis. Department of Fisheries Resources Management. Version: 01 October 2025. Available: https://ryankinzer.github.io/SRAFS/

ICTRT (Interior Columbia Technical Recovery Team). 2007. Viability Criteria for Application to Interior Columbia Basin Salmonid ESUs. Review draft (March 2007). 83 p. plus appendices.

Khan, F., Royer, I.M., Johnson, G.E. and Tackley, S.C., 2013. Sluiceway operations for adult steelhead downstream passage at The Dalles Dam, Columbia River, USA. *North American Journal of Fisheries Management*, *33*(5), pp.1013-1023.

Larsen, D.A., Beckman, B.R., Strom, C.R., Parkins, P.J., Cooper, K.A., Fast, D.E. and Dickhoff, W.W., 2006. Growth modulation alters the incidence of early male maturation and physiological development of hatchery-reared spring Chinook Salmon: a comparison with wild fish. *Transactions of the American Fisheries Society*, *135*(4), pp.1017-1032.

McCann, J., B. Chockley, E. Cooper, G. Scheer, R. Tessier, S. Haeseker, b. Lessard, T. Copeland, J. Ebel, A. Storch, and D. Rawding. 2024. Comparative survival study (CSS) of PIT-tagged Spring/Summer/Fall Chinook, Summer Steelhead, and Sockeye. 2024 Annual Report. *Comparative Survival Study Oversight Committee and Fish Passage Center. Prepared for Bonneville Power Administration, Portland, Oregon.*

McCann, J., B. Chockley, E. Cooper, G. Scheer, R. Tessier, J. Harris, B. Lessard, T. Copeland, J. Ebel, A. Storch, and K. See. 2025. Comparative survival study (CSS) of PIT-tagged Spring/Summer/Fall Chinook, Summer Steelhead, and Sockeye. 2025 Draft Annual Report. *Comparative Survival Study Oversight Committee and Fish Passage Center. Prepared for Bonneville Power Administration, Portland, Oregon.*

McElhany, P., M. H. Ruckelshaus, M. J. Ford, T. C. Wainwright, and E. P. Bjorkstedt. 2000. Viable Salmonid Populations and the Recovery of Evolutionarily Significant Units U.S. Department of Commerce, National Oceanic and Atmospheric Administration Technical Memorandum, NMFS-NWFSC-42, 156 pp.

McInturf, A.G., Zillig, K.W., Cook, K., Fukumoto, J., Jones, A., Patterson, E., Cocherell, D.E., Michel, C.J., Caillaud, D. and Fangue, N.A., 2022. In hot water? Assessing the link between

fundamental thermal physiology and predation of juvenile Chinook salmon. *Ecosphere*, *13*(11), p.e4264.

McMillen Jacobs Associates. 2017. NOAA Compliance Evaluation of the Lower Snake River Compensation Plan Facilities: Tucannon Hatchery Satellite Facility Evaluation.

Murdoch, A.R., See, K. and Truscott, B.L., 2022. Abundance and Migration Success of Overshoot Steelhead in the Upper Columbia River. *North American Journal of Fisheries Management*, *42*(4), pp.1066-1080.

NMFS (National Marine Fisheries Service). 2022f. 2022 5-Year Review: Summary and Evaluation of Upper Columbia River Spring-run Chinook Salmon and Upper Columbia River Steelhead. NMFS West Coast Region, Portland, OR. 95 pages. Available at: https://repository.library.noaa.gov/view/noaa/45369.

Petersen, J.H. and Kitchell, J.F., 2001. Climate regimes and water temperature changes in the Columbia River: bioenergetic implications for predators of juvenile salmon. *Canadian Journal of Fisheries and Aquatic Sciences*, *58*(9), pp.1831-1841.

Spangenberg, D., Larsen, D.A., Gerstenberger, R., Brun, C. and Beckman, B.R., 2014. The effects of variation in rearing conditions on growth, smolt development, and minijack rate in yearling Chinook Salmon: a hatchery scale experiment. *Transactions of the American Fisheries Society*, *143*(5), pp.1220-1230.

USACE (United States Army Corps of Engineers). 2022. Lower Snake River channel maintenance immediate need dredging for commercial navigation environmental assessment. Tiered from the Lower Snake River programmatic sediment management plan final environmental impact statement dated August 2014.

Wenger, A.S., Harvey, E., Wilson, S., Rawson, C., Newman, S.J., Clarke, D., Saunders, B.J., Browne, N., Travers, M.J., Mcilwain, J.L. and Erftemeijer, P.L., 2017. A critical analysis of the direct effects of dredging on fish. *Fish and Fisheries*, *18*(5), pp.967-985.

Williamson, K.S., Murdoch, A.R., Pearsons, T.N., Ward, E.J. and Ford, M.J., 2010. Factors influencing the relative fitness of hatchery and wild spring Chinook salmon (Oncorhynchus tshawytscha) in the Wenatchee River, Washington, USA. *Canadian Journal of Fisheries and Aquatic Sciences*, *67*(11), pp.1840-1851.