THE HONORABLE MICHAEL H. SIMON

KATHRYN E. MARCKWORTH (OSB # 246840)
JOËLLE C. KLEIN (WSB #62184)
Yakama Nation Office of Legal Counsel
P.O. Box 150, 401 Fort Road
Toppenish, WA 98948
Tel: (509) 865-7268
Email: kate@yakamanation-olc.org
       joelle@yakamanation-olc.org

*Attorneys for the Confederated Tribes and Bands of the Yakama Nation*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **NATIONAL WILDLIFE FEDERATION**, et al., | Case No. 3:01-cv-00640-SI |
| Plaintiffs, | |
| and | YAKAMA NATION'S NOTICE OF CONTINUED PARTICIPATION AS *AMICUS CURIAE* |
| **STATE OF OREGON**, et al., | |
| Intervenor-Plaintiffs, | |
| v. | |
| **NATIONAL MARINE FISHERIES SERVICE, et al.**, | |
| Defendants, | |
| and | |
| **PUBLIC POWER COUNCIL**, et al., | |
| Intervenor-Defendants. | |

YAKAMA NATION'S NOTICE
OF CONTINUED PARTICIPATION
AS *AMICUS CURIAE*
Page 1 of 4

**YAKAMA NATION**
**OFFICE OF LEGAL COUNSEL**
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

The Confederated Tribes and Bands of the Yakama Nation ("Yakama Nation") hereby gives notice of its intention to continue participating in this litigation as *amicus curiae*. Yakama Nation has participated in this litigation as *amicus curiae* since 2001, ECF 189, and continues to have rights and interests affected by operations of the federal Columbia River System. *See,* ECF 180; ECF 181.

Since 2008, Yakama Nation has been a party to the 2008 Columbia Basin Fish Accords, as extended in 2018, and reaffirmed and amended in 2020 and 2022 (the "Fish Accords").[1] However, the Fish Accords expired on September 30, 2025, following the Bonneville Power Administration's decision not to extend them or negotiate successor agreements.

In 2023, Yakama Nation was a signatory to the December 14, 2023 Memorandum of Understanding, ECF 2450-1, commonly referred to as the Resilient Columbia Basin Agreement ("RCBA"), which became the basis for this Court's stay of litigation in 2024. ECF 2465, as amended by ECF 2466. However, as this Court is aware, the federal parties to the RCBA withdrew from the agreement in June of this year, ECF 2478, resulting in the Court lifting the stay of litigation in this matter. ECF 2495.

In light of changing circumstances, and in order to best serve Yakama Nation's interests, Yakama Nation hereby advises the Court, the parties, and other *amici* that Yakama Nation will participate as Plaintiff-aligned *amicus curiae* until further notice.

//

//

---

[1] The Columbia Basin Fish Accords agreements are all available on the Bonneville Power Administration's website: https://www.bpa.gov/environmental-initiatives/efw/columbia-basin-fish-accords (last visited October 22, 2025).

YAKAMA NATION'S NOTICE
OF CONTINUED PARTICIPATION
AS *AMICUS CURIAE*
Page 2 of 4

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

RESPECTFULLY SUBMITTED: October 22, 2025

*/s/ Kathryn E. Marckworth*
KATHRYN E. MARCKWORTH (OSB # 246840)
JOËLLE C. KLEIN (WSB # 62184)
Yakama Nation Office of Legal Counsel
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Tel: (509) 865-7268
kate@yakamanation-olc.org
joelle@yakamanation-olc.org

*Attorneys for the Confederated Tribes and Bands of the Yakama Nation*

YAKAMA NATION'S NOTICE
OF CONTINUED PARTICIPATION
AS *AMICUS CURIAE*
Page 3 of 4

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268

## CERTIFICATE OF SERVICE

I certify that on October 22, 2025, I filed the forgoing through the Court's CM-ECF system, which will automatically notify counsel of record.

                                                      */s/ Joëlle C. Klein*
                                                      JOËLLE C. KLEIN (WSB # 62184)

YAKAMA NATION'S NOTICE OF CONTINUED PARTICIPATION AS *AMICUS CURIAE*
Page - 4 -

YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Phone (509) 865-7268