RAÚL R. LABRADOR
ATTORNEY GENERAL

SCOTT L. CAMPBELL, ISB # 2251
Deputy Attorney General
Chief, Energy and Natural Resources Division

JOY M. VEGA, ISB # 7887
joy.vega@ag.idaho.gov
CHERESE D. MCLAIN, ISB # 7911
cherese.mclain@ag.idaho.gov
MARSHALL W. TORYANSKI, ISB # 12274
marshall.toryanski@ag.idaho.gov
ROWDY J. KELLER, ISB # 12494
rowdy.keller@ag.idaho.gov
IDAHO OFFICE OF THE ATTORNEY GENERAL
700 W. State Street – 2nd Floor
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8072

Attorneys for Intervenor-Defendant/Counterclaimant STATE OF IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, et al., <br><br> Plaintiffs, <br><br> and <br><br> STATE OF OREGON, et al., <br><br> Intervenor-Plaintiffs, <br><br> v. | Case No. 3:01-cv-00640-SI <br><br> STIPULATION OF DISMISSAL WITHOUT PREJUDICE <br> (Dkt 2446) |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE – 1

| | |
|---|---|
| NATIONAL MARINE FISHERIES SERVICE, et al.,<br>　　　Defendants,<br>and<br>PUBLIC POWER COUNCIL, et al.,<br>　　　Intervenor-Defendants. | |

COME NOW Intervenor-Defendant/Counterclaimant State of Idaho, by and through the Idaho Attorney General, its counsel of record, and Plaintiffs/Counter-Defendants National Wildlife Federation, *et al.*, by and through Earthjustice, its counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of the STATE OF IDAHO'S COUNTERCLAIM FOR DECLARATORY JUDGMENT, Dkt 2446, without prejudice, and with each party bearing its own costs and attorney fees.

Dated this 25th day of November, 2025.

　　　　　　　　　　　　　　　　RAÚL R. LABRADOR
　　　　　　　　　　　　　　　　ATTORNEY GENERAL

　　　　　　　　　　　　　　　　/s/ *Joy M. Vega*
　　　　　　　　　　　　　　　　JOY M. VEGA, ISB # 7887
　　　　　　　　　　　　　　　　joy.vega@ag.idaho.gov
　　　　　　　　　　　　　　　　CHERESE D. MCLAIN, ISB # 7911
　　　　　　　　　　　　　　　　cherese.mclain@ag.idaho.gov
　　　　　　　　　　　　　　　　MARSHALL W. TORYANSKI, ISB # 12274
　　　　　　　　　　　　　　　　marshall.toryanski@ag.idaho.gov
　　　　　　　　　　　　　　　　ROWDY J. KELLER, ISB # 12494
　　　　　　　　　　　　　　　　rowdy.keller@ag.idaho.gov
　　　　　　　　　　　　　　　　Deputy Attorneys General
　　　　　　　　　　　　　　　　P.O. Box 83720
　　　　　　　　　　　　　　　　Boise, ID  83720-0010
　　　　　　　　　　　　　　　　Phone:  (208) 334-2400
　　　　　　　　　　　　　　　　Fax:  (208) 854-8072

　　　　　　　　　　　　　　　　*Attorneys for State of Idaho*

Dated this 25th day of November, 2025.

/s/  Michael Mayer
AMANDA W. GOODIN (WSB #41312)
*Admitted Pro Hac Vice*
MICHAEL MAYER (WSB #32135)
*Admitted Pro Hac Vice*
CHARISA GOWEN-TAKAHASHI (WSBA #63091)
*Admitted Pro Hac Vice*
Earthjustice
810 Third Ave., Suite 610
Seattle, WA  98104
(206) 343-7340 | Phone
agoodin@earthjustice.org
mmayer@earthjustice.org
cgowentakahashi@earthjustice.org

DANIEL J. ROHLF (OSB #99006)
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard, MSC 51
Portland, OR  97219
(503) 768-6707 | Phone
(503) 768-6642 | Fax
rohlf@lclark.edu

*Attorneys for Plaintiffs*

STIPULATION OF DISMISSAL WITHOUT PREJUDICE – 3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed with the Court's CM/ECF filing system, which will send notice of the filing upon all parties registered in the CM/ECF system for this matter. I also caused the foregoing to by manually sent to:

>James M. Wadell, PE
>289 Ocean Cove Lane
>Port Angeles, WA 98363
>
>Howard F. Horton, PhD
>Oregon State University
>Department of Fisheries & Wildlife
>104 Nash Hall
>Corvallis, OR 97331-3803

Dated this 25th day of November, 2025.

>/s/  Joy M. Vega
>JOY M. VEGA
>Lead Deputy Attorney General

STIPULATION OF DISMISSAL WITHOUT PREJUDICE – 4