**Lindsay Thane, OSB #141474**
Email:  lthane@schwabe.com
**Aukjen Ingraham, OSB # 023338**
Email: aingraham@schwabe.com
**Lawson E. Fite, OSB #055573**
Email:  lfite@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503-222-9981
*Attorneys for Intervenor-Defendant,*
*Inland Ports and Navigation Group*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, *et al.*,<br><br>Plaintiffs,<br><br>and<br><br>STATE OF OREGON *et al.*,<br><br>Intervenor-Plaintiffs<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>Defendants,<br>and<br><br>PUBLIC POWER COUNCIL, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:01-cv-00640-SI<br><br>**DECLARATION OF LAWSON FITE IN SUPPORT OF INLAND PORTS AND NAVIGATION GROUP'S RESPONSE TO OREGON'S AND NATIONAL WILDLIFE FEDERATION'S MOTIONS FOR PRELIMINARY INJUNCTION** |

1.      My name is Lawson Fite, I am over the age of 18 and competent to testify to the matters contained in this declaration.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Phone: 503-222-9981  Fax: 503-796-2900

105422\126072\CWE\49601874.1

2.      I am one of the attorneys representing intervenor-defendant Inland Ports and Navigation Group in the above-referenced matter.

3.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Edward Bowles deposition transcript taken on November 12, 2025.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this 15th day of December, 2025.

_____
Lawson Fite

Page 2 -    DECLARATION OF LAWSON FITE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Phone: 503-222-9981  Fax: 503-796-2900