```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF OREGON

 3

 4   NATIONAL WILDLIFE            ) Case No. 3:01-cv-640-SI
     FEDERATION, et al.,          )
 5                                )
              Plaintiffs,         )
 6                                )
     and                          )
 7                                )
     STATE OF OREGON, et al.,     )
 8                                )
              Intervenor-Plaintiffs, )
 9                                )
         v.                       )
10                                )
     NATIONAL MARINE FISHERIES    )
11   SERVICE, et al.,             )
                                  )
12            Defendants,         )
                                  )
13   and                          )
                                  )
14   PUBLIC POWER COUNCIL, et al. )
                                  )
15            Intervenor-Defendants. )
     _____)
16

17

18              DEPOSITION OF EDWARD BOWLES

19             Taken on behalf of Defendants

20
                    November 12, 2025
21
                         *  *  *
22

23

24

25
```

1    BE IT REMEMBERED THAT, pursuant to the
2    Federal Rules of Civil Procedure, the deposition
3    of EDWARD BOWLES was taken before KIM NERHEIM,
4    a Certified Shorthand Reporter for Oregon
5    and Certified Court Reporter for Washington,
6    on Wednesday, November 12, 2025, commencing at the
7    hour of 9:06 a.m., at the offices of Oregon
8    Department of Justice, 100 S.W. Market Street,
9    Portland, Oregon

| | | |
|---|---|---|
| 1 | Q    BY MR. FITE:  Do you have any concerns that those | |
| 2 | adjustments for safety would negatively impact the fish at | |
| 3 | issue here? | |
| 4 | A    They can. | |
| 5 | Q    Do you have any specific concerns? | 18:03:40 |
| 6 | A    The one we bring up is the Lower Monumental.  This is | |
| 7 | navigation for a smolt barge, so it's not commodity | |
| 8 | shipping.  But that navigation spill is curtailed for four | |
| 9 | hours during that loading, and that comes at the expense | |
| 10 | of fish conservation measures. | 18:04:06 |
| 11 | So that's why we are proposing to stop | |
| 12 | transportation there, because we don't want to put those | |
| 13 | barge operators at risk. | |
| 14 | Q    Do you have any other navigational measures that you | |
| 15 | have concerns about, any specific navigational adjustments | 18:04:23 |
| 16 | or -- | |
| 17 | A    I don't have specific concerns, because we provide | |
| 18 | deference to the Corps to keep the navigation system safe. | |
| 19 | Q    In your declaration, there was also -- we talked a | |
| 20 | little bit about the Yakima and John Day Rivers -- | 18:04:46 |
| 21 | A    Okay. | |
| 22 | Q    -- and their differences and -- it's on page -- I'm | |
| 23 | looking at figure 8 on page 29 of your declaration. | |
| 24 | A    Okay. | |
| 25 | Q    One thing is -- let's see here. | 18:05:05 |

1  A    Do I --
2  Q    Do you agree that a key step -- a key action toward
3  recovery of the species is implementing the 2020 BiOp?
4  A    So, we believe you can do better than. We believe
5  you could do better than that. So that is inadequate to                18:16:43
6  do everything possible to reduce the risk of irreparable
7  harm.
8  Q    Earlier, you had said that you were -- you had
9  speculated that the implementation of the 2020 BiOp and
10 Record of Decision lead to an uptick in listed salmonid                 18:17:35
11 population.
12 A    I speculated that it could have contributed, but we
13 can't tease it out from improved backdrop of better ocean
14 conditions. We're hoping that it did.
15 Q    So it's entirely possible that implementation of the               18:17:55
16 BiOp is leading in the direction of recovery of the
17 species as forecast by the status reviews?
18 A    No. No, that's not what that implies.
19              So -- so the elements of the Flex Spill
20 Agreement that are new, which are increased spill rates up              18:18:33
21 to the gas standards by the state water quality entities,
22 that based on the CSS models indicates that there should
23 be an incremental benefit to fish, our PI seeks to expand
24 that where possible, where it's been reduced, and -- and
25 that should help.                                                       18:19:04

1       But none of that, in any modeling I've seen,
2  gives any indication that you're going to recover these
3  fish through just that action alone.
4  Q    And in your view, are the measures -- strike that.
5       In terms of the additional spill requested, is          18:19:51
6  there any modeling or data on what reduction in fish
7  travel time would result from those incremental changes?
8  A    I actually think there is.  We touched on it before
9  with some of the association between water travel time and
10 fish travel time.  I don't have that at the tip of my       18:20:24
11 tongue.  We'd have to explore the documents together to
12 get the specifics.  But there is definitely an incremental
13 benefit.
14      Now, remember, spill primarily, with respect
15 to fish travel time, just reduces forebay delay, it          18:20:43
16 doesn't help the fish, necessarily, get through the
17 reservoirs.  But it does reduce forebay delay, which helps
18 with fish travel time.
19      But it doesn't change water travel time.
20 Q    What order of magnitude are we -- are we looking at?    18:21:05
21 Are we looking at a day?  Half day?  Or are you able to --
22 A    Are you speaking of just spill?
23 Q    Yeah, just the incremental spill requested in the
24 motion --
25 A    So spill -- so we're -- we've got several actions to    18:21:25

```
 1   improve fish travel time.
 2   Q    Sure.
 3   A    Just the spill piece, I don't recall if -- we'd have
 4   to explore the data together on those figures, but it's
 5   portions of a day.                                              18:21:40
 6   Q    And then, if you took all the measures together, what
 7   order of magnitude are we looking at?
 8   A    It's, you know, portions or -- or multiple days.
 9             MR. FITE:  I think that's all my questions.
10   Thank you for your time.                                        18:22:05
11             THE WITNESS:  Thank you.
12
13        (DEPOSITION ADJOURNED AT 6:22 P.M.)
14             (SIGNATURE RESERVED.)
15                     *   *   *
```

1            CERTIFICATE

2       I, Kim Nerheim, an Oregon Certified Shorthand

3  Reporter and a Washington Certified Court Reporter, hereby

4  certify that said witness personally appeared before me at

5  the time and place set forth in the caption hereof; that

6  at said time and place I reported in stenotype all

7  testimony adduced and other oral proceedings had in the

8  foregoing matter; that thereafter my notes were

9  transcribed through computer-aided transcription, under my

10 direction; and that the foregoing pages constitute a full,

11 true and accurate record of all such testimony adduced and

12 oral proceedings had, and of the whole thereof.

13       Witness my hand at Portland, Oregon, this 20th

14 day of November, 2025.

17  _____

18  Kim Nerheim

19  Oregon CSR No. 90-0138

20  Expires 9/30/2026

21  Washington CCR No. 0003038

22  Expires 3/28/2026