**Lindsay Thane, OSB #171474**
Email: lthane@schwabe.com
**Aukjen Ingraham, OSB # 023338**
Email: aingraham@schwabe.com
**Lawson Fite, OSB # 055573**
Email: lfite@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503-222-9981
*Attorneys for Intervenor-Defendant,*
*Inland Ports and Navigation Group*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, *et al.*, | Case No. 3:01-cv-00640-SI |
| Plaintiffs, | |
| and | **DECLARATION OF JOSH NICHOLS IN IN SUPPORT OF IPNG'S RESPONSE TO THE STATE OF OREGON'S AND NATIONAL WILDLIFE FEDERATION'S 2025 MOTIONS FOR PRELIMINARY INJUNCTION** |
| STATE OF OREGON *et al.*, | |
| Intervenor-Plaintiffs, | |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE, *et al.*, | |
| Defendants, | |
| and | |
| PUBLIC POWER COUNCIL, *et al.*, | |
| Intervenor-Defendants. | |

1.    My name is Josh Nichols, I am over the age of 18 and competent to testify to the matters contained in this declaration.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Phone: 503-222-9981  Fax: 503-796-2900

2.      I am the marine operations manager for Tidewater Barge Lines ("Tidewater"). I have been employed by Tidewater for 30 years. My roles and responsibilities include vessel safety, safe navigation, and regulatory compliance. In particular, my expertise is navigation on the Columbia Snake River system. I have operated tugboats with barge tows for 28 years. I have piloted hundreds of trips through the Columbia and Snake River navigation locks. In my current role, I communicate with the Army Corps of Engineers ("ACOE") about all matters that may impact commercial towing operations. I communicate with dam operators (lock tenders) whenever there are issues or concerns that may arise regarding safe navigation through the locks. I instruct our barge operators prior to their tours regarding all navigational concerns and Columbia and Snake River Project ("Project") operations. (The Projects are also known as dams.) Also, I am in frequent communication with the other companies that operate on the Columbia Snake River system. In particular, I work closely with Shaver Transportation Co. ("Shaver"). I am fully familiar with and have personal knowledge of the facts set forth in this declaration, which I make in support of IPNG's Response to the Motions for Preliminary Injunction. If called to testify, I could and would competently testify to the facts stated in this declaration. In preparing this declaration, I conferred with experienced Columbia and Snake Rivers captains at Tidewater, specifically captains Steve Coles and Scott Thomson, who have a combined 75 years of experience. I also conferred with my counterpart at Shaver, Steve Gunn, who is the operations manager and has 16 years of experience on the river system. He reviewed the contents of this declaration and agrees with the information set forth in the following pages.

3.      In my experience, piloting barge tows in and out of a navigation lock on the Columbia and Snake Rivers requires specific skills, experience, and an understanding of how to manage the risks.

**Navigation Operations on the Columbia and Snake Rivers**

4.      The operation of navigation locks and the precision with which they must be navigated is discussed in detail in the December 21, 2023 Declaration of Brian Fletcher and I

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Phone: 503-222-9981  Fax: 503-796-2900

concur with the description therein. (ECF No. 2454.) Therefore, I will only briefly summarize the considerations that go in to navigating a barge through the Projects.

5.      The Columbia and Snake Rivers' navigation locks can accommodate commercial tows measuring 650 feet long and 86 feet wide. Commercial users routinely transit these locks with barge tows measuring 650 feet long x 84 feet wide. Therefore, these barge tows are 2 feet narrower than the lock chamber itself and can contain as much as 14,000 tons of cargo.

6.      The Projects are comprised of three operational elements that are positioned adjacent to each other: (1) the navigation lock and the lock approach basins, (2) the dam's arrangement of spill gates including the weir gates, which are either a removable spillway weir (RSW)[1] or surface weir (SW),[2] and (3) the powerhouse/generation block. With the exception of Little Goose Lock & Dam, Bonneville Lock & Dam, and The Dalles Lock & Dam, all the Projects position the navigation locks along the shoreline with the spillways directly adjacent to the lock basins. The powerhouses are positioned on the opposite side of the river from the navigation locks. The balance of discharge coming from the spillways and the powerhouse directly affects water and current conditions downstream of the dam. For example, when the discharge volume coming from the spillways is less than the discharge volume coming from the powerhouse, the powerhouse discharge coming from the opposite side of the river from the locks commonly creates strong cross currents at the downstream side of the lock basin. In contrast, discharge from a single spill gate, RSW, or SW can and has created hazardous situations for navigation.

7.      Our operators have been collecting Project discharge data every spring, for over 40 years. Historically, dam spill only occurred during the spring freshet. Our operators monitored three Project-data points: total Project discharge (in kcfs), total spill volume, and pool elevation. These three metrics have a relationship that significantly affects water conditions both upstream

---

[1] A removable spillway weir is a removable fish bypass structure installed in a dam spillbay.

