THE HONORABLE MICHAEL H. SIMON

AMANDA W. GOODIN (WSB #41312)
agoodin@earthjustice.org
MICHAEL MAYER (WSB #32135)
mmayer@earthjustice.org
CHARISA GOWEN-TAKAHASHI (WSB #63091)
cgowentakahashi@earthjustice.org
Earthjustice
810 Third Ave., Suite 610
Seattle, WA  98104
(206) 343-7340 | Phone

DANIEL J. ROHLF (OSB #99006)
rohlf@lclark.edu
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard, MSC 51
Portland, OR  97219
(503) 768-6707 | Phone
(503) 768-6642 | Fax

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, et al.<br><br>　　　　　　Plaintiffs,<br><br>　and<br><br>STATE OF OREGON, et al.,<br><br>　　　　　　Intervenor-Plaintiffs,<br><br>　v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>　　　　　　Defendants,<br><br>　and<br><br>PUBLIC POWER COUNCIL, et al.,<br><br>　　　　　　Intervenor-Defendants. | Civ. No. 3:01-cv-00640-SI<br><br><br>**DECLARATION OF NANCY HIRSH IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, NANCY HIRSH, state and declare as follows:

1.      I was employed at the NW Energy Coalition (NWEC) from April 1996 through August 2025. For the first eighteen years I was the policy director and then in 2015, I became the NWEC executive director.

2.      I have a Bachelor of Science in Natural Resource Policy from the University of Michigan's School of Natural Resources and the Environment.

3.      During my tenure at NWEC, I have developed substantial expertise from analyzing utility and regional resource planning and engaging in regulatory proceedings, utility rate cases, and utility program reviews. I worked with state policymakers and state agency staff on energy policy, clean energy development, state energy strategy, and greenhouse gas emissions and air pollution reduction approaches. I have prepared detailed comments for submission to state agencies, policymakers, and regulators in Oregon, Washington, and Idaho on utility industry restructuring, resource planning, and clean energy development.

4.      Between 1999 and 2011, I submitted multiple rounds of testimony to the Washington Utilities and Transportation Commission and the Idaho Public Utilities Commission as part of utility rate case proceedings for Puget Sound Energy, Avista Utilities, and Idaho Power. I also submitted testimony and substantive comments during utility resource planning, energy efficiency and utility merger dockets.

5.      I have been invited to provide testimony before Congress on two occasions. First in 1997 before the House Committee on Resources, Subcommittee on Water and Power. The hearing was on the Status of the Regional Review Process for the Bonneville Power Administration (BPA). In 2001 I testified before the Senate Finance Committee regarding BPA's role in Infrastructure development, energy efficiency, and load management.

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

6.      In 2001, I assisted NWEC staff in the preparation of testimony in a BPA rate case (WP-02 Phase II). During my career I have prepared and submitted numerous comments to the NW Power and Conservation Council (NPCC) on the Comprehensive Regional Review, the Future Role of BPA in Power Supply, the Regional Dialogue proposal, and carbon emissions, among others. Through this work, I have developed a reasonably detailed understanding of the role BPA plays in energy marketing and transmission in providing electricity to the people of the Northwest and the role of the federal dams on the Columbia and Snake Rivers.

7.      In 2008, I was asked by Idaho Governor Otter to serve on the Idaho Strategic Energy Alliance. Since 2019, I have served on the Advancement Board of the Institute for Energy Studies at Western Washington University. In 2020, I was asked by Washington Governor Inslee to co-chair the advisory committee helping to develop the 2021 State Energy Strategy.

8.      I reviewed declarations submitted by BPA staff – Rachel Dibble, Bartholemew McManus, and Audrey Stevenson.

9.      In this declaration I will discuss my review of recent NPCC and the Pacific Northwest National Lab's analysis on the following topics: A) Resource adequacy of the power system under fish operations; B) Fish operations impact on energy and peak needs; C) BPA has Many Tools to Provide Flexibility, Balancing and Operational Reserves; D) Lower Snake River & Lower Columbia projects contribution to system balancing; E) Power system support for the Tri-Cities; F) Handling extreme weather events; G) Maintaining affordability.

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

A.     The Most Recent NPCC Power Supply Adequacy Assessment Shows that the Fish
        Operations, Including Those Similar to the Operations NWF Seeks in its Preliminary
        Injunction, Do Not Have a Substantial Impact on Resource Adequacy.

10.     The NPCC is an interstate compact agency established by Congress in the 1980

Northwest Power Act.[1] The four state (Washington, Oregon, Idaho, Montana) agency is tasked

with regional power system planning, establishing resource priorities for BPA and regularly

conducting an assessment of electricity adequacy. On a five-year cycle, the NPCC and its staff

experts prepare a twenty-year regional power plan that evaluates loads and supplies to determine

the least cost resource needs for meeting future loads while maintaining system reliability. As

part of this five-year cycle, the NPCC and its staff also prepare a Columbia River Basin fish and

wildlife program to address the regional needs of fish and wildlife impacted by the federal

hydropower system pursuant to the Northwest Power Act's requirement that this program

mitigate and enhance the Basin's fish and wildlife resources, especially salmon and steelhead

and provide "equitable treatment" for these resources while also ensuring an adequate, efficient,

and economical regional power supply. Hydropower system operations to manage fish and

wildlife issues are an important factor in the regional power planning analysis and are critical to

assuring a reliable power system.

