# EXHIBIT A

| Source: Firsh Operations Plan Implementation Reports: Spill Variance Table and Pre-Coordinated Ops Table<br><br>Month/Year | Variances and Pre-Coordinated Operations<br><br>Transmission Reliability - # of Hours | Increase and/or Decrease Spill, which Dam | | Variances and Pre-Coordinated Operations<br><br>Human Error, Program Error, Maintenance, Navigation, Debris issues- # of Hours | Reason - which Dam |
|---|---|---|---|---|---|
| | | Inc Spill "to provide reserves" | | | |
| | | Dec spill "to increase in generation to deploy reserves." | Some months are both reduced and additional spill on different days at same project | | |
| Apr. 25 | 0 | | | 26 | Human/Program Error, Navigation @LSR, John Day, The Dalles |
| May. 25 | 0 | | | 63 | Human/Program Error, Maintenance, Navigation @LSR, John Day, The Dalles, Bonneville |
| June. 25 | 0 | | | 33 | Human Error, Navigation @LSR, John Day, The Dalles |
| July. 25 | 0 | | | 33 | Human Error, Navigation @LSR, John Day, The Dalles |
| Aug. 25 | 0 | | | 331 | Navigation, Maintenance @LSR |
| **2025 Total** | **0** | | | **486** | |
| Apr. 24 | 2 | Inc Spill @ The Dalles (1); Dec Spill @ The Dalles (1) | | 2 | Human Error @ Lower Monumental, John Day |
| May. 24 | 0 | | | 222 | Human Error, Maintenance, Navigation @ LSR, The Dalles, John Day |
| June. 24 | 0 | | | 56 | Maintenance, Navigation, Safety issues @ LSR, The Dalles |
| July. 24 | 0 | | | 43 | Maintenance, Human Error, Navigation @ LSR, The Dalles |
| Aug. 24 | 0 | | | 630 | Maintenance, Navigation, human error @McNary, The Dalles, LSR |
| **2024 Total** | **2** | | | **953** | |
| Apr. 23 | 1 | Dec Spill @The Dalles | | 10 | Maintenance, Navigation, Human/Program Errors @John Day, the Dalles, LSR |
| May. 23 | 0 | | | 191 | Maintenance, Navigation, Errors @ LSR, John Day, The Dalles |
| June. 23 | 1 | Inc Spill @The Dalles | | 45 | Maintenance, Navigation, Human/Program Error, Debris @ LSR, McNary, The Dalles |
| July. 23 | 0 | | | 53 | Human Error, Maintenance, Navigation, Debris @ LSR, McNary, John Day |

| Month | Count | Spill Notes | | Value | Causes |
|---|---|---|---|---|---|
| Aug. 23 | 3 | Inc Spill @Lower Granite; Dec Spill @John Day | | 134 | Maintence, Human/Program Error, Navigation @ John Day, The Dalles, LSR, Bonneville |
| **2023 Total** | **5** | | | **433** | |
| Apr. 22 | 28 | Inc Spill @ The Dalles; Dec Spill @John Day, the Dalles | | 182 | Maintenance, Human/Program Error @ LSR, the Dalles |
| May. 22 | 12 | Inc Spill @ The Dalles; Dec Spill @LSR, The Dalles | | 30 | Navigation, Maintenance @ LSR, John Day |
| June. 22 | 2 | Inc Spill @ The Dalles; Dec Spill @ McNary | | 60 | Human/Program Error, Maintenance, Navigation, Debris @LSR, John Day |
| July. 22 | 0 | | | 49 | Human Error, Navigation, Debris @ LSR, John DAY |
| Aug. 22 | 5 | Dec Spill @ The Dalles | | 428 | Human/Program Error, Maintenance, Navigation @ LSR, The Dalles |
| **2022 Total** | **47** | | | **749** | |
| Apr. 21 | 15 | Inc Spill @ The Dalles; Dec Spill @ The Dalles | | 27 | Maintenance, Navigation @ LSR |
| May. 21 | 17 | Inc Spill @ The Dalles; Dec Spill @John Day, The Dalles | | 47 | Navigation @ Lower Monumental |
| June. 21 | 3 | Inc Spill @ John Day; Dec Spill @ Little Goose, John Day | | 53 | Human/Program Error, Maintenance, Navigation @ LSR, John Day, The Dalles |
| July. 21 | 9 | Inc Spill @ John Day, The Dalles; Dec Spill @ John Day, The Dalles | | 463 | Human Error, Maintenance, Adaptive Management, Navigation @ LSR, John Day |
| Aug. 21 | 2 | Inc Spill @ John Day (1); Dec Spill @ the Dalles (1) | | 110 | Human/Program Error, Maintenance, Navigation @ LSR, John Day |
| **2021 Total** | **46** | | | **700** | |
| Apr. 20 | 175 | Inc Spill @ The Dalles (1); Dec Spill @ John Day (174) | | 71 | Human/Program Error, Maintenance, Navigation @ LSR, John Day, Bonneville |
| May. 20 | 21 | Inc Spill @ The Dalles (5); Dec Spill @ John Day, The Dalles (16) | | 70 | Human/Program Error, Maintenance, Navigation @ LSR, John Day |
| June. 20 | 133 | Inc Spill @ McNary (3), The Dalles (23) John Day (95); Dec Spill @LSR (6), The Dalles (6) | | 61 | Human/Program Error, Maintenance, Navigation @ LSR, The Dalles |
| July. 20 | 47 | Inc Spill @ McNary (5), The Dalles (13) John Day (20); Dec Spill @John Day (2), The Dalles (7) | | 96 | Human Error, Maintenance, Navigation @ LSR, John Day |
| Aug. 20 | 7 | Inc Spill @John Day (1), The Dalles (1); Dec Spill @ John Day (1), The Dalles (4) | | 167 | Human Error, Maintenance, Navigation @ LSR, John Day |
| **2020 Total** | **383** | | | **465** | |
| **6 YEAR TOTAL** | **483** | | | **3,786** | |

**Link to Source Materials** : https://public.crohms.org/tmt/documents/FOP_Implementation_Reports/ https://public.crohms.org/tmt/documents/FOP_Implementation_Reports/Older/