# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **NATIONAL WILDLIFE FEDERATION**, et al., | Case No. 3:01-cv-640-SI |
| Plaintiffs, | **SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION** |
| and | |
| **STATE OF OREGON**, et al., | |
| Intervenor-Plaintiffs, | |
| v. | |
| **NATIONAL MARINE FISHERIES SERVICE**, et al., | |
| Defendants, | |
| and | |
| **PUBLIC POWER COUNCIL**, et al., | |
| Intervenor-Defendants. | |

I, Rachel Dibble, declare and state as follows:

1.      My expertise and background remain consistent with my statements in my December 15, 2025, Declaration of Rachel Dibble in Support of Federal Defendants' Opposition To Plaintiffs' Motions For a Preliminary Injunction ("First Dibble Decl.").[1]

2.      I reviewed the Declaration of Nancy Hirsh in Support of Plaintiffs' Reply in Support of Motion for Preliminary Injunction ("Hirsh Declaration") and her comments on draft preliminary modeling results from a PowerPoint presented by the Northwest Power and Conservation Council ("Council") staff and a study by Pacific Northwest National Laboratories ("PNNL") on the lower Snake River dams.[2] Neither the Council's PowerPoint nor PNNL's study analyze the operations the NWF Plaintiffs are requesting in the Proposed Order (ECF No. 2530-2) ("Prop. Order").[3] Nor did Hirsh perform any modeling or analysis of her own; rather she is a private citizen describing modeling and analysis performed by other expert groups like the Council and PNNL.

3.       I also reviewed the Reply Declaration of Jay Hesse in Support of the State of Oregon's and National Wildlife Federation's 2025 Motions for Preliminary Injunction ("Hesse Reply Declaration")[4] and the Nez Perce Tribe's Reply in Support of Plaintiffs' Motions for a Preliminary Injunction ("Nez Perce Reply")[5] and the Yakama Nation's Reply in Support of Plaintiffs' Motions for Preliminary Injunction.[6] As I discuss in Section E. below, the Nez Perce Tribe and Yakama Nation misunderstand Bonneville's rates and ratemaking, and I correct this misinformation.

4.      In this declaration, I correct the misinformation in the Hirsh Declaration on the Prop. Order's reliability and affordability effects, including why the Council's DRAFT PowerPoint analysis and the PNNL study have no bearing on the effects that will occur if the Court grants the Prop. Order. I also reiterate the legal requirements the Court must consider before granting any of the infrastructure measures in the Prop. Order.

---

[1] ECF 2574.

[2] *Needs Assessment for Changing Hydro Operations Scenario,* NPCC (Oct. 2025), available at https://www.nwcouncil.org/fs/19637/2025_10_1b.pdf; *Lower Snake River Dams Contribution to Grid Services, September 2025,* PNNL, *available at* https://www.pnnl.gov/main/publications/external/technical_reports/PNNL-38452.pdf.

[3] *See* Exhibit A, *Comparison of Past Columbia River System Operations to Plaintiffs' Proposed Order Operations* (Exhibit A).

[4] ECF 2631.

[5] ECF 2630.

[6] ECF 2629.

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION                    2

## I.     The Prop. Order Operations Have Never Been Implemented Before and Will Have New and Different Effects than Any Previous Operations.

5.     As identified in Exhibit A to my declaration, the Prop. Order's spill levels, spill duration and reservoir elevations are unprecedented. In no other time has the Columbia River System (CRS) operated with such high spill levels at the four lower Columbia and four lower Snake River dams (i.e., 125% spill 24 hours/day at most dams) while **also** reducing reservoir elevations and operating ranges. In addition to the new combined effects from the high levels of spill, the Prop. Order requests a wholly new operation: the reservoir elevations are to be reduced by feet (four feet, in some instances) and operating ranges restricted, which have never been implemented and thus, will have new effects.[7] Any statements to the contrary are misleading and inaccurate.

6.     As stated above, the Hirsh Declaration points to the Council's DRAFT GENESYS analysis and a PNNL study – neither of which evaluate the operations in the Prop. Order—as reasons this Court should not be concerned with effects to reliability from the operational measures in the Prop. Order. I will discuss why the analysis my staff conducted for my First Dibble Decl. is what the Court should rely on as it decides whether to grant the Prop. Order.

### A.  GENESYS Modeling and the Council's Adequacy Assessment from 2024

7.     Paragraphs 13-21 in the Hirsh Declaration provide a comparison between the Council's analysis and conclusions as captured in their "Pacific Northwest Power Supply Adequacy Assessment for 2029" ("Council's Adequacy Assessment") and the analysis in the First Dibble Decl.[8] Specifically, Hirsh references the Council's Adequacy Assessment that was published in 2024[9] and draws comparisons to the loss of load probability ("LOLP") analysis in

---

[7] *See* First Dibble Decl. § IV, "Risks to Public Safety and Security Associated with the Prop. Order to Change System Operations Beginning in 2026" ¶¶ 17-57.

[8] ECF 2621 at ¶¶ 13-21.

[9] *Pacific NW Power Supply Adequacy Assessment for 2029*, NPCC (August 2024) [hereinafter Council's Adequacy Assessment], 6-7, available at https://www.nwcouncil.org/fs/18853/2024-4.pdf. This regional adequacy assessment for 2029 provides early warnings on system adequacy, with specific focus on how the Council's 2021 Power Plan resource strategy supports adequacy given the rapid changes the grid is experiencing, such as announced coal-to-gas conversions and transmission expansion in the region. This adequacy assessment finds that implementing the resource strategy in the 2021 plan—specifically achieving energy efficiency consistent with the high end of the Council's target, pursuing renewable deployment of around 6,600 MW by 2029, and ensuring sufficient balancing resources and demand response—will provide for an adequate system. Areas of risk remain, however. For example, if this same strategy pursued the low end of

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION                     3

the First Dibble Decl.[10] This comparison is inappropriate and misleading as the Council's Adequacy Assessment includes regional loads, resources, and operational assumptions that are outdated compared to the analysis in my First Dibble Decl. For example, the Council's Adequacy Assessment does not include the significant increase in the regional load forecast in the past two years, driven mainly by data center load. This difference in load forecast has resulted in greater projected loss of load events (e.g., blackouts). Importantly, this prior 2024 Council study does not evaluate the Prop. Order operations; it evaluates operations from the Resilient Columbia Basin Agreement ("RCBA"), which are not the operations Hirsh and the other NWF Plaintiffs are requesting. To be clear, the Prop. Order operations limit hydropower generation even more than the RCBA operations given the requested spill levels, spill duration and reservoir elevations.[11]

8.      As should be clear from the timing of the Council's Adequacy Assessment (2024), it was not intended to evaluate the Prop. Order operations, which were submitted to this Court in October 2025. Instead, the Council developed this study to explore how its 2021 Power Plan resource strategy supports or ensures an adequate and reliable power system.[12]

9.      In summary, the Council's Adequacy Assessment factors in gigawatts of recommended demand side and generating resources from their 2021 Power Plan. This explains why their adequacy assessment results show regional adequacy under or close to their adequacy standard.  It has no bearing on the resource adequacy impacts that will be caused by the Prop. Order.

10.      The regional resource adequacy analysis in the First Dibble Decl., however, relied on current forecasts for loads and resources and analyzed the operational measures in the Prop. Order. Unlike the Council's Adequacy Analysis that was completed in 2024, my declaration does not attempt to fill in any gaps with the Council's 2021 Power Plan resource strategy to derive its loss of load metric results. The methodology used in my declaration to evaluate the Prop. Order was the same method used to study the different alternatives in the 2020 Columbia River System

---

the Council's energy efficiency target, it would not provide for an adequate system. Further, if data center load growth accelerates and more closely aligns with utility projections in the region by 2029, the resource strategy will also be insufficient to maintain adequacy.

[10] *See* First Dibble Decl. ¶¶ 26–40 and tbl. 1.

[11] *See* Exhibit A for comparisons of spill and reservoir elevations from the 2024-2025 Operations (i.e., 2023 RCBA Operations) to the Prop. Order Operations.

[12] Council's Adequacy Assessment, *supra* note 9.

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION                              4

Operations Environmental Impact Statement (CRSO EIS).[13] Consistent with the analysis in the CRSO EIS, Bonneville used the classic GENESYS model for my First Dibble Decl. to compare the LOLP from the Prop. Order's operations with the CRSO EIS and the Draft 2026 Fish Operations Plan (FOP).[14] The LOLP value signifies the risk of blackout(s)/power shortages in a given year.[15]

11.     As discussed in the First Dibble Decl., Bonneville reviewed updated regional loads and resources, evaluated the Prop. Order operations and also updated the LOLP analysis in the 2020 CRSO EIS Record of Decision Selected Alternative under current regional loads, resources, and operational assumptions (noting the change in LOLP to 18%, up from 6.4%).[16] My staff also evaluated the Draft 2026 FOP LOLP, which was 15%, and the Prop. Order LOLP, which was 27%. For comparison, Table 1 describes the inputs and differences between the GENESYS models Bonneville and the Council use for their respective assessments.

**Table 1: Comparison of Bonneville's GENESYS Model to the Northwest Power and Conservation Council's Model**

|  | **Bonneville** | **Council** |
|---|---|---|
| Model | Classic GENESYS model, in use for CRSO EIS analysis. | Redeveloped GENESYS model. |
| Streamflow | Last 30 years (1989-2018) of 2020 Modified flows 90-year set. | Climate change streamflow from three forecasts (CanESM2, CCSM4, CNRM). |
| Load | Load developed for use with historic forecasts, 69 temperature years (1949-2018). | Load developed for use with climate change forecasts, corresponding to streamflow years used. |

---

[13] *See* ACE001061571 (§ 3.7, Power Generation and Transmission) and ACE001065331 (App. H, Power and Transmission), *Columbia River System Operations Environmental Impact Statement.*

[14] First Dibble Decl. ¶ 27 and tbl. 1: Comparison of LOLP Analysis of Operations in the 2020 CRSO EIS ROD, the Draft 2026 [Fish Operations Plan or FOP], and the Prop. Order.

[15] *Id.*

[16] *Id.* tbl. 1 ("Bonneville reviewed revised resource adequacy studies in its analysis of the Prop. Order noting changes to regional loads and resources and updated the LOLP analysis for the Selected Alternative with this information for this declaration.").

