February 11, 2026

From: The Citizens for the Preservation of Fish and Dams

To: The Honorable Judge Michael Simon,

The migration year 2005 was anticipated to be a low flow year, so hatcheries released their fish early, and the peak of the migration was on May 7. A total of 13,030,955 fish were transported in 2005, mostly in barges. Court Ordered Spill (COS) was initiated on June 20, 2005, so the spill experiment did not impact the 2005 migrating fish. The 2005 fish returned in 2006-2008. In 2009, 567,000 adult fish returned to Idaho, the highest return on record.

The COS has slowly increased spill at LGR for 21 consecutive years. The result is decreasing numbers of adult salmon and steelhead to Idaho, with a low of 164,204 spring/summer Chinook and steelhead in 2025.

As with 2005, the 2026 flow year does not look promising, and tough decisions will have to be made.

Today, northern pike minnow, bass and walleye inhabit our rivers, predators that consume millions of smolts on their way to the ocean. To complicate the issue, the Siberian prawns, have invaded and flourished, creating a food source for predators when the smolts are not available.

The current spill experiment has failed to increase adult numbers and a remedy is necessary.

It is to that end that I offer this letter.

Graph and Table 1 shows the ten-year average returns of steelhead and spring/summer Chinook with a corresponding ten-year average spill, with corresponding decline in ten-year average adult numbers.

Graph and Table 1. Ten Year Average Adult Returns During Spill at LGR, 2016-2025.

| Year | 10 yr ave. Steelhead Returns | 10 yr ave. Chinook Returns | 10 yr ave. spill |
|------|------------------------------|----------------------------|------------------|
| 2016 | 211,317 | 153,372 | 3,946 |
| 2017 | 201,351 | 155,251 | 4,502 |
| 2018 | 186,003 | 150,100 | 4,464 |
| 2019 | 150,750 | 138,438 | 4,318 |
| 2020 | 131,833 | 126,577 | 4,508 |
| 2021 | 114,194 | 117,494 | 4,272 |
| 2022 | 109,271 | 118,073 | 4,373 |
| 2023 | 104,023 | 114,659 | 4,641 |
| 2024 | 92,839 | 104,331 | 4,954 |
| 2025 | 83,189 | 92,171 | 5,343 |



The spill experiment to increase adult spring/summer Chinook and steelhead to Idaho has run for 21 years. Smolts migrating in-river are exposed to unhealthy and lethal levels of TDG. There is also an

unmanageable predator pool devastating in-river migrating smolts. It is time to consider a spread the risk approach, one adopting management practices for a more successful outcome.

In Graph and Table 2 are ten-year average returns of steelhead and spring/summer Chinook with a corresponding ten-year average spill prior to COS. The ten-year average adult numbers over this time frame increased. Graph and Table 2 represents adult returns to Idaho by fish barged to the estuary, when smolt transportation was still developing in the late 1990s and early 2000s.

Graph and Table 2. Ten Year Average Adult Returns and Transported smolts from LGR, 1999-2009.

| | 10 yr ave. Steelhead Returns | 10 yr ave. s/s Chinook Returns | 10 yr ave. spill |
|---|---|---|---|
| 1999 | 84,787 | 19,404 | 2,191 |
| 2000 | 92,483 | 23,335 | 2,384 |
| 2001 | 113,473 | 43,012 | 2,381 |
| 2002 | 128,928 | 52,323 | 2,647 |
| 2003 | 144,865 | 61,309 | 2,788 |
| 2004 | 158,351 | 71,708 | 2,831 |
| 2005 | 168,678 | 76,291 | 2,911 |
| 2006 | 176,696 | 79,777 | 2,781 |
| 2007 | 186,335 | 81,357 | 2,428 |
| 2008 | 200,093 | 91,065 | 2,652 |



This is not a request to abandon spill.

