Fred Mensik
PO Box 521
Pomeroy, WA 99347
541-626-3226

February 20, 2026

To the Honorable Judge Michael Simon
US District Court for the District of Oregon
Mark O. Hatfield United States Courthouse Room 1527
Portland, Oregon  97204-2944

Dear Judge Simon,

In the Case 3:01-cv-00640-SI, the plaintiffs assume irreparable harm to Snake River salmon and steelhead. On page 47 of this case, the plaintiffs wrote;

> **"3. It is becoming increasingly important to mitigate for adverse impacts from elevated water temperature."**

Within this section of the case document, the plaintiffs address temperatures of the Columbia River System (CRS) and how the reservoirs are "heat traps", (Case 3:01-cv-00640-SI Document 2530, p.47). This gives the court the false impression the CRS is the problem.

The Snake River in the Brownlee Reservoir above Lower Granite Dam (LGR) during 2025, reached an August average temperature of 81 degrees Fahrenheit ($^0$F.), with a peak of $88^0$ F., (https://seatemperature.net/lakes/water-temp-in-brownlee-reservoir).

The Hells Canyon reservoir above LGR had an August maximum temperatures of $86^0$ F. and an average of $78^0$ F. (https://seatemperature.net/lakes/water-temp-in-hells-canyon-reservoir).

The Clearwater River water maximum temperature was $80.3^0$ F. on July 29, https://nwis.waterdata.usgs.gov/nwis/uv?cb_00010=on&format=gif_stats&site_no=13340000&legacy=1&period=&begin_date=2025-06-04&end_date=2025-12-11).

These two rivers converge and become the LGR forebay. The plaintiffs have ignored this information, misleading the court to believe the cause of warm Snake and Columbia River water is the CRS dams. Scientifically, the LGR forebay is warm because of these two upstream rivers.

Fortunately, U.S. Corps of Engineers has addressed this problem for years, releasing cold water from Dworshak Dam into the Clearwater River. This cold water stays deep in the river system until it reached LGR, where it mixes, reducing river temperature to around $70^0$ F.

The plaintiffs have not disclosed where the "elevated water temperatures" come from in their argument, blaming downstream CRS reservoirs, (Case 3:01-cv-00640-SI Document 2530, p.47).

I have included 2025 Clearwater River temperatures graph, and a graph showing ten years of Clearwater River temperatures from the water gauge at Orofino, giving perspective to the repeated river temperature problems the COE has successfully dealt with over the years.



This information applies to all cases where the plaintiff discusses the water temperatures of CRS reservoirs.

The plaintiffs are misleading the court.

During years of barging fish to the ocean, the resulting adult spring/summer Chinook and steelhead numbers between 2000 and 2009 were increasing (Increasing returns from 10 years of barging).



Comparatively, during years of spill between 2016 and 2025, returning spring/summer Chinook and steelhead populations have declined (Declining returns from 10 years of spill).



Fish and dams can co-exist if the dams are managed properly.
With sincere interest,

*Fred Mensik*

Fred Mensik
541-626-3226
Author: *Whistling Past the Tombstones*