The Honorable Judge Michael Simon and
Mark O. Hatfield United States Courthouse
1000 Southwest Third Avenue, Room 1527
Portland, Oregon   97204-2944


Your Honorable Judge Simon, I am sending you this
letter to inform you of some of the scientific
information concerning using spill at Lower Snake and
Columbia dams to move salmon and steelhead smolts
to the ocean.

These are comments that I also supplied to the
Northwest Power and Conservation Council (N.P.C.C.)

Thank you, for your time to consider my information
during your final decision concerning using spill to
move smolts to the ocean.


Jerry McGehee
1031 Diamond Drive
 Lewiston, Idaho 83501
Cell phone (208) 816-6886

# Comments to Draft 2026 Columbia River Basin Fish and Wildlife Program | Northwest Power and Conservation Council



Comments to 12/17/25 Draft 2026 F&W Program

Jerry McGehee
   Lewiston, Idaho

Comments to 12/17/25 Draft 2026 F&W Program
## Draft 2026 Columbia River Basin Fish and Wildlife Program  | Northwest Power and Conservation Council (N.P.C.C.)

Thank you for the opportunity to submit comments to your draft 2026 Fish and Wildlife program.

I am a retiree from Idaho Department of Fish and Game (IDFG) after 36 years service in the Fish Hatcheries Division. During my career I was stationed at four salmon hatcheries. Two of these hatcheries also included A&B run steelhead. During my career I successfully completed fish health and fish disease training. I also completed two aquaculture/fish disease classes from Kentucky State University.

My comments are in the **STRICTEST** opposition of section H51 Spring Spill and H 52 Summer Spill concerning intentionally exposing chinook and steelhead smolts to Total Dissolved Gas (TDG) above 110% in the Lower Snake and Columbia Rivers.

N.P.C.C. Section H51 Spring Spill
    "From the introduction of the concept of this spring spill operation in 2013, the fish and wildlife agencies and tribes have **hypothesized** that the 125% TDG spill operation has the most promise of all operational elements of helping Chinook salmon and steelhead meet the SAR objectives in the program, especially for weak Snake River runs. The ISAB found the concept to have merit, worth designing and implementing as an **experiment**. It seems an appropriate time to implement the operation and assess the effects, letting the operation **run for enough years** to identify effects on adult returns in particular,"[1] (emphasis is mine).

As I developed my comments on your plan for you, I chose NOT to listen to 2nd hand or 3rd hand opinions of spill advocates or those in opposition to spill for smolt passage. In my search for the truth regarding spill I spoke and communicated directly with 12 researchers, authors of scientific reports and college aquaculture professors. My comments come from over a year of searching published documentation on TDG and adverse effects on fish and

personal interviews of four college professors, two TDG researchers conducting TDG research at Huntsman Marine Research Center in New Brunswick, Canada, researchers/authors from NOAA Fisheries reports, researchers/authors of the Corps of Engineers (COE) report on TDG and depth of smolt migration, 2 Aquaculture engineers and an instructor of fish health from the U.S. Fish and Wildlife Service. One common comment from these twelve fisheries professionals was and I quote, "I am shocked to learn that anyone with a fisheries management position or management control of smolts migration corridor to the ocean would knowingly and intentionally subject chinook and steelhead smolts to the unhealthy environment of 125% TDG." All of these professionals are convinced that spill advocates have lost contact with the foundational facts of Fish Health 101.

During my conversations with spill advocates, from fisheries agencies, Nez Perce Tribe (NPT) and the public, each of them had these four common beliefs:
1. Smolts dive to avoid high levels of TDG during their in river migration.
2. Short term exposure to TDG above 110 % is ok for fish health.
3. Smolt barging will not work.
4. Good chinook and steelhead returns are not possible with Lower Snake River Dams in place.

Before addressing these four points it is imperative to understand that 125% TDG is unhealthy and lethal to chinook and steelhead smolts.

