James L. Buchal, OSB No. 921618
jbuchal@mbllp.com
MURPHY & BUCHAL LLP
P.O. Box 86620
Portland, OR  97286
Tel:    503-227-1011
Fax:    503-573-1939
*Attorney for Intervenor-Defendant*
*Columbia Snake River Irrigators Association*

THE HONORABLE MICHAEL H. SIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, *et al.,* | Case No. 3:01-CV-00640-SI |
| Plaintiffs, | |
| and | INTERVENOR-DEFENDANT COLUMBIA-SNAKE RIVER IRRIGATORS ASSOCIATION NOTICE OF COMMENTS ON PLAINTIFFS' PROPOSED ORDER |
| STATE OF OREGON, | |
| Intervenor-Plaintiff, | |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE, *et al.,* | |
| Defendants, | |
| and | |
| PUBLIC POWER COUNCIL, *et al.,* | |
| Intervenor-Defendants. | |

Page 1:    INTERVENOR-DEFENDANT COLUMBIA-SNAKE RIVER IRRIGATORS
ASSOCIATION NOTICE OF COMMENTS ON PLAINTIFFS' PROPOSED
ORDER

In the wake of the February 6, 2026 preliminary injunction hearing, Plaintiffs issued an e-mail the following Monday, February 9th, requesting the comments of opposing parties on the Plaintiffs' Proposed Order by Wednesday, February 11th. The Columbia Snake River Irrigators Association (CSRIA) provided its comments as requested, conferred with Plaintiff representatives on Friday, February 13th, continued in e-mail communication with Plaintiffs thereafter, a further conference on February 19th, and a decision from Plaintiffs earlier today, February 20th, concerning the CSRIA proposals.

At the February 19th conference, Plaintiffs indicated that timing and complexity prevented them from presenting a single document to the Court showing all proposals, and invited the parties to file separately (or attach their proposals as initially submitted, without explanation, to Plaintiffs' filing). The CSRIA-proposed revisions to Plaintiffs' Proposed Order are therefore attached hereto as Exhibit 1 to this Notice, focused narrowly on McNary and John Day pool elevations.

We have attempted to explain to Plaintiffs (and other parties) that the "MOP" for McNary Dam is not a normal operating level during irrigation season, and that during the irrigation season, Corps data shows substantially higher elevations consistent with CSRIA's requested McNary elevation of 338.8 ft msl. When the pool has dropped appreciably below this level toward 337, often just for a few hours, CSRIA has received complaints from pump station operators and has called upon the Corps to restore the elevations by at least half a foot pending a return to the levels of 338—and the Corps has

Page 2:     INTERVENOR-DEFENDANT COLUMBIA-SNAKE RIVER IRRIGATORS
ASSOCIATION NOTICE OF COMMENTS ON PLAINTIFFS' PROPOSED
ORDER

done so.  The 338.8 level proposed in Exhibit 1 is intended to provide a buffer against "bounces" in the pool level from wind, changing elevations for other authorized purposes, and even the effects of siltation and milfoil buildup, particularly from the Ice Harbor tailrace to the Walla Walla River confluence.

We are informed that Plaintiffs will respond to our McNary proposal with the suggestion that the 337 required pool elevation (plus 1.5 foot operating range) might be raised to 337.5 from June 15 through August 31st, resulting in an operating range from 337.5 to 339.  While this at least creates the possibility of achieving the irrigation target within an allowed operating range, it does not cover the entire irrigation season; and to the extent that the Court accepts Plaintiffs' proposal, the 337.5 required elevation should be extended through the entire March 1 to August 31 season.

As to the John Day Pool, we urged that negative effects from a 257 ft msl level were so extensive as to suggest abandoning this action for preliminary injunction purposes, while noting in Exhibit 1 that elevations as low as 261 ft msl as a new, reduced baseline "MIP" (minimum irrigation pool) could probably be achieved within two years.

Ultimately, the "MOP" levels advanced by plaintiffs as not so much normal operating levels as levels down to which the pools may be drawn in emergencies, such as flood control reductions in 1997.

CSRIA thanks the Court for its consideration of these comments and proposed revisions.

Page 3:    INTERVENOR-DEFENDANT COLUMBIA-SNAKE RIVER IRRIGATORS ASSOCIATION NOTICE OF COMMENTS ON PLAINTIFFS' PROPOSED ORDER

Dated:  February 20, 2026.

*s/  James L. Buchal*
James L. Buchal, OSB #921618
MURPHY & BUCHAL LLP
Tel:  503-227-1011
Fax:  503-227-1034
jbuchal@mbllp.com

*Attorney for Intervenor-Defendant*
*Columbia Snake River Irrigators Association*

Page 4:     INTERVENOR-DEFENDANT COLUMBIA-SNAKE RIVER IRRIGATORS
            ASSOCIATION NOTICE OF COMMENTS ON PLAINTIFFS' PROPOSED
            ORDER

## CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of Oregon.  I am over 18 years of age and not a party to this action.  My business address is P.O. Box 86620, Portland, OR  97286

I certify that on February 20, 2026, the foregoing INTERVENOR-DEFENDANT COLUMBIA-SNAKE RIVER IRRIGATORS ASSOCIATION NOTICE OF COMMENTS ON PLAINTIFFS' PROPOSED ORDER will be electronically mailed to all parties enrolled to receive such notice.

*s/ Carole A. Caldwell*