THE HONORABLE MICHAEL H. SIMON

JOHN HEIDINGER, WSBA #50984
John.Heidinger@atg.wa.gov
ADAM L. LEVITAN, WSBA #59818
Adam.Levitan@atg.wa.gov
Office of the Attorney General
PO Box 40100
Olympia, WA  98504
360-753-6200

*Attorneys for Intervenor-Plaintiff State of Washington*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### PORTLAND DIVISION

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, et al.,<br><br>Plaintiffs,<br>and<br><br>STATE OF OREGON, et al.,<br><br>Intervenor-Plaintiffs<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>Defendants,<br>and<br><br>PUBLIC POWER COUNSEL, et al.,<br><br>Intervenor-Defendants.<br>. | NO. 3:01-CV-640-SI<br><br>PLAINTIFF-ALIGNED AMICUS STATE OF WASHINGTON'S JOINDER IN STATE OF OREGON ET AL.'S NOTICE REGARDING REVISED PROPOSED ORDER. |

Plaintiff-Aligned Amicus, State of Washington, hereby joins in the State of Oregon *et. al.'s* Notice Regarding Revised Proposed Order filed on February 20, 2026 as ECF 2656.

NWF et. al. vs. NMFS et. al.
No. 3:01-cv-640-SI

JOINDER

1

ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division.
1125 Washington Street SE
PO BOX 40100
Olympia, WA 98504-0100
(360) 753-6200

DATED this 23rd day of February 2026,

    NICHOLAS W. BROWN
    Attorney General

    *s/John Heidinger*
    JOHN HEIDINGER, WSBA # 50984
    Assistant Attorney General
    ADAM L. LEVITAN, WSBA #59818
    Assistant Attorney General
    Office of the Attorney General
    1125 Washington Street SE
    PO Box 4100
    Olympia, WA 98504-0100
    Phone: (360) 753-6200
    John.Heidinger@atg.wa.gov
    Adam.Levitan@atg.wa.gov

    *Attorneys for Intervenor-Plaintiff State of Washington*

NWF et. al. vs. NMFS et. al.  
No. 3:01-cv-640-SI

2

JOINDER

ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division.
1125 Washington Street SE
PO BOX 40100
Olympia, WA 98504-0100
(360) 753-6200

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2026, I caused to be electronically filed the following documents with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all parties registered in the CM/ECF system for this matter.

PLAINTIFF-ALIGNED AMICUS STATE OF WASHINGTON'S JOINDER IN STATE OF OREGON ET AL.'S NOTICE REGARDING REVISED PROPOSED ORDER

I certify under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct.

Dated this 23rd day of February, at Shelton, Washington.

*s/Danni K. Egen Friesner*
DANNI K. EGEN FRIESNER
Paralegal

ATTORNEY GENERAL OF WASHINGTON
Public Lands and Conservation Division.
1125 Washington Street SE
PO BOX 40100
Olympia, WA 98504-0100
(360) 753-6200