**STATEMENT OF AMICUS SCOTT LEVY REGARDING PRELIMINARY INJUNCTIVE RELIEF**

The Trump Administration's memorandum Stopping Radical Environmentalism to Generate Power for the Columbia River Basin contradicts Trump's first term support and signing of a more expensive -- less beneficial for salmon and steelhead -- Preferred Alternative ("PA") for the Columbia River System Operations Environmental Impact Statement ("CRSO EIS").

> *My administration is committed to protecting the American people from radical green agenda policies that make their lives more expensive, and to maximizing the beneficial uses of our existing energy infrastructure and natural resources to generate energy and lower the cost of living.*

If the current administration's true aim is "to generate energy and lower the cost of living", then for electricity consumers in the Pacific Northwest, Multiple Objective 3 ("MO3") of the CRSO EIS provides just that, with an immediate 5.1% reduction in electricity rate pressure.

Table 3-312. Change in Annual-equivalent Costs under the Multiple Objective Alternatives compared to the No Action Alternative (2019 dollars)

| MO | Construction Costs of Structural Measures (annual) | Change in Capital Costs (annual) | Change in O&M Costs (annual) | Change in Annual Mitigation (Low F&W Costs) | Change in Annual Mitigation (High F&W Costs) | Change in Total Annual-Equivalent Costs (Low F&W costs) | Percent Change in Annual-Equivalent Costs (Low F&W costs) | Change in Total Annual-Equivalent Costs (High F&W costs) | Percent Change in Annual-Equivalent Costs (High F&W costs) |
|---|---|---|---|---|---|---|---|---|---|
| MO1 | $20,000,000 | $0 | $0 | $1,000,000 | $1,000,000 | $21,000,000 | 2.0% | $21,000,000 | 2.0% |
| MO2 | $53,000,000 | $0 | -$1,000,000 | $2,000,000 | $55,000,000 | $54,000,000 | 5.1% | $107,000,000 | 10.1% |
| MO3 | $47,000,000 | -$32,000,000 | -$79,000,000 | -$95,000,000 | $10,000,000 | -$159,000,000 | -15.1% | -$54,000,000 | -5.1% |
| MO4 | $45,000,000 | $0 | $0 | -$99,000,000 | $6,000,000 | -$54,000,000 | -5.1% | $51,000,000 | 4.8% |

**Source:** CRSO EIS Final Table of Chapter 3

At the signing ceremony of the Record of Decision, Levy asked why the most economic option was not selected.  USACE Beth Coffey accurately replied that there is nothing in NEPA that requires the most economic to be selected.  This is correct.  The National Environmental Protection Act ("NEPA") does not require economics to dominate the decision making.  Unjustifiably, a Preferred Alternative ("PA") was selected that is less economic -- less beneficial for salmon and steelhead -- than MO3 that includes *Remove Snake River Embankments* aka. lower Snake River ("LSR") dam breaching.  Why is that?

*Columbia River System Operations Environmental Impact Statement*
*Appendix Q, Cost Analysis*

Table 7-3. Percent Change in Annual-equivalent Costs from the No Action Alternative for the Alternatives ($2019)

| Alternative | Construction Costs of Structural Measures (annual) | Percent Change in Capital Costs (annual) | Percent Change in O&M Costs (annual) | Percent Change in Annual Mitigation (Low F&W Costs) | Percent Change in Annual Mitigation (High F&W Costs) | Percent Change in Annual-Equivalent Costs (Low F&W costs) | Percent Change in Annual- Equivalent Costs (High F&W costs) |
|---|---|---|---|---|---|---|---|
| MO1 | NA | 0.0% | 0.0% | 0.3% | 0.3% | 2.0% | 2.0% |
| MO2 | NA | 0.0% | -0.2% | 0.6% | 16.6% | 5.1% | 10.1% |
| MO3 | NA | -13.1% | -16.5% | -28.6% | 3.0% | -15.1% | -5.1% |
| MO4 | NA | 0.0% | 0.0% | -29.8% | 1.8% | -5.1% | 4.8% |
| Preferred Alternative | NA | 0.0% | 0.0% | -13.3% | 0.9% | -3.8% | 0.7% |

**Source:** CRSO EIS Appendix Q, Cost Analysis

Bonneville Power Administration's "2025 Pacific Northwest Loads and Resources Study" reveals that four LSR dams provide 8% of federal hydropower, the "firm" power that is assured their customers by contract, which expire in 2028 and being replaced by new contracts. At the time of CRSO EIS study, federal hydropower sold to these customers was cost-based priced at $36/MWh. Those prices would be reduced by 5.1% following the enactment of the CRSO Multiple Objective 3 and *Remove Snake River Embankments*.

