**Lindsay Thane, OSB #171474**
Email:  lthane@schwabe.com
**Aukjen Ingraham, OSB # 023338**
Email: aingraham@schwabe.com
**Lawson E. Fite, OSB #055573**
Email:  lfite@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1800
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900
*Attorneys for Intervenor-Defendant Inland Ports and Navigation Group*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, *et al.*,<br><br>Plaintiffs,<br><br>and<br><br>STATE OF OREGON, *et al.*,<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE *et al.*,<br><br>Defendants,<br><br>and<br><br>PUBLIC POWER COUNCIL, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:01-cv-00640-SI<br><br>**INLAND PORTS AND NAVIGATION GROUP'S NOTICE OF PRELIMINARY INJUNCTION APPEAL** |

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

Defendant-intervenor Inland Ports and Navigation Group ("IPNG") hereby appeals from the Orders entered in this action on February 25, 2026 and March 2, 2026. ECF Nos. 2667, 2668, 2673, 2674, and 2675.

A Representation Statement is attached hereto pursuant to Ninth Circuit Rule 3-2(b).

Dated this 1st day of April, 2026.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _____
Aukjen Ingraham, OSB #023338
Lindsay Thane, OSB #171474
Lawson E. Fite, OSB #055573
*Of Attorneys for Inland Ports and Navigation Group*

Page 1 -    **INLAND PORTS AND NAVIGATION GROUP'S NOTICE OF PRELIMINARY INJUNCTION APPEAL**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Fax: 503-796-2900

105422\126072\50456515.1