**Lindsay Thane, OSB #171474**
Email:  lthane@schwabe.com
**Aukjen Ingraham, OSB # 023338**
Email: aingraham@schwabe.com
**Lawson E. Fite, OSB #055573**
Email:  lfite@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1800
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

*Attorneys for Intervenor-Defendant Inland Ports and Navigation Group*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　and<br><br>STATE OF OREGON, *et al.*,<br><br>　　　　Intervenor-Plaintiffs,<br><br>　v.<br><br>NATIONAL MARINE FISHERIES SERVICE *et al.*,<br><br>　　　　Defendants,<br><br>and<br><br>PUBLIC POWER COUNCIL, *et al.*,<br><br>　　　　Intervenor-Defendants. | Case No. 3:01-cv-00640-SI<br><br>**INLAND PORTS AND NAVIGATION GROUP'S REPRESENTATION STATEMENT** |

Page i -　**INLAND PORTS AND NAVIGATION GROUP'S REPRESENTATION STATEMENT**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

105422\126072\50457118.1

Defendant-intervenor Inland Ports and Navigation Group ("IPNG") submits the

following representation statement pursuant to Ninth Circuit Rules 3-2(b) and 12-2 and Fed. R.

App. P. 12(b).


**Counsel for Defendant-Intervenor/Appellant Inland Ports and Navigation Group:**

Lawson E. Fite
Email: lfite@schwabe.com
Sara Kobak
Email: skobak@schwabe.com
Aukjen Ingraham
Email: aingraham@schwabe.com
Lindsay M. Thane
Email: lthane@schwabe.com
Schwabe, Williamson & Wyatt P.C.
1211 S.W. Fifth Avenue Suite 1800
Portland, OR 97204
(503) 222-9981
Fax: (503) 796-2900


**Counsel for Plaintiffs/Appellees National Wildlife Federation, American Rivers, Inc., Columbia Riverkeeper, Federation of Fly Fishers, Idaho Rivers United, Idaho Steelhead and Salmon United, Idaho Wildlife Federation, Institute for Fisheries Resources, NW Energy Coalition, Northwest Sport Fishing Industry Association, Pacific Coast Federation of Fishermen's Association, Salmon for All, Sierra Club, Washington Wildlife Federation:**

Amanda W. Goodin
Earthjustice
810 Third Avenue
Suite 610
Seattle, WA 98104-1711
206-343-7340
Fax: 206-343-1526
Email: agoodin@earthjustice.org

Charisa Gowen-Takahashi
810 3rd Avenue
Suite 610
Seattle, WA 98104
206-734-4200
Email: cgowentakahashi@earthjustice.org

Michael B. Mayer
810 Third Avenue

Page 1 -  **INLAND PORTS AND NAVIGATION GROUP'S REPRESENTATION STATEMENT**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

105422\126072\50457118.1

Suite 610
Seattle, WA 98104
206-734-4200
Email: mmayer@earthjustice.org

Nicolas Wedekind
Earthjustice
810 3rd Ave
Suite 610
Seattle, WA 98104
206-639-2492
Email: nwedekind@earthjustice.org

Daniel J. Rohlf
rohlf@lclark.edu
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard, MSC 51
Portland, OR 97219 Tel: (503) 768-6707 / Fax: (503) 768-6642

**Counsel for Plaintiff-Intervenor/Appellee State of Oregon:**

Deanna J. Chang
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
971-673-1880
Fax: 971-673-5000
Email: deanna.j.chang@doj.oregon.gov

Christina L. Beatty-Walters
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
Fax: (971) 673-5000
Email: tina.beattywalters@doj.oregon.gov

Austin D. Saylor
Oregon Department of Justice
100 Market Street
Portland, OR 97201
971-453-9049
Email: austin.saylor@doj.oregon.gov

Page 2 -    **INLAND PORTS AND NAVIGATION GROUP'S
            REPRESENTATION STATEMENT**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1800
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

105422\126072\50457118.1

**Counsel for Intervenor Plaintiff Spokane Tribe of Indians:**

Theodore C. Knight
Spokane Tribe of Indians
9121 NE Briar Rose Lane
Bainbridge Island, WA 98110
509-953-1908
Email: tedk@spokanetribe.com

**Counsel for Intervenor Plaintiff Coeur d'Alene Tribe:**

Richard Kirk Eichstaedt
Rey-Bear McLaughlin, LLP
421 W Riverside Ave. Suite 1004
Spokane, WA 99201-0410
509-251-1424
Email: rick@rbmindianlaw.com

**Counsel for Federal Defendants National Marine Fisheries Service, U.S. Army Corps of Engineers, U.S. Bureau of Reclamation, and U.S. Fish and Wildlife Service:**

Emily Polachek
Frederick Turner
Jacob D. Ecker
U.S. Department of Justice
Environment and Natural Resources Division
Post Office Box 7415
Washington, D.C. 20044
(202) 532-3076 (Turner)
(202) 598-9344 (Polachek)
(202) 514-4170 (Ecker)
emily.polachek3@usdoj.gov
frederick.turner@usdoj.gov
jacob.ecker@usdoj.gov

**Counsel for Intervenor-Defendants Northwest Irrigation Utilities and Northwest Requirements Utilities:**

Matthew Schroettnig
Northwest Requirements Utilities
825 NE Multnomah Ste 1135
Portland, OR 97232
541-913-6065
Email: mschroettnig@nru-nw.com

**Counsel for Intervenor Defendant Public Power Council:**

Irion Sanger
Sanger Greene, PC
4031 SE Hawthorne Blvd.

