Irion A. Sanger, OSB No. 003750
John Maxwell Greene, OSB No. 182714
Sanger Greene, PC
4031 SE Hawthorne Blvd.
Portland, OR 97214
Telephone: 503-756-7533
Fax: 503-334-2235
irion@sanger-law.com
max@sanger-law.com

*Counsel for Intervenor-Defendant Public
Power Council*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **NATIONAL WILDLIFE FEDERATION**, et al., <br><br> Plaintiffs, <br> and <br><br> **STATE OF OREGON**, et al., <br><br> Intervenor-Plaintiffs <br><br> v. <br><br> **NATIONAL MARINE FISHERIES SERVICE**, agency of the United States Department of Commerce, et al., <br><br> Defendants <br><br> and <br><br> **PUBLIC POWER COUNCIL**, et al., <br><br> Intervenor-Defendants. | Case No. 3:01-cv-640-SI <br><br> **PUBLIC POWER COUNCIL NOTICE OF PRELIMINARY INJUNCTION APPEAL** |

Public Power Council Notice of Preliminary Injunction Appeal - 1

Please take notice that Intervenor-Defendant Public Power Council hereby timely appeals to the U.S. Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1292(a)(1), Federal Rule of Appellate Procedure 4(a)(1), and Ninth Circuit Rule 3-3 from the Orders entered in this action on February 25, 2026 and March 2, 2026, ECF Nos. 2667, 2668, 2673, 2674, and 2675. A Representation Statement is attached hereto pursuant to Ninth Circuit Rule 3-2(b).

Respectfully submitted this 7th day of April, 2026

/s/ Irion Sanger
Irion Sanger, OSB No. 003750
John Maxwell Greene, OSB No. 182714
Sanger Greene, PC
4031 SE Hawthorne Blvd.
Portland, OR 97214
Telephone: (503) 756-7533
Fax: (503) 334-2235
irion@sanger-law.com
max@sanger-law.com

*Of Attorneys for Intervenor-Defendant Public Power Council*

Public Power Council Notice of Preliminary Injunction Appeal - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2026, I electronically filed the foregoing NOTICE OF PRELIMINARY INJUNCTION APPEAL with the Clerk of the Court for the United States District Court – District of Oregon via the CM/ECF system.  Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Irion Sanger
Irion Sanger
Sanger Greene, PC
4031 SE Hawthorne Blvd.
Portland, OR 97214
Telephone: (503) 756-7533
Fax: (503) 334-2235
irion@sanger-law.com

*Of Attorneys for Intervenor-Defendant Public Power Council*

Certificate of Service                               1