Irion A. Sanger, OSB No. 003750
John Maxwell Greene, OSB No. 182714
Sanger Greene, PC
4031 SE Hawthorne Blvd.
Portland, OR 97214
Telephone: 503-756-7533
Fax: 503-334-2235
irion@sanger-law.com
max@sanger-law.com

*Counsel for Intervenor-Defendant Public
Power Council*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **NATIONAL WILDLIFE FEDERATION**, et al., | Case No. 3:01-cv-640-SI |
| Plaintiffs, | **PUBLIC POWER COUNCIL REPRESENTATION STATEMENT** |
| and | |
| **STATE OF OREGON**, et al., | |
| Intervenor-Plaintiffs | |
| v. | |
| **NATIONAL MARINE FISHERIES SERVICE**, agency of the United States Department of Commerce, et al., | |
| Defendants | |
| and | |
| **PUBLIC POWER COUNCIL**, et al., | |
| Intervenor-Defendants. | |

Public Power Council Representation Statement - 1

Pursuant to Circuit Rules 3-2 and 12-2, Public Power Council provides this

Representation Statement of parties and counsel to this action:

**Counsel for Plaintiffs National Wildlife Federation, American Rivers, Inc., Columbia Riverkeeper, Federation of Fly Fishers, Idaho Rivers United, Idaho Steelhead and Salmon United, Idaho Wildlife Federation, Institute for Fisheries Resources, NW Energy Coalition, Northwest Sport Fishing Industry Association, Pacific Coast Federation of Fishermen's Associations, Salmon for All, Sierra Club, Washington Wildlife Federation**

**Amanda W. Goodin**
Earthjustice
810 Third Avenue
Suite 610
Seattle, WA 98104-1711
206-343-7340
Fax: 206-343-1526
Email: agoodin@earthjustice.org

**Charisa Gowen-Takahashi**
810 3rd Avenue
Suite 610
Seattle, WA 98104
206-734-4200
Email: cgowentakahashi@earthjustice.org

**Michael B. Mayer**
810 Third Avenue
Suite 610
Seattle, WA 98104
206-734-4200
Email: mmayer@earthjustice.org

**Nicolas Wedekind**
Earthjustice 810 3rd Ave
Suite 610
Seattle, WA 98104
206-639-2492
Email: nwedekind@earthjustice.org

**Daniel J. Rohlf**
Earthrise Law Center

Public Power Council Representation Statement - 2

Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard, MSC 51
Portland, OR 97219
Tel: (503) 768-6707 / Fax: (503) 768-6642
Email: rohlf@lclark.edu

**Counsel for Intervenor Plaintiff State of Oregon**

**Deanna J. Chang**
Oregon Department of Justice
100 SW Market Street Portland
Portland, OR 97201
971-673-1880
Fax: 971-673-5000
Email: deanna.j.chang@doj.oregon.gov

**Christina L. Beatty-Walters**
Oregon Department of Justice
100 SW Market Street Portland, OR 97201
(971) 673-1880
Fax: (971) 673-5000
Email: tina.beattywalters@doj.oregon.gov

**Austin D. Saylor**
Oregon Department of Justice 100 Market Street
Portland, OR 97201
971-453-9049
Email: austin.saylor@doj.oregon.gov

**Counsel for Intervenor Plaintiff Spokane Tribe of Indians**

**Theodore C. Knight**
Spokane Tribe of Indians
9121 NE Briar Rose Lane
Bainbridge Island, WA 98110
509-953-1908
Email: tedk@spokanetribe.com

**Counsel for Intervenor Plaintiff Coeur d'Alene Tribe**

**Richard Kirk Eichstaedt**
Rey-Bear McLaughlin, LLP
421 W Riverside Ave.

Public Power Council Representation Statement - 3

Suite 1004
Spokane, WA 99201-0410
509-251-1424
Email: rick@rbmindianlaw.com

**Counsel for Federal Defendants National Marine Fisheries Service, U.S. Army Corps of Engineers, U.S. Bureau of Reclamation, and U.S. Fish and Wildlife Service**

**Emily Polachek**
**Frederick Turner**
**Jacob D. Ecker**
U.S. Department of Justice
Environment and Natural Resources Division
Post Office Box 7415
Washington, D.C. 20044
(202) 532-3076 (Turner)
(202) 598-9344 (Polachek)
(202) 514-4170 (Ecker)
emily.polachek3@usdoj.gov
frederick.turner@usdoj.gov
jacob.ecker@usdoj.gov

**Counsel for Intervenor Defendants Northwest Irrigation Utilities and Northwest Requirements Utilities**

**Matthew Schroettnig**
Northwest Requirements Utilities
825 NE Multnomah Ste 1135
Portland, OR 97232
541-913-6065
Email: mschroettnig@nru-nw.com

