AMANDA W. GOODIN (WSB #41312)
agoodin@earthjustice.org
MICHAEL MAYER (WSB #32135)
mmayer@earthjustice.org
CHARISA GOWEN-TAKAHASHI (WSB #63091)
cgowentakahashi@earthjustice.org
NICOLAS E. WEDEKIND (WSB #58651)
nwedekind@earthjustice.org
Earthjustice
810 Third Ave., Suite 610
Seattle, WA  98104
(206) 343-7340 | Phone

DANIEL J. ROHLF (OSB #99006)
rohlf@lclark.edu
Earthrise Law Center, Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard, MSC 51
Portland, OR  97219
(503) 768-6707 | Phone
(503) 768-6642 | Fax

*Attorneys for Plaintiffs*

THE HONORABLE MICHAEL H. SIMON

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, et al.<br><br>Plaintiffs,<br><br>and<br><br>STATE OF OREGON, et al.,<br><br>Intervenor-Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br><br>Defendants,<br><br>and<br><br>PUBLIC POWER COUNCIL, et al.,<br><br>Intervenor-Defendants. | Civ. No. 3:01-cv-640-SI<br><br><br><br>JOINT NOTICE REGARDING SCHEDULE FOR FURTHER PROCEEDINGS |

In their joint proposed schedule for motions for preliminary injunction, ECF 2494, Plaintiffs and aligned parties represented to the Court that they would submit a proposed schedule for summary judgment proceedings no later than April 30, 2026.

NWF Plaintiffs and Plaintiff-Intervenor State of Oregon propose that the parties confer and propose a schedule for further proceedings (or present conflicting proposals if necessary) to the Court within 30 days of the 9th Circuit's disposition of the pending appeals of the preliminary injunction and associated orders. Plaintiff-aligned *amici curiae* Nez Perce Tribe, Yakama Nation, and State of Washington support this proposal.

Federal Defendants' position is provided below. In the event the Court believes ordering a summary judgment schedule now is appropriate, Plaintiffs respectfully request a status conference to establish a reasonable schedule given the briefing schedule the Ninth Circuit has established for the consolidated appeals, and given the need to incorporate deadlines for depositions and other discovery relevant to Plaintiff-aligned parties' anticipated request for a permanent injunction.

**Federal Defendants' Statement**:

Federal Defendants oppose Plaintiffs' proposed stay of this case. As we explained in early September 2025, "the administrative records have been compiled," and "Federal Defendants' position is that this case could proceed directly to summary judgment." ECF 2493 at 2; *see also* ECF 2494 at 2 (same). Plaintiffs, however, opted instead to pursue "emergency" relief. Even now, Plaintiffs appear to be uninterested in addressing the merits, despite the Court's desire to promptly resolve them. *See* Feb. 6, 2026 Hrg. Transcript at 37 ("I look forward to the parties conferring and proposing, if not a stipulated case management schedule, but then each side submitting their own proposed respective case management schedule.").

A stay would be prejudicial to Federal Defendants. Had Plaintiffs timely moved for summary judgment when this case resumed in 2025, there would have been no need for

JOINT NOTICE REGARDING
SCHEDULE FOR FURTHER
PROCEEDINGS

– 2 –

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

preliminary injunction proceedings, and this case would have been fully briefed—if not resolved—by now. ECF 2515 at 2 (explaining in October 2025 that "Plaintiffs could have moved to lift the stay and filed for summary judgment, obviating any need for preliminary injunction proceedings"). The Court therefore should reject Plaintiffs' request and enter a summary judgment schedule that will allow it to fully and finally resolve this case, as follows: (1) **June 26, 2026**—Plaintiffs' motions for summary judgment; (2) **August 28, 2026**—Federal Defendants' and Defendant-Intervenors' cross motions for summary and oppositions to Plaintiffs' motions for summary judgment, and aligned amicus briefs; (3) **October 9, 2026**—Plaintiffs' summary judgment replies and oppositions to Defendants' cross motions for summary judgment, and aligned amicus briefs; and (4) **November 13, 2026**—Federal Defendants' and Defendant-Intervenors' summary judgment replies.

DATED April 30, 2026.

/s/ Amanda W. Goodin
AMANDA W. GOODIN (WSB #41312)
*Admitted Pro Hac Vice*
MICHAEL MAYER (WSB #32135)
*Admitted Pro Hac Vice*
CHARISA GOWEN-TAKAHASHI (WSB #63091)
*Admitted Pro Hac Vice*
NICOLAS E. WEDEKIND (WSB #58651)
*Admitted Pro Hac Vice*
Earthjustice
810 Third Ave., Suite 610
Seattle, WA  98104
(206) 343-7340 | Phone
agoodin@earthjustice.org
mmayer@earthjustice.org
cgowentakahashi@earthjustice.org
nwedekind@earthjustice.org

DANIEL J. ROHLF (OSB #99006)
Earthrise Law Center

JOINT NOTICE REGARDING
SCHEDULE FOR FURTHER
PROCEEDINGS

– 3 –

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard, MSC 51
Portland, OR  97219
(503) 768-6707 | Phone
(503) 768-6642 | Fax
rohlf@lclark.edu

*Attorneys for Plaintiffs*

DATED April 30, 2026.

DAN RAYFIELD
Attorney General

/s/ Deanna J. Chang
DEANNA J. CHANG #192202
CHRISTINA L. BEATTY-WALTERS #981634
AUSTIN D. SAYLOR #085614
Senior Assistant Attorneys General
Tel (971) 673-1880
Fax (971) 673-5000
Deanna.J.Chang@doj.oregon.gov
Tina.BeattyWalters@doj.oregon.gov
Austin.Saylor@doj.oregon.gov

*Of Attorneys for Intervenor Plaintiff State of Oregon*

JOINT NOTICE REGARDING
SCHEDULE FOR FURTHER
PROCEEDINGS

– 4 –

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*

CERTIFICATE OF SERVICE

I certify that on April 30, 2026, I filed the foregoing through the Court's CM-ECF system, which will automatically notify counsel of record.


/s/ Amanda W. Goodin
AMANDA W. GOODIN (WSB #41312)

JOINT NOTICE REGARDING
SCHEDULE FOR FURTHER          – 5 –
PROCEEDINGS

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA  98104*
*(206) 343-7340*