ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

MICHAEL R. EITEL, Acting Assistant Chief
JOHN H. MARTIN, Senior Trial Attorney
ROMNEY PHILPOTT, Senior Trial Attorney
Wildlife and Marine Resources Section
999 18th Street, Suite 600 North Terrace
Denver, Colorado 80202
Tel: (303) 319-5359 (Martin); (202) 532-5077
(Philpott); Fax: (303) 844-1350
Email: John.H.Martin@usdoj.gov;
Romney.Philpott@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

**NATIONAL WILDLIFE FEDERATION**,
et al.,

      Plaintiffs,

and

**STATE OF OREGON**, et al.,

      Intervenor-Plaintiffs,

v.

**NATIONAL MARINE FISHERIES
SERVICE**, et al.,

      Defendants,

and

**PUBLIC POWER COUNCIL**, et al.,

      Intervenor-Defendants.

Case No.: 3:01-cv-00640-SI

**STIPULATION AMENDING
THE COURT'S PRELIMINARY
INJUNCTION ORDER IN
REGARD TO ADULT FISH
PASSAGE DELAYS**

**STIPULATION**

Plaintiffs National Wildlife Federation, *et al*., Intervenor-Plaintiff State of Oregon, and Federal Defendants the U.S. Army Corps of Engineers, *et al*., stipulate to amend the Amended Preliminary Injunction Order, ECF 2674 ("Order"),[1] as follows:

1.      The Court's Amended Preliminary Injunction Order provides, at Lower Monumental Dam, "Monitor and manage adult conversion rates in-season via Technical Management Team (TMT) process."  ECF 2674 at 5, n.4.  The 2026 Fish Operations Plan (FOP) includes this provision verbatim and states in a footnote: "The agencies will use all available information including adult dam counts and the current Columbia River DART's Reach Distribution and Delay for PIT Tag Adult Returns tool ("Running 3-day DART tool") to monitor adult delay."  2026 FOP 7.1 and n. 27.

2.      Section 7.1 of the 2026 Fish Operations Plan shall apply with full force to spring fish passage spill operations at Lower Monumental dam, including as applied to whether to modify Court-ordered spill levels to address adult passage delays.

3.      Notwithstanding any other provision of the Order, Federal Defendants shall have full discretion to modify Court-ordered operations to address any adult fish passage delays or blockages at any of the eight lower Snake River and lower Columbia River dams under Section 4.1 of the 2025 Fish Operations Plan, *see* ECF 2674 at Attachment 2, Page 9-10 of 29. If Federal Defendants modify Court-ordered operations under this authority, they shall comply with Section B(B)(3)(a), (b), and (d) of the Order, *see id*. at 8-9.

The Stipulating Parties agree and intend that this Stipulation shall be effective on

---

[1] Other parties that responded supported and signed the declaration, or indicated they support or do not oppose this Stipulation. No party that responded stated that they objected to the Stipulation.

signature and without need for approval by Court Order or other endorsement, as the Court authorized in the Order. *See* Order at 2 (specifying injunction terms that apply "until such time as the parties agree in writing to amend, supersede, or terminate this Preliminary Injunction"). Federal Defendants intend to modify Court-ordered spill levels at Lower Monumental Dam under Section 4.1 on Tuesday morning, May 26, 2026. They thereafter intend to engage with TMT consistent with Paragraph 2, above.  In addition, Federal Defendants will promptly submit on Tuesday a System Operational Request (SOR) on the May 26 modification, for deliberation.

IT IS SO STIPULATED.

DATED: May 25, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Michael R. Eitel*
MICHAEL R. EITEL, Acting Assistant Chief
JOHN H. MARTIN, Senior Trial Attorney
ROMNEY PHILPOTT, Senior Trial Attorney
Wildlife and Marine Resources Section
999 18th Street, Suite 600 North Terrace
Denver, Colorado 80202
Tel: (303) 319-5359 Martin; (202) 532-5077(Philpott) / Fax: (303) 844-1350
Email: John.H.Martin@usdoj.gov;
Romney.Philpott@usdoj.gov

AMANDA K. RUDAT, Trial Attorney
Natural Resources Section
ELIZABETH A. KIRBY, Trial Attorney
KIERAN F. O'NEIL, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611, Washington D.C. 20044-7611
Tel: (202) 532-3201 Rudat; (202) 353-5588 Kirby; 202-598-0409 O'Neil
Email: Amanda.Rudat@usdoj.gov;
Elizabeth.Kirby@usdoj.gov;
Kieran.O'Neil@usdoj.gov

*Attorneys for Federal Defendants*

DATED: May 25, 2026

s/ *Irion A. Sanger*
Irion A. Sanger, OSB No. 003750
John Maxwell Greene, OSB No. 182714
Sanger Greene, PC
4031 SE Hawthorne Blvd.
Portland, OR 97214
Telephone: (503)756-7533
Fax: (503)334-2235
irion@sanger-law.com
max@sanger-law.com

*Of Attorneys for Intervenor-Defendant Public Power Council*

DATED: May 26, 2026.

 s/ *Amanda W. Goodin*
AMANDA W. GOODIN (WSB #41312)
Admitted Pro Hac Vice
MICHAEL MAYER (WSB #32135)
Admitted Pro Hac Vice
CHARISA GOWEN-TAKAHASHI (WSB #63091)
Admitted Pro Hac Vice
NICOLAS E. WEDEKIND (WSB #58651)
Admitted Pro Hac Vice
Earthjustice
810 Third Ave., Suite 610
Seattle, WA 98104
(206) 343-7340 | Phone
agoodin@earthjustice.org
mmayer@earthjustice.org
cgowentakahashi@earthjustice.org

DANIEL J. ROHLF (OSB #99006)
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Boulevard, MSC 51
Portland, OR 97219
(503) 768-6707 | Phone
(503) 768-6642 | Fax
rohlf@lclark.edu

*Attorneys for Plaintiffs*

Stipulation Re: Adult Fish Delays                4

DAN RAYFIELD
Attorney General

*/s/ Deanna J. Chang*
DEANNA J. CHANG #192202
AUSTIN D. SAYLOR #085614
Senior Assistant Attorneys General
Tel (971) 673-1880
Fax (971) 673-5000
Deanna.J.Chang@doj.oregon.gov
Austin.Saylor@doj.oregon.gov

*Attorneys for Intervenor Plaintiff State of Oregon*

*/s/ David J. Cummings*
David J. Cummings (OSB #922695)
Geoffrey M. Whiting (OSB #954544)
NEZ PERCE TRIBE
OFFICE OF LEGAL COUNSEL
P.O. Box 305
Lapwai, ID 83540
(208) 843-7355 | Phone
(208) 843-7377 | Fax
djc@nezperce.org
gwhiting@gmwnezperce.com

*Attorneys for the Nez Perce Tribe*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed through the Court's CM-ECF system, which will automatically serve counsel of record.

*/s/ Michael R. Eitel*

Stipulation Re: Adult Fish Delays                    5