ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
MICHAEL R. EITEL, Acting Asst. Sec. Chief
JOHN H. MARTIN, Senior Trial Attorney
ROMNEY PHILPOTT, Senior Trial Attorney
Natural Resources Section
Wildlife and Marine Resources Section
999 18th Street, Suite 600 North Terrace
Denver, Colorado 80202
Tel: (303) 319-5359 (Martin)
(202) 532-5077(Philpott)
Fax: (303) 844-1350
Email: John.H.Martin@usdoj.gov;
Romney.Philpott@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **NATIONAL WILDLIFE FEDERATION,** et al., | Case No.: 3:01-cv-00640-SI |
| Plaintiffs, | **FEDERAL DEFENDANTS'** |
| and | **QUARTERLY STATUS** |
| **STATE OF OREGON**, et al., | **REPORT** |
| Intervenor-Plaintiffs, | |
| v. | |
| **NATIONAL MARINE FISHERIES SERVICE**, et al., | |
| Defendants, | |
| and | |
| **PUBLIC POWER COUNCIL**, et al., | |
| Intervenor-Defendants. | |

FEDERAL DEFENDANTS' QUARTERLY STATUS REPORT

**INTRODUCTION**

The Court's Amended Preliminary Injunction Opinion directed Federal Defendants to file "quarterly reporting to the Court on progress made with respect to its commitments on predation reduction, Snake River steelhead kelt transportation and reconditioning, and Snake River Sockeye transportation efforts." Dkt. No. 2673 at 45. The accompanying Preliminary Injunction Order focused the reporting requirement "on the status of the implementation of measures" that Federal Defendants "included in the 2020 [Biological Opinion ("BiOp")] [] for steelhead kelt reconditioning, avian and non-native piscine predation reduction, and Snake River Sockeye transportation." Dkt. No. 2674 at 9. As explained below, the federal Action Agencies, including Bonneville Power Administration ("Bonneville"), fund, contract, and undertake a variety of similar and inter-related conservation measures in addition to the specific measures addressed in the 2020 BiOp issued by the National Marine Fisheries Service ("NMFS"). Many of the specific conservation measures included in the 2020 BiOp are implemented only as necessary based, in part, on the results of these other conservation measures. Most of these measures are outside the scope of the quarterly reporting obligation, especially the activities and measures funded by Bonneville, a non-party. This information is provided for background purposes in this initial status report but may be omitted from future status reports.

I.      **Project Information**

   A.       **Steelhead Kelt Reconditioning**

The Action Agencies—including the U.S. Army Corps of Engineers ("Corps") and U.S. Bureau of Reclamation ("Reclamation")—submitted a biological assessment (BA) to NMFS for consultation in January 2020. NMFS00363678 (BA); *see* NMFS00362178 (BiOp). NMFS's 2020 BiOp, in turn, reviewed the proposed action contained in the BA. NMFS00362227–72

(proposed action). Per Section 2.6.4 of the BA, the Action Agencies included kelt reconditioning as a contingency action should steelhead numbers show significant declines. NMFS00363828–29. To help determine whether to implement this measure, the Action Agencies stated they would work with federal, state, and tribal sovereigns and other appropriate parties. *Id.* To date, steelhead kelt reconditioning has not been implemented as a contingency action as described in the 2020 CRS BA (p. 2-120) because the trigger for the contingency action has not occurred subsequent to issuance of the BiOp. *See* 2025 Declaration of Dr. Swieca ¶¶ 18-20 & 26, Dkt. No. 2584.

While the Action Agencies are actively funding other kelt reconditioning actions, *see, e.g.*, Sweet Declaration (Dkt. No. 2583), these actions are occurring under different statutory authorities and were not included in the BA or the challenged 2020 BiOp. Bonneville, however, continues to annually fund kelt reconditioning programs to support three distinct population segments ("DPS") of steelhead in the Columbia River Basin: Middle Columbia River steelhead (Bonneville Project number 2007-401-00), Upper Columbia River steelhead (Bonneville Project number 1996-040-00), and Snake River steelhead DPSs (Bonneville Project number 2025-003-00). Bonneville funds these programs to meet Bonneville's mitigation responsibilities under the Northwest Power Act; the Corps and Reclamation also support implementation by allowing access to Corps and Reclamation-managed facilities. These kelt reconditioning programs are operated by the Columbia River Intertribal Fish Commission (CRITFC), the Confederated Tribes and Bands of the Yakama Nation, and the Nez Perce Tribe. The programs are outside of the Action Agencies' commitments in the 2020 CRS BA and NMFS' 2020 BiOp. This Bonneville Program was described in Section I of the Declaration of Jason Sweet in Support of Federal Defendants' Opposition to Plaintiffs' Motions for a Preliminary Injunction, Dkt. No.

FEDERAL DEFENDANTS' QUARTERLY STATUS REPORT                                        2

2583.

