| **From:** | Dykstra, Timothy A CIV USARMY CENWD (USA) |
|---|---|
| **To:** | jennie.franks@noaa.gov; nancy.munn |
| **Cc:** | Wells, Elizabeth R CIV USARMY CENWP (USA); Chris Magel - NOAA; Ammann, Juliet H CIV USARMY CENWD (USA); Thompson, Bradley E CIV USARMY CENWD (USA); Holm, Leanne V CIV USARMY CENWD (USA); Deichert, Meagan J CIV USARMY CENWD (USA); Dykstra, Timothy A CIV USARMY CENWD (USA); Feil, Daniel H CIV USARMY CENWD (USA); Fleeger, Timothy M (Tim) CIV USARMY CENWD (USA); Reese, Lauren M CIV USARMY CENWP (USA); Chane, Ian B CIV USARMY CENWD (USA); Studebaker, Cynthia Ann CIV (USA); Tackley, Sean C CIV USARMY CENWD (USA); Peery, Christopher A CIV USARMY CENWW (USA); Stoeckig-Dixon, Tiffany M CIV (USA); Bertrand, Nicholas G CIV (USA); Johnson, Jennifer (M); Giron, Rachel P; McGrath, Claire C; Fesenmyer, Sarah C; erothwell; Powell, John H <jhpowell@usbr.gov>; Parks, Bergin N; Sechrist, Juddson - USBR; Zelinsky,Benjamin D (BPA) - A-7; Jason C - KEWR-4 Sweet; Sullivan,Leah S (BPA) - PGB-5; Hausmann,Benjamin J (BPA) - EWL-4; Godwin,Mary E (BPA) - LN-7; jcleary@bpa.gov; Kennedy,David K (BPA) - EC-4; Greg Smith BPA; Calvert,Paula P (BPA) - E-4; Ashline, Josh - BPA; trevor.conder; Kelsey Swieca - NOAA Federal; MacMillan, Eric A; Bottcher, Jared L; erin_brittonkuttel; David Swank; Michelle McDowell (michelle_mcdowell@fws.gov) |
| **Subject:** | 2026 CRS Action Agency Avian Predation Management and Monitoring Implementation Plan |
| **Date:** | Thursday, January 29, 2026 4:03:38 PM |

Dear Jennie and Nancy:

The National Marine Fisheries Service's (NMFS) 2020 Columbia River System (CRS) Biological Opinion (BiOp) includes a Term and Condition (Section 2.17.4(5) (Implementation Plans)(A)(vi)) that requires the CRS Action Agencies (U.S. Army Corps of Engineers (Corps), Bureau of Reclamation (Reclamation), and Bonneville Power Administration (Bonneville)) to annually submit to NMFS an "Avian Predation Management and Monitoring Plan." Specifically, NMFS requested that the Action Agencies "provide lists of actions including rationale and monitoring plans by bird species and location annually, no later than January 31." <u>This email is intended to fulfill this reporting requirement</u>.

A summary of the Action Agencies' planned 2026 avian predation management actions and monitoring activities are provided below.  These actions are primarily intended to reduce avian predation on juvenile Endangered Species Act (ESA)-listed salmon and steelhead in the lower Snake and lower Columbia Rivers but may also provide benefits for Bull Trout and Pacific Lamprey. The Action Agencies have been involved in efforts to reduce avian predation impacts on ESA-listed salmon and steelhead for decades and are continuing those efforts where effective, feasible, practicable, and within agency authorities.

In addition to 2026 activities described below, Action Agency staff will continue to participate in the Fish Passage Operation and Maintenance (FPOM) Regional Forum workgroup to coordinate avian predation management and monitoring activities, consistent with existing authorities.  In response to recent discussions at FPOM, the Corps will be hosting a special FPOM workshop on 18 February 2026 to discuss avian counts at dams, hazing, potential future efforts, and other topics.  As noted in our 30 October 2024 letter to NMFS, the Action Agencies will continue to consider management and monitoring recommendations from the 2021 Avian Predation Synthesis Report when

planning future avian predation management and monitoring activities.  Any new avian predation management or monitoring efforts associated with the CRS or existing management plans will be coordinated with NMFS and U.S. Fish and Wildlife Service (USFWS) prior to implementation.