[2] A surface weir is installed to pass fish over a raised spillway crest, similar to a waterslide, as opposed to passing fish through a spillway gate that opens approximately 50 feet below the water surface at the face of the dam.

Page 3 -      DECLARATION OF JOSH NICHOLS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Phone: 503-222-9981  Fax: 503-796-2900

PDX\105422\126072\LTH\40913743.1

and downstream of a dam, which in turn, impacts commercial traffic's transit in and out of the lock basins. Tow arrangements and vessel horsepower are also used as data points for each transit. This data is catalogued and referenced every year during the spring spill operations when spill discharges are greatest.

8.       In anticipation of spring spill, I meet with our operators in what is called a "Captains' Call." I send out memos to our operators before they start each tour. I also call each captain prior to the start of their tour to give them an overview of flows and spill on the Columbia Snake River system. In past years, we discussed spring flows defined in the ACOE's Fish Operations Plan ("FOP").[3] For example, we discuss when the Snake River will be at Minimum Operating Pool, when the annual spill will start on the Snake River and the Columbia River, and what the spill and volume projections look like. We also review a river flow forecasting website and I compare each of the previous years' flow patterns to the projected flow patterns in the upcoming year as outlined in the FOP to determine whether there will be new spill patterns or differences. The historical data affords our operators the chance to evaluate their specific tow against specific "known" conditions at each Project and then determine what safety margins exist.

9.       Once on their trip, the captains report their observations back to me so that we can share any abnormalities among the operators. We also share these reports with other commercial navigators. In recent years, our captains have observed abnormal summer spills that caused great concern. We shared these concerns internally at Tidewater and externally with other commercial navigators. Our operators use this data when they are approaching a Project. When our operators are approaching a Project, they will call the lock tender to understand the current discharge volumes at the spillways and at the generation block. When cross-referenced with historical data, the operator is able to predict what conditions will be like when entering the lock basin and devise the safest approach. Our operators then refer to the historical data to inform them how to

---

[3] For reference, the ACOE's 2025 Fish Operations Plan is available at https://public.crohms.org/tmt/documents/FOP_Implementation_Reports/2025_05_FOP-Implementation-Report_Final.pdf.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Phone: 503-222-9981  Fax: 503-796-2900

PDX\105422\126072\LTH\40913743.1

safely approach the Project and enter the lock chamber. Ultimately, the operator will make a "go or no-go" decision whether it is safe to enter the lock chamber under the conditions.

10.     Tidewater transports barges that are specifically designed to haul refined liquid petroleum products, renewable fuels, agricultural commodities, ethanol, containers, and liquid fertilizers. Ensuring the safety of river transportation is critical for the system. Due in large part to the decades long partnership between the ACOE and commercial navigators, safe transportation has occurred. This partnership involves modeling river conditions before they take effect, managing discharge conditions (spill) at the Projects, communicating about any planned changes related to discharge conditions, and offering "navigation safe" operational changes when necessary. These are a few examples of this collaborative partnership, which is exercised for the safety of all parties on our river systems.

11.     One facet of this collaborative partnership is collaboration on modeling of river conditions at the ACOE's Engineer Research and Development Center ("ERDC"), in Vicksburg, Mississippi. Modeling river conditions and proposed operational changes is important to bring together expertise from every facet of Columbia and Snake River operations to determine what are workable and unworkable spill flows and patterns from navigation and fish biologists' perspectives.

**The Spill and Reservoir Forebay Elevation Operations in the Proposed Order Create Safety Concerns for Navigation**

12.     Discharge modeling, such as was done in 2017 at ERDC (as described in detail in the Declaration of Brian Fletcher, ECF No. 2454), is the only way to safely predict what kinds of conditions will be created with the spill and reservoir forebay elevation operations in the State of Oregon's Proposed Order ("Proposed Order").

13.     Manipulating the reservoir forebay (or pool) elevations and the spill, including where that spill occurs (e.g., through the powerhouse versus a spillway weir), is concerning because without modeling those changes, it is unclear what the effects will be on navigation or on fish.

Page 5 -     DECLARATION OF JOSH NICHOLS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Phone: 503-222-9981  Fax: 503-796-2900

PDX\105422\126072\LTH\40913743.1

14.     The Proposed Order raises navigation safety concerns based on incidents that have occurred with unmodeled spill. Notably, the Proposed Order requests more (unmodeled) surface spill as compared to the 2025 FOP. The Proposed Order requests surface spill 24 hours/day instead of 4 hours per day as in the 2025 FOP for March 1 – March 20 for Lower Granite, Little Goose, Lower Monumental, Ice Harbor, and McNary dams, and 24 hour per day surface spill at John Day dam for three additional weeks in March. This longer spill season has not been modeled with river conditions and the modified reservoir elevations. Additionally, the Proposed Order is so prescriptive as to specify certain spillway bays—that are different and additional to the spillway bays specified in the FOP—that the surface spill must be released from.