11.     In 2011, the NPCC adopted a resource adequacy standard of 5-percent annual

"loss of load probability" (LOLP) to determine if the region had sufficient resources to meet

regional loads during periods of high demand on the system like winter cold snaps or summer

heat waves or when major generating units like the nuclear plant at Hanford have to go off line

for some reason. One of its tools to check adequacy by predicting the LOLP for different

scenarios is a computer model that projects operations of the power system – both supply

---

[1] www.nwcouncil.org

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

(including from the Columbia and Snake River dams) and demand – over many different future simulations (the GENESYS model). The GENESYS model (**Gen**eration **E**valuation **Sys**tem) was developed by NPCC in 1999 to replace earlier load-resource balance analysis. GENESYS uses a random probability analysis applied to a number of key variables, (e.g. loads, water levels, generation resources, energy efficiency) on a monthly operations basis. In 2019, the NPCC completed a substantial redevelopment of GENESYS to provide hourly analysis of operations, more granular/individual power plant dispatch, interactions between reserves and system optimized dispatch, and more interactive inclusion of regional and western power market dynamics.[2]

12.      In 2022-2023, the NPCC recognized the increased complexity in the regional power system with more variable renewable energy resources, and a need for an even more sophisticated and precise approach to evaluate resource adequacy for the region. The NPCC made another round of significant changes to the GENESYS model and created a multi-metric adequacy framework to provide more detailed information about future demand and power supply needs to power system operators on the potential frequency, duration, and magnitude of shortfall events (i.e., time of high demand and limited supply) so they can plan for and mitigate risk with actions as well as determine the appropriate emergency measures to implement if necessary in order to avoid a significant loss of load (a power blackout of significant scope and duration).[3] This more sophisticated multi-metric approach has replaced the relatively simple

---

[2] https://www.nwcouncil.org/2021powerplan_genesys-model/

[3] https://www.nwcouncil.org/fs/18853/2024-4.pdf

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

single metric LOLP approach in the NPCC's most recent analysis for its forthcoming Ninth

Power Plan as described on the NPCC's Resource Adequacy webpage.[4]

13.    In the most recent update in 2024, NPCC's Pacific Northwest Power Supply

Adequacy Assessment for 2029 used this new multi-metric modeling approach[5] and included the

hydrosystem operation commitments from the 2023 Resilient Columbia Basin Agreement

(RCBA) that were implemented during the stay of litigation. These commitments made a number

of changes to dam and river operations to better support fish recovery efforts at the eight lower

Snake River (LSR) dams and the lower Columbia dams.

14.    As NPCC has explained in this and previous adequacy assessments, predicted

shortfalls or adequacy concerns using any metric "does not necessitate an actual blackout will

take place."[6] A shortfall in the adequacy modeling would signal the need for additional actions to

be taken to avoid power disruptions, such as increased market purchases, mobilizing back-up

generation, ramping up higher cost generation, suspension of fish protection operations, or calls

for energy conservation or curtailment.

15.    What is noteworthy in the analysis for the Adequacy Assessment for 2029 are the

significant changes the NPCC made to reflect the broad challenges of matching the power supply

with demand across a wide range of possible futures facing the region. As can be seen in

Figure 8, the NPCC staff made adjustments due to significant new load growth from data center

development and electrification, new transmission line development, coal-to-gas power plant

---

[4] https://www.nwcouncil.org/energy/energy-topics/resource-adequacy/

[5] Ibid, page 9.

[6] Ibid, page 9.

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

conversions, RCBA hydro operations, and new planned resources available to meet overall system needs.



Figure 8. High-level summary of 2029 Adequacy Assessment

16.    After including the RCBA operation changes to hydro operations, NPCC ran its power system adequacy assessment for 2029. The report states that "while hydropower is slightly reduced, …the changes do not lead to a significantly different regional adequacy result."[7] The model shows that the system adjusts to the RCBA dam and river operations by making a small increase in thermal generation and market purchases, particularly at night. The market purchases are within the market reliance limit set for the region. In the 2021 Power Plan, the NPCC set a power import limit to assure that the Northwest did not over rely on market purchases to satisfy resource needs.[8] Finding the RCBA operations are within the market reliance limit means that in

---

[7] Ibid, Page 22.

[8] https://www.nwcouncil.org/2021powerplan_change-reliance-extra-regional-markets-resource-adequacy/#:~:text=Our%20baseline%20setup%20limits%20the,Energy

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

the NPCC's assessment, it is reasonable to assume that market purchases will be available to compensate for any small decrease in hydro generation due to RCBA operations in the context of the full system operations and regional demand.