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION          5

| Spill sensitivities modeled | CRSO EIS Selected Alternative, Draft 2026 FOP, RCBA, and Prop. Order operations. | RCBA for 2029 adequacy assessment studies completed in 2024 and 2020 BiOp, RCBA, and "New MOP" for 2031 Needs Assessment studies started in 2025 and updated in 2026. |
|---|---|---|
| Number of simulations, variables | 2070 simulations (30 hydro years paired exhaustively with 69 load years, with random thermal forced outages); wind profiles linked to load year with one of 20 profiles selected at random; hydro years are run sequentially and with continuous content to capture effects of consecutive low water years. | 180 simulations for 2029 adequacy assessment studies (10 hydro-load paired years from each of three climate change scenarios, paired with 6 wind profiles); 90 simulations for 2031 needs assessment studies (30 years from each of three climate change scenarios). |
| Metrics | LOLP, 95% cVaR (conditional value at risk) for peak and energy; metrics in use for CRSO EIS. | Annual and seasonal loss of load events, 97.5% VaR (value at risk) for duration, peak, energy. |

### B. Power System Generation Losses and Council's 2031 Needs Assessment

12.    Paragraph 19 of the Hirsh Declaration attempts to discuss the power generation impacts discussed in the First Dibble Decl.; however, she incorrectly characterizes 250 average megawatts (aMW) as the amount of reduced power generation from the Prop. Order.[17] As clearly discussed in the First Dibble Decl., the annual average difference in generation between the Prop. Order when compared to the Selected Alternative in the CRSO EIS ROD is 407 aMW.[18] The 250 aMW described in the First Dibble Decl. is the annual average difference in generation between the operations that were assumed in the BP-26 rates analysis (i.e., Bonneville's current power rates period) and the Prop. Order. The BP-26 rates analysis assumed operations similar to 2025, which are not the operations proposed in the Prop. Order.[19] I also address Hirsh's mischaracterization of Affordability in Section F, below.

13.    Paragraphs 22–26 of the Hirsh Declaration then attempt to equate the Prop. Order operations with previous Columbia River System operations as well as the Council's recent 2031

---

[17] *See* Hirsh Decl. ¶ 19.

[18] *See* First Dibble Decl. fig 3: Monthly differences in hydropower generation (average megawatts or aMW) under the Proposed Order (blue dots) and the Draft 2026 Fish Operations Plan (green dots) relative to 2020 CRSO EIS ROD operations (denoted by 0 or baseline as a black line).

[19] *See* Exhibit A describing 2024-2025 Operations (i.e., 2023 RCBA Operations).

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION                                                                          6

Needs Assessment Analysis. Neither of these comparisons are accurate. First, Hirsh notes that operations similar to the Prop. Order were studied as part of Council's 2031 Needs Assessment.[20] In its draft analysis, the Council reviewed "New MOP," plus operations in the 2020 CRSO EIS ROD and RCBA. In Paragraph 23 in the Hirsh Declaration, she notes that these different operations showed similar reliability results, and the Prop. Order results are *better* for reliability because the frequency and magnitude measures are lower compared to the CRSO EIS ROD and RCBA operations. What Hirsh fails to mention, however, is the Council staff's own caveat: "*staff suggest caution be taken over-interpreting results given how constrained the system is in this specific type of study*."[21] Second, Hirsh appears to be aware the resource adequacy analysis is incomplete: "As expected, there are still significant needs (*because the resource addition model has not yet been run to solve for the shown need*) in the winter and summer months."[22] She also acknowledges the limits of the Council's modeling: "the modeling does not indicate that these reliability events will happen, just that there is a probability that they could happen and Bonneville and utilities should take steps to be prepared to manage the system (and add new resources as needed) to avoid these adverse impacts."[23]

14.     Because the Council's 2031 Needs Assessment is for a different purpose (informing development of its future power plan and fish and wildlife program amendment) and year (2031), it is irrelevant to any explanation of the effects from the Prop. Order. The analysis in the First Dibble Decl. demonstrates the immediate reliability impacts in 2026 if the Court granted the Prop. Order. Hirsh's use of an in-process study is misleading and inaccurate to determine real-time effects from the Prop. Order.

## C. PNNL's Study on the Four Lower Snake River Dams' Contribution to Grid Services

15.     Hirsh also points to another study; this one conducted by PNNL, which analyzed publicly available data on Columbia River System generation and the regional transmission

---

[20] NPCC, *supra* note 2.

[21] *Power Plan Update*, Jennifer Light, Director of Power Planning, NPCC (Jan. 2026), available at https://www.nwcouncil.org/fs/19713/2026_01_3.pdf; *see also Columbia River Basin Fish and Wildlife Program Draft 2026 Program,* NPCC, (Dec. 2025), 14 ("The Council's considerations regarding what it means to approve Fish and Wildlife Program measures while assuring the region an "adequate," "efficient," "economical," and "reliable" 22 power supply will be discussed in Appendix G of the Program. 23 24 [Remaining AEERPS analysis will be included in final draft]."

[22] Hirsh Decl. ¶ 26 (emphasis added).

[23] *Id.*

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION                    7

system.[24]  Again, this report analyzed operations that are not the same as the Prop. Order's operations, so Hirsh's reliance on this study to support her conclusions on the impact to reliability of the Prop. Order's operations is mislaid.[25] This report also notably does not analyze the difference between *carrying* reserves and *deploying* reserves, which is critical for transmission reliability. Bonneville routinely carries reserves on the lower Snake River dams to meet reserve requirements whether they are deployed or not.

16.     In characterizing the PNNL study, Hirsh notes "there is great consistency in the operation of the lower Columbia, [lower Snake River], Grand Coulee, and Chief Joseph projects to provide system flexibility across the five-year period and different hydro operations for fish recovery" and that reservoir elevation and spill regimes are not the most significant variables.[26] Again, the PNNL study did not analyze the Prop. Order's operations, and Hirsh's attempts to recharacterize this analysis is not relevant to whether there will reliability impacts from the actual operations Hirsh supports (i.e., the Prop. Order's operations).

17.     Notably, Hirsh's contention that operations are dictated by "energy market conditions and water levels not reservoir elevations and spill regimes"[27] is contrasted with the very analysis in the PNNL study she is trying to use to prop up her own lack of analysis. The PNNL study clearly identifies in its Capacity and Energy section how the generation at the four lower Snake River dams is utilized in winter months to support Bonneville's supply of energy to the region and the generation changes that occur during spring fish spill season: "[lower Snake River dams] generation is correlated with total Bonneville hydro generation during the January−March period; however, the correlation decreases in the April−June timeframe. This decline can be attributed to water being spilled at [lower Snake River] projects to meet environmental (fish passage) requirements during that period (see Figure 2-9 and Figure 2-10)."[28] The PNNL study also discusses the four lower Snake River dams' contributions to the September 6, 2022 heat-wave event, highlighting that these projects regain their ability to contribute both energy and capacity in September after Minimum Operating Pool (MOP) and fish passage spill requirements end.[29]

---

[24] PNNL, *supra* note 2.

[25] *Id.* app. B, fig. B-5 through B-8: the spring and summer elevations fall outside the Prop. Order's Minimum Operating Pool elevations.

[26] Hirsh Decl. ¶ 44.

[27] *Id.*

[28] PNNL, *supra* note 2, § 2.0 at 10, 12-13.

[29] *Id.* § 7.2, 61-65.

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION                          8

### D. Tri-Cities Reliability

18.     I will now address the misleading statements in the Hirsh Declaration on reliability concerns in the Tri-Cities (Richland, Kennewick, and Pasco, WA).[30]  First, Hirsh acknowledges there are existing reliability issues in the Tri-Cities and even points to Bonneville's "Tri-Cities Reinforcement Project," that is intended to address the existing reliability concerns.[31] Inexplicably though, she then points to two inapposite studies to say there will be no additional impacts to reliability from the Prop. Order. As my First Dibble Decl. stated, this contention is not accurate.[32] Even before the Prop. Order's expanded operations, there were reliability concerns in the Tri-Cities–hence Bonneville's Tri-Cities Reinforcement Project. This project helps address *existing* reliability concerns, including increased demand due to irrigation needs, agricultural refrigeration, air conditioning and industrial uses, *not* the new, additional reliability issues resulting from the Prop Order. Hirsh's conclusory statements that the PNNL study and the Council assessments–that did not analyze the Prop. Order operations–show that the reliability issues in the Tri-Cities will not be exacerbated by the Prop. Order operations are severely misplaced.

19.     Hirsh appears to rely on the Tri-Cities Reinforcement Project to offer an option for grid enhancements, recognizing the Tri-Cities' existing reliability issues.[33] Nowhere in her declaration, however, does she provide the schedule for this Project or explain how this Project would offset impacts to reliability from the Prop. Order operations since two of the projects are still years from completion and will not be available to address the real reliability concerns the region would experience **this year** if the Prop. Order is granted.

20.     Hirsh further misrepresents the impact of the Prop. Order in the Tri-Cities area when she states that "the loss of generation at Ice Harbor Dam" was not contemplated in the Prop. Order.[34] This statement is erroneous. Ice Harbor Dam provides direct service of energy demands in the Tri-Cities, and the Prop. Order explicitly seeks an increase in spill volume from

---

[30] Hirsh Decl. ¶¶ 45 and 46.

[31] The Hirsh declaration mistakenly says the Tri-Cities Reinforcement Project includes three projects, whereas it involves four projects: 1) Richland-Stevens Drive (construction completion expected spring 2027); McNary-Paterson Tap (construction completed); Red Mountain – Horn Rapids 115-KV Line Reconductor (construction completed); and South of Tri-Cities Reinforcement Project (environmental compliance ongoing and if there is a decision to build, construction is not expected until 2028).

[32] Dibble Decl. ¶ 24.

[33] Hirsh Decl. ¶ 46.

[34] *Id.* 45.

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION                                        9

30% of outflows to 45 kcfs during the summer months at Ice Harbor Dam.[35] If the Prop. Order is granted, these operations will decrease the project capacity to generate electricity, as more water is diverted from the powerhouse to the spillway, thus leading to generation losses. Hirsh's Declaration also omits vital information on typical lower Snake River summer flows in July–August, which are generally less than 50 kcfs.[36] The Prop. Order requests 45 kcfs spill, which would limit the project to one turbine operating to support basic transmission requirements (i.e., minimum generation). The Draft 2026 FOP (Feil Decl., ECF 2570), however, plans for 30% spill– the same level of spill that was agreed to in RCBA[37] (i.e., during typical average flows in August of 30 kcfs, 30% of outflows is approximately 9 kcfs). Finally, the reduced MOP in the Prop. Order further limits the aggregate water stored on the lower Snake River, which physically reduces reliability by reducing the capability of Ice Harbor Dam to generate with additional turbines if called upon on short notice. In an unanticipated reliability event, this could risk the health and human safety in the Tri-Cities when energy needs are highest. Thus, there is no question the Prop. Order results in generation losses at Ice Harbor Dam.