The concern is that in-river predation and 125% total dissolved gas (TDG) eliminates far too many smolts from the system to produce an increase in adult returns from spill. An alternative to 'only spill' or 'only barging' is the option being offered.

There is a correlation between the reduced number of transported smolts and the number of in-river fish mortalities. As the number of fish barged increases, the number of fish left in the river decreases. Conversely, as the number of fish barged decreases, the number of in-river fish mortalities increases.

In a barge, predation is insignificant to nonexistent, since predators are not transported with smolts. In a barge, TDG is reduced by degassing towers. In a barge, survival rate is 98% to the estuary. During transportation, TDG is reduced with low spill levels. Therefore, barging has a positive impact on adult return numbers, or a negative impact when not used.

Graph and Table 3. Transported Fish From LGR and In-River Mortality At Roughly 50%.

| year | Hat releases | Transported | Known Bypassed | In-river Mortality |
|---|---|---|---|---|
| 1998 | 15,679,508 | 6,729,698 | 1,110,056 | 555,028 |
| 1999 | 20,957,819 | 5,466,057 | 5,012,853 | 2,506,426 |
| 2000 | 20,294,320 | 7,951,134 | 2,196,026 | 1,098,013 |
| 2001 | 17,738,603 | 7,979,759 | 889,543 | 444,771 |
| 2002 | 25,823,269 | 3,882,178 | 9,029,457 | 4,514,728 |
| 2003 | 26,089,328 | 6,054,163 | 6,990,501 | 3,495,251 |
| 2004 | 25,039,640 | 11,253,837 | 1,265,983 | 632,992 |
| 2005 | 24,900,975 | 12,099,019 | 351,469 | 175,734 |
| 2006 | 25,994,325 | 4,969,999 | 8,027,164 | 4,013,582 |
| 2007 | 24,453,057 | 2,516,948 | 9,709,581 | 4,854,790 |
| 2008 | 25,415,221 | 4,252,195 | 8,455,416 | 4,227,708 |
| 2009 | 27,241,592 | 4,119,545 | 9,501,251 | 4,750,626 |
| 2010 | 27,888,219 | 3,394,601 | 10,549,509 | 5,274,754 |
| 2011 | 29,757,206 | 3,874,873 | 11,003,730 | 5,501,865 |
| 2012 | 28,812,941 | 2,674,880 | 11,731,591 | 5,865,795 |
| 2013 | 28,775,779 | 3,211,877 | 11,176,013 | 5,588,006 |
| 2014 | 30,937,049 | 4,029,934 | 11,438,591 | 5,719,295 |
| 2015 | 30,978,520 | 1,543,089 | 13,946,171 | 6,973,086 |
| 2016 | 32,980,292 | 3,402,132 | 13,088,014 | 6,544,007 |
| 2017 | 32,023,836 | 2,612,019 | 13,399,899 | 6,699,950 |
| 2018 | 34,016,085 | 5,125,679 | 11,882,364 | 5,941,182 |
| 2019 | 30,830,981 | 3,119,028 | 12,296,463 | 6,148,231 |
| 2020 | 31,295,662 | 1,165,554 | 14,482,277 | 7,241,139 |
| 2021 | 30,641,464 | 489,010 | 14,831,722 | 7,415,861 |
| 2022 | 31,880,476 | 2,206,159 | 13,734,079 | 6,867,040 |
| 2023 | 32,269,662 | 3,061,918 | 13,072,913 | 6,536,457 |
| 2024 | 31,235,240 | 292,209 | 15,325,411 | 7,662,706 |
| 2025 | 32,988,190 | 415,981 | 16,078,114 | 8,039,057 |



Graph 4. Diminishing Transport Numbers Are Reflected in Diminishing Adult Returns.



On any given year, roughly half the hatchery fish released above LGR arrive at LGR.

In 2005, a total of 24,900,975 hatchery fish were released above LGR. It was a low flow year and 12,099,019 smolts were transported to the estuary. Only 351,469 were bypassed that year.