In my personal search for information on TDG and that of four college aquaculture professors, two TDG researchers in Canada, researchers / authors of TDG in the Lower Snake River and an instructor of fish health for the U.S. Fish and Wildlife, we all found that elevated TDG is not healthy for fish. I found that there were more than 225 scientific publications stating that TDG above 110% is not only UNHEALTHY for fish but can be lethal to fish. An AFS published literature review cited 196 published reports documenting thatelevated TDG is unhealthy for fish.[2.]

So I then reached out to a professional information searcher, Google Chat GPT3[3]. This A.I. searcher told me **and I quote "** that it was unable to enumerate the number of TDG research reports stating that

TDG above 110% was unhealthy for fish." It did however say **and I quote**,  " there is a substantial body of scientific literature on this subject."

I then asked the A.I., "How many published reports say TDG **IS** healthy for fish?"

The answer was, and I quote A.I. ….. "There are no reports indicating that TDG is healthy for fish. On the contrary multiple studies consistently show that elevated levels of TDG, particularly above 110% TDG is unhealthy and lethal to fish.

 And I continue to quote A.I, "Therefore, the scientific consensus from the available literature is that TDG is NOT healthy for fish."

**#1. belief:** Smolts dive to avoid high levels of TDG during in- river migration to the ocean." This is a fine sounding argument ……….
**BUT**  it requires one to ***intentionally ignore*** the MOST basic principal of Fisheries Management, Fish Culture, Fish Transportation, and Management of the Migration  Corridor.

***You MUST disregard***  the most basic element of a smol'ts healthy environment….. and that is  "WATER QUALITY" and also you MUST disregard scientific data that provides the fact  that  TDG above 110% is NOT healthy for smolts.

To dive to avoid 125% TDG a fish must be able to detect increases in TDG. Research by Pleizier . Beatrice Rost-Komiya . Steven J. Cooke . Colin J. Brauner (2021)[4]  clearly shows that fish are not able to detect elevated levels of TDG  " as there is no mechanism by which fish can detect and avoid TDG supersaturation." Their test ranged from 100% TDG to 145%TDG. Their findings were that the fish actually remained in the 145% TDG slightly longer than the 100%.

Bio-Mark, the suppliers of PIT tags arranged a video conference call for me to meet the Canadian TDG researchers Height and Beattie, the founders of Gas Infusion Systems (GIS)  6/30/2025. They conducted their

TDG research at Huntsman Marine Research Center in New Brunswick, Canada. I have listed the four main points from our video conference.

1. Fish do NOT have an onboard gas saturometer. They can not detect increased levels of TDG.
2. Their observations show that TDG can stratify in a lab condition. However their findings from their field tests showed that the churn effect of a river creates a similar concentration from top to bottom. They found this to be especially true in a river below a dam with spillways. Also the natural current upwelling effect that occurs in a river causes the TDG % to be the same from the river surface to the river bottom. This churn effect eliminates the opportunity for the smolts to seek a level of decreased TDG. Remember spill advocates say that smolts dive to avoid high levels of TDG. River current churn of TDG prevents this opportunity.
3. Fish can detect a change in O2 but not other gasses.
4. A narcosis effect occurs with increased TDG% and smolts react like they are drunk, making smolts very susceptible to predation.

These 4 points were also repeated to me by a National Oceanic Atmospheric Administration (NOAA) researcher that contacted me in November of 2025.

I found very limited published documents for depth of migration of salmon and steelhead smolts.

The 2023 NOAA report, "Survival estimates for the passage of spring migrating juvenile salmonids through Snake and Columbia River dams"[5] , makes a brief statement concerning depth of migration, Beeman and Maule (2006)[6]. Peak TDG during their review was 133%.

One of the authors I spoke with, who was part of TDG research in the Lower Snake River with the COE calculated for me that the compensation depth for 133% TDG is 10.8 ft. This is the depth the smolts must travel to have the water pressure protect them from the gas trauma effects of 133% TDG.