Rather than providing a lengthy deliberation that assumes outdated solar power costs, the CRSO EIS could have stated that for customers seeking to replace 8% of their electricity contracted from Bonneville Power Administration, a $54/MWh replacement cost would bring no change in their electric consumers costs for electricity.

$$(1 - 5.1\%) \times \$36/\text{MWh} \times (1 - 8\%) + \$54/\text{MWh} \times 8\% = \$35.75/\text{MWh}$$

Defendant-intervenor Public Power Council's stated concern over the economic harm brought by the proposed preliminary injunction, should consider that MO3 is by far the most economic Multiple Objective of the CRSO EIS that they have chosen to defend. So, if reducing rates to those that they represent is truly their concern, then they need contend with the above mathematics and the findings of Lazard's Levelized Cost of Energy 2025.

**Breakeven cost is $54/MWh if LSR dams are removed from an electric utility portfolio**



The CRSO EIS dutifully considers the perspective of Tribes in the Columbia River Basin:

CRSO EIS **Executive Summary** -- Tribal Coordination and Perspective

> Since time immemorial, the Columbia River Basin has been inhabited by Native American peoples, who successfully subsisted on the abundant natural resources of the region. They build thriving communities that relied on the lands to sustain their way of life. Through treaties, executive orders, judicial decisions, and legislation, the tribes ceded most of their territory to the United States while retaining smaller portions of land for their reservations. Some tribes, through treaties, retained the right to hund, fish, and gather in their usual and accustomed locations, including areas outside of their reservations. The potentially affected area of the CRS includes portions of tribal reservations, trust lands, and ceded lands of 19 federally recognized tribes. …

> In its relations with tribes, the United States "has charged itself with moral obligations of the highest responsibility and trust" (Seminole Nation v. United States, 1942). These trust responsibilities derive from the historical relationship between the federal government and tribes as expressed in Treaties, Statutes, Executive Orders, and Federal Indian case law. …

> The tribes of the Columbia River basin represent diverse and distinct cultures, each different from the next. There is one theme, however, that the tribes all have in common: Their association with the natural resources of the region permeates every aspect of tehri cultures. This association results in a strong sense of stewardship for the land. It is difficult to overstate the effects the CRS has had on tribal culture, way of life, and traditions. ...
>
> The losses of these areas have adversely affected how tribal communities define themselves, interact with each other, and live full spiritual lives; and in the process has undermined the processes through which living cultures are nourished, maintained, and perpetuated. ...
>
> 2.4 AREAS OF CONTROVERSY Lower Snake River Dam Breach
>
> The co-lead agencies received important feedback from tribal engagement, cooperating agencies, and through public scoping pertaining to breaching the four lower Snake River dams. Breaching the four lower Snake River dams has been a topic of public discourse for decades.
>
> This EIS provides an update analysis of the many biological and sociological variables and the costs and benefits of retaining or breaching the lower Snake River dams.

In the eight thousand plus pages of the CRSO EIS, Levy found only one item that suggests any reasoning for a Trump Administration choice of an uneconomic Preferred Alternative.

> **Executive Summary, Additional Effects of MO3** (page 33)
> Commercial cruise lines that operate on the lower Columbia and lower Snake River, providing voyage to approximately 18,000 cruise line passengers per year, would be adversely affected by reduced numbers and distance of trips, with adverse effects to tourism revenues and associated jobs and incomes. Communities affected, such as Clarkston, Lewiston and Asotin, would lose their 'river port' community identity.

While the PA is shown to be less economic than MO3, less beneficial for salmon and steelhead conservation, the protection of a 'river port' identity for the namesake towns of Lewiston/Clarkston took precedence. The CRSO EIS Chapter 3 provides the explanation.

### No-Action Alternative (Chapter 3, page 3-1147)
### Navigation and Transportation, Other Social Effects

As described above, port facilities in the region add to the character of river communities and contribute to a sense of community identity. Some tribes have commented that there are ongoing social and cultural effects as well as socioeconomic costs to Indian tribes and tribal communities from present and cumulative effects of the current navigation system that would continue under the No Action Alternative. These aspects of the presence of ports would continue under the No Action Alternative. ...

### Commercial Cruise Line Operations

Commercial cruise lines would continue to provide tourist visitation, and may continue to increase operations, under the No Action Alternative. These activities may contribute to the community identity of ports of call as important tourist destinations.

### Multiple Objective 3 (Chapter 3, page 3-1191)
### Navigation and Transportation, Other Social Effects

The loss or transition of port operations in some communities could also result in community-level effects associated with changes in the character of the communities and community identity from communities that **have evolved** to depend on reservoir conditions to communities more reliant on river and perhaps land-based recreation and other services (emphasis added).

Illegitimate for many reasons, the CRSO EIS' Record of Decision is utterly reprehensible.


**DATED: February 20, 2026**
**Respectfully submitted,**
**/s/ *Scott Levy* _____      SCOTT LEVY, *Pro Se***