Page 3 -    **INLAND PORTS AND NAVIGATION GROUP'S REPRESENTATION STATEMENT**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1800
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

105422\126072\50457118.1

Portland, OR 97214
503-756-7533
Fax: 503-334-2235
Email: irion@sanger-law.com

John Maxwell Greene
Sanger Greene, PC
4031 SE Hawthorne Blvd
Portland, OR 97214
401-339-2990
Email: max@sanger-law.com

**Counsel for Intervenor Defendant State of Montana:**

Jeremiah D. Weiner, Asst. Attorney General
State of Montana
1539 Eleventh Avenue
Helena, MT 59601
406-444-5886
Fax: 406-444-3549
Email: jay.weiner@mt.gov

**Counsel for Intervenor Defendant State of Idaho:**

Joy M Vega
Idaho Office of the Attorney General
700 W State Street, 2nd Flr
PO Box 83720
Boise, ID 83720-0010
208-334-4159
Email: joy.vega@ag.idaho.gov

Cherese D. McLain
Idaho Office of the Attorney General
700 W. State Street
Boise, ID 83720
208-334-4149
Fax: 208-854-8072
Email: cherese.mclain@ag.idaho.gov

Marshall Wherry Toryanski
Idaho Office of the Attorney General
700 W. State Street, 2nd Floor
Boise, ID 83720-0010
208-334-4120
Email: marshall.toryanski@ag.idaho.gov

Page 4 -    **INLAND PORTS AND NAVIGATION GROUP'S REPRESENTATION STATEMENT**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1800
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

105422\126072\50457118.1

Rowdy J. Keller
Idaho Office of the Attorney General
Energy and Natural Resources
PO Box 83720
Boise, ID 83720
208-334-4538
Email: rowdy.keller@ag.idaho.gov

**Counsel for Defendant Intervenor Kootenai Tribe of Idaho:**

Julie A. Weis
Haglund Kelley LLP
2177 SW Broadway
Portland, OR 97201
(503) 225-0777
Fax: (503) 225-1257
Email: weis@hk-law.com

William K. Barquin
Kootenai Tribe of Idaho
Portland Office
1000 SW Broadway
Suite 1060
Portland, OR 97205
(503) 719-4496
Fax: (503) 719-4493
Email: wbarquin@kootenai.org

Christopher T. Griffith
Haglund Kelley LLP
2177 SW Broadway
Portland, OR 97201
503-225-0777
Fax: 503-225-1257
Email: cgriffith@hk-law.com

**Counsel for Intervenor Defendant Confederated Salish and Kootenai Tribes:**

John T. Harrison
Confederated Salish and Kootenai Tribes
P.O. Box 278
Pablo, MT 59855
(406) 675-2700 x1185
Fax: (406) 675-4665
Email: johnh@cskt.org

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1800
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

105422\126072\50457118.1

Joseph P. Hovenkotter
Confederated Salish and Kootenai Tribes
P.O. Box 278
Pablo, MT 59855
(406) 675-2700 x1169
Fax: (406) 675-4665
Email: joeh@cskt.org

Julie A. Weis
Haglund Kelley LLP
2177 SW Broadway
Portland, OR 97201
(503) 225-0777
Fax: (503) 225-1257
Email: weis@hk-law.com

Stuart M. Levit
Confederated Salish and Kootenai Tribes
P.O. Box 278 Pablo, MT 59855
(406) 675-2700 x1199
Fax: (406) 675-4665
Email: stul@cskt.org

**Counsel for Intervenor Defendant Northwest River Partners**:

Jason T. Morgan
Stoel Rives, LLP (Seattle)
600 University Street Suite 3600
Seattle, WA 98101
206-386-7527
Fax: 206-386-7500
Email: jason.morgan@stoel.com

Ryan P. Steen
Stoel Rives, LLP (Seattle)
600 University Street Suite 3600
Seattle, WA 98101
206-386-7610
Fax: 206-386-7500
Email: rpsteen@stoel.com

/ / /
/ / /
/ / /

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1800
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

105422\126072\50457118.1

**Counsel for Intervenor Defendant Columbia-Snake River Irrigators Association:**

> James L. Buchal
> Murphy & Buchal LLP
> P.O. Box 86620
> Portland, OR 97286
> 503-227-1011
> Fax: 503-573-1939
> Email: jbuchal@mbllp.com

Dated this 1st day of April, 2026.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _____

Aukjen Ingraham, OSB #023338
Lindsay Thane, OSB #171474
Lawson E. Fite, OSB #055573
*Of Attorneys for Inland Ports and Navigation Group*

Page 7 -    **INLAND PORTS AND NAVIGATION GROUP'S REPRESENTATION STATEMENT**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1800
Portland, OR  97204
Telephone: 503-222-9981
Fax: 503-796-2900

105422\126072\50457118.1