**Counsel for Intervenor Defendant State of Montana**

**Jeremiah D. Weiner**, Asst. Attorney General State of Montana
1539 Eleventh Avenue
Helena, MT 59601
406-444-5886
Fax: 406-444-3549
Email: jay.weiner@mt.gov

**Counsel for Intervenor Defendant State of Idaho**

**Joy M Vega**
Idaho Office of the Attorney General
700 W State Street, 2nd Flr
PO Box 83720
Boise, ID 83720-0010
208-334-4159
Email: joy.vega@ag.idaho.gov

**Cherese D. McLain**
Idaho Office of the Attorney General
700 W. State Street
Boise, ID 83720
208-334-4149
Fax: 208-854-8072
Email: cherese.mclain@ag.idaho.gov

**Marshall Wherry Toryanski**
Idaho Office of the Attorney General
700 W. State Street, 2nd Floor
Boise, ID 83720-0010
208-334-4120
Email: marshall.toryanski@ag.idaho.gov

**Rowdy J. Keller**
Idaho Office of the Attorney General Energy and Natural Resources
PO Box 83720
Boise, ID 83720
208-334-4538
Email: rowdy.keller@ag.idaho.gov

**Counsel for Intervenor Defendant Kootenai Tribe of Idaho**

**Julie A. Weis**
Haglund Kelley LLP
2177 SW Broadway
Portland, OR 97201
(503) 225-0777
Fax: (503) 225-1257
Email: weis@hk-law.com

**William K. Barquin**
Kootenai Tribe of Idaho Portland Office
1000 SW Broadway

Suite 1060
Portland, OR 97205
(503) 719-4496
Fax: (503) 719-4493
Email: wbarquin@kootenai.org

**Christopher T. Griffith**
Haglund Kelley LLP
2177 SW Broadway
Portland, OR 97201
503-225-0777
Fax: 503-225-1257
Email: cgriffith@hk-law.com

**Counsel for Intervenor Defendant Confederated Salish and Kootenai Tribes**

**John T. Harrison**
Confederated Salish and Kootenai Tribes
PO Box 278
Pablo, MT 59855
(406) 675-2700 x1185
Fax: (406) 675-4665
Email: johnh@cskt.org

**Joseph P. Hovenkotter**
Confederated Salish and Kootenai Tribes
P.O. Box 278 Pablo, MT 59855
(406) 675-2700 x1169
Fax: (406) 675-4665
Email: joeh@cskt.org

**Julie A. Weis**
Haglund Kelley LLP
2177 SW Broadway
Portland, OR 97201
(503) 225-0777
Fax: (503) 225-1257
Email: weis@hk-law.com

**Stuart M. Levit**
Confederated Salish and Kootenai Tribes
P.O. Box 278 Pablo, MT 59855
(406) 675-2700 x1199

Public Power Council Representation Statement - 6

Fax: (406) 675-4665
Email: stul@cskt.org

**Counsel for Intervenor Defendant Inland Ports and Navigation Group**

**Aukjen Ingraham**
Schwabe, Williamson & Wyatt P.C.
1211 S.W. Fifth Avenue
Suite 1800
Portland, OR 97204
503-796-2496
Email: aingraham@schwabe.com

**Lawson E. Fite**
Schwabe, Williamson & Wyatt
1211 SW 5th Ave
Ste. 1800
Portland, OR 97204
503-222-9981
Fax: 503-796-2900
Email: lfite@schwabe.com

**Lindsay Marie Thane**
Schwabe, Williamson & Wyatt P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
503-796-2059
Email: lthane@schwabe.com

**Counsel for Intervenor Defendant Northwest River Partners**

**Jason T. Morgan**
Stoel Rives, LLP (Seattle)
600 University Street
Suite 3600
Seattle, WA 98101
206-386-7527
Fax: 206-386-7500
Email: jason.morgan@stoel.com

**Ryan P. Steen**
Stoel Rives, LLP (Seattle)
600 University Street

Suite 3600
Seattle, WA 98101
206-386-7610
Fax: 206-386-7500
Email: r psteen@stoel.com

**Counsel for Intervenor Defendant Columbia-Snake River Irrigators Association**

**James L. Buchal**
Murphy & Buchal LLP
PO Box 86620
Portland, OR 97286
503-227-1011
Fax: 503-573-1939
Email: jbuchal@mbllp.com

**Please note** that numerous amicus entities aligned with either Plaintiffs or Defendants or not

aligned with any litigating party are not included in this listing.

Respectfully submitted this 7th day of April, 2026

/s/ Irion Sanger
Irion Sanger, OSB No. 003750
John Maxwell Greene, OSB No. 182714
Sanger Greene, PC
4031 SE Hawthorne Blvd.
Portland, OR 97214
Telephone: (503) 756-7533
Fax: (503) 334-2235
irion@sanger-law.com
max@sanger-law.com

*Of Attorneys for Intervenor-Defendant Public Power Council*

Public Power Council Representation Statement - 8