In addition to funding existing kelt reconditioning programs, Bonneville's recent investment in a new Snake River steelhead kelt reconditioning facility at the Nez Perce Tribal Hatchery was completed in 2026. *See* Sweet Declaration, Dkt. No. 2583 ¶¶ 9-18.

The total number of steelhead kelts collected for reconditioning in 2026 is not yet available, as collection of out-migrating kelts is ongoing.

**B.    Avian Predator Reduction**

The Action Agencies continue implementing Avian Predation Management and Monitoring as described in Section 2.6.1.3 of the 2020 CRS BA and associated 2020 Proposed Action Clarification Letter (Corps 2020). NMFS00363799–803.

In 2026, the Action Agencies are implementing avian predation management and monitoring activities according to the 2026 annual "Avian Predation Management and Monitoring Plan" submitted to NMFS via email from Tim Dykstra to Nancy Munn and Jennie Franks, January 29, 2026. *See* Attachment 1. Beginning April 10, 2026, the John Day reservoir was held at 264.5 - 266.5 feet to inundate Caspian tern shoreline nesting habitat at the Blalock Islands. The transition back to minimum irrigation pool (MIP) will begin in early June. Other avian predation management and monitoring efforts are ongoing, including avian dissuasion and avian counts at the eight lower Columbia and lower Snake River dams; routine monitoring of the double-crested cormorant and Caspian tern colonies on East Sand Island in the Columbia River estuary; cost-effective measures—such as woody debris redistribution and plantings—to deter Caspian tern nesting at Crescent Island; and monitoring and dissuasion of Caspian terns within Potholes Reservoir. Additionally Bonneville-funded basin-wide monitoring of unmanaged avian colonies began on March 17 and is ongoing. All these actions are similar to

FEDERAL DEFENDANTS' QUARTERLY STATUS REPORT                          3

the activities implemented by the Action Agencies in 2025.

The Corps continues to provide in-season updates on avian predation management and monitoring activities to NMFS, other federal agencies, and regional sovereigns through the Fish Passage Operations and Maintenance (FPOM) work group. Monthly meeting minutes are available online (https://public.crohms.org/tmt/documents/FPOM/2010/). In addition to Action Agency representatives, meeting participants also include representatives of the States of Oregon, Washington, and Idaho, and the Nez Perce Tribe, the Confederated Tribes and Bands of the Yakama Nation, the Confederated Tribes of the Umatilla Indian Reservation and the Confederated Tribes of the Warm Springs.

### C.    Piscine Predator Reduction

The Action Agencies continue implementing piscine predator reduction as described in Section 2.6.1.3 in the 2020 CRS BA. NMFS00363799–800. This objective is achieved through implementation of the Northern Pikeminnow Management Program (NPMP), a Bonneville funded program. It is therefore outside the scope of this report.  This basin-wide program is designed to reduce populations of northern pikeminnow, a native piscine predator, in the mainstem Columbia and Snake rivers.

The agency action, as described in the BA, does not include directed efforts to specifically reduce non-native predatory fish populations. Neither the NMFS's nor USFWS's 2020 BiOps include requirements for non-native piscine predator reduction efforts. The states, including Oregon, have jurisdiction over the management of native and non-native fishes like walleye and smallmouth bass. Bonneville continues to coordinate with the states of Oregon and Washington as part of implementing the NPMP.

In 2026, Bonneville is providing funding for implementation of the NPMP (Bonneville

FEDERAL DEFENDANTS' QUARTERLY STATUS REPORT                4

Project number 1990-077-00) according to the 2026 annual Northern Pikeminnow Management and Monitoring Plan that Bonneville submitted to NMFS via email from Ben Zelinsky to Nancy Munn and Jennie Franks, February 27, 2026. In addition, the Action Agencies included an Incidental Take Reduction Plan as part of the 2026 annual NPMP to meet the requirements of Terms and Conditions 2.17.4(I)(i)(a) and 2.17.4(I)(i)(b) in the Incidental Take Statement provided in NMFS' 2020 CRS BiOp. Bonneville is implementing the NPMP as described, and this implementation is outside the scope of this report.

### D.    Snake River Sockeye transportation

The Action Agencies are implementing several non-operational conservation measures to benefit Snake River sockeye.

### 1.    Structural Measures

In 2026, the Corps will continue implementing measures for adult sockeye salmon per Section 2.6.1.1 of the 2020 BA and Term and Condition 2.17.4(1)(F) of the Incidental Take Statement in NMFS's 2020 BiOp. NMFS00363796–97; NMFS00363579–80. Specifically, the Corps will continue efforts to monitor, manage, and maintain varied structural features/actions to improve passage conditions for Snake River sockeye salmon. Only if those measures prove insufficient will the agencies commence transportation of Snake River sockeye.