1. **Avian Predation Management and Monitoring at Dams:** The Corps will continue avian predation deterrence and monitoring activities at all eight lower Columbia and lower Snake River dams. At each dam, piscivorous bird numbers will continue to be monitored, birds foraging in dam tailraces will be hazed (to include, in some circumstances, lethal reinforcement) and passive predation deterrents, such as irrigation sprinklers and avian wire arrays, will be deployed. Hazing typically involves launching long-range pyrotechnics at concentrations of feeding birds and occurs primarily near the spillway, powerhouse discharge, and juvenile bypass outfall areas.  In 2025, the government-wide hiring freeze impacted the U.S. Department of Agriculture (USDA) Wildlife Services' ability to hire seasonal staff to carry out hazing and related tasks.  Based on recent communications, the Corps believes Wildlife Services will be fully staffed in 2026.  We will communicate any changes regarding this topic through FPOM.  Other nonlethal measures used at specific sites include falconry abatement at The Dalles Dam and installation of improvised passive dissuasion measures at John Day, McNary, and Lower Monumental dams to deter American white pelicans from entering fishways. Specific avian predation management activities at these dams will be documented in Appendix L of the 2026 Fish Passage Plan (in development, http://pweb.crohms.org/tmt/documents/fpp/).  Any potential FY2027 evaluations of dam-based avian predation deterrence measures will be developed and coordinated through the Studies Review Workgroup in 2026.

2. **Inland Avian Predation Management Plan (IAPMP):**  As we have in recent years, the Corps will work with USFWS McNary National Wildlife Refuge and regional partners to redistribute woody debris on Crescent and Badger islands prior to the 2026 nesting season to dissuade Caspian tern nesting activity at these locations.  Consistent with the IAPMP, the Corps will continue to assess whether additional adaptive management measures (e.g., additional plantings, creation of a berm, additional flagging materials) are needed to further dissuade Caspian tern nesting activity on the islands.  Soil samples will be analyzed this winter, and some level of vegetation planting is planned for Crescent Island in early spring 2026.  Updates on this topic will be provided at FPOM meetings; meeting minutes and documents are located at http://pweb.crohms.org/tmt/documents/FPOM/2010/.  Caspian tern use of Crescent and Badger islands during the 2026 breeding season will be monitored through Bonneville's basin-wide piscivorous colonial waterbird colony monitoring project (see #7 below).  The number of terns and other piscivorous colonial waterbirds nesting on these

islands will be quantified and communicated to NMFS, USFWS and regional partners through FPOM and through reports provided by Bonneville's contractor.

Reclamation will continue to monitor colony size and passively and actively dissuade Caspian terns within Potholes Reservoir. At Goose Island, Reclamation will continue to implement management actions including dissuasion, hazing and lethal take of up to 200 tern eggs (under permit) and monitoring of colony size. Reclamation will also continue active hazing throughout the northern portions of the Reservoir for the 2026 season, as necessary, to hold colony sizes below the thresholds set in the IAPMP guidelines. Reclamation will continue developing internal management / design recommendations for Goose Island under the IAPMP's adaptive management framework to make Goose Island less suitable for nesting terns.  In 2026, Reclamation will continue limited survey and dissuasion of Caspian terns at Banks Lake (including Twinning and Goose Island).  Reclamation intends to continue to coordinate with stakeholders within the Columbia River and Plateau.

3. **Blalock Islands Operation and Monitoring:** From April 10 - June 1 (or as feasible based on river flows and flood risk management requirements), the John Day reservoir elevation will be held between 264.5 feet and 266.5 feet to inundate sandy portions of the Blalock Islands Complex to delay Caspian terns from nesting until after the majority of the Upper Columbia and Snake River steelhead have passed downstream of this area. The Action Agencies intend to begin increasing the forebay elevation prior to initiation of nesting by Caspian terns; operations may begin earlier than April 10 (when the reservoir is typically operated between 262.0 to 266.5 feet). The operation may be adaptively managed due to changing run timing or necessary flood risk management operations; however, the intent of the operation is to begin returning to reservoir elevations of 262.5-264.5 feet on June 1, but no later than June 15, which generally captures 95% of the annual juvenile steelhead migration. During the operation, safety-related restrictions would continue, including but not limited to maintaining ramp rates for minimizing project erosion and maintaining power grid reliability. Following this operation, the John Day reservoir elevation would return to 262.5 – 264.5 feet operating range through August 31.  Consistent with 2025 efforts, Caspian tern use of the Blalock Islands Complex during the 2026 breeding season will be monitored through Bonneville's basin-wide piscivorous colonial waterbird colony monitoring project (see #7 below).  The number of Caspian terns nesting at the Blalock Islands Complex will be quantified and communicated to NMFS, USFWS, and regional partners through reports provided by Bonneville's contractor.