15.     The navigation community has experienced the safety concerns associated with implementing the unmodeled spill and reservoir pool elevation levels in the 2020 BiOp and adjustments thereto since 2021 in the FOPs. A number of incidents were described in detail in the Declaration of Brian Fletcher (ECF No. 2454), all of which I am also familiar with and will not reiterate.

16.     At the outset, it is important to understand that lower operating reservoir pool levels are cause for heightened navigation safety concern because it amplifies the effect of the spill operation at that time. In particular, the concerning effect is a thalweg. The impact of a Project's discharge is significantly influenced by the contour of the river bottom. This makes each Project unique given the geographic features of each are different. The bottom contour influences the river's flow due to the river bottom's thalweg or "ditch." As the pool elevations decrease, the water flow becomes more influenced by the thalweg. This becomes particularly important when a tow is loaded because it will be drafting between approximately 12 feet to 13 feet 6 inches and the navigation channel is only maintained to a depth of 14 feet. Therefore, if operations are at minimum operating pool, any waves or shoaling can lessen the under tow clearance and risk significant damage.

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Phone: 503-222-9981  Fax: 503-796-2900

17.     In April 2025, I am familiar with an incident that occurred with a loaded tow at the John Day Project. The combination of the spill going out and the operating pool elevation level created a back eddy on the guide wall. This back eddy is in the lower basin below the Project. The tow got caught in the eddy and several of the wires that fix the barges together broke. (These tows are configured such that the barges are connected with several wires that are 1 1/8 inches in diameter.) The tow was sling-shotted into the guide wall, which risked the entire tow opening up—coming apart. A deck hand had to leave the safety of the captain's bridge at that point, walk outside on the barge, and fix the wires. When a deck hand(s) has to leave the captain's bridge, like in this situation, it presents an immediate danger to that individual, and indirectly, to the entirety of the crew. Of course, during the time between a wire breaking and a deck hand replacing the wires the barges begin to separate and therefore, if not resecured quickly enough, they could come apart.

18.     In another incident in April 2025 at the John Day Project, another tow got caught in the back eddy. The tow was departing the lower basin with loaded barges. When working its way out of the lock chamber, a tow must pivot its stern away from the lock wall and guide wall to exit the basin. In this particular instance, the tow was exiting the basin, but due to the eddy it got pulled back into the guide wall and tail-slapped the guide wall. Of the seven face wires that hold the barges to the tow, four broke. This instance was particularly dangerous because immediately down river of the Project is a feature in the Columbia River known as Preacher's Eddy that is a particularly dangerous stretch of the River due to the extensive shoaling in the location. Due to the danger of this stretch of river, it was not safe to send deck hands out to fix the face wires. Luckily, in this instance, the tow was able to get through Preacher's Eddy to a calmer reach of the River with the still-intact face wires keeping the tow intact and without losing any part of the tow downstream.

19.     There are similar strong eddy effects at McNary Dam and Lower Monumental Dam that historically are difficult to navigate and present safety concerns.

Page 7 -     DECLARATION OF JOSH NICHOLS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR. 97204
Phone: 503-222-9981  Fax: 503-796-2900

PDX\105422\126072\LTH\40913743.1

**Navigation Safe Spill**

20.    Since 2018, our operators have been contending with surface spill throughout certain months of the year as dictated by the annual FOP.

21.    Since 2020, the FOPs have required summer spills through a surface weir. These summer spills through a surface weir have never been modeled with navigation participation. The FOP's experimentation with low flows out of fewer spillways, presently referred to as "off-season surface spill," has created strong cross currents and eddy effects in the lower basins and has resulted in multiple incidents for mariners. These effects push the barge tows off course, hinders steerage, and pushes or pulls the barge tow sideways while entering the lock basin. A strong eddy has the potential to draw a barge tow towards the lock guide wall, significantly restricting the operator's ability to halt this movement due to the force exerted by the eddy. If the operator cannot get the tow in proper position before making contact with the concrete lock wall, damage will almost certainly result. The spill volumes through the power generation block versus the spillways during different river flow volumes and spill operations have enormously different effects on vessels navigating the locks.