17.     The Adequacy Assessment for 2029 indicates that inclusion of the hydro operations from the RCBA are relatively insignificant given the magnitude of forecasted load growth changes and emphasizes the critical need for the region to accelerate deployment of energy efficiency, new renewable resource development and transmission system expansion. Further, the assessment concluded that the region could meet the NPCC's multi-factor reliability standards under all but two of the scenarios that were examined. The first assumes low acquisition of energy efficiency and the second assumes high case data center development (Table 7).[9]

Table 7. Adequacy metric results

| Type | Metric | Threshold | Reference | Low End EE | Higher Data Center |
|------|--------|-----------|-----------|------------|--------------------|
| Frequency | Winter LOLEV | 0.1 | 0.022 | 0.350 | 1.294 |
| Frequency | Summer LOELV | 0.1 | 0.017 | 0.033 | 0.3 |
| Duration | Duration VaR 97.5 | 8 hours | 0 | 1.5 | 20.6 |
| Magnitude | Peak VaR 97.5 | 1,200 MW | 0 | 1,567 | 3,076 |
| Magnitude | Energy VaR 97.5 | 9,600 MW | 0 | 4,196 | 196,324 |

18.     For comparative purposes only, the NPCC staff note that if the multi-metric approach was compared to the LOLP, the reference case in the Adequacy Assessment for 2029,

---

[9] https://www.nwcouncil.org/fs/18853/2024-4.pdf, page 27.

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

which includes the RCBA operations, would be a 2.2% LOLP. The low EE resulted in a LOLP of 7.8%[10] and the high data center scenario increased the LOLP to 13.3%.[11]

19.     BPA's results are significantly different than the NPCC analysis. In Rachel Dibble's declaration[12] (para. 29), she describes BPA's use of GENESYS to determine the LOLP with different hydrosystem operations. In Table 1 (below) and in para. 31, Dibble concludes that all the hydrosystem operation scenarios would result in significant reliability challenges with LOLP's at 15% for the 2026 Fish Operations Program, 18% for the 2020 BiOp (called 2020 CRSO EIS ROD) and because the preliminary injunction "will reduce power generation and thus result in a higher LOLP: 27 percent."[13] Dibble goes on to clarify in para. 65, that the preliminary injunction results in a 250 MW reduction in power generation. Based on the review of the NPCC analyses it is unclear how the modest loss of generation results in such a dramatic increase in LOLP.

20.     In fact, Dibble does not provide the assumptions, metrics, or scenarios that BPA used as inputs to GENESYS or the version of GENESYS that BPA used. Based on the output of the "LOLP" metric in BPA's results, which NPCC has replaced in the newer and more sophisticated version of GENESYS as discussed above, it appears that BPA may not have used the most recent multi-metric approach that NPCC now uses. Without meaningful or complete information on the assumptions, methods, or scenarios used in Dibble's modeling, it is

---

[10] Ibid, page 27.

[11] Ibid, page 28.

[12] 1404 2574 2025.12.16 Declaration of Rachel Dibble.pdf

[13] Ibid, Page 19, Para 31.

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

impossible to determine why her modeling reached such different results from NPCC staff's comprehensive resource adequacy analysis and modeling of RCBA operations.

21.     As a reminder, the NPCC Adequacy Assessment for 2029 shown in Figure 8 above states that the reference case was "below the adequacy thresholds" using an arguably more stringent RCBA hydro operations than BPA used in its Table 1 GENESYS modeling. The Adequacy Assessment for 2029 also assumes that the new resources identified in the NPCC's 2021 regional Power Plan[14] would be developed in a timely manner. This plays a significant role in ensuring that all the power supply adequacy metrics are met.[15]

22.     Separate from this Adequacy Assessment for 2029, as part of the development of the Ninth Power Plan, the NPCC staff are beginning to evaluate future energy needs. As part of this work, NPCC staff recently modeled the effect of the impact of different hydrosystem operations for fish passage, coupled with the needs assessment, on power generation and reliability, among other metrics. In the NPCC staff Needs Assessment for Changing Hydro Operations Scenario, presented to the full Council on October 14, 2025[16], staff ran four different fish operation sensitivities against the 20-year forecasted needs of the power system through the updated GENESYS model. The four sensitivities analyzed by NPCC staff are: 2020 BiOp Operations ("current operations"); 2023 RCBA Operations; Fish managers Recommended Operations for MOP/spill (which is called "New MOP" and is virtually identical to the NWF's preliminary injunction request and Oregon's proposed preliminary injunction order); and Limited

---

[14] https://www.nwcouncil.org/fs/17680/2021powerplan_2022-3.pdf

[15] Pacific Northwest Power Supply Adequacy Assessment for 2029, NPCC 2024-4, page 35.