### E. Western Energy Imbalance Market and Bonneville's Use of Variances and Pre-Coordinated Operational Adjustments

21.     I will now turn to Hirsh's incorrect statements on the Western Energy Imbalance Market and Bonneville's historic use of variances and pre-coordinated operational adjustments. The Hirsh Declaration misrepresents what the Western Energy Imbalance Market is and more importantly, what it is not.[38] The Western Energy Imbalance Market is not a capacity market, and participants must pass resource sufficiency tests in order to fully participate in the market.[39] Hirsh mistakenly argues Bonneville does not need the generation that will be lost as a result of implementing the Prop. Order because "utilities and system operators can buy and sell power for load imbalances within 15 minute and five minute intervals within an hour."[40] Hirsh's description of the Western Energy Imbalance Market operation is called "leaning" on the market and is explicitly prohibited under the rules of Western Energy Imbalance Market participation. If Bonneville attempted to use the Western Energy Imbalance Market in the manner Hirsh suggests, Bonneville would fail the hourly resource sufficiency tests and potentially subject itself to

---

[35] ECF 2530-2, tbl. 1.

[36] Hirsh Decl. ¶45.

[37] Hirsh was a signatory to RCBA and supported 30% spill at Ice Harbor Dam for up to ten years as part of that agreement. ECF 2450-1 at 18.

[38] Hirsh Decl. ¶ 35.

[39] *California Independent System Operator Corporation Fifth Replacement Electronic Tariff*, (CAISO Tariff), §§ 29.34(m) and (n), available at https://www.caiso.com/documents/section-29-energy-imbalance-market-as-of-nov-24-2025.pdf.

[40] Hirsh Decl. ¶ 49.

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION                                    10

operational penalties for leaning on the market and, in some cases, lose access to participate in the market altogether for future hours after the failed tests.[41]

22.     In paragraph 49 of her declaration, Hirsh also misunderstands the role of the Western Energy Imbalance Market during the January 2024 extreme weather event and misconstrues the PNNL study as support for her assertion.[42] Hirsh conflates Western Energy Imbalance Market based transfers with transfers resulting from all marketing activity on the California Oregon Intertie (COI). While the COI may have reached its operational transfer limit of -3675 megawatts (MW), only a small portion of this transfer was from the Western Energy Imbalance Market to Bonneville on the COI. During this multi-day weather event, the Western Energy Imbalance Market's imports over the COI to Bonneville hit a maximum value of 300 MW on January 11, 2024 between 13:20 and 15:35.[43] Importantly, the four lower Snake River projects peaked multiple times during the January 2024 extreme weather event (at ~ 1000 MW over the course of operations between January 10-16, 2024). Overall, the four lower Snake River projects provided more peaking MW than Bonneville received from the Western Energy Imbalance Market during this weather event.

23.     Next, I will correct the Hirsh Declaration's inaccurate information on variances and operational adjustments. First, as I have mentioned repeatedly in this declaration, the operations reported on in Exhibit A to the Hirsh Declaration are not the operations requested in the Prop. Order, and thus, any comparison to the Prop. Order operations and historic operational adjustments is inapposite. Second, it is a mischaracterization to equate instances where Bonneville reported the pre-coordinated operational adjustments or variances from the operations described in the annual FOP to the duration of incidences reported in reliability studies. For example, the monthly FOP implementation reports indicate instances when spill was decreased to deploy *inc* reserves to balance the system.[44] What the report does not show, however, is that the water storage capability at these projects is what is needed to first *carry* those *inc* reserves before their potential deployment. Said another way and contrary to what Hirsh is trying to infer by including Exhibit A in her declaration, the within-day variations of the reservoir levels do not show what reservoir flexibility is needed to carry reserves. Having forebay flexibility allows Bonneville to meet its reserve carrying requirements every hour of the day.

24.     The Prop. Order, however, requests the lower Columbia River projects be lowered to a 1.5-foot MOP—a level never operated to before. This would in effect require operators to target the forebay elevation operating range of 0.75 ft (the center of the elevation). This center

---

[41] CAISO Tariff at §§ 29.11(d), 29.34(m) and (n).
[42] Hirsh Decl. ¶ 35.
[43] *See* CAISO OASIS, https://oasis.caiso.com (accessed and verified on 1/26/2026).
[44] First Dibble Decl. ¶ 46.

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION                                    11

elevation attempts to accommodate the hydraulic realities of this river reach, maximizing an operator's flexibility on the upper and lower elevation requirements to manage system constraints.[45] Even with this strategy, however, this still would not be adequate to accommodate upstream flow volatility with the realities of the safety concerns below Bonneville Dam.[46] As discussed in my First Dibble Decl., Bonneville has never operated with such limited forebay flexibility and storage capability and expects adverse impacts to power and transmission system reliability if the Prop. Order is granted.[47]

25.    Hirsh also fails to note the expanded reservoir elevation flexibility identified in the Selected Alternative in the CRSO EIS ROD made it physically possible to carry reserves for power and transmission system reliability while supporting higher spill for downstream juvenile fish passage. By eliminating reservoir elevation flexibility, more interruptions to juvenile fish passage spill will occur in order to maintain system reliability because of the Prop. Order.

26.    Finally, I would like to emphasize again how Bonneville's employees possess the education and expertise to execute complicated operations on a dynamic river, whether it be strategically positioning water ahead of a forecasted heatwave, ensuring reliable operations during planned outages, and positioning reservoirs ahead of Tribal Treaty fishing to ensure that there is capacity to hold reserves. The concerns I raised in the First Dibble Decl. are anchored in this deep experience. Understand that ensuring both reliable hydropower generation and safety **requires flexibility** to strategically maneuver the reservoirs for all non-power constraints (e.g., flood risk management, navigation, irrigation, recreation, fish and wildlife are some of the non-power purposes that place additional constraints on water management in the Columbia River System). None of the Plaintiffs' experts, including Hirsh, have any experience with this immense responsibility.

## F.  Affordability and Bonneville's Rates Analysis

27.    Now I will turn to Hirsh's incorrect statements on affordability and Bonneville's rates. In Paragraph 51 of her declaration, Hirsh briefly discusses the 250 aMW reduction calculated in Bonneville's rate analysis, observing that it represents only 2% of Bonneville's total generation.[48] She also suggests that Bonneville anticipates significantly larger deficits over the next decade, as indicated in Bonneville's White Book.[49] While the precise relevance of these

---

[45] Declaration of Aaron Marshall in support of Federal Defendants' response to Plaintiffs' 2025 motions for preliminary injunction, ECF 2571 ¶¶ 24-47.
[46] First Dibble Decl. ¶ 58.
[47] *E.g.* First Dibble Decl. ¶¶ 19, 40, 52-54.
[48] Hirsh Decl. ¶ 51.
[49] *Id.*

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION                    12

observations is unclear, neither diminishes the validity of the rate analysis performed on the Prop. Order by my staff. The loss of 250 aMW (enough to serve about 22 percent of the City of Seattle) in 2026 which Bonneville assumed was available for customer load, carries tangible cost impacts that my staff calculated, and which Hirsh has not refuted. Furthermore, Bonneville's projections of future deficits in the Federal system's firm output as depicted in the 2025 White Book are not relevant to the rate analysis, as Bonneville consistently accounts for such deficits when setting its rates by estimating power purchases to cover them. In the current rates (BP-26 rate case), Bonneville has already factored in known energy deficits. The Prop. Order introduces an unforeseen, incremental energy deficit—one not planned for or reflected in the White Book— which would incur an additional estimated cost of $141 million for Bonneville and its customers.[50]

28.    Hirsh then points to Bonneville's annual notice of the potential availability of surplus power as evidence of Bonneville's ability to meet reliability needs while also generating revenue through additional sales.[51] She interprets these notices to mean that Bonneville is not genuinely concerned about the 15–27% LOLP mentioned in the First Dibble Decl., arguing that Bonneville would not offer surplus power for sale if it were. However, Hirsh misunderstands both the purpose of these notices and Bonneville's power marketing practices.[52] The annual notice cited by Hirsh fulfills Bonneville's statutory obligation to inform regional parties about potential short-term sales of surplus power.[53] Bonneville issues these notices because if water conditions are average or better than average, it may have surplus power to sell and, by statute, must give notice to regional parties of the availability of such power. But this notice in no way commits Bonneville to making such sales and expressly reserves Bonneville's right to not make any surplus sales in the event water conditions (or resource constraints) diminish available power. These points are made in the very letter Hirsh cites, noting, "[a]ctual availability is dependent upon system conditions or changes in BPA load estimates, hydro run-off, and resource performance."[54]

29.    Crucially, these conditional, short-term surplus sales differ fundamentally from the LOLP analysis, which assesses firm power availability under low water conditions for firm

---

[50] First Dibble Decl. ¶ 67.

[51] Hirsh Decl. ¶ 52.

[52] See *FY 26 Notice of Potential Surplus Power Availability* available at https://www.bpa.gov/-/media/Aep/power/power-products-catalog/fy-26-notice-of-surplus-power.pdf

[53] *See* 16 U.S.C. § 832c; 16 U.S.C. § 837 *et seq*; 16 U.S.C. § 839 *et seq.*

[54] https://www.bpa.gov/-/media/Aep/power/power-products-catalog/fy-26-notice-of-surplus-power.pdf

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION                                     13

loads.[55] Therefore, Hirsh's implication that these surplus power notices undermine the LOLP concerns identified in the First Dibble Decl. are incorrect.

30.    Hirsh's declaration then confusingly discusses staff analysis on the incremental costs of RCBA on Bonneville rates, suggesting an impact of approximately half of a single percent (0.5%).[56] Hirsh asserts this analysis indicates RCBA operations would save Bonneville around $1 million annually compared to the CRSO EIS ROD operations. These savings, Hirsh claims, were only slightly offset by the RCBA's financial commitments, which required Bonneville to spend roughly $300 million over ten years. With the termination of the Memorandum of Understanding, Hirsh suggests that a return to RCBA operations should not affect Bonneville's rates.  The Yakama Nation makes a similar claim in their latest filing, asserting that Bonneville is being inconsistent when it says RCBCA would have a minimal impact on rates ($1 million) but the Prop. Order would cost rate payers $141 million.[57]

31.    Hirsh and the Yakama Nation are wrong on the facts. The chart cited by Hirsh and Yakama Nation depicts rate impacts from 2023, assuming RCBA operations. However, as previously explained, RCBA operations and the Prop. Order operations are not the same and actually differ significantly.[58] Consequently, the rate impacts of the Prop. Order are not same as the RCBA rate impact; they are, in fact, considerably higher, as demonstrated by my staff's analysis.[59]  Furthermore, Hirsh's assertion that Bonneville's current rates include RCBA financial commitments is inaccurate. These commitments were removed from Bonneville's final power rates.[60] As such, there are no unaccounted-for savings that would offset the costs of the Prop. Order.