The 2001 season looks very similar to this upcoming year, with low flow. In 2001, 17,738,000 smolts were released above LGR. Of those, 7,979,759 were transported, leaving 889,543 bypassed smolts, of which half died. In 2003, two years later, a total of 347,015 adult fish passed LGR.

In comparison, the 2025 hatchery releases above LGR totaled 32,988,190. Again, roughly half (16,494,095) of the hatchery releases reach LGR. The number transported from LGR in 2025 was only 415,981 smolts, leaving a total of 16,078,114 fish to migrate in-river. Survival rates for in-river migrating salmon/steelhead from LGR to below Bonneville Dam hover around 50%. Therefore, 8,039,057 in-river migrants did not survive to Bonneville Dam.

**The death of 8,039,057 juvenile fish is a significant waste of hatchery resources.**

For the past 20 years, the number of hatchery releases above LGR averaged 30 million fish. We recommend a short period of time to barge smolts, roughly thirty-four days, when most of the migration passes LGR. According to historic LGR smolt data, dates to start collection and transport is April 17, ending May 20. The migration begins to peak when collection exceeds 100,000 smolts (see appendix graphs).

The effort is to reduce the 8 million in-river fish mortalities. Put five to six million smolts per year, into barges, and then compare the ten year average adult returns to the previous ten year averages.

A concern with barging is the increase the rate of straying. This could be mitigated by extending the barge trip to three days to the estuary instead of the current two day trip. The barge would pause and spend several hours below tributaries, like the John Day River, Willamette, Cowlitz, Lewis, Sandy, and Washougal rivers to improve homing.

This added day's journey would require an additional 8000 series barge. This way, fish are not held in raceways for long periods of time.

Another positive to barging for up to 34 days would be the reduction in total dissolved gas in the river system, allowing degassing towers on the barges to be effective. Also, degassing towers could use improvements. The testing for degassing tower improvements could come from an independent research group, like the Fresh Water Institute.

Recommendations: (Spread-the-risk)
1. Mix spill with transportation during the peak of the migration to reduce in-river morality.
2. Mix spill with transportation to compare adult returns over ten years.
3. Stop all spill long enough to collect and transport five million fish.
4. Barges and trucks safely protect smolts from in-river predators, LGR to the estuary.
5. Improve life support systems of the barges to state of the art fish transportation technology used by tribal and northwest states fisheries. Modifications to barges and trucks must address the reduction of TDG to maximum of 101% TDG.
6. Reduce straying rates by adding one day to each barge trip, pausing at the mouth of Columbia River System tributaries. The water chemistry keying process of smolts would be improved on their way to Bonneville.
7. When inflows reach facility capacity, the removable spillway weir is the first choice of spill for fish, with safe passage and limited increase of total dissolved gas.

Adaptive Management is only a catch phrase if knowing what is necessary to improve adult returns, and nothing is done.

Spill, by itself, has not increased adult returns. A spread-the-risk mix of spill/transport is the strongest approach to increasing returns to Idaho. Historic transport and collection and data (1999-2009) is evidence that transportation works, with returns of 521,000 adults in 2001 and 567,000 in 2009.

The spill experiment has run for 21 years without increasing adult returns. A ten year spill/transport mix experiment would be long enough to compare the results to the past ten years of spill.

Transporting five million fish per year will produce 350,000, or more, returning adults to Idaho.

As a result of the Siberian prawn invasion, predators have food during the winter. Therefore, expectations are that in-river survival will not improve.

The 2026 will be a low flow year.

A low spring runoff could be disastrous for this year's in-river spring smolt migration. To include 34 days of barging, as a mixed experiment to full time spill, may offer the best survival opportunity for the 2026 migration season.

Thank you for your consideration.

*Fred Mensik*

Fred Mensik
President: Citizens for the Preservation of Fish and Dams
541-626-3226        kisnem@yahoo.com