In the Snake River, Beeman and Maule[6] found that steelhead smolts travel at a mean depth of 2.0 m. ( **6.5 ft.)**

The steelhead depth of travel increased by 0.3 m  (**1 ft** ) for every 10% TDG increase. They concluded that steelhead mean depth of travelat 133% was 9.8 ft.

Chinook traveled at a mean depth of 1.5m or  ( **4.9 ft**).

Chinook depth of travel decreased by 0.2 m  (**0.7 ft**)  for every 10% TDG increase. At 133% TDG chinook mean travel depth decreased by 0.6 m (2 ft.), so their travel depth was 2.9 ft.

Figure 1.



Figure 1 shows the different depths of travel in feet for chinook and steelhead smolts from the Beeman and Maule report. This figure also shows the travel depth to compensate for 133% TDG.  Even though the depth of travel of the smolts changed, the change WAS NOT enough to protect them from the adverse effects of TDG. The depth to compensate for TDG exposure changes with the % TDG. As fish travel deeper than the compensation depth pressure of the water depth holds the gas in suspension within the blood of the fish and prevents it from erupting as gas bubbles, causing Gas Bubble Trauma. This figure also shows the twilight travel zone described to me by one of the authors of a COE report. He described that, during the twilight time of dawn and dusk, chinook and steelhead smolts traveled at a mean depth of 3 to 5 Ft.

Figure 2.



Figure 2 shows the travel depth of chinook and steelhead smolts using the Beeman and Maule (2006)[6] findings and 110%TDG as the river environment. When the TDG level is controlled at 110%  the smolts can naturally and safely travel at a depth that will compensate for the TDG level.

Beeman and Maule's (2006)[6] conclusion was, and I quote… "smolts LIKELY use depth to compensate for increases in TDG". They are relying on speculation that smolts use depth to compensate for TDG increases.

In theCorps of Engineers (COE) research publication, titled "Three-Dimensional migration behavior of juvenile salmonids in reservoirs and near dams"  (Xin Li, Martin Ahmann et. Al (2017)[7], in this study they evaluated pressure change at hydro-electric turbine blades and the effects on smolts, as well as TDG and depth of travel of the smolts in the lower Snake River.

I reviewed this COE report with one of the team's researchers/authors. I spoke with him during five 1 hour phone conversations, one inperson meeting and I also witnessed a one hour public presentation of their research findings.

Here are four of my top observations from my communication with one of the authors of this COE report.

1.  While smolts were following the current created by the open spill gates at 55 feet deep, smolts were detected at a depth of 40+ feet **only** in the forebay of the dams. Once the smolts were sucked through the spillway gates and were headed down the river they returned to their inborn instinct for inriver travel of 3-15 ft. deep.

2. During the twilight time of dusk and dawn the smolts mean travel depth was around 3 ft to 5 ft.

3. TDG was regularly measured at 140% to 160% downstream of the spillways and at times TDG exceeded the capacity of their equipment.

4. Inriver smolt migration monitoring did not detect smolts traveling at a depth that would protect them from detrimental and lethal effects of 125% TDG.

The NWPCC 2026 plan[1] states that the hypothesis of inriver travel is the most promising option for smolt migration and that smolts will be exposed to 125% TDG during inriver migration. This hypothesis does

not follow scientific documentation. This one single assumption leads to an average of 50% mortality and a high of 70% mortality in one group of steelhead of Snake River smolts according to Fish Passage Center annual reports[8].

If you want to get more adult chinook and steelhead back to Idaho, you must first get more healthy smolts to the ocean.

**# 2 belief**: "Short term exposure to TDG above 110 % is ok for fish health." Spill advocates stress that a SHORT TERM exposure to court-ordered spill is ok. I used the DART[9] data base to track the detail of TDG in the forebay of several of the Dams in the migration corridor. The duration of exposure seems to be much more than SHORT-TERM.

Figures 3 and 4 show TDG during 2 days of high spill on 5/15/2025 and 5/30/2025. The details of this figure were obtained from the Data at Real Time database D.A.R.T[9] website.