In that event, the Action Agencies will support implementation of a Contingency Plan titled "Trap and Haul Emergency Procedures and Feasibility Plan at Lower Granite Dam."[1] To support emergency trapping of adult salmonids:

       a. The Corps owns the Lower Granite Dam adult fish trap and provides access

---

[1] This document is available at https://public.crohms.org/tmt/20210521_Emergency_Trap_and_Haul_Plan_2021_update_Final.pdf.

to NMFS personnel and regional fisheries managers who operate the trap to conduct research and monitoring activities and for the collection of hatchery broodstock. Specific to adult sockeye salmon, the Idaho Department of Fish and Game guides the collection, timing and numbers of fish collected for broodstock using the Lower Granite Dam adult fish trap to accommodate its production program and to mitigate for poor migration conditions in the Salmon River. The Corps will meet the commitment described in Section 2.6.1.1 of the BA, bullet 4; but rather than activities occurring at Ice Harbor Dam, they will occur at Lower Granite Dam as described in the Appendix A of the Contingency Plan for Trap and Haul Emergency Procedures and Feasibility Plan at Lower Granite Dam. NMFS00363796; *see also* 2025 Daniel H. Feil Declaration ¶ 69, Dkt. No. 2570.

b.  Bonneville will continue funding related activities including the Snake River Sockeye Salmon Captive Broodstock Program (Project Number 2007-402-00) as a safety net conservation hatchery program preventing the extinction of the Evolutionarily Significant Unit. This program supports trap and haul operations when passage emergencies develop as outlined in the Contingency Plan.[2] These activities are outside the scope of this report.

The Action Agencies are prepared to implement these measures, as they did in 2021 and 2024. All emergency procedures will be coordinated with regional sovereigns through the Technical Management Team ("TMT"). Activities will be documented in Meeting Minutes, available on the TMT website at https://public.crohms.org/tmt/agendas/.

**2.    Safety-net Hatchery Operations**

---

[2] This document is available at the hyperlink in footnote one *supra*.

Bonneville funds the operation and maintenance of conservation and safety-net hatchery programs, including for Snake River Sockeye. These actions are outside the scope of this report. The conservation and safety-net programs funded under the Proposed Action are listed in Table 2-17 of the Action Agencies' 2020 CRS BA (Corps et al 2020) and include the Snake River Sockeye Salmon Captive Broodstock program (Bonneville Project Number 2007-402-00). NMFS00363798. These programs, including the Snake River Sockeye Salmon Captive Broodstock program, have undergone separate, program-specific ESA consultations with NMFS and USFWS and are operated in accordance with those biological opinions.

Implementation of the Snake River Sockeye Salmon Captive Broadstock Program includes a Contingency Plan titled "Trap and Haul Emergency Procedures and Feasibility Plan at Lower Granite Dam."[3] Emergency trap and haul may also be implemented at other project facilities, e.g., Ice Harbor Dam trap facilities, when environmental and upstream passage conditions are determined harmful for sockeye salmon. Any emergency trap and haul of Snake River sockeye at Lower Granite Dam will be coordinated with regional sovereigns (identified above in Avian Predation discussion) through the TMT. Activities will be documented in Meeting Minutes, available on the TMT website at https://public.crohms.org/tmt/agendas/.

### CONCLUSION

The next quarterly status report will be due on August 25, 2026.

DATED May 26, 2026     ADAM R.F. GUSTAFSON
            Principal Deputy Assistant Attorney General
            U.S. Department of Justice
            Environment and Natural Resources Division
            MICHAEL R. EITEL, Acting Ass't Sec. Chief

            */s/ John H. Martin*

---

[3] This document is available at the hyperlink in footnote one *supra*.

JOHN H. MARTIN, Senior Trial Attorney
ROMNEY PHILPOTT, Senior Trial Attorney
Natural Resources Section
Wildlife and Marine Resources Section
999 18th Street, Suite 600 North Terrace
Denver, Colorado 80202
Tel: (303) 319-5359 Martin; (202) 532-5077(Philpott)
Fax: (303) 844-1350
Email: John.H.Martin@usdoj.gov;
Romney.Philpott@usdoj.gov

AMANDA K. RUDAT, Trial Attorney
Natural Resources Section
ELIZABETH A. KIRBY, Trial Attorney
KIERAN F. O'NEIL, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7611, Washington D.C. 20044-7611
Tel: (202) 532-3201 Rudat; (202) 353-5588 Kirby;
202-598-0409 O'Neil
Email: Amanda.Rudat@usdoj.gov;
Elizabeth.Kirby@usdoj.gov;
Kieran.O'Neil@usdoj.gov

Attorneys for Federal Defendants

FEDERAL DEFENDANTS' QUARTERLY STATUS REPORT                                    9

**CERTIFICATE OF SERVICE**

I certify that the foregoing was filed through the Court's CM-ECF system, which will automatically serve counsel of record.

*/s/ John H. Martin*