4. **Caspian Tern Management Plan:** On East Sand Island, the Corps will continue to implement management actions, including preparation of 1.0 acre of suitable tern

nesting habitat and non-lethal hazing outside the 1.0-acre tern nesting area. The Corps intends to monitor peak colony size (nesting pairs) in 2026 and – subject to availability of Columbia River Fish Mitigation Program (CRFM) funding in FY2026 – collect and upload data to the PIT Tag Information System (PTAGIS) to enable predation rate analysis on ESA listed juvenile salmon based on recovery of PIT tags. As in 2025, pre-season control tags will be sown by Corps personnel prior to the 2025 nesting season. The need for post-season PIT tag recovery and the availability of funding for this work will be coordinated throughout the 2026 nesting season.  Monthly updates will be provided at FPOM meetings (http://pweb.crohms.org/tmt/documents/FPOM/2010/) and reports will be distributed to FPOM members.

5. **Double-crested Cormorant Management Plan:**  The Corps intends to monitor peak colony size (nesting pairs, if feasible) in 2026 and – subject to availability of CRFM funding availability in FY2026 – collect and upload data to the PIT Tag Information System (PTAGIS) to enable predation rate analysis on ESA listed juvenile salmon based on recovery of PIT tags. As in 2025, pre-season control tags will be sown by Corps personnel prior to the 2026 nesting season. The need for post-season PIT tag recovery using Corps personnel – and funding availability for this work – will be coordinated throughout the 2026 nesting season.  As in previous years, the Corps will apply for permits to lethally take a small number of double-crested cormorant eggs on East Sand Island, in coordination with USFWS.  Monthly updates will be provided at FPOM meetings (http://pweb.crohms.org/tmt/documents/FPOM/2010/) and reports will be distributed to FPOM members.  The Corps will continue to engage in regional discussions with appropriate federal, state, and tribal agencies regarding proposed management of the growing cormorant colony on the Astoria-Megler Bridge and the potential interactions with the colony on East Sand Island.

6. **Avian Predation Management on Estuary Dredge Material Placement Islands:** Per commitments under a separate 2026 NMFS Biological Opinion regarding operation and maintenance of the lower Columbia River Federal Navigation Channel (WCRO-2024-00455), the Corps will conduct various avian dissuasion and monitoring actions at dredge material disposal sites in the Columbia River estuary consistent with how the action was implemented under the previous 2012 Biological Opinion (NMFS No.: 2011/02095). On Rice, Miller Sands, and Pillar Rock islands (and other locations as warranted and within Corps authorities), the Corps will conduct non-lethal hazing of piscivorous waterbirds and will monitor piscivorous waterbird presence / absence. The Corps continues to work on enhanced dissuasion measures to manage habituation and meet increasing nesting attempts. In January 2026, the Portland District completed a Draft Supplemental Environmental Assessment ("Avian Dissuasion at Lower Columbia River Federal Navigation Channel Dredged Material Placement Sites") related to these

measures. Although not a requirement, the Corps may sow pre-season PIT tags on the Caspian tern colony on Rice Island in 2026 to facilitate potential predation rate estimates for this colony. Though not a CRS commitment, monthly updates will be provided at FPOM meetings (http://pweb.crohms.org/tmt/documents/FPOM/2010/) and reports will be distributed to FPOM members as a courtesy and for situational awareness.

The Corps continues to work through the process of updating the Lower Columbia River Dredged Material Management Plan (DMMP), which is the principal component of the proposed action for the NMFS 2026 Biological Opinion discussed above. The Corps intends to finalize the EIS and sign a Record of Decision (ROD) in 2026.  The USFWS issued a Biological Opinion for the DMMP in August 2024 and found the avian dissuasion had the potential to cause adverse effects to streaked horned larks but did not jeopardize the species.

7. **Monitoring of Other Piscivorous Waterbird Colonies:** For 2026, Bonneville will continue to assess the distribution and size of unmanaged, piscivorous waterbird colonies in the Columbia River basin through the lower- to the Mid-Columbia region, including estimating the colony-specific and cumulative, system-wide impacts of colonial waterbirds on salmonid smolt survival in the Columbia River basin. This effort includes assessing colony size and estimating per capita predation rates by double-crested cormorants nesting on the Astoria-Megler Bridge.  Overall, this effort is similar to monitoring activities conducted in 2025 and is part of the Bonneville's Fish and Wildlife Program's continued commitments to monitor avian predation in the near term, as described in the Action Agencies' 2020 CRS Biological Assessment.  Results will be communicated to NMFS, USFWS, and regional partners through reports provided by Bonneville's contractor and will be available online (https://birdresearchnw.org/publications-reports/?1054916939=10).

Please let me know if you have any questions or would like to discuss any of the matters raised above.

Sincerely,


Tim Dykstra
US Army Corps of Engineers - Northwestern Division
Senior Fish Policy Manager
503-718-1594