22.    Since the implementation of the 2018 operations, which were only established after modeling, the FOPs have made many significant operational changes to the Projects. These changes are exhibited in spill operations in all seasons and in surface-spill operations. The operational adjustments implemented since 2018 are dangerous for at least three reasons. First, the adjustments threaten the safety of mariners and river travelers that utilize the locks. Second, they threaten to cause a barge to breach which could result in an environmental disaster with spilled cargo. Third, without scientifically supported modeling to gather biologists' perspectives on the impact on fish, the operational adjustments may indeed lead to conditions detrimental to the fish. Without modeling, these changes present serious risks to people and fish.

23.    Due to these safety concerns, the FOPs since 2018 have allowed navigation safe spill. Navigation safe spill allows a barge captain to call ahead to a Project, understand the spill and river conditions, and request navigation safe spill. That safe spill may be requested in the

Page 8 -    DECLARATION OF JOSH NICHOLS

form of no or little spill or the opening of more spill gates so that the volume coming out of the project discharges evenly and is flat across, decreasing the risk of contributing to an eddy effect. The Proposed Order indicates that subsequent FOPs may provide deference to the ACOE for human safety; however, the importance of assuring navigation safety is heightened in an un-modeled spill environment.

**Specific Concerns with the Proposed Order**

24. **Modeling of the Proposed Order prior to implementation**. The Proposed Order will create unpredictable river conditions for commercial navigation by initiating operational changes that have not been established collaboratively with navigation through modeling. The Proposed Order will put our captains, cargo, and river system at risk. The potential impact that a serious marine incident would have on river operations affects not only the subject vessel and her cargo, but the Project infrastructure itself and the health of the environment. The consequences of breaching a vessel on the river system are too great to assume preventative diligence is not necessary.

25. **Navigation Safe Spill**. Since 2018, the FOPs have included navigation safe spill. Navigation safe spill is not explicitly provided for in the proposed order, although it states the annual adjustments may be made to the injunction spill operation for reasons set forth in the FOP. (Proposed Order, at 6). Although modeling the proposed operations prior to implementation would be the safest course of action, it is also imperative that the Proposed Order require the annual FOP to include language similar to that in the 2025 FOP at pages 15 and 16, which states

> Short-term adjustments in spill or minimum operating pool (MOP) elevations may be required at any of the fish passage projects to address navigation safety concerns. This may include changes in spill patterns, reductions in spill, short-term spill curtailment, or operating above MOP.

> \*\*\*

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Phone: 503-222-9981 Fax: 503-796-2900

PDX\105422\126072\LTH\40913743.1

Short-term adjustments in spill or minimum operating pool (MOP) elevations may be required at any of the fish passage projects to address navigation safety concerns. This may include changes in spill patterns, reductions in spill, short-term spill curtailment, or operating above MOP.

26.     **Clarification of Reservoir Forebay Elevation Operations**. Part II of the Proposed Order does not specify whether the operating range is a range above MOP or if the forebays could also fluctuate below MOP by such range. Therefore, it is critical that if the Proposed Order is implemented, that any FOP be required to include language similar to that on pages 15 and 16 of the 2025 FOP, which specifies that MOP refers to the "operating range above the minimum forebay elevation at the lower Snake River projects (i.e., "MOP" is a 1.5-foot operating range)."

27.     **Allowing Expanded MOP and Raised MOP**. The 2025 FOP includes a discussion of in-season adjustments to MOP that if necessary for navigation safety, will be made to expand forebay operating range (Expanded MOP) or raised minimum forebay elevation (Raised MOP). The FOP states that if the MOP range is insufficient for navigation safety, the MOP can be raised as necessary. The FOP specifically states in respect to Expanded MOP, "some flow conditions may require a 2-foot forebay operating range at Ice Harbor to provide safe conditions for barge traffic at the navigation lock exit.  These adjustments may be necessary for both commercial traffic and fish transport barges." (FOP at page 16).  The FOP specifically states in respect to Raised MOP, "[a]djustments in MOP operations have been necessary at the lower Snake River projects, typically during lower flow conditions.  For instance, low flows in combination with fish passage spill operations may impact reservoir elevations and cause dips below project minimum tailwater elevations or inadequate navigation depths." (FOP at page 16).

28.     The Proposed Order does not include the operational flexibility for navigation safety that is provided in the 2025 FOP. Additionally, the Proposed Order is written in a manner such that it seems that were the Corps to allow such operational flexibility, the Corps would run afoul of the Proposed Order. It is imperative for navigation safety that the Corps be allowed the

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Phone: 503-222-9981  Fax: 503-796-2900

flexibility and discretion to allow for navigation safety if any portion of the requested relief in the Proposed Order is implemented.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this _12th_ day of December, 2025.

Josh Nichols

Page 11 -    DECLARATION OF JOSH NICHOLS

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Phone: 503-222-9981  Fax: 503-796-2900

PDX\105422\126072\LTH\40913743.1