[16] https://www.nwcouncil.org/fs/19637/2025_10_1b.pdf

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

Daily Flexibility (which starts with the 2020 BiOp as the base and then limits flexibility to reduce ramping).[17]

23.    All of the fish operations analyzed including the "New MOP" sensitivity show very similar reliability results for power system operations, including the frequency and duration of events that risk a power supply shortfall. Critically, these winter and summer peak needs are extremely comparable across each of the modeled hydrosystem operations to address fish needs -- and the fish operation scenario that represents the preliminary injunction actually is predicted to perform *better* for reliability across seasons because the number of events and magnitude of the energy shortage events are lower for the New MOP than the BiOp or the RCBA using the "mixed bag" pathway with the 2031 load forecast, as shown in the chart below.[18]

## Overall Results Compared to Metrics

| | Frequency | | | Extreme Deficits | | |
|---|---|---|---|---|---|---|
| | Annual LOLEV (events) | Winter LOLEV (events) | Summer LOLEV (events) | VaR Duration (hr) | VaR Peak (MW) | VaR Energy (MWh) |
| Adequacy Criteria | 0.2 | 0.1 | 0.1 | 8 | 1,200 | 9,600 |
| BiOp | 218 | 61 | 75 | 22 | 9,681 | 354,192 |
| RCBA | 210 | 57 | 85 | 21 | 10,366 | 348,771 |
| New MOP | 189 | 59 | 55 | 21 | 8,917 | 326,858 |
| Limited Flex | 168 | 49 | 53 | 22 | 10,200 | 327,008 |

 Northwest **Power** and **Conservation** Council    91     The 9th Northwest Regional Power Plan

Again, these predicted reliability events do not mean a blackout will occur. Instead, they are projected as part of power system planning to evaluate and prepare for the amount of proposed

---

[17] https://www.nwcouncil.org/fs/19637/2025_10_1b.pdf (page 6).

[18] Ibid, Slide 91.

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

- 11 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

new resource expansion or other power supply action (e.g., additional energy conservation) to
address the events.

24.     In January 2026, NPCC staff reran GENESYS after catching an error in irrigation
demand.[19] This updated modeling shows similar results to the October 2025 hydro ops needs
analysis which is that the region's projected large load growth will drive the need for new
resources to meet winter and summer energy and peak capacity needs. On slide 19 (below), the
revised modeling shows that the MOP sensitivity has fewer reliability events that are of less
magnitude. This is a similar outcome to the October results.



25.     The NPCC staff go on to show how the corrected modeling impacts peak and
energy needs across the year. While there are some variations across the different hydro
operation sensitivities, the similarities are more striking than the differences. The New MOP
operations do not create wildly different needs for additional peaking (Slide 21) or energy (Slide

---

[19] https://www.nwcouncil.org/fs/19713/2026_01_3.pdf  Pages 15-22.

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

22) resources. As described in more detail below, this modeling shows that significant new resources will be needed over the long-term under any fish operations scenario, and that changes in demand (including changes driven by load growth, decarbonization, and data centers) are the drivers for these substantial long-term resource needs. The different fish operations scenarios do not significantly change the timing or magnitude of these long-term resource needs.



DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION
- 13 -

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*



26.    As expected, there are still significant needs (because the resource addition model has not yet been run to solve for the shown need) in the winter and summer months. For all resource adequacy assessments, the modeling does not indicate that these reliability events will happen, just that there is a probability that they could happen and BPA and utilities should take steps to be prepared to manage the system (and add new resources as needed) to avoid these adverse impacts.

B.    NPPC Analysis Shows that the Differences Between Fish Operations are Minor for Energy Needs and Peak Capacity Needs.

27.    As part of the Ninth Plan development, NPCC staff put together a comprehensive needs assessment based on expected growth in loads from data centers, electrification and economic/population growth. It is expected that the needs assessment will indicate that the regional power system will need to develop thousands of megawatts of new resources to meet

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

- 14 -

growing energy and winter and summer peak demands.[20] The range of hydrosystem operations from the 2020 BiOp, RCBA or proposed injunction do not materially affect the actions the region needs to take to meet projected future demand.[21] The resource needs assessment built into GENESYS is then fed into the NPCC OptGen model[22] which is a capacity expansion model and it helps determine what mix of resources are needed to meet the adequacy requirements. It is expected that the NPCC will use all these analytics to recommend, in the Ninth Power Plan, that the region and BPA add new generation, demand management, energy storage, and energy efficiency to the system.

28.     In the Needs Assessment for Changing Hydro Operations Scenario, the NPCC staff did a detailed examination of how the hydrosystem responded to four different hydro operations sensitivities and how those sensitivities impacted the system-wide needs assessment across 90 different system scenarios. In addition to resource adequacy, the NPCC staff also looked at the energy and capacity generation across the hydrosystem operations.

29.     From the chart on Slide 14 the differences in the four sensitivities are clearly delineated, showing that the differences are at most modest. The New MOP includes one month of additional spill in August at the LSR dams, and one to one-and-a-half foot operating ranges at the lower Columbia and LSR dams during the Spring and Summer salmon migration seasons.

---

[20] https://www.nwcouncil.org/fs/19637/2025_10_1b.pdf  Slide 83.

[21] Ibid, Slide 85.

[22] https://www.nwcouncil.org/fs/19331/2025_04_07.pdf

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

| Sensitivity | Min Elevation | Elevation Target Sof-Constraint | Elevation Target Hard Constraint | Spill | Outflow Ramp | Reserves Allocation |
|---|---|---|---|---|---|---|
| 2020 BiOp | | | | BiOp spill | 2025 WMP | Existing |
| 2023 RCBA | | 2025 Water Management Plan (WMP) | | RCBA spill | 2025 WMP | Existing |
| New MOP & Spill | 2025 WMP | +1 lower Columbia + 0.5 Lower Snake | +1.5 lower Columbia + 1 Lower Snake | RCBA spill with Aug 30 date | 2025 WMP | Existing |
| Limited Flex | | 2025 WMP | | BiOp Spill | 2020-2024 avg. | Half |

30.     For the system as a whole, the NPCC analysis shows very modest difference in average hourly energy generation between the different fish operations.[23]  The New MOP is slightly lower than the BiOp in January-April and September, but higher than the BiOp in May-July and November-December. The differences in all cases represent a small percentage of the total generation of the regional and federal power systems.