32.    The Yakama Nation also asserts in its latest filing that Bonneville could utilize its "financial risk tools" to "avoid[ ] rate impacts."[61] This comment displays a lack of understanding

---

[55] First Dibble Decl. ¶ 31.
[56] Hirsh Decl. ¶ 53.
[57] Amicus Reply of Yakama Nation to Motion for Preliminary Injunction and Supporting Memorandum, ECF 2629 ("Yakama") ¶ 27.
[58] Exhibit A, describing differences between the Prop. Order operations and 2024-2025 Operations (i.e., 2023 RCBA Operations).
[59] First Dibble Decl. ¶ 67.
[60] *See BP-26 Rate Proceeding, Final Proposal, Power Revenue Requirements Study, BP-26-FS-BPA-02,* at 19, *available at* https://proceedings.bpa.gov/Home/LoadDocuments?RateCaseId=38. ("[T]his Final Proposal excludes the annual cash payments for the Six Sovereigns portion of the agreement, the capital spending on the Lower Snake River Compensation Plan (LSRCP) hatcheries, as well as the associated amortization expense for these payments, and any debt and interest associated with previously projected LSRCP capital investments.")
[61] Yakama ¶ 27.

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION                    14

of Bonneville rates and ratemaking. First, the Yakama Nation's comments all refer to the BP-24 rates, which expired last fall (they were in effect from October 1, 2023, through September 30, 2025). My staff's rates analysis is based on Bonneville's current rates: the BP-26 rates. As such, these arguments are outdated and irrelevant to this rate period.

33.    Second, the "financial risk tools" the Yakama Nation cites (adding Planned Net Revenue for Risk (PNRR), using financial reserves, using the treasury note) all would impact Bonneville power rates.[62] Bonneville has no "tool to avoid the potential 6.4% rate increase." PNRR is a fixed extra cost added to Bonneville rates and results in a direct increase. Using financial reserves depletes Bonneville's cash reserves which is then replenished by rate increases in the future. Borrowing money from the Treasury Note is akin to using a credit card to pay current bills. Bonneville must pay back the Treasury Note, with interest, meaning the rate impacts are compounded for future rate payers. The rate increase will either occur now, or in the future with associated interest.

34.    The Yakama Nation also claims Bonneville previously asserted in its now-expired BP-24 rate decision that it could sustain $450 million in costs through its "risk mitigation tools."[63]  Once again, these "tools" do not make rate increases go away–they only defer them. Risk mitigation tools allow Bonneville to pay present costs, with significant financial consequences coming later. Bonneville made this clear in the BP-24 ROD when discussing these risk tools: "These tools are all available to mitigate risk from any source, including the risk that actual fish and wildlife costs exceed BPA's forecast. Obviously, if BPA is depleting its liquidity tools in a rate period, **there could be significant financial consequences**." (emphasis added).[64] In short, nothing stated by Hirsh and the Yakama Nation refute the rate impact analysis my staff performed on the Prop. Order. The financial impacts of the Prop. Order will be felt by regional consumers and Bonneville has no special "tool" to avoid it.

35.    The Yakama Nation also claims that Bonneville's 2026 wholesale power rates are projected to be significantly lower than the national average, resulting in lower retail rates for Bonneville utility's consumers compared to other utilities.[65] This, in the Yakama Nation's view, means that the projected increase of 6.4% from the Prop. Order would be "modest" given the broader context of regional and national trends in utility energy costs.[66]

---

[62] *Id.*

[63] *Id.*

[64] Administrator's Final Record of Decision, BP-24 Rate Proceeding, BP-24-A-02, at 48 (July 23, 2023), *available at* https://www.bpa.gov/-/media/Aep/about/publications/records-of-decision/2023-rod/rod-20230728-bp-24-rate-proceeding.pdf.

[65] Yakama ¶¶ 29-31.

[66] *Id.* ¶¶ 32-33.

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION                    15

36.     This attempt to downplay the rate impacts of the Prop. Order by pointing to utilities with higher costs is disingenuous. This comparison ignores vast differences in local cost of living and household incomes across Bonneville's service territory and the nation more broadly. The economic challenges facing many of the rural communities Bonneville's customers serve are well documented in the declarations of Mr. Flippence, Mr. Simmons, and Mr. Williams.[67] Furthermore, it is unwarranted to use a misguided correlation to other utilities facing higher costs to justify or minimize a significant rate increase for Bonneville's customers. Despite the Yakama Nation's attempts to generalize or obscure the facts, the Prop. Order would impose additional costs on Bonneville that would lead to the largest year-over-year power rate increase in over 20 years.[68] This substantial increase would directly affect Bonneville's customers, raising their cost of living at a time when affordability is a widespread national concern.[69]

### G. Infrastructure Repair and Maintenance Injunction

37.     Finally, as I described in Paragraphs 69–72 of the First Dibble Decl., Bonneville is obligated to pay for the power share of costs at CRS dams and that share is set through an economic analysis called a Cost Allocation Report.[70] The power share of costs is both an obligation and a limit; Bonneville cannot pay more, nor can the Corps or Reclamation accept more from Bonneville, than the power share. Bonneville funds cannot be expended unless the funds from Congress have been appropriated for the non-power share.

38.     The agencies' limitation is based on Article 1, Section 9, Clause 7 of the United States Constitution which vests Congress with the authority to control and authorize how public funds are spent, including federal agencies.[71] The Anti-Deficiency Act further clarifies this authority, and requires federal agencies to only expend funds that have been congressionally appropriated.[72] This limitation prohibits any augmentation of congressional appropriations absent explicit authority. The Corps and Reclamation have congressional authority to accept funds from Bonneville, but only for the power share of their operating and investment costs. Congress has repeatedly authorized Bonneville to pay for only those costs that are related to "the cost of producing and transmitting such electric energy."[73] And the Northwest Power Act directs that

---

[67] ECF 2559, ECF 2560, and 2561.

[68] First Dibble Decl. ¶ 42.

[69] Id. ¶ 43.

[70] See Id. ¶¶ 69-72.

[71] U.S. Const., art 1, § 9, cl. 7.

[72] 31 USC § 1341.

[73] The Bonneville Project Act of 1937, 16 USC 832f, states that power rates are set to pay for "…a share of the cost of facilities having joint value for the production of electric energy." The

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION                                  16

Bonneville's cost recovery must be "in accordance with sound business principles."[74] As a result of this congressional direction, all costs outside the power share must come from Congress, absent other specific authorities.[75] Thus, congressional appropriations will be needed before any of the infrastructure actions in the Prop. Order could be granted.

### H. Conclusion

39.    As discussed above, the Hirsh Declaration attempts to confuse the court by pointing to studies that do not analyze the Prop. Order operations. She also includes an exhibit that reflects previous operational adjustments and variances that are not informative given the Prop. Order's reservoir elevation requests. Moreover, many of the ideas Hirsh includes in her declaration (e.g., batteries, additional generation) are not readily available and, importantly, are not available to address an injunctive relief that must be implemented this year. Hirsh and the Yakama Nation also mistakenly attempt to downplay the rate impacts that will occur regionally if the Prop Order is granted, and I have stated in both the First Dibble Decl., and here, there are real reliability impacts to the power and transmission system if the Prop. Order is granted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 4, 2025.



RACHEL DIBBLE Digitally signed by RACHEL DIBBLE
Date: 2026.02.04 11:50:27 -08'00'

_____

RACHEL DIBBLE
V.P. Generation Asset Management
Bonneville Power Administration

---

Flood Control Act of 1944, 16 USC 825s, similarly states that "[r]ate schedules shall be drawn having regard to the recovery… of the cost of producing and transmitting such electric energy, including the amortization of the capital investment allocated to power over a reasonable period of years."

[74] 16 USC 839e.

[75] For example, Reclamation is also congressionally authorized to receive funds for irrigation and municipal and industrial water supply. *See* The Reclamation Project Act of 1939.

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION                17

# Exhibit A

**Comparison of Past Columbia River System Operations**

**to Plaintiffs' Proposed Order Operations:**

*Highlighted in* **RED** *are Proposed Order spill and reservoir elevation operations that have* **_not_** *been implemented in previous Fish Operation Plans.*

# LIST OF TABLES

**Table A1:** Surface spill operations during **late winter period** at the four lower **Snake River** projects, March 1 through April 2.

**Table A2:** Surface spill operations during **late winter period** at the four lower **Columbia River** projects, March 1 through April 9.

**Table A-3:** Spill operations during **spring period** at the four lower **Snake River** projects, April 3 through June 20.

**Table A4:** Spill operations during **spring period** at the four lower **Columbia River** projects, April 10 through June 15.

**Table A5:** Spill operations during **summer period** at the four lower **Snake River** projects, June 21 through August 31.

**Table A6:** Spill operations during **summer period** at the four lower **Columbia River** projects, June 16 through August 31.

**Table A7:** Surface spill operations during **fall period** at the four lower **Snake River** projects, September 1 – November 30.

**Table A8:** Surface spill operations during **fall period** at the four lower **Columbia River** projects, September 1 – November 30.

## Footnotes for Tables A1-A8 are listed below.

[1] The annual Fish Passage Plans, including Appendix E (Fish Operations Plan or FOP) with outlined spill and reservoir elevation operations per project can be referenced at https://public.crohms.org/tmt/documents/fpp/. Unless otherwise noted, planned operations listed in table represent operations 24 hours/day, 7 days a week.

[2] The annual Fish Operations Plan (FOP) is being drafted and materials here represent the version filed by the Federal Defendants on December 15, 2025; the draft was revised by the Corps and circulated to the Regional Forum on January 22, 2026 for review and comment period through February 11, 2026.

[3] Variable Minimum Operating Pool (MOP) Range at Lower Granite Dam based on inflows. Inflows ranging between 80-119 kcfs result in Lower Granite forebay operating range 734.0-735.5 feet (1-foot raised MOP); Inflows between 50-79 kcfs, Lower Granite forebay operating range 735.0-736.5 feet (2.0-foot raised MOP); and inflows below 50 kcfs result in Lower Granite forebay operating range of 736.0-737.5 feet (3-foot raised MOP).

[4] Adjustment or expanding of MOP at Little Goose, Lower Monumental and Ice Harbor dam and reservoir projects has been permitted as outlined in the annual FOP (e.g., maintain safe navigation).

[5] John Day Reservoir operations were modified per the 2020 BiOp: 262-266.5 (3/1-3/14); 262.5-266.5 (3/15-4/9); 264.5-266.5 (4/10-6/1); 262.5-266.5 (6/2-6/14); 262.5-264.5 (6/15-8/31).