Figure 3.



5/15/25; 24 HOUR
FORE BAY  TDG %

In Figure 3, the river flow arrives at the first dam, Lower Granite at 103 to 104 % TDG. As the river flows downstream, this figure shows the TDG % as it arrives at the next dam. The TDG remains over 110% for the full length of the Lower Snake River. For example, if the river speed is 3 mph, the travel time from Lower Granite Dam to Little Goose Dam is approximately 13 hours, if the smolts DO NOT delay in back eddy current along the way.

Figure 4.



5/30/25; 24 HOUR
FORE BAY  TDG %

Travel time is documented for yearling chinook from LWG to BON is 10.9 to 15.4 days as reported by Michell DeHart in the 2023 annual FPC report[8]. Figures 3 and 4, along with FPC travel time clearly show that there is not opportunity for a shortterm exposure to unhealthy TDG % as the smolts move through the migration corridor from Idaho to Bonneville Dam.

**Belief #3** : "Smolt barging will not work to safely transport smolts through the migration corridor to below Bonneville Dam. Smolts that migrate inriver and are flushed through spillways to the ocean provide

a higher Smolt to Adult Return (SAR) than transporting smolts in barges."

Here are the charts from the NOAA Fisheries 2023 Year End Review[5] clearly showing that Belief #3 is not supported by their findings. Figures 5 and 6 are from the NOAA report.



Figure 5.



Figure #5 shows that, for wild chinook smolts six of the twelve groups transported from Lower Granite Dam to below Bonneville Dam have a higher SAR than in river bypass smolts over four years, from 2017 to 2020.

For wild steelhead smolts, 15 out of 15 groups the smolts that were transported in barges had higher SAR than in river bypass smolts over four years from 2017 to 2020.

Figure 6,







Figure 6 shows 15 years of comparison of hatchery-origin chinook and steelhead for inriver migration versus protected barging transportation.

For hatchery chinook 13 of 15 years, barging has a higher SAR than inriver bypass.

For hatchery steelhead, all 15 years, barged smolts have a higher SAR than inriver bypass.

A Fish and Wildlife Service author described to me the details of their findings to be published in an upcoming research report. The report concerned chinook inriver bypassed smolts compared to barged smolts from the Tucannon Hatchery. Their findings showed a 4 to 1 advantage of the barged smolt SAR to in river bypass smolts SAR.

Fish transportation is a science all its own and is successfully used by all three of the Northwest states fisheries agencies and tribes to safely transport smolts. IDFG has perfected fish transport technology to the point they have successfully transported fish from Pennsylvania to Idaho with zero mortality.  If current smolt barging capabilities are in doubt by NWPCC, the fish transportation technology developed by IDFG should be used as a pattern to perfect COE barges.

In conclusion to this section concerning success of barging, I would like to reference a report published by American Fisheries Society in 2012 showing research conducted by McMicheals, Skalski and Dieters,[10] documenting a 98% smolt survival of barged transported smolts from Lower Granite dam to below Bonneville dam.

**Belief #4:** "Good chinook and steelhead returns are not possible with Lower Snake River Dams in place."

Figure 7.



Figure 7 is a graph put together by Dr. Pottenger using information gathered from the DART[9] data base. The adult returns during the early 2000's clearly show that good fish returns can occur while all eight dams are in place. Adult returns of 2001 to 2005 were so strong in Idaho that I was required to hire additional staff at the Clearwater Fish Hatchery to transport the surplus adult chinook back downstream from our adult traps and release them to provide additional fishing opportunity for tribal and sports fisheries.

The NPCC 2026 plan contains a statement in H52, recommending "letting the spill operation run for enough years to identify effects on adult returns in particular."

Figure 8.



ADULT RETURNS                                                                 KCFS



Figure 8 is a graph showing information from D.A.R.T[9]. database of increasing spill and declining adult returns over the last ten years. **The spill experiment has already been evaluated.** As spill has increased over the last ten years the chinook and steelhead adult returns have crashed to deeply concerning levels. It is clear that the spill experiment has failed terribly to restore salmon and steelhead returns. The spill experiment must be discontinued.