31.     The NPCC Ninth Power Plan, which is under development and should be finalized in late 2026, is designed to assess existing and planned resources and the gap between

---

[23] Ibid, Slides 58 and 59.

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

forecasted growth in demand and existing/planned resources.[24] The Ninth Plan will then recommend a portfolio of new resources to meet the forecasted demand growth and maintain a reliable power system. Projected load growth in power demand from data centers and electrification are the leading drivers of the need for new resources in the NPCC staff hydro operations and needs assessment. The analysis notes that some of the hydro operations that support fish recovery do not lead to greater resource needs.[25]



C.    <u>BPA has Many Tools to Provide Flexibility, Balancing and Operational Reserves</u>

32.    BPA operates 31 hydro projects as part of the federal hydrosystem across the region and has used all of the significant system flexibility to manage hydro operations for different fish survival regimes over the past decade to meet energy and capacity needs. In addition to the daily system operations activity that the BPA staff manage to provide a reliable

---

[24] https://www.nwcouncil.org/energy/ninthpowerplan/

[25] https://www.nwcouncil.org/fs/19637/2025_10_1b.pdf, Slide 85.

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

power system through many different kinds of system and operational constraints, there are other tools that BPA has and does use within and outside the federal system. These tools include, among others: Western Energy Imbalance Market, Fish Operations Plan variances, adding new strategic resources, and declaring an emergency. The point is, BPA has access to system flexibility and other flexibility tools to meet the kind of short duration supply constraints that the most recent NPCC modeling predicts under any hydro operations system while the agency and the region builds out new resources to meet load growth.

33.     A key priority in system management is ensuring reserves. The NPCC hydro operations analysis in Slide 62 below shows very little difference across the four fish sensitivities and the 90 different simulation scenarios in terms of meeting requirements for overall system balancing and contingency reserves. February is the exception and it actually shows more generation across 90 scenarios from New MOP/preliminary injunction operations.[26] BPA's McManus' statement that there will be significant impact on balancing reserves (Page 8) is not evident in the NPCC modeling.[27]

---

[26] https://www.nwcouncil.org/fs/19637/2025_10_1b.pdf, Slide 62

[27] 1404 2579 2025.12.16 Declaration of Bartholemew McManus.pdf

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*



34.    Interestingly, the LimFlex sensitivity, that the NPCC staff model, reduces the reserve allocation by half for the eight projects being impacted by fish operations (see the chart above at my para 26). In other words, for this modeling exercise, the NPCC staff assumes strict limits on the flexibility of these projects, and as a result they cannot provide as much reserve to the system. In the model, BPA still holds the same 4,000 MW of total reserve but not at these eight projects. NPCC staff note that the reserve needs are taken up in other places in the system.[28]  This is evident in the results as the LimFlex contingency and operating reserves are not significantly different from the other operations, despite the limitation on flexibility (Slide 62 above). I do note that LimFlex is slightly more limited in the winter when water flows are more constrained. Overall, this indicates that BPA would be using the other tools at its disposal to address operational changes and in fact has been using those tools.

---

[28] Vimeo.com/1127583111 – starting time at 30:37 to 34:00

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

35.     One of the most important tools available for meeting real-time energy balancing is the Western Energy Imbalance Market (WEIM) which includes 22 utilities across the West.[29] In the WEIM utilities and system operators can buy and sell power for load imbalances within fifteen-minute and five-minute intervals within an hour. This is a substantial market tool that provides significant support for balancing and flexibility needs. BPA joined the WEIM in 2022 and has seen significant financial and system operational benefits both in terms of purchasing power when demand spikes or when there is extreme weather and in terms of selling power to others when BPA has surplus supply to help with balancing the system. In fact, BPA's gross benefits from participation in the WEIM are equal to $25-$35 million/year.[30] It is notable that none of the BPA declarations by Dibble, McManus or Stevenson make mention of this important development for balancing power supply and demand.

36.     Another tool to assist BPA with system operations are the variances and pre-coordinated operational changes used as part of the annual Fish Operation Plan (FOP) implementation. Attached hereto as Exhibit A is an Excel spreadsheet that summarizes my review of the data on variance and pre-coordinated operational changes for the past six years (2020 to 2025) to see how often variances and other operational changes were used to address energy or transmission (energy) related challenges.[31] The annual FOP reports show implementation changes from April to August in each year. The reasons for variances include human and program error, maintenance, navigation, and debris issues. The reasons for pre-coordinated operational changes include maintenance, navigation and transmission reliability.