**Table A1: Surface spill operations during late winter period at the four lower Snake River projects, March 1 through April 2.**

Operations of Spill Volumes and Reservoir Elevations (Fish Operations Plan or FOP)[1]

| Project | Target Spill Operations and Reservoir (Forebay) Elevation Ranges (feet) | Period | 2017 — 2008 NMFS Columbia River System BiOps (Supp. 2010, 2014) / 2017 FOP | 2018 — Court Order (April 2017) / 2018 FOP | 2019-2020 — Flexible Spill Agreement (December 2018) and 2019 NMFS CRS BiOp / 2019 FOP / 2020 FOP | 2021 — 2020 CRSO EIS ROD Selected Alternative and 2020 NMFS and USFWS CRS BiOps / 2021 FOP / 2022 FOP | 2022-2023 — 2021-2022 Stay Agreements / 2023 FOP | 2024-2025 — 2023 Resilient Columbia Basin Agreement (RCBA) / 2024 FOP / 2025 FOP | Draft 2026 FOP — Adaptive Management of 2020 CRSO EIS ROD Selected Alternative and 2020 NMFS and USFWS CRS BiOps | Proposed Order — 2025 Preliminary Injunction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | *Proposed Order: Operations NOT implemented in prior FOPs highlighted in Red* |

**Late Winter (March 1 through April 2/9, surface spill only until the start of spring spill on the lower Snake/Columbia rivers)**

**Lower Snake River**

**Lower Granite**

| | Period | 2017–2020 | 2021 / 2022 FOP | 2023 FOP | 2024 / 2025 FOP | Draft 2026 FOP | Proposed Order |
|---|---|---|---|---|---|---|---|
| Spill | March 1-20 | *No late winter surface weir (SW) spill operations, 2017-2020* | **Surface weir spill at Bay 1 (RSW), 4 h/d in the morning, 3 days/week** (~7-9 h/d), set spill 10-20% of outflows during hours of operation, 2016-2025) | | Surface weir spill at Bay 1 RSW, 4 h/d in the morning, 3 days/week (~7-9 h/d), produced spill range 10-25% of outflows during hours of operation, 2016-2025) | Surface weir spill at Bay 1 RSW, 4 h/d in the morning, 3 days/week (~7-9 h/d), produced spill 10-25% of outflows during hours of operation, 2016-2025) | *Bay 1 RSW spill 24 hours/day, 7 days/week, starting March 1 (~7-9 h/d, produced spill 18-25% of outflows, 2016-2025)* |
| | March 21-April 2 | | | | | | |
| Forebay Elevation | March 1-April 2 | | **733.0 – 738.0 ft** (5.0 ft operating range) | | | | *733.0 – 734.0 ft (1.0 ft operating range)* |

**Little Goose**

| | Period | 2017–2020 | 2021 / 2022 FOP | 2023 FOP | 2024 / 2025 FOP | Draft 2026 FOP | Proposed Order |
|---|---|---|---|---|---|---|---|
| Spill | March 1-20 | *No late winter surface weir (SW) spill operations, 2017-2020* | **Surface weir spill at Bay 1 (ASW), 4 h/d in the morning, 7 days/week** (~7 h/d), set 10-20% of outflow during hours of operation, 2016-2025) | | Surface weir spill at Bay 1 (ASW), 4 h/d in the morning, 7 days/week (~7 h/d), set spill 10-20% of outflows during hours of operation, 2016-2025) | Surface weir spill at Bay 1 (ASW), 4 h/d in the morning, 7 days/week (~7 h/d), set spill 10-20% of outflows during hours of operation, 2016-2025) | *Bay 1 ASW spill 24 hours/day, 7 days/week, starting March 1 (~7 h/d, produced spill 10-20% of outflows, 2016-2025)* |
| | March 21-April 2 | | | | | | |
| Forebay Elevation | March 1-April 2 | | **633.0 – 638.0 ft** (5.0 ft operating range) | | | | *633.0 – 634.0 ft (1.0 ft operating range)* |

**Lower Monumental**

| | Period | 2017–2020 | 2021 / 2022 FOP | 2023 FOP | 2024 / 2025 FOP | Draft 2026 FOP | Proposed Order |
|---|---|---|---|---|---|---|---|
| Spill | March 1-20 | *No late winter surface weir (SW) spill operations, 2017-2020* | **Surface weir spill at Bay 8 (RSW), 4 h/d in the morning, 3 days/week** (~8 h/d), set spill 10-20% of outflow during hours of operation, 2016-2025) | | Surface weir spill at Bay 8 (RSW), 4 h/d in the morning, 3 days/week (~8 h/d), set spill 10-20% of outflows during hours of operation, 2016-2025) | Surface weir spill at Bay 8 (RSW), 4 h/d in the morning, 3 days/week (~8 h/d), set spill 10-20% of outflows during hours of operation, 2016-2025) | *SW spill 24 hours/day, 7 days/week, starting March 1 (~8 h/d, produced spill 10-20% of outflows, 2016-2025)* |
| | March 21-April 2 | | | | | | |
| Forebay Elevation | March 1-April 2 | | **537.0 – 540.0 ft** (3.0 ft operating range) | | | | *537.0 – 538.0 ft (1.0 ft operating range)* |

**Ice Harbor**

| | Period | 2017–2020 | 2021 / 2022 FOP | 2023 FOP | 2024 / 2025 FOP | Draft 2026 FOP | Proposed Order |
|---|---|---|---|---|---|---|---|
| Spill | March 1-20 | *No late winter surface weir (SW) spill operations, 2017-2020* | **Surface weir spill at Bay 2 (RSW), 4 h/d in the morning, 3 days/week** (~9 h/d), set 12-23% of outflows during hours of operation, 2016-2025) | | Surface weir spill at Bay 2 (RSW), 4 h/d in the morning, 3 days/week (~9 h/d), set spill 12-23% of outflows during hours of operation, 2016-2025) | Surface weir spill at Bay 2 (RSW), 4 h/d in the morning, 3 days/week (~9 h/d), set spill 12-23% of outflows during hours of operation, 2016-2025) | *Bay 2 RSW spill 24 hours/day, 7 days/week, starting March 1 (~9 h/d, produced spill 15-25% of outflows, 2016-2025)* |
| | March 21-April 2 | | | | | | |
| Forebay Elevation | March 1-April 2 | | **437.0 – 440.0 ft** (3.0 ft operating range) | | | | *437.0 – 438.0 ft (1.0 ft operating range)* |

## Table A2: Surface spill operations during late winter period at the four lower Columbia River projects, March 1 through April 9.

**Operations of Spill Volumes and Reservoir Elevations (Fish Operations Plan or FOP)[1]**

*Late Winter (March 1 through April 29, surface spill only until the start of spring spill on the lower Snake/Columbia rivers)*

*Lower Columbia River*

| Project | Target Spill Operations and Reservoir (Forebay) Elevation Ranges (feet) | Period | 2017 — 2008 NMFS Columbia River System BiOps (Supp. 2010, 2014) | 2018 — Court Order (April 2017) | 2019–2020 — Flexible Spill Agreement (December 2018) and 2019 NMFS CRS BiOp | 2021 — 2020 CNSO EIS ROD Selected Alternative and 2020 NMFS and USFWS CRS BiOps | 2022–2023 — Stay Agreements | 2024–2025 — 2023 Resilient Columbia Basin Agreement (RCBA) | Draft 2026 FOP[2] — Adaptive Management of 2020 CNSO EIS ROD Selected Alternative and 2020 NMFS and USFWS CRS BiOps | Proposed Order — 2025 Preliminary Injunction |
|---|---|---|---|---|---|---|---|---|---|---|
| **McNary** | Spill | March 1–20 | No late winter surface weir (SW) spill operations, 2017–2020 | | | One SW (Bay 20) spill 4 h/d in the morning, 3 days/week. (~10 kcfs; est. spill 6–8% of outflows during hours of operation, 2016–2025) | | One SW (Bay 20) spill 4 h/d in the morning, 4 days/week. (~10 kcfs; predicted spill 6–8% of outflows during hours of operation, 2016–2025) | | **Two SW (Bays 19 and 20) spill 24 hours/day, 7 days/week starting March 1** (~20 kcfs; predicted spill 12–16% of outflows, 2016–2025) |
| | Spill | March 21–April 9 | | | | One SW (Bay 20) spill 24 h/d, 7 days/week. (~10 kcfs; est. spill 6–8% of outflows during hours of operation, 2016–2025) | | | | |
| | Forebay Elevation | March 1–April 9 | | | | | | | | 337.0 – 338.5 ft (1.5 ft operating range) |
| **John Day** | Spill | March 1–20 | No late water surface weir (SW) spill operations, 2017–2020 | | | | No late water surface weir (SW) spill operations, as planned for 2020 per Draft 2026 FOP | | | **Two SW (Bays 18 and 19) spill 24 hours/day, 7 days/week starting March 1** (~20 kcfs; predicted spill 12–16% of outflows, 2016–2025) |
| | Spill | March 21–April 9 | | | | One SW (Bay 19) spill 24 h/d, 7 days/week. (~10 kcfs; est. spill 6–8% of outflows during hours of operation, 2016–2025) | | | | |
| | Forebay Elevation | March 15–April 9 | | | | 262.0 – 265.0 ft (3.0 ft operating range) | | 262.5 – 266.5 ft (4.0 ft operating range) | | 262.0 – 263.5 ft (1.5 ft operating range; *investigate operating at 257 ft-258.5 ft) |
| **The Dalles** | Spill/Ice and Trash Sluiceway (ITS) | March 1–April 9 | | | | Sluiceway (ITS) surface spill 24 hours/day, 7 days/week (no change in operations) | | | | |
| | Forebay Elevation | March 1–April 9 | | | | 157.0 – 160.0 ft (3.0 ft operating range) | | | | 155.0 – 156.5 ft (1.5 ft operating range) |
| **Bonneville** | Spill: B2CC | March 1–8 | | | | | Powerhouse Two Corner Collector (B2CC), 7 days/week: 0600-1800 (4 hours) | | | |
| | Spill: B2CC | March 9–25 | ≥ March 1 surface spill of B2CC. Operation start date variable, then 24 hour surface spill dependent on adult steelhead or kelt trigger. | | | | Powerhouse Two Corner Collector (B2CC), 7 days/week: 0600-2000; 1600-2000 (8 hours) | | | |
| | Spill: B2CC | March 26–April 9 | | | | | Powerhouse Two Corner Collector (B2CC), 24 hours/day, 7 days/week | | | |
| | Forebay Elevation | March 1–April 9 | | | | 71.5 – 76.5 ft (5.0 ft operating range) | | | | 71.5 – 73.0 ft (1.5 ft operating range) |
| | | | 2017 FOP | 2018 FOP | 2019 FOP / 2020 FOP | 2021 FOP | 2022 FOP / 2023 FOP | 2024 FOP / 2025 FOP | Draft 2026 FOP[2] | Proposed Order |