I would like to now provide your council with my closing comments and conclusion from over a year's research to comment on your 2026 plan.

For over 30 years people have battled over the effects of the Lower Snake River dams on salmon and steelhead migration. The battle

may continue for 30 more years. In the meantime fish advocates on both sides of this issue MUST absolutely focus on what is BEST for the fish and stop experimenting. Copy the operations of 1998 to 2000 that brought back the historic adult returns of 2001.

There are many factors related to fish health that are important. One factor is absolutely VITAL, and that is, salmon and steelhead smolts require a healthy and safe environment.

Elevated TDG caused by mismanaged spill is not healthy for smolts.

From the information that I gathered for this presentation, I would strongly recommend that you abandon your hypothesis that 125% TDG spill operation has the most promise of all operational elements of helping salmon and steehead meet the SAR objectives.

Your council should use its power and influence to return operations of the spill at dams to that of the early 2000's, monitoring river TDG levels so that they do not exceed 110% TDG, and then safely transport smolts to below Bonneville.

To increase the numbers of returning chinook and steelhead adults, you must increase the number of healthy chinook and steelhead smolts getting to the ocean.

Thank you for your valuable time to review my comments.

Jerry McGehee
Lewiston, Idaho

## Literature cited

1. **Northwest Power and Conservation Council Draft 2026 Columbia River Basin Fish and Wildlife Program**.  Page 62 H 51 and H 52; (1/23/2026)
2. **A review of dissolved gas supersaturation literature**, Don E. Weitkamp and Max Katz; Trans. A.F.S. ; January 2011; 109:6, 659-702

3. **Google Chat GPT**; Information access for TDG and healthy environment for fish; accessed December 2025

4. **Understanding gas bubble trauma in an era of hydropower expansion: how do fish compensate at depth?** Naomi K. Pleizier, Charlotte Nelson, Steven J. Cooke, and Colin J. Brauner; NRC Research Press; Can. J. Fish. Aquat. Sci. Received 16 July 2019. Accepted 26 August 2019. Downloaded from www.nrcresearchpress.com by CARLETON UNIV on 03/23/20); Google download ( 1/20/2026)

5. **Smolt Survival and Travel Time & Transportation Analyses**, Technical Management Team, December 6, 2023; Steven G. Smith. NOAA Fisheries

6. **Migration depths of juvenile Chinook salmon and steelhead relative to total dissolved gas supersaturation in a Columbia River Reservoirs**.;Beeman& Maule; Trans. American Fisheries Society 135:584-594; Volume 135, issue 3,May 2006, ( Google  12/3/2025) **.**

7. **Three-dimensional migration behavior of juvenile salmonids in reservoirs and near dams**; Xinya Li1, Zhiqun D. Deng1, Tao Fu1, Richard S. Brown1, Jayson J. Martinez1, Geoffrey A. McMichael2, Bradly A. Trumbo3, Martin L. Ahmann3, Jon F. Renholds3, John R. Skalski 4 & Richard L. Townsend4; Received: 19 May 2017; Accepted: 20 December 2017; Published on line,January17,2018;wwwwww.nature.com/scientificreports. Accessed April 27, 2025

17

8. **Fish Passage Center 2023 Annual Report;** BPA contract #78040 Rel. 54; Michell DeHart 1/1/23 to 12/31/23; Pg. 249

9. **Columbia Basin Research; Data At Real Time D.A.R.T. ;** cbr.washington.edu/dart/query ; accessed multiple times during 2025

10. **Survival of Juvenile Chinook Salmon during Barge Transport** Geoffrey A. McMichael , John R. Skalski , Katherine A. Deters, *North American Journal of Fisheries Management*, Volume 31, Issue 6, December 2011, Pages 1187–196, https://doi.org/10.1080/02755947.2011.646455 **Published:** 12 January 201



FISH **PATHOLOGY**