---

[29] https://www.westernenergymarkets.com/western-energy-imbalance-market-weim

[30] https://www.westernenergymarkets.com/western-energy-imbalance-market-weim/benefits

[31] https://public.crohms.org/tmt/documents/FOP_Implementation_Reports/

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

All of these increases or decreases in spill occur at one hour increments up to 24 hours in a particular day. For the transmission reliability operational changes, the increases in spill are "to provide reserves." And the decreases in spill are "due to an increase in generation to deploy reserves."[32]

37.     What is fascinating about this data is that spill operations were adjusted 3,786 hours during the five-year period for human/program error, maintenance, navigation, and debris management. Whereas spill operations were adjusted 483 hours during the five-year period for transmission reliability reasons. In 2024 and 2025, when the RCBA operations were in place, energy related changes occurred in only two hours in the period between April-August. Whereas in this same timeframe, the other reasons for change required 1,439 hours of variances and pre-coordinated changes.

38.     The FOP variance data shows that many of the variances and pre-coordinated operational changes needed are for an hour. There is an interesting correlation between the use of the variances and changes and the NPCC hydro ops needs assessment which says that 90% of these reliability events are one hour in duration with another 8% at two hours in duration. Across the entire power system, 70% of the events are less than 500 megawatts and 93% of events are less than 1250 megawatts.[33] This indicates that routine short-duration variances may continue to be a useful tool to allow adjustments to meet any of the short-duration challenges that occur on BPA's system.

---

[32] Ibid, Page 6.

[33] http://nwcouncil.or/fs/19637/2025_10_1b.pdf   Slide 88.

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

## Most Events are Short and Small

- In each sensitivity, 90% of these are 1 hour and ~93% are less than 1250 MW



Event Durations

| Sensitivity | Longest | 2nd Longest | 3rd Longest |
|---|---|---|---|
| BiOp | 25 | 22 | 22 |
| RCBA | 23 | 22 | 21 |
| New MOP | 22 | 22 | 21 |
| Lim Flex | 22 | 22 | 22 |



Event Peak Histogram

| Sensitivity | Largest | 2nd Largest | 3rd Largest |
|---|---|---|---|
| BiOp | 15,859 | 11,768 | 9,816 |
| RCBA | 11,345 | 10,541 | 10,506 |
| New MOP | 11,615 | 9,389 | 9,315 |
| Lim Flex | 11,150 | 10,691 | 10,315 |

Northwest **Power** and
**Conservation** Council                    88                     The 9th Northwest
Regional Power Plan

39.    While it has been clear for some time that BPA and other utilities in the region

will need to add new resources to maintain resource adequacy in the face of load growth and

other long-term challenges facing the region, BPA has surprisingly not taken significant action to

add new power system resources. Section 6 of the Northwest Power Act authorizes BPA to

acquire new resources to meet its needs, including its fish and wildlife protection operations.[34]

New resources developed under this authority would provide more system flexibility and

minimize the occurrence of emergencies in the future.

40.    Top of the list for new resources is maximizing energy efficiency and working

with BPA customers to manage loads to reduce peaks. The potential for regional demand

management development (to reduce peak demand and provide dispatchable resources during

capacity needs) is very substantial. Since 2010 and the 6th Power Plan, the NPCC has been

calling on BPA and the region to make investments in demand management (often called

---

[34] 839d(a)(2)(B). to assist in meeting the requirements of section 839b(h) of this title. [Northwest
Power Act, §6(a)(2)(B), 94 Stat. 2717.]

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

demand response). The NPCC's 2021 Plan ramped this call up even more with estimates of about 3,721 megawatts of summer load reduction potential and 2,761 megawatts of winter load reduction potential.[35]  A large portion of NPCC's recommended demand response resources consist of rate design and conservation voltage reduction programs that can be implemented quickly and very inexpensively over the next several years. This recommendation is expected to be strengthened in the 9th Plan as the region considers increased pressure on Northwest resource adequacy and sufficient flows in the hydrosystem for fish and wildlife protection. Despite the long-standing push from the NPCC, BPA's 2022-27 Energy Efficiency Action Plan noted 300 MW of demand response resources, but made no commitment to achieve these flexibility resources, and only to engage with its customer utilities in exploring opportunities.[36]

41.     Another critical new resource is battery storage. In the past 5-6 years, both Texas and California have added thousands of megawatts of battery storage to their systems to manage peak energy needs. Texas now has 15,000 MW.[37] California has grown its battery storage resource from 800 MW in 2019 to 17,000 MW in 2025.[38] Most of this storage in California is from utility scale systems. Within the region, between 2022 and mid-2025, Portland General Electric has moved forward with a total of 492 MW of battery storage capacity in four different facilities across its service territory to provide up to four hours of peak energy or to support PGE's system during extreme weather or unexpected disruptions.[39]  While the Northwest has

---

[35] https://www.nwcouncil.org/2021-northwest-power-plan/  Page 64.

[36] https://www.nwcouncil.org/fs/18206/2023_03_p3.pdf

[37] https://ieefa.org/resources/summer-solar-and-battery-storage-records-texas

[38] https://www.energy.ca.gov/news/2025-11/californias-battery-storage-fleet-continues-record-growth-strengthening-grid#:~:text=WHAT%20YOU%20NEED%20TO%20KNOW,Gov.