**Table A3: Spill operations during spring period at the four lower Snake River projects, April 3 through June 20.**

Operations of Spill Volumes and Reservoir Elevations (Fish Operations Plan or FOP)

| Project | Target Spill Operations and Reservoir (Forebay) Elevation Range (feet) | Period | 2017 FOP | 2018 FOP | 2019 FOP | 2020 FOP | 2021 FOP | 2022 FOP | 2023 FOP | 2024 FOP | 2025 FOP | Draft 2026 FOP[3] | Proposed Order |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Court Order (April 2017) | | Flexible Spill Agreement (December 2018) and 2019 NMFS CRS BiOps | | 2020 CRSO EIS BiOp Selected Alternative and 2020 NMFS and USFWS CRS BiOps | 2022–2023 Agreements | | 2023 Resilient Columbia Basin Agreement (RCBA) | 2024–2025 | Adaptive Management of 2020 CRSO EIS BiOp Selected Alternative and 2020 NMFS and USFWS CRS BiOps | Proposed Order: Operations NOT implemented by FOPs highlighted in Red |
| | | | | | 2008 NMFS Columbia River System BiOps (Suppl. 2010, 2014) | | | | | | | | | |

*Setting spill operations on the lower Snake and Columbia rivers (April 3 to June 20)*

**Lower Snake River**

| Project | | Period | 2017 FOP | 2018 FOP | 2019 FOP | 2020 FOP | 2021 FOP | 2022 FOP | 2023 FOP | 2024 FOP | 2025 FOP | Draft 2026 FOP | Proposed Order |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lower Granite | Spill | April 3–June 20 | 20 kcfs (est. spill 26–50% of range in spring outflows, 2017) | 120/115% TDG Cap (est. spill 22–75% of range in spring outflows, 2018) | 120% TDG Cap (16 h/d, est. spill 49–75% of range in spring outflows, 2019) | 125% TDG Cap (16 h/d, uniform pattern, est. spill 50–65% of range in spring outflows, 2020) | 125% TDG Cap (uniform pattern, est. spill 56–69% of range in spring outflows, 2021) | 125% TDG Cap (until adult criteria met on NLT 1 April 24, then 16 h/d 125% TDG Cap (est. spill 66–85% of range in spring outflows, 2022–2023) | | 125% TDG Cap (est. spill 76–90% of spring outflows, 2024–2025) | | 125% TDG Cap (synchronized, est. 56–90% of spring outflows, 2026–2025) and [Lan 2024/2025 spill operations] | 125% TDG Cap (synchronized, est. 56–90% of spring outflows, 2016–2025) and [Lan 2024/2025 spill operations] |
| | Forebay Elevation | | 733.0–734.0 ft (1.0 ft operating range)[1] | | | | | | 733.0–734.0 ft (1.0 ft operating range with variable MOP[2]) | | | | |
| Little Goose | Spill | April 3–June 20 | 30% of outflows | 120/115% TDG Cap (est. spill 22–75% of range in spring outflows, 2018) | 120% TDG Cap (16 h/d, est. spill 49–75% of range in spring outflows, 2019) and 30% of outflows (8 h) | 125% TDG Cap (16 h/d, uniform pattern, est. spill 66–69% of range in spring outflows, 2020) and 30% of outflows (8 h) | 125% TDG Cap (16 h/d, uniform pattern, est. spill 66–69% of range in spring outflows, 2021) and 30% of outflows (8 h) | 125% TDG Cap (until adult criteria met), then 125% TDG Cap (16 h/d, est. spill 66–85% of range in spring outflows, 2022–2023) and 30% of outflows (8 h) | | | | 125% TDG Cap (16 h/d, predicted est. 66–73% of spring outflows, 2024–2025) and 40% of outflows (8 h/d) | 125% TDG Cap (until adult criteria met), then 125% TDG Cap (16 h/d, predicted est. 66–73% of spring outflows, 2024–2025) and 30% of outflows (8 h) |
| | Forebay Elevation | | 633.0–634.0 ft (1.0 ft operating range)[1] | | | | | | 633.0–634.0 ft (1.0 ft operating range with variable MOP[2]) | | | | |
| Lower Monumental | Spill | April 3–June 20 | 120/115% Gas Cap (nighttime) and est. spill 56–69% of range in spring outflows, 2017) 45 kcfs (daytime block, Gas Cap (nighttime)) | 120/115% Gas Cap (nighttime) (est. spill 22–75% of range in spring outflows, 2018) | 125% TDG Cap (16 h, uniform pattern, est. spill 50–65% of range in spring outflows, 2019) and 30 kcfs (8 h, bulk pattern, est. spill 56–60% of range in spring outflows, 2019) | 125% TDG Cap (16 h, uniform pattern, est. spill 50–65% of range in spring outflows, 2020) and 30 kcfs (8 h, bulk pattern, est. spill 56–60% of range in spring outflows, 2020) | 125% TDG Cap (21 h/d until adult criteria met on NLT April 24) then 125% TDG Cap (16 h/d, est. spill 54% of range in spring outflows, 2021) | 125% TDG Cap (21 h/d until adult criteria met on NLT April 24) then 125% TDG Cap (16 h/d, est. spill 54% of range in spring outflows, 2022) 30 kcfs (8 h/d, est. spill 56% of range in spring outflows, 2022) | 125% TDG Cap (until adult criteria met on NLT April 24) then (24 hour day, temporary reductions to spill for navigation safety, as needed) est. spill 65–90% of range in spring outflows, 2024–2025) | | 125% TDG Cap (est. spill 65–90% of range of spring outflows, 2022–2025) | | 125% TDG Cap (16 h, predicted est. 66–85% of range of spring outflows, 2026–2025) and 30% of outflows (8 h/d) | 125% TDG Cap (16 h, predicted est. 66–85% of range of spring outflows, 2016–2025) and 30% of outflows (8 h/d) |
| | Forebay Elevation | | 537.0–538.0 ft (1.0 ft operating range)[1] | 537.0–538.0 ft (1.0 ft operating range)[1] | | | | 537.0–538.0 ft (1.0 ft operating range with variable MOP[2]) | | | | | |
| Ice Harbor | Spill | April 3–28 | Spill blocks: 45 kcfs (daytime, est. spill 56–69% of range in spring outflows, 2017), 45 kcfs (daytime block, Gas Cap (nighttime)) | 120/115% TDG Cap (est. spill 60–85% of range of spring outflows, 2018) | 125% TDG Cap (est. spill 60–85% of range of spring outflows, 2020–2021) and 30% of outflows (8 h) | 125% TDG Cap (est. spill 60–85% of range of spring outflows, 2020–2021) and 30% of outflows (8 h) | | | | 125% TDG Cap (est. spill 65–90% of range of spring outflows, 2022–2025) | | 125% TDG Cap (16 h, predicted est. 66–85% of range of spring outflows, 2016–2025) and 30% of outflows (8 h/d) | 125% TDG Cap (16 h, predicted est. 66–85% of range of spring outflows, 2016–2025) and 30% of outflows (8 h/d) |
| | Spill | April 28–June 20 | Spill blocks: 30% of outflows and 45 kcfs (daytime) and 120/115% Gas Cap (nighttime) | | | | | | | | | | |
| | Forebay Elevation | | 437.0–438.0 ft (1.0 ft operating range)[1] | 437.0–438.0 ft (1.0 ft operating range)[1] | | | | 437.0–438.0 ft (1.0 ft operating range with variable MOP[2]) | | | | | |
| | | | 2017 FOP | 2018 FOP | 2019 FOP | 2020 FOP | 2021 FOP | 2022 FOP | 2023 FOP | 2024 FOP | 2025 FOP | Draft 2026 FOP | Proposed Order |

**Table A4: Spill operations during spring period at the four lower Columbia River projects, April 10 through June 15.**

Operations of Spill Volumes and Reservoir Elevations (Fish Operations Plan or FOP)[1]

| Project | Target Spill Operations and Reservoir (Forebay) Elevation Ranges (feet) | Period | 2017 — 2008 NMFS Columbia River System BiOps (Suppl. 2010, 2014) — 2017 FOP | 2018 — Court Order (April 2017) — 2018 FOP | 2019–2020 — Flexible Spill Agreement (December 2018) and 2019 NMFS CRS BiOp — 2019 FOP / 2020 FOP | 2021 — 2020 CRSO EIS ROD Selected Alternative and 2019 NMFS and USFWS CRS BiOps — 2021 FOP | 2022–2023 — 2021-2022 Stay Agreement — 2022 FOP / 2023 FOP | 2024–2025 — 2023 Resilient Columbia Basin Agreement (RCBA) — 2024 FOP / 2025 FOP | Draft 2026 FOP — Adaptive Management of 2020 CRSO EIS ROD Selected Alternative and 2020 NFMS and USFWS CRS BiOps — Draft 2026 FOP[2] | Proposed Order — 2025 Preliminary Injunction — Proposed Order: Operations NOT implemented in prior FOPs highlighted in Red |
|---|---|---|---|---|---|---|---|---|---|---|

**Lower Columbia River**

*Spring spill operations on the lower Snake and Columbia rivers (April 3/10 – June 15/20)*

**McNary**

- Spill (April 10 – June 15): 40% of outflows (2017); 120/115% TDG Cap (16 h) (est. spill 53-59% of range on outflows, 2018) and 48% of outflows (8 h); 130% TDG Cap (16 h) (est. spill 50-70% of range on outflows, 2019) and 48% of outflows (8 h); 125% TDG Cap (16 h) (est. spill 50-66% of range on outflows, 2020-2021) and 48% of outflows (8 h); 125% TDG Cap (16 h) (est. spill 50-63% of range on outflows, 2022-2023); 125% TDG Cap (16 h) (est. spill 50-65% of range on outflows, 2016-2025); 125% TDG Cap (Late 2022-2025 operations)
- Forebay Elevation: 262.5 – 264.0 ft (1.5 ft operating range); 337.0 – 340.0 ft (3.0 ft operating range); 337.0 – 338.5 ft (1.5 ft operating range)

**John Day**

- Spill (April 10-20 / April 28 – June 15): 30% of outflows (2017), Block spill 30% and 40% of outflows (2017); 120/115% TDG Cap (est. spill 33-60% of range on outflows, 2018) and 32% of outflows (8 h); 130% TDG Cap (est. spill 55-75% of range on outflows, 2019) and 32% of outflows (8 h); 125% TDG Cap (16 h) (est. spill 50-60% of range on outflows, 2021-2022) and 32% of outflows (8 h); 125% TDG Cap (16 h) (est. spill 50-60% of range on outflows, 2022-2023); Daytime hours: 40% of outflows and Nighttime hours: 125% TDG Cap; Daytime hours: 32% of outflows or 40% when river flow ≥ 200k kcfs; Nighttime hours: 125% TDG Cap (predicted spill 0-55% of outflows) *Operations designed to provide high spill during crepuscular hours to maximize spillway passage guidance efficiency during peak diel passage times*
- Forebay Elevation (April 28 – June 1 / June 2-5 / June 6-15): 262.5 – 264.0 ft (1.5 ft operating range); 262.5 – 264.5 ft (2.0 ft operating range); 264.5 – 266.5 ft (2.0 ft operating range); 262.5 – 264.5 ft (2.0 ft operating range); 262.5 – 264.5 ft (2.0 ft operating range); 262.0 – 265.5 ft (1.5 ft operating range); *2027 operate reservoir at MOP >257 (<268.5 ft)*