[39] https://portlandgeneral.com/news/2025-08-pge-energizes-475-mw-of-battery-energy-storage-to-boost-grid

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

historically used the reservoir system as our utility scale storage battery, the writing has been on the wall for the past decade that that flexibility and capacity is increasingly constrained due to climate impacts on precipitation patterns, the needs of salmon and steelhead, and the needs to integrate variable renewable resources. Yet, BPA and much of the region have been very slow to develop battery storage projects, even short duration systems, to support fish operations and peak energy needs.

42.     Throughout Dibble's declaration she states that BPA's only option to address the system flexibility needs and assure system reliability is to declare an emergency and suspend fish operations. I understand that the emergency protocols are available for emergencies to maintain power system reliability and are not intended as a way to provide regular operational system support. NWF's motion assumes that the emergency protocols remain in place and are a key tool to maintain reliability as are the more routine variances discussed above that do not require a declaration of power system emergency. By emphasizing the need for and consequences of an emergency declaration, BPA seems to overplay the loss of flexibility and ignore the flexibility created by other tools, from the WEIM to variances to changes across the rest of the system's operations.

### D.     The System Balancing Interaction Between LSR and the Lower Columbia Projects

43.     I have reviewed a study conducted by the Pacific Northwest National Laboratory (PNNL) on the role of the four lower Snake River dams over a five-year time frame.[40] PNNL's analysis of operations at the four LSR dams, and the other mainstem Columbia dams over the 2020-2024 timeframe included fish operations in place during each of the study years. These

---

[40] September 2025, US Department of Energy, Lower Snake River Dams Contribution to Grid Services, https://www.osti.gov/biblio/3000013

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

operations included years when the 2020 BiOp operations and the RCBA operations were in place.

44.     In the chapters on inter and intra hour ramping and balancing, PNNL shows that there is great consistency in the operation of the lower Columbia, LSR, Grand Coulee, and Chief Joseph projects to provide system flexibility across the five-year period and different hydro operations for fish recovery. The most significant variables to how the different projects are operated are energy market conditions and water levels, not reservoir elevations and spill regimes.[41]

E.     Supporting the Tri-Cities

45.     Providing reliable support service to the local load center of the Tri-Cities is vitally important. Ice Harbor generators provide voltage and reactive power support to the Tri-Cities. This type of support makes the power system more efficient, helps control and manage the oscillation in voltage that exists in an AC system and comes from synchronous generators like those at Ice Harbor. The PNNL study finds that "most, if not all synchronous generators operate in Automatic Voltage Regulation mode".[42] Voltage regulation and reactive power support are more a function of the physical presence of the generators at Ice Harbor dam rather than the level of spill or MOP conditions at Ice Harbor. Stevenson also recognizes the important role of Ice Harbor in providing support to the Tri-Cities[43], though her examples imply the loss of generation at Ice Harbor. The preliminary injunction in no way contemplates this outcome. In

---

[41] Ibid, Chapters 3.0 and 4.0

[42] Ibid, page 38

[43] 1404 2582 2025.12.16 Declaration of Audrey Stevenson.pdf  Paragraphs 17 and 33.

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

addition, reactive power could be provided by locally sited storage and distributed generation, that may have fast response times and could provide additional reactive power support.[44]

46.     Another option to support the Tri-Cities is grid enhancements, and BPA is already moving forward with some of these projects. However, the reliability support for the Tri-Cities has been a concern since the mid-2010s and it was not until 2023 that BPA launched the Tri-Cities Reinforcement Project.[45] The series of three grid reinforcement projects are very important and will help address these local reliability issues. Even before these projects are completed, however, the analysis performed by PNNL and the NPCC shows that power services to in the Tri-Cities will not be at risk from the preliminary injunction and that there are other resources that could be quickly deployed to address BPA's concerns.

F.     Extreme Weather Events

47.     Extreme weather events, both heat domes and arctic blasts, can happen in the Northwest and system reliability is vital during these challenging times. Recent experience has shown that extreme weather conditions do not usually occur across regions at the same time which allows the Northwest, California and the Southwest to share resources on the transmission interties and through the Western Energy Imbalance Market. This type of connectivity and coordination is important and BPA has planned for and effectively used these resources across regions during extreme events.

48.     The PNNL study, for example, examined how BPA managed its system during the Northwest extreme winter event (January 2024 with RCBA fish operations in place). During

---

[44] https://rmi.org/clean-energy-101-how-batteries-can-support-grid-reliability/

[45] https://www.bpa.gov/-/media/Aep/efw/nepa/active/south-of-tri-cities/Tri-Cities-Reinforcement-Project-Fact-Sheet-2023-FINAL.pdf

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

the January 2024 arctic blast, Pacific Northwest loads went up dramatically and PNNL shows that BPA responded by ramping up generation at Grand Coulee from 2,000 MW to 3,500 MW and at Chief Joseph from 1,000 MW to 2,000 MW during time of peak demand (generally morning and evening hours). Low water conditions are normal in winter in the lower Snake River basin and the LSR dams provided their typical level of increased winter generation during a cold snap – about 1,000 MW total for specific peak hours within each day.[46] PNNL states that "due to water constraints, the LSR plants were unable to significantly increase their output beyond typical levels but still contributed approximately 1,000 MW during peak generation".[47]