**The Dalles**

- Spill (April 10 – June 15): 40% of outflows (2017); 40% of outflows; Sluiceway (TDS) surface spill 24 hours/day, 7 days/week (no change in operation); Sluiceway (TDS and IGCC surface spill 24 hours/day, 7 days/week (no change in operation); (Prioritize spilling at bays 5-8 and sluiceway; no change in operation); 48% of outflows
- Forebay Elevation: 157.0 – 160.0 ft (3.0 ft operating range); 157.0 – 160.0 ft (3.0 ft operating range); 155.0 – 156.5 ft (1.5 ft operating range)

**Bonneville**

- Spill (April 10 – June 15): 100 kcfs (est. spill 20-50% during range of outflows, 2017); 120% TDG Cap (16 h) (est. spill 46-65% during range of outflows, 2018) and 100 kcfs (est. spill 20-50% during range of outflows, 2018); 120% TDG Cap (16 h) (est. spill 46-65% during range of outflows, 2019) and 100 kcfs (est. spill 20-50% during range of outflows, 2019); 125% TDG Cap (16 h) (est. spill 40-70% during range of outflows, 2020-2021) and [NTE 150 kcfs for erosion control]; 125% TDG Cap (16 h) (est. spill 40-80% during range of outflows, 2022-2023) and [NTE 150 kcfs for erosion control]; 125% TDG Cap (16 h) (predicted spill 25-60% during range of outflows, 2016-2025) and 100 kcfs (est. spill 40-45% during range of outflows, 2016-2025); 125% TDG Cap (16 h) without 150 kcfs soft cap to prevent spillway erosion
- Forebay Elevation: 71.5 – 73.0 ft (1.5 ft operating range); 71.5 – 76.5 ft (5.0 ft operating range); 71.5 – 73.0 ft (1.5 ft operating range)

| 2017 FOP | 2018 FOP | 2019 FOP | 2020 FOP | 2021 FOP | 2022 FOP | 2023 FOP | 2024 FOP | 2025 FOP | Draft 2026 FOP | Proposed Order |

**Table A5: Spill operations during summer period at the four four lower lower Snake River projects, June 21 through August 31.**

Operations of Spill Volumes and Reservoir Elevations (Fish Operations Plan or FOP)[1]

| Project | Target Spill Operations and Reservoir (Forebay) Elevation Ranges (feet) | Period | 2008 NMFS Columbia River System BiOps (Suppl. 2010, 2014) | Court Order (April 2017) | Flexible Spill Agreement (December 2018) and 2019 NMFS CRS BiOp | 2020 CRSO EIS ROD Selected Alternative and 2020 NMFS and USFWS CRS BiOps | 2021-2022 Stay Agreement | 2021 Resilient Columbia Basin Agreement (RCBA) | Adaptive Management of 2020 CRSO EIS ROD Selected Alternative and 2020 NMFS and USFWS CRS BiOps | 2025 Preliminary Injunction |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2017 | 2018 | 2019-2020 | 2021 | 2022-2023 | 2024-2025 | Draft 2026 FOP[2] | Proposed Order |
| | | | 2017 FOP | 2018 FOP | 2019 FOP / 2020 FOP | 2021 FOP | 2022 FOP / 2023 FOP | 2024 FOP / 2025 FOP | Draft 2026 FOP[2] | Proposed Order Operations NOT implemented in prior FOPs, highlighted in Red |

*Summer Flows (June 21-August 31)*

**Lower Snake River**

**Lower Granite**

| | Spill | June 21 – July 31 | | 18 kcfs | | | 18 kcfs | | 18 kcfs |
| | | August 1-14 | | | | | SW flow (~7-18 kcfs) | SW flow (~7-18 kcfs) | [Lake 2017-2019 spill operations] |
| | | August 15-31 | | | | | | | 18 kcfs [Lake 2017-2019 spill operations] |
| | Forebay Elevation | June 21 – August 31 | 733.0 – 734.0 ft (1.0 ft operating range with variable MOP*) | 733.0 – 734.0 ft (1.0 ft operating range with variable MOP*) | 733.0 – 734.0 ft (1.5 ft operating range with variable MOP*) | 733.0 – 734.0 ft (1.5 ft operating range with variable MOP*) | 733.0 – 734.0 ft (1.5 ft operating range with variable MOP*) | 733.0 – 734.0 ft (1.0 ft operating range) | 733.0 – 734.0 ft (1.0 ft operating range to the extent possible as a "soft" constraint) |

**Little Goose**

| | Spillway | June 21 – July 31 | | 30% of outflows | | | 30% of outflows | | 30% of outflows |
| | | August 1-14 | | | | | SW flow (~7 kcfs) | SW flow (~7 kcfs) | SW flow (~7 kcfs) |
| | | August 15-31 | | | | | | | |
| | Forebay Elevation | June 21 – August 31 | 633.0 – 634.0 ft (1.0 ft operating range) | 633.0 – 634.0 ft (1.0 ft operating range) | 633.0 – 634.5 ft (1.5 ft operating range with variable MOP*) | 633.0 – 634.5 ft (1.5 ft operating range with variable MOP*) | 633.0 – 634.5 ft (1.5 ft operating range with variable MOP*) | 633.0 – 639.0 ft (1.0 ft operating range) | 633.0 – 634.0 ft (1.0 ft operating range) |

**Lower Monumental**

| | Spill | June 21 – July 31 | | 17 kcfs | | | 17 kcfs | | 17 kcfs |
| | | August 1-14 | | | | | SW flow (~8 kcfs) | SW flow (~8 kcfs) | [Lake 2017-2019 spill operations] |
| | | August 15-31 | | | | | | | SW flow (~8 kcfs) [Lake 2017-2019 spill operations] |
| | Forebay Elevation | June 21 – August 31 | 537.0 – 538.0 ft (1.0 ft operating range) | 537.0 – 538.0 ft (1.0 ft operating range) | 537.0 – 538.5 ft (1.5 ft operating range with variable MOP*) | 537.0 – 538.5 ft (1.5 ft operating range with variable MOP*) | 537.0 – 538.5 ft (1.5 ft operating range with variable MOP*) | 537.0 – 540.0 ft (3.0 ft operating range) | 537.0 – 538.0 ft (1.0 ft operating range) |

**Ice Harbor**

| | Spill | June 21 – July 13 | Block spill: 30% of outflows vs. 18 kcfs (daytime) 120/115% TDG Cap (nighttime) | 30% of outflows (24 hours/day; 7 days/week) | 30% of outflows (24 hours/day; 7 days/week) | 30% of outflows (24 hours/day; 7 days/week) | 30% of outflows (24 hours/day; 7 days/week) | 30% of outflows (24 hours/day; 7 days/week) | 45 kcfs (24 hours/day; 7 days/week; average flows in July-August <30 kcfs resulting in minimum generation, spill for rest conditions) |
| | | July 13-31 | 45 kcfs (daytime) | | | | | | |
| | | August 1-14 | 120%/115% TDG Cap (nighttime) | | | | SW flow (< 9 kcfs; 24 hours/day; 7 days/week) | SW flow (< 9 kcfs; 24 hours/day; 7 days/week) | |
| | | August 15-31 | (Gas Cap spill approx. 75-95 kcfs) | | | | | | |
| | Forebay Elevation | June 21 – August 31 | 437.0 – 438.0 ft (1.0 ft operating range) | 437.0 – 438.0 ft (1.0 ft operating range) | 437.0 – 438.5 ft (1.5 ft operating range with variable MOP*) | 437.0 – 438.5 ft (1.5 ft operating range with variable MOP*) | 437.0 – 438.5 ft (1.5 ft operating range with variable MOP*) | 437.0 – 440.0 ft (3.0 ft operating range with variable MOP*) | 437.0 – 438.0 ft (1.0 ft operating range) |

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION

**Table A6: Spill operations during summer period at the four lower Columbia River projects, June 16 through August 31.**

| Project | Period | Operations of Spill Volumes and Reservoir Elevations (Fish Operations Plan or FOP)[1] | | | | | | | Proposed Order |
|---|---|---|---|---|---|---|---|---|---|
| | Target Spill Operations and Reservoir (Forebay) Elevation Ranges (feet) | **2017** — 2008 NMFS Columbia River System BiOps (Suppl. 2010, 2014) | **2018** — Court Order (April 2017) | **2019/2020** — Flexible Spill Agreement (December 2018) and 2019 NMFS CRS BiOp | **2021** — 2020 CRSO EIS ROD Selected Alternative and 2020 NMFS and USFWS CRS BiOps | **2022/2023** — 2021–2022 Stay Agreements | **2024/2025** — 2023 Resilient Columbia Basin Agreement (RCBA) | Adaptive Management of DOI CRSO EIS ROD Selected Alternative and 2020 NMFS and USFWS CRS BiOps | 2025 Preliminary Injunction |
| | | | | | | | | | Proposed Order: Operations NOT implemented in prior FOPs highlighted in Red |
| | | 2017 FOP | 2018 FOP | 2019 FOP | 2020 FOP | 2021 FOP | 2022 FOP | 2023 FOP | 2024 FOP | 2025 FOP | Draft 2026 FOP | Draft 2026 FOP | Proposed Order |

**Lower Columbia River**

**Summer (June 16/21 – August 31)**

**McNary**
| Period | Value |
|---|---|
| Spill, June 16–July 31 | 50% of outflows (24 hours/day, 7 days/week) [2017]; 57% of outflows (24 hours/day, 7 days/week); 57% of outflows (<20 kcfs includes Bays 19 and 20; 24 hours/day, 7 days/week); **57% of outflows** / *[Like 2019 spill operations]* |
| Spill, August 1–14 | Two TSW flow (<20 kcfs includes Bays 19 and 20; 24 hours/day, 7 days/week) |
| Spill, August 15–31 | |
| Forebay Elevation, June 16–August 31 | 337.0 – 340.0 ft (3.0 ft operating range); **337.0 – 338.5 ft (1.5 ft operating range)** |

**John Day**
| Period | Value |
|---|---|
| Spill, June 16–July 20 | Block spill: 30% vs. 40% of outflows |
| Spill, July 20–July 31 | 35% of outflows (24 hours/day, 7 days/week) |
| Spill, August 1–14 | 40% of outflows (24 hours/day, 7 days/week); 30% of outflows (24 hours/day, 7 days/week) |
| Spill, August 15–31 | 20 kcfs |
| Forebay Elevation, June 16–August 31 | 262.5 – 264.0 ft (1.5 ft operating range); 262.5 – 264.5 ft (2.0 ft operating range); **263.0 – 264.5 ft (1.5 ft operating range)** |