49.     BPA used the ramping flexibility of its system to increase generation for a couple of hours at a time during these extreme emergency situations. The PNNL study also shows the crucial  importance of interconnection within the West as BPA used the WEIM to bring 3,675 MW of power north on the California-Oregon Intertie – more power than the winter hydrosystem could provide under any circumstances.[48]

50.     In the Dibble declaration, there is extensive reference to extreme weather events and the risk to public health and safety. As demonstrated in the PNNL analysis, BPA has many tools available to manage extreme weather events, including emergency protocols that allow suspension of fish operations to ensure reliability of the system. BPA has successfully used the WEIM power market to both bring resources into the northwest during extreme weather events and to send power to other parts of the west during their weather events.

---

[46] Ibid, Page 58, Figure 7-3

[47] Ibid, Page 56

[48] Ibid, Page 59, Figure 7-6

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

G.     Affordability

51.     As I mentioned already, Dibble states that the proposed injunction operations will result in a loss of 250 average MW of power generation in fiscal year 2026. BPA's 2025 White Book[49] shows its total firm obligations to be approximately 8,000 aMW (with a high of 9,374 a MW in December and a low of 7,038 aMW in May).[50] Dibble's estimated lost generation of 250 aMW is approximately 3% of the yearly average MW generation for BPA. The White Book uses RCBA for hydro operations and the results state that in median water (50th percentile of system operations) there are annual energy surpluses throughout the 10-year planning period. However, BPA uses the 10th percentile of water flows (i.e., very low flow conditions) as its firm water conditions which results in annual deficits of 426 aMW to 1012 aMW.

52.     In May 2025, BPA issued a letter to all Pacific Northwest utilities, and customers including outside the region customers, stating that it is "projecting that periodically through September 2026 BPA may have surplus power, capacity, and Transferred Frequency Response (TFR) available for sale."[51] While this notice is an annual notice of potential surplus resources, it is an indication that BPA has significant flexibility in how it utilizes the system to meet reliability requirements while also making additional sales to support increased revenue. Were BPA seriously concerned about the 15-27% LOLP presented in Dibble's declaration, this letter seems unusual at best.

53.     On January 30, 2024, BPA Administrator John Hairston testified before the House Energy and Commerce Committee, Subcommittee on Energy, Climate and Grid Security

---

[49] https://www.bpa.gov/-/media/Aep/power/white-book/2025-whitebook.pdf

[50] Ibid, Pages 15-16.

[51] https://www.bpa.gov/-/media/Aep/power/power-products-catalog/fy-26-notice-of-surplus-power.pdf

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

regarding the RCBA agreement and the impact on BPA.[52] Attached to Mr. Hairston's testimony

is a spread sheet with BPA's preliminary rate assessment of the $300 million commitment in the

RCBA combined with the rate impact of the operational changes in that agreement indicated an

incremental rate impact per year of 0.05%. This increases power rates by $0.2 to

$0.3/megawatthour. This spread sheet shows a line item for "Ops Ave. Revenue Increase" to

estimate the financial impact of the operations included in the RCBA or stay of litigation. BPA

estimated these rate impacts as generating an extra $1 million per year relative to the 2020 BiOp

Record of Decision – in other words, BPA would *save* money by implementing these operational

changes. The RCBA on the whole would impose only modest costs when the savings from

changed operations are combined with the financial commitments BPA made in that agreement

(which are addressed as separate line items in that spreadsheet, including "High Priority CBRI"

and Lower Snake Comp Plan", together totaling $300 million over 10 years. BPA has abandoned

the financial commitments in that agreement so the $300 million in increased costs over ten

years are no longer affecting rates.[53]

**Conclusions**

54.    Throughout Dibble's declaration, she uses significant hyperbole stating that the

unprecedented proposed preliminary injunction will lead to power shortages and blackouts that

will risk human health and safety and have significant economic damage to the region. Yet, after

reviewing the NPCC Adequacy Assessment for 2029, the PNNL LSR assessment and the NPCC

hydro operations analysis I conclude that the impact of the various fish operation regimes,

---

[52] https://www.energy.gov/sites/default/files/2024-01/January%2030%202024%20HEC%20BPA%20John%20Hairston%20Testimony%20Columbia%20River%20System_Final.pdf

[53] Ibid, Page 8 (page 2 of the spreadsheet).

DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

including those NWF seeks in its preliminary injunction, have very modest impacts on power generation, peak needs, and overall ability to maintain a reliable power system. The preliminary injunction operations are similar to previous operations of the system over the past five years with some modest adjustments in spill and operating pool elevations to reduce the harm to migrating salmon and steelhead. BPA has experience with the spill and MOP conditions and has experience managing the power system with these conditions and providing the flexibility necessary to match power supply with demand. And if emergencies arise, the protocols for modifying fish operations remain available.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of January, 2026.


_____

NANCY HIRSH


DECLARATION OF NANCY HIRSH IN SUPPORT OF
PLAINTIFFS' REPLY IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*