**The Dalles**
| Period | Value |
|---|---|
| Spill / Spillway, June 16–July 31 | 40% of outflows (24 hours/day, 7 days/week) |
| Spillway, August 1–14 | 40% of outflows (24 hours/day, 7 days/week); 30% of outflows (24 hours/day, 7 days/week) |
| Spillway, August 15–31 | |
| Forebay Elevation, June 16–August 14 | 157.0 – 160.0 ft (3.0 ft operating range); **155.0 – 156.5 ft (1.5 ft operating range)** |
| Forebay Elevation, August 15–31 | |

**Bonneville**
| Period | Value |
|---|---|
| Spill / ITS and RDC | Sluiceway (ITS) surface spill 24 hours/day, 7 days/week (no change in operation); Sluiceway (ITS) and RDC surface spill 24 hours/day, 7 days/week (no change in operation) |
| Spill Test | 85 kcfs (daytime) and 121 kcfs (nighttime) vs. 95 kcfs (daytime and nighttime) |
| Spill, June 16–July 31 | 95 kcfs |
| Spill, August 1–14 | 95 kcfs / *[Like 2019 operations]* |
| Spill, August 15–31 | 50 kcfs |
| Forebay Elevation, June 16–August 31 | 71.5 – 76.5 ft (5.0 ft operating range); **71.5 – 73.0 ft (1.5 ft operating range)** |

SECOND DECLARATION OF RACHEL DIBBLE IN SUPPORT OF FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS FOR A PRELIMINARY INJUNCTION

**Table A7: Surface spill operations during fall period at the four lower Snake River projects, September 1 – November 30.**

**Operations of Spill Volumes and Reservoir Elevations (Fish Operations Plan or FOP)[1]**

| Project | Target Spill Operations and Reservoir (Forebay) Elevation Ranges (feet) — Period | 2017 — 2008 NMFS Columbia River System BiOps (Supp 2010, 2014) — 2017 FOP | 2018 — Court Order (April 2017) — 2018 FOP | 2019–2020 — Flexible Spill Agreement (December 2019) and 2019 NMFS CRS BiOp — 2019 FOP / 2020 FOP | 2021 — 2020 CRSO EIS ROD) Selected Alternative and 2020 NMFS and USFWS CRS BiOps — 2021 FOP | 2021–2022 Stay Agreement — 2022 FOP | 2022–2023 — 2022–2023 Stay Agreement — 2023 FOP | 2024–2025 — 2023 Resilient Columbia Basin Agreement (RCBA) — 2024 FOP / 2025 FOP | Draft 2026 FOP[1] — Adaptive Management of 2020 CRSO EIS 2020b Selected Alternative and 2020 NMFS and USFWS CRS BiOps — Draft 2026 FOP[2] | Proposed Order — 2025 Preliminary Injunction — Proposed Order: Operations implemented in prior FOPs highlighted in Red |
|---|---|---|---|---|---|---|---|---|---|---|

**Fall Surface Spill Operations (September 1 – December 15)**

**Lower Snake River**

**Lower Granite**
- Spill — September 1–30 / October 1–November 15 / November 16–30
- Forebay Elevation — September 1 – November 30

| | No fall spill operations between September 1 through November 30 in 2017-2020 | | | | Surface spill at Bay 1 BSW / 4 h/d in the morning, / 3 days/week. / (~7-10 kcfs, est 28-59% of outflow) | | | Surface spill at Bay 1 BSW / 4 h/d in the morning, / 7 days/week. / (~7-10 kcfs, est 28-59% of outflow) | Surface spill at Bay 1 BSW / 4 h/d in the morning, / 3 days/week. / (~7-10 kcfs, est 28-59% of outflow) | Bay 1 BSW / 24 hours/day, / 7 days/week / (~7-10 kcfs, est 28-59% of outflow) |
| Forebay Elevation | | | No fall spill operations between November 16 to 30 in 2017-2020 (no planned spill in draft 2020 FOP) | 733.0 – 738.0 ft (5.0 ft operating range) | | | | | |

**Little Goose**
- Spill — September 1–30 / October 1–November 15 / November 16–30
- Forebay Elevation — September 1 – November 30

| | No fall spill operations between September 1 through November 30 in 2017-2020 | | | Bay 1 ASW: / spill 4 h/d in the morning, / 3 days/week. / (~7 kcfs, est 25-41% of outflow) | | | Bay 1 ASW: / spill 4 h/d in the morning, / 7 days/week. / (~7 kcfs, est 25-41% of outflow) | Bay 1 ASW: / spill 4 h/d in the morning, / 3 days/week. / (~7 kcfs, est 25-41% of outflow) | Bay 1 ASW: / 24 hours/day, / 7 days/week via high crest / (~13 kcfs, est 20-41% of outflow) |
| Forebay Elevation | | | No fall spill operations between November 16 to 30 in 2017-2020 (no planned spill in draft 2020 FOP) | 633.0 – 638.0 ft (5.0 ft operating range) | | | | | |

**Lower Monumental**
- Spill — September 1–30 / October 1–November 15 / November 16–30
- Forebay Elevation — September 1 – November 30

| | No fall spill operations between September 1 through November 30 in 2017-2020 | | | Bay 8 RSW: / spill 4 h/d in the morning, / 3 days/week. / (~8 kcfs, est 32-67% of outflow) | | | Bay 8 RSW: / spill 4 h/d in the morning, / 7 days/week. / (~8 kcfs, est 32-67% of outflow) | Bay 8 RSW: / spill 4 h/d in the morning, / 3 days/week. / (~8 kcfs, est 32-67% of outflow) | Bay 8 RSW: / 24 hours/day, / 7 days/week / (~8 kcfs, est 32-67% of outflow) |
| Forebay Elevation | | | No fall spill operations between November 16 to 30 in 2017-2020 (no planned spill in draft 2020 FOP) | 537.0 – 540.0 ft (3.0 ft operating range) | | | | | |

**Ice Harbor**
- Spill — September 1–30 / October 1–November 15 / November 16–30
- Forebay Elevation — September 1 – November 30

| | No fall spill operations between September 1 through November 30 in 2017-2020 | | | Bay 2 RSW: / spill 4 h/d in the morning, / 3 days/week. / (~9 kcfs, est 36-53% of outflow) | | | Bay 2 RSW: / spill 4 h/d in the morning, / 7 days/week. / (~9 kcfs, est 36-53% of outflow) | Bay 2 RSW: / spill 4 h/d in the morning, / 3 days/week. / (~9 kcfs, est 36-53% of outflow) | Bay 2 RSW: / 24 hours/day, / 7 days/week / (~9 kcfs, est 36-53% of outflow) |
| Forebay Elevation | | | No fall spill operations between November 16 to 30 in 2017-2020 (no planned spill in draft 2020 FOP) | 437.0 – 440.0 ft (3.0 ft operating range) | | | | | |

**Table A8: Surface spill operations during fall period at the four lower Columbia River projects, September 1 – November 30.**

| | | | | Operations of Spill Volumes and Reservoir Elevations (Fish Operations Plan or FOP)[1] | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2017 | 2018 | 2019–2020 | | 2021 | | 2022–2023 | | 2024–2025 | | Draft 2026 FOP[1] | | 2025 Preliminary Injunction |
| | | | | *2008 NMFS Columbia River System BiOps (Supp. 2010, 2014)* | *Court Order (April 2017)* | *Flexible Spill Agreement (December 2018) and 2019 NMFS CRS BiOp* | | *2020 CRSO EIS BiOD Selected Alternative and 2020 NMFS CRS BiOps* | | *2021-2022 Stay Agreements* | | *2023 Resilient Columbia Basin Agreement (RCBA)* | | *Adaptive Management of 2020 CRSO EIS BiOD Selected Alternative and 2020 NFMS and USFWS CRS BiOps* | | **Proposed Order: Operations NOT implemented in prior FOPs highlighted in Red** |
| Project | | | Period | 2017 FOP | 2018 FOP | 2019 FOP | 2020 FOP | 2021 FOP | 2022 FOP | 2023 FOP | 2024 FOP | 2025 FOP | Draft 2026 FOP[2] | | Proposed Order |
| **Fall Surface Spill Operations (September 1 – December 15)** | | | | | | | | | | | | | | | | |
| *Lower Columbia River* | | | | | | | | | | | | | | | | |
| McNary | Spill | | September 1 – 20 | No fall spill operations between September 1 through November 30, 2017/2020 | | | | | | Bay 20 TSW: spill 4 h/d in the morning, 3 days/week (~10 kcfs, 9e13% of outflows) | | Bay 20 TSW: spill 4 h/d in the morning, 7 days/week (~10 kcfs, 9e13% of outflows) | | Bay 20 TSW: spill 4 h/d in the morning, 3 days/week (~10 kcfs, 8e13% of outflows) | | **Boys 19 and 20 TSW: 24 hours/day, 14 hours/week (~20 kcfs, ca. 16e26% of outflows)** |
| | | | October 1 – November 15 | | | | | | | | | | | | | |
| | | | November 16–30 | | | | | | | | | | | | | |
| | Forebay Elevation | | September 1 – November 30 | | | | | | | | 337.0 – 340.0 ft (3.0 ft operating range) | | | | | |
| John Day | Spill | | September 1 – 20 | No fall spill operations between September 1 through November 30, 2017/2020 | | | | | | | | | | | | | **Boys 18 and 19 TSW: 24 hours/day, 14 hours/week (~20 kcfs, ca. 16e26% of outflows)** |
| | | | October 1 – November 15 | | | | | | | | | | | | | |
| | | | November 16–30 | | | | | | | | | | | | | |
| | Forebay Elevation | | September 1 – November 30 | | | | | | | | 262.5 – 266.5 ft (4.0 ft operating range is typical; rare exceptions for flood-risk management (FRM) allow for operating up to fall pool at 268.0 ft) | | 262.0 – 266.5 ft (4.5 ft operating range is typical; rare exceptions for flood-risk management (FRM) allow for operating up to fall pool at 268.0 ft) | | | | |
| The Dalles | Spill, Ice Trash Sluiceway or ITS | | September 1 – December 15 | No fall spill operations between December 15 and February 28, 2017/2020 (not planned for in Draft 2020 FOP) | | | | | | | | Sluiceway (ITS) surface spill 24 hours/day, 7 days/week | | | | | **24 hours/day via sluiceway (5.5 kcfs)** |
| | Forebay Elevation | | December 15 – February 28 | | | | | | | | 157.0 – 160.0 ft (3.0 ft operating range) | | | | | |
| Bonneville | Spill, Ice Trash Sluiceway or ITS | | September 1 – February 28 | No fall or winter spill operations at B2CC between September 1 and February 28, 2017/2020 (not planned for in Draft 2020 FOP) | | | | | | | | Sluiceway (ITS) surface spill 24 hours/day, 7 days/week | | | | | **24 hours/day via sluiceway (5.5 kcfs)** |
| | Spill B2CC | | September 1 – February 28 | | | | | | | | | | | | | |
| | Forebay Elevation | | September 1 – February 28 | | | | | | | | 71.5 – 76.5 ft (5.0 ft operating